Data Security – The contractor shall provide data tagging, enforced at ingest and persisted with cell level security.

### 3.2.6.6 Data and User Authorization Services

The contractor shall develop a system that provides the data necessary to support legal oversight and compliance. The system shall separate users and systems from data to deliver content based on legal oversight and compliance policies and provide authentication and authorization (PKI, CRL/OCSP, ABAC, PBAC, etc.).

The contractor shall develop a scalable and extensible architecture for providing PKI revocation information in the full range of operational environments. This architecture shall support operations in DIL environments, provide effective and efficient delivery and maintenance of revocation information (CRL and OCSP) to all potential DCGS-A services and systems that rely on public key enabled (PKE) protocols and services, and provide revocation information from enterprise or tactical sources for human and NPE users.

### 3.2.6.7 Training Materials

The contractor shall prepare the required documentation for training materials.

### 3.2.6.8 Continuous Integration & Delivery

The contractor shall support Continuous Integration & Delivery efforts.

### 3.2.6.9 Software Source Code Delivery

The contractor shall deliver either their full software source code baseline or source code deltas with every delivery. In cases where the government does not own the source code rights (open source, proprietary code), the contractor shall deliver all libraries required for successful creation of executable code.

1) The contractor shall deliver valid build scripts with every delivery.

2) The contractor shall commit source code changes to the PM's Configuration Management repository.

3) The contractor shall maintain a log, which includes comments for any Bugs and describing other changes with every delivery.

4) The contractor shall provide documentation that details their current build environment, build processes and all required software dependencies and versions.

**A1330**

Protected Information and/or Legends Redacted

### 3.2.27 SINGLE COUNTERINTELLIGENCE (CI) AND HUMAN INTELLIGENCE (HUMINT) SOFTWARE SOLUTION REQUIREMENTS

The contractor shall design and develop a DCGS-A Single CI and HUMINT Software Solution.

The contractor's design approach shall result in a modular architecture that incorporates appropriate considerations for re-configurability, accessibility, flexibility, maintainability, technology insertion, vendor independence, reusability, scalability, and interoperability. Development of the Single CI and HUMINT Software Solution shall be IAW the DCGS-A unified data model.

The contractor shall develop a capability that will provide doctrinally correct collection, reporting, mission support, Source Operations, investigations, and force protection support functions to the CI and HUMINT Warfighter at the tactical and strategic level.

The contractor shall develop a single software application that provides a browser based interface that enables a synchronized online and offline capability.

1) The contractor shall develop an online web-based application to allow full accessibility to the CI and HUMINT solution from any approved network worldwide.

2) The contractor shall build an offline application to allow for collection reporting and mission support to be conducted when no network is available. The application shall properly synchronize with the web-based application to provide an automated transition of intelligence reports and requirements data.

The contractor shall develop an integrated reporting workflow capability, for seamless Automation, standardization, and management of CI and HUMINT operational information, in accordance with DIA and Army policies and regulations.

1) The User Interface shall support the integration of a flexible reporting capability to allow for on-site report updates to remain IAW Defense HUMINT Enterprise Manual (DHEM) standards. The contractor shall develop a bidirectional interface with external National Enterprise CI and HUMINT systems, (i.e. HUMINT On-line Tasking and Reporting (HOT-R), CI HUMINT Requirements and Operations Management Module (CHROME), Cross-Domain Interface Repository (CDIR), Source Operations Management Module (SOMM), and Army Counterintelligence Operations Portal (ACOP)).

The contractor shall develop an integrated Role Based Access Control (RBAC) security function using the provided DCGS-A infrastructure to control user permissions.

A1342
Protected Information
and/or Legends Redacted

The contractor shall Design and develop the DCGS-A single CI and HUMINT Software solution with the following capabilities:

1) Create, receive, store, edit, and disseminate CI and HUMINT reports and user defined activity summaries and unit status from any approved network.

2) Manage, assign and synchronize CI and HUMINT requirements and associated Responses to current missions, and provide oversight of metrics on requirements satisfaction, and operational management of CI and HUMINT missions and collection requirements.

3) Asset management capability for CI and HUMINT managers and collectors to conduct an analysis of collection team's mission readiness and coordinate the qualifications and status of personnel (military, civilian, and contractor), vehicles and equipment.

4) Assists CI leadership in tracking and managing case files, Preliminary Credibility Assessment Screening System (PCASS) records, administrative tasking, screenings and investigations.

5) Source Operations capability to create, store, manage, and share Source Dossier data.

6) Computer-assisted interrogation operations capability for CI and HUMINT managers and collectors to screen and manage detainees, schedule, oversee, and report interrogations.

7) Semi-Automated system to submit and manage funds and sub vouchers.

The contractor shall conduct an architecture quality attribute assessment where customer and user stakeholders are brought together to assess whether the contractors proposed Single CI and HUMINT Software Solution architecture qualities meet the customer intent.


## 3.3 SOFTWARE DEVELOPMENT

The contractor shall conduct all software development activities for contractor-developed components IAW this PWS. The contractor must plan and schedule software activities based upon realistic assessments of technical challenges and risks. The contractor must plan, schedule and manage appropriate work activities to accomplish the work, including the activities necessary for the identification and resolution of uncertainty. In performing the effort, the contractor should ensure that the technical and operational requirements are complete and traceable in the software design; and demonstrable during the software development and implementation.


### 3.3.1 SOFTWARE DEVELOPMENT PRINCIPLES AND OBJECTIVES

The contractor shall conduct all software development activities for contractor-developed components. The prime contractor will define the release. Releases should allow for addition and

Appx11343

A1343
Protected Information and/or Legends Redacted

modification of functionality, schedule, and resources based upon feedback from the customer, the users, Subject Matter Experts (SME), Field Support Representatives (FSR), etc. This results in on-going, integrated risk management activities and an increased likelihood that functionality delivered to the Warfighter will meet the highest priority needs in an exceptional operational manner.

The prime contractor will develop and maintain a "Product Roadmap." This Product Roadmap will define the DCGS-A INC 2 capabilities planned for each release. For each release, the capabilities outlined on the Product Roadmap will be further defined as software functionality and assigned for each iteration in the Release. The planned functionality for each iteration, or Release Objectives, will be available to the Government at the commencement of the iteration, via the contractor's website. Likewise, the actual functionality completed for each iteration will be available at the conclusion of the iteration, via the contractor's website. A compiled planned vs. actual functionality document will be available at the conclusion of the release, via the contractors website. The prime contractor will retain historical records of planned vs. actual functionality per iteration release and release.

During each release, an iterative paradigm of "plan – develop – validate – adjust" will be followed. Stakeholders such as SME's, user representatives and the Government will interact with the contractor identified product owner during backlog grooming in order to prioritize stories to be worked into the release. The resulting prioritized backlog will then be used to define the next release's objective. During release planning, the development team will assess the backlog, in priority order, and determine the size of the effort and what will be achieved during the release. Stretch goals (i.e. lower priority stories that may be worked in the release if time allows) will be established during the planning process. At the end of each release, a showcase of the work performed will be demonstrated to the stakeholders and feedback elicited to ensure the capabilities under development meet objectives. This close interaction between developer and SME benefits the developer, in clearly understanding the problem domain and the unique operational needs of the user based upon the first-hand experience of the integrated User Panel. It is not unusual for "team exercises – opportunities for the warfighters to use the software in simulated but unscripted settings" to be used as part of the process to define a set of development goals; oftentimes CONOPS will evolve as an integral part of this design and development process. Once a sufficient group of stories have been achieved and tested, a release will be delivered. Showcase software may be selected for additional usage by stakeholders. Stakeholders will be provided an instance of the software during the next grooming session with the intent to provide feedback as to whether the functionality successfully provides a key operational capability to the Warfighter. Oftentimes, a mock field exercise will be used to prove out the developed concepts. Based upon the results of the capabilities validation, additional adjustment of the functionality may take place, which will leverage the backlog grooming process to ensure feedback is captured and correctly prioritized in the context of the wider development effort

Each release effort shall include iterative cycles of planning, design, coding, integrating, and testing. Because of the evolutionary nature of this program, the contractor may be developing different software releases concurrently. The contractor shall refine the process as agreed to by the Government. At a minimum, a release development shall include:

Protected Information
and/or Legends Redacted

    a. Functionality defined for that release as defined by the Release Objectives.

    b. A maximization of reuse of GOTS/COTS products.

Each release and version shall consist of field installable, and field de-installable segments. Each segment shall be developed to allow the government the capability to prototype/test/field the independent segments individually as they are completed if required. Every software release, version and segment shall be submitted IAW this paragraph and delivered IAW this PWS. The following is a summary of the DCGS-A INC 2 Development Model and Control mechanisms that shall be implemented by the Contractor.

    a. Each product release builds on the foundation and functionality of the prior release. These releases are built as planned or in response to events.

    b. The requirements are defined in the contract and vetted through the User Panel.

    c. The contractor shall work with the Government to allocate product release objectives into the lower level development cycles.

    d. The requirements of each cycle are defined by the contractor at the planning session at the start of the cycle. The contractor shall record the requirements defined at the planning sessions in the form of release objectives and send the requirements to the government for tracking. Problem report corrections are conducted IAW the Software Development Methodology.

    e. Human Factors Engineering, Heuristics and Usability Studies will be continually performed on the DCGS-A system.

At the end of each release, the software shall be placed under Configuration Management control.

    a. All development products in the cycle shall be stored in the Software Development Folders.

    b. The contractor shall perform internal unit and integration testing. As-built requirements, to include performance and stability (established as release objectives), shall be demonstrated at the end of the release.

    c. Issues discovered with software within a release will be handled by the Contractor's internal problem reporting process.

    d. Engineering drops within each release may be used for User Panel and integration efforts. The purpose of providing engineering drops is to gain insight and feedback into the acceptability of particular technical implementation strategies. The feedback and problem reports associated

A1345

Protected Information
and/or Legends Redacted

The contractor shall progressively improve the supportability of the DCGS-A INC 2 workstation and server components with the objective of minimizing the support staff and support costs necessary to effectively maintain DCGS-A in operation.

DCGS-A shall have an operational availability (Ao) of at least 90% by Full Deployment (FD). Ao is the minimum percentage of time over a 72-hour mission (as delineated in the Operational Mode Summary/Mission Profile (OMS/MP) the system must be fully mission capable. This equates to a Maximum Time To Repair (MaxTTR) of no greater than 60 minutes 90% of the time and an Administrative and Logistics Delay Time (ALDT) no greater than six (6) hours. A fully mission capable system is able to execute all DCGS-A operational essential functions (Net-Ready, Fusion, and Visualization). The initial minimum Ao supports the mission equipment Level 1 percentage requirements assigned to DCGS-A items as derived from AR 220-1, Army Unit Status Reporting. DCGS-A shall build toward a mission reliability of 85% at the conclusion of Increment 2 supporting the missions delineated in the DCGS-A Operational Mode Summary/Mission Profile (OMS/MP).

The following paragraphs are tasks required in accordance with this PWS paragraph.

- Design and implement solutions that minimize the length of time and simplify the process required to back-up and maintain the DCGS-A repository. Solutions will also reduce or remove disruptions to DCGS-A users during scheduled and unscheduled back-ups.

- Automate routine DCGS-A server maintenance tasks, such as repository back up and restoration of back-ups.

- Design and implement software solutions that minimize the need for on-site field support.

- Automate the deployment of new software versions, patches, and hot-fixes. Installations and upgrades will minimize the user actions required to successfully complete the installation or upgrade. Maximize use of standard software installation programs.

- Design, engineer and implement software solutions for new and emerging requirements that support a reduced logistics footprint and increased system supportability.

- Design and implement tools that eliminate the need for field support engineers to administer the system.

- Design and implement tools and capabilities that allow for remote administration and maintenance of DCGS-A enclaves to the greatest extent practicable, including administration and troubleshooting of OCONUS enclaves from CONUS locations.

- Provide an installation that requires minimal user intervention and automates configuration settings, including security settings, to the largest extent possible.

Certification (AIC) testing, testing at the Central Technical Support Facility (CTSF), Ft Hood, TX; the series of Army Network Integration Events (NIE) and Army Warfighter Assessment (AWA) at Ft Bliss, TX; and ad-hoc tests and evaluations held at other locations as mutually agreed upon.

The contractor shall review and analyze the current and subsequent versions of the DCGS-A INC 2 test documentation with revisions for consistency, program impacts, and conformity to guidance policy and provide Field Support Engineer (FSE) Interim Contractor Support (ICS) for test and evaluation support.

The contractor shall provide a copy of test data and details of analysis to include test plans and test reports.

The following paragraphs are tasks required in accordance with this PWS paragraph.

### 3.6.1 SOFTWARE TEST AND EVALUATION

The contractor shall conduct a tailored software test and evaluation program IAW this PWS. The contractor shall make all necessary revisions to the contractor-developed code and documentation, conduct all necessary re-testing and shall update Software Development Folders (SDFs) of all software units that undergo design or coding changes based on results of various software tests and evaluations. The Government reserves the right to observe all tests.

### 3.6.1.1 Software Reliability Qualification Test

The Contractor shall conduct a Software Reliability Qualification Test as part of Qualification Testing to verify continued compliance with the system's reliability requirement. Demonstration of reliability compliance following institution of corrective actions shall be conducted by the Contractor at no additional expense to the Government. The scope of this event and subsequent demonstrations shall be determined by the contractor and government.

### 3.6.2 COTS/GOTS SOFTWARE TESTING

The contractor shall perform integration and testing of Commercial-Off-The-Shelf (COTS) and Government-Off-The-Shelf (GOTS) software to ensure that it satisfies the DCGS-A INC 2 requirements for which it was selected. The contractor shall not be responsible for unit testing of COTS/GOTS software provided by the government (GFE) nor fixing any problems with the GFE SW. The contractor shall inform the government of any issues with the government provided COTS/GOTS SW. The contractor shall be responsible for testing any contractor selected COTS/GOTS products allocated to DCGS-A INC 2 Functionality.

The Contractor shall notify the Government as soon as they determine that a directed GOTS and/or COTS component (GFE/GFP) is defective or will otherwise not meet the desired requirements. The Government will decide whether a realignment of the DCGS-A INC 2 requirement, relief from the requirement, or correction to the component is required. If the Government determines a correction to the component is required, the Government will coordinate with the Contractor to implement a correction plan that meets the release delivery date while adhering to the acceptance criteria specified in PWS 3.6.13 "Software Acceptance." If the correction of this problem impacts the acceptance criteria then the Government will give contractual relief to the specified delivery dates to account for this delay.

### 3.6.3 DCGS-A INC 2 INTEGRATION TESTING

The contractor shall provide technical support for the Integration and Test Efforts conducted at Aberdeen Proving Ground and other locations, as required, to independently verify functionality, performance, and gain user feedback on system software releases. The contractor shall demonstrate integration with, at minimum COE, DIB, JIE, IC ITE, and DI2E. The contractor shall also demonstrate the ability to integrate 3PDK and/or other supplied API as directed by the government.

### 3.6.4 SOFTWARE CODING AND UNIT TESTING

The contractor shall code and test each software unit ensuring that the algorithms and logic employed by each software unit are correct and that the proposed testing exercises all critical logical paths and as many different logical paths as possible to demonstrate that the software unit satisfies its intended design.

The contractor shall make all necessary revisions to the contractor-developed design documentation and code, perform all necessary re-testing and update the SDFs of all software units that undergo design or coding changes based on software unit tests. The contractor shall provide source materials for code and test as requested by the Government. The contractor shall not be required to perform unit level test on Government directed GOTS or COTS.

### 3.6.5 CSC AND CSCI INTEGRATION AND TESTING

The contractor shall perform integration and testing on software that has successfully undergone unit testing. Integration and testing at this level shall include testing of interfaces within a module and progress to integration and testing between modules. Target hardware will be used as early as possible in the conduct of these tests. The contractor will develop test procedures/checklists during this phase of testing. The contractor shall record the test results of all integration and testing in each corresponding individual software CSC/CSCI SDF along with the expected results and evaluation criteria for each test. The contractor shall make all necessary revisions to the contractor-developed

A1362

4) The Offeror's Data and Software Rights Assertions shall not include any technical data or software for which the Government is entitled to an "unlimited rights" license, under DFARS 252.227-7013(b)(1) and DFARS 252.227-7014(b)(1).

5) The Offeror is responsible for ensuring that Data and Software Rights Assertions from its subcontractors comply with the aforementioned content and formatting requirements (in accordance with DFARS 252.227-7017).

Offeror's shall provide Data/Software Rights Assertions in a tabular format prescribed in DFARS 252.227-7017. However, in addition to the content and formatting requirements set forth in DFARS 252.227-7017, the Offeror's Data/Software Rights Assertions table shall list technical data and software items that the Offeror intends to furnish to the Government with and without license restrictions. Thus, the Data/Software Rights Assertions table may include technical data and software items that are provided to the Government with an "unlimited rights" license. In the Offeror's identification of technical data and software license rights, the Offeror shall use the prescribed categories of license rights referenced in DFARS 252.227-7014 and DFARS 252.227-7015 (e.g. "Limited Rights", Government Purpose Rights", "Unlimited Rights", "Unrestricted Rights", or "Commercial Software License Agreement").

If any license restrictions are proposed, the Offeror shall explain how such license restrictions placed on software deliverables will impact the Government's ability to competitively procure software maintenance/sustainment support and services from third parties, particularly in instances where the Government will be provided "Restricted Rights" in software deliverables or other license restrictions (such as restrictions in commercial software license agreements).

## 3.7 DCGS-A SYSTEM PLATFORM INTEGRATION

### 3.7.1 SOFTWARE BASELINE INTEGRATION AND TEST

The Contractor shall conduct a software engineering test program documented in the Software Test Plan (STP) and submit the STP to the Government for approval prior to commencement of the test program. The STP shall include the planning for testing with external systems to verify the Interoperability requirements and the planning of iterative SCR Regression tests.

The Contractor shall perform the tests for all components and threads. The Contractor shall perform the software baseline integration and test activities for the DCGS-A Increment 2. System integration and test shall include verification of external interfaces as specified in the SV-6 approved after the PDR.

The Contractor shall perform a software performance test and the stability assessments in accordance with the Test Plan. The Contractor shall test selected builds of the integrated system to

A1377

ensure adequate resource utilization and performance. Results shall be provided in a Performance Assessment Report (PAR).

The Contractor shall support the User Jury assessment events by the Government with the target software baseline for user feedback on the operational capabilities. The output of this effort will generate SCRs, SPRs, and/or Requirements Change Requests (RCRs) that will follow the normal engineering change processes. The Contractor shall plan for up to two User Jury events for each of the Increment 2 releases.

The contractor shall possess an in-house capability for classified development and storage on a closed internal network without having to access Government classified networks. Integration engineering efforts shall be conducted at Aberdeen Proving Ground, MD unless otherwise directed by the Government.

See CDRL DI-IPSC-81438A, A011

## 3.8 CERTIFICATION, SECURITY ACCREDITATION, TESTING AND AUDIT

The Contractor shall support Information Assurance certification accreditation testing for all security networks. The Contractor shall prepare and validate the Certification Test and Evaluation / Security Test and Evaluation (CT&E/ST&E) test procedures for each security enclave in dry run and with Designated Accreditation Authority (DAA) certifying representatives.

The Contractor shall develop system CT&E/ST&E documentation and test procedures for each security enclave and Cross Domain Solution devices in concert with ongoing accreditation processes.

The Contractor shall support site accreditation support at the designated OT&E locations and test events directed by the Government.

### 3.8.1 INFORMATION ASSURANCE SCAN

The Contractor shall perform and support all Information Assurance Scans as required by DoD/AR policies.

### 3.8.2 FORMAL QUALIFICATION TEST (FQT)

The Contractor shall conduct an FQT for the Increment 2 software baseline release to verify the baseline operational capabilities and the compliance with the PBS, SRS and IRS. The Contractor shall provide a Test Plan for the FQT with a detailed test execution planning and test requirements.

If feasible, the Contractor shall combine the FQT with the Functional Configuration Audit (FCA). The Contractor shall develop traceability from the DCGS-A Increment 2 PBS to the Verification and Cross-Reference Matrix (VCRM) to ensure that the completeness of the FQR is maintained with the FCA.

The Contractor shall prepare the test cases, test procedures and mission threads required for the execution on the FQT. The FQT Test Procedures shall be provided to the Government for approval 30 days prior the start of the FQT.

The Contractor shall document the FQT results in a Test Report no later 30 days from the completion of the FQT event.

The Contractor shall provide hands-on validation opportunity to the Government on selected test procedures during the Contractor's Engineering Dry Runs (EDR).

The Contractor shall conduct a Test Readiness Review (TRR) at least 7 days prior to FQT. The TRR shall be performed in accordance with Government approved entrance and exit criteria. At a minimum, the TRR shall provide metrics (to be agreed to by the Government), overview of the test environment, conduct, requirements traceability, and test constraints or limitation.

The Contractor shall conduct the FQT on the DCGS-A target platform configurations. The FQT shall include requirements verification (including performance testing), interoperability/interface testing (as documented in the Interoperability/Interface Test Plan Appendix to the System Test Plan (STP)), system stability and system-level thread testing.

The Contractor shall use actual and simulated test data for all FQT testing. The Contractor shall ensure repeatability by using the same test data sets.

The Contractor shall establish and maintain a core test data set for performance measurements and benchmarks. The Contractor shall establish and maintain a test data set as required for all information requirements including sensors for the DCGS-A Increment 2 as specified in the SV-6.

The Contractor shall ensure the FQT meets the combined CT/DT Government requirements should the Government decide to use the FQT as a Government Developmental Test Event.
See CDRL DI-MISC-80711A, B023

### 3.8.3 RESERVED

### 3.8.4 RESERVED

### 3.8.5 NETWORK INTEGRATION EVENT (NIE) AND EXERCISE SUPPORT

The Contractor shall support the Government in conducting NIE and exercises such as Enterprise Challenge or Joint Field Exercise as required by the Government.

### 3.8.6 ARMY INTEROPERABILITY CERTIFICATION (AIC) TESTING SUPPORT

The Contractor shall support the AIC test events at CTSF for the required Capability Sets certification. The Contractor shall resolve any discrepancies that occurred during the CTSF tests and provide resolution within the CTSF AIC schedule.

### 3.8.7 JOINT INTEROPERABILITY TEST CENTER (JITC) JOINT CERTIFICATION TESTING EVENTS

The Contractor shall support the JITC Joint Certification test events required for the Increment 2 Releases. Test locations for the Joint Certification will be specified by the Government. The Contractor shall resolve any discrepancies, which occur during the JITC test events.

## 3.9 CYBER SECURITY

Building cybersecurity into the system early and throughout the lifecycle will ensure that operational cybersecurity risks are sufficiently mitigated throughout the acquisition process. *DoD I 8500.01, Cybersecurity*, states, "Cybersecurity must be fully integrated into system life cycles so that it will be a visible element of organizational, joint, and DoD Component architectures, capability identification and development processes, integrated testing, information technology portfolios, acquisition, operational readiness assessments, supply chain risk management, System Security Engineering, and operations and maintenance activities."

DoD cybersecurity policy as implemented through the RMF process is based on the application of security controls, the selection and implementation of which are based on cybersecurity risk assessments conducted throughout the system lifecycle. A security control is "a safeguard or countermeasure prescribed for an information system or an organization designed to protect the confidentiality, integrity, and availability of its information and to meet a set of defined security requirements."

The contractor shall design and develop the product that meets the requirements of DoD I 8500.01, Cybersecurity, DODI 8510.01, Risk Management Framework (RMF), applicable DISA Security Technical Implementation Guides (STIGs), Intelligence Community Directive (ICD) 503, Intelligence Community Information Technology Systems Security Risk Management, Certification and Accreditation, National Institute of Standards and Technology (NIST) Special Publication 800-37, "Guide for Applying the Risk Management Framework to Federal Information Systems", NIST 800-53, Revision 4, Security and Privacy Controls for Federal Information Systems and Organizations and Army Regulation (AR) 25-2, Information Assurance/Cybersecurity in order to fully integrate Cybersecurity into the program, processes, and products throughout the program lifecycle.

The security control selection process shall be governed by applicable baselines and overlays, including CNSSI No. 1253 Security Categorization and Control Selection for National Security Systems and CNSSI No.1253F, Attachment 5 for Classified Information Overlay.

The Contractor shall be staffed with security certified personnel such as Certified Information System Security Professional (CISSP) certified Information Systems Security Engineer (ISSE) dedicated to the program to support all the Security Engineering activities required for the Security Certification and Accreditation tasks for the DCGS-A Increment 2 system configurations.

### 3.9.1. INFORMATION ASSURANCE

The contractor shall create a Data Governance Plan to help ensure confidentiality, integrity, and availability of the data by reducing data security risks due to unauthorized access or misuse of data.

The Data Governance Plan shall address the contractors approach to data and information management formalized as a set of policies and procedures that encompass the full life cycle of data, from acquisition to use and disposal. This includes establishing decision-making authority, policies, procedures, and standards regarding data security and protection, data inventories, content and records management, data quality control, data access, data security and risk management, data sharing and dissemination, as well as ongoing compliance monitoring of all the above-mentioned activities.

The plan will include:

- protection of sensitive data;
- vulnerability assessment and risk management;
- enforcement of legal, regulatory, contractual, and architectural compliance requirements;
- identification of stakeholders, their roles and responsibilities; and
- access management.

### 3.9.1.1 Software Deliverables

The Contractor shall install their developed software deliverables as well as any software components the Contractor is dependent upon, on the DCGS-A provided Army Gold Master (AGM) baseline or a LiSTA baseline (if using Linux), throughout the Contractor's software development lifecycle. AGM or LiSTA discs shall be provided by DCGS-A as GFE.

1) The contractor's software must function properly, without introducing vulnerabilities, on the hardened DCGS-A hardware system.

2) The contractor shall troubleshoot and correct any security-related software anomalies that may arise during software installation, integration, and testing before the government will accept the contractor developed software as a deliverable.

3) The contractor shall ensure that remediation techniques do not compromise security on the hardened baseline system.

4) The Contractor shall understand and use all STIGs applicable to their software, and define and provide an explanation of all issues that are not compliant with the STIGs. The contractor shall utilize ACAS/NESSUS and the Security Content Automation Protocol (SCAP) Compliance Checker (SCC) tools and utilize, manual checks as required to ensure STIG compliance.

5) The contractor shall provide Ports, Protocols, and Services (PPS) documentation to the government. This information is required for system accreditation and maintenance, and is required to be documented in the system User Security Manual, and Security Operating Procedure manual (USM/SOP). PPS information shall not be made available to the general public, and shall be considered FOUO between the contractor and the government. PPS information shall be electronically transmitted with encryption.

6) The Contractor shall, at the discretion of the government, provide on-site support to security remediation activities for their software deliverables to the government at Aberdeen Proving Ground, MD.

7) The Contractor shall, maintain and identify to PM DCGS-A their points of contact for their IA trained staff (IAT Level II certified or higher), in accordance with DoDD 8140. Contractor IA personnel shall coordinate with DCGS-A IA staff on a bi-weekly basis, and shall participate in the development, integration, and test all software deliverables in this document.

8) All web-based software delivered by the contractor shall use Transport Layer Security (TLS) 1.2 or higher and HTTPS. The contractor shall not use unsecured HTTP.

### 3.9.2 SECURITY ENGINEERING SERVICES

Security Engineering services shall be required to support this effort by providing technical support and recommendations for implementing, verifying, and validating secure architecture, design, and configuration; regulation compliance assessments; meeting and briefing support, and engineering support necessary to the development of a securely configured system so that the system being supported can achieve Approval To Operate (ATO). Support includes but is not limited to the following:

1) Verification and validation that that the system is compliant with IA controls and requirements are implemented IAW DoD and Army policy as they apply to the system under evaluation. The contractor shall provide documentation to support this.

2) Provide certification and accreditation artifacts that are compliant with AR 25-2 and the DoD Risk Management Framework (RMF) in the case of collateral systems. Using only Army approved tools. No tools are authorized for generation of artifacts except those posted to the Army OIA&C site or Knowledge Service (KS) site. Artifacts provided must meet the requirements of Army and DoD guidance.

3) Contractor developed software components that manipulate DCGS-A entity data shall be designed with schemas to support CAPCO data security labeling standards and the data used to populate the databases will be marked in accordance with CAPCO labeling standards.

4) IC ISM provides the table and data structures supporting DDMS and interoperability with DCGS DMO DIB standards. DCGS-A must follow DODIIS guidance currently following DIIG and DCID 6/3. Rationale: DODIIS guidance enables DCGS-A to participate in the IC community and share data in a collaborative manner. Items specific to DODIIS include the support of IC ISM and incorporating PL3 guidance to enable a common baseline to be deployed to networks with different classifications.

5) Developers shall provide mechanisms and documentation on how to tune the DCGS-A platform to meet use in the different network classifications in which DCGS-A operates. Flexible configuration options are required to shut down unused services (ports and protocols) if a given application is unused in a specific network.

### 3.9.3 SYSTEM SECURITY

The contractor shall incorporate all security features as required by the DCGS-A Capability Description Document (CDD).

The contractor shall support the process of mapping and allocating Cybersecurity requirements to the hardware and software design for the system as part of the overall system development process and to support test and evaluation planning.

The contractor shall identify potential threats and vulnerabilities of the developing system from Cybersecurity risk perspective and characterize the attack surface before performing component and system integration testing.

The contractor shall perform Security Vulnerability Analysis to provide results of contractor's efforts to quantitatively and qualitatively define system security functional requirements and residual clandestine vulnerabilities. The analysis shall be classified no lower than SECRET NOFORN.

See DI-MISC-80841, C015

The contractor shall provide the Vulnerability Scan Compliance (VSC) Report, for use by the government to assess the security vulnerability and residual risks of the system software build.

See DI-MGMT-81842, C016

The contractor shall complete the detailed build-to design of the system, ensuring that all required cybersecurity requirements are included, mapped, and allocated to the hardware and software design.

The contractor shall employ DoD-evaluated and certified/approved products, this includes using hardware from the Defense Information Systems Agency (DISA) Unified Capabilities (UC) Approved Products List (APL), and software that has undergone National Information Assurance Partnership (NIAP) evaluation and has been published on the Approved Products Compliance List (APCL).

The contractor shall demonstrate during Critical Design Review (CDR) the adequacy of the system design to meet the system requirements, including Cybersecurity, and readiness to begin developmental prototype hardware fabrication and/or software coding with acceptable risk.

The contractor shall conduct self-assessment or support Cybersecurity penetration testing based on the system Cyber Attack Surface during the development phase in order to prepare the system for formal Developmental Test & Evaluation (DT&E) and support Program Protection Plan requirement.

### 3.9.4 SECURITY TECHNICAL IMPLEMENTATION GUIDES (STIGS)

The contractor shall implement STIGs within 30 days from release of a new DISA STIG. Where an update cannot be technically applied due to system functionality, that STIG item shall be documented in the classified system Plan of Action & Milestone (POA&M) with appropriate mitigations. If an update cannot be applied within 30 days, the contractor shall provide a milestone schedule in the POA&M item for application for Government approval.

### 3.9.5 INFORMATION ASSURANCE VULNERABILITY ALERT (IAVAS)/SECURITY PATCHES

The contractor shall incorporate all applicable IAVAs and vendor security patches to the baseline of the system in a timely manner during the entire contract period.

### 3.9.6 CYBERSECURITY DOCUMENTATION

Appx11384

A1384

The contractor shall provide all applicable accreditation documents to support Secret and below systems accreditation per DODI 8510.01, Risk Management Framework (RMF) and approval authority requirements.

The contractor shall provide all applicable accreditation documents to support Top Secret and Cross Domain Solution components per Intelligence Community Directive (ICD) 503 and approval authority requirements.

During development, the contractor shall develop and provide all IA and IA-Enabled software application Cybersecurity Certification Test Procedure (CTP) or Hardening Guide along with system CTPs as part of accreditation documents to support Cybersecurity certification process.

The contractor shall ensure the decomposed component specifications, with inherent cybersecurity requirements, are fully defined, including verification criteria, and traced to the security controls documented in the Security Plan.

### 3.9.7 (CYBERSECURITY) CERTIFICATIONS AND ACCREDITATION

The contractor shall address all identified Cybersecurity concern/issues during the period of the contract so that system can meet accreditation requirements and to achieve all necessary IATT and ATO approvals to meet program schedule.

The contractor shall follow DoDI 8500.01 and DoDI 8510.01 guidance for Secret and below accreditation requirement.

The contractor shall follow ICD 503 guidance for Top Secret and Cross Domain Solution accreditation requirement.

### 3.9.8 SECURITY SUPPORT

The contractor shall provide security support to conduct software security testing, prepare security related documentation, provide input to security accreditation documentation, validate the conduct of each task to ensure security requirements are being met, ensure facility security and program protection, and personnel security functions.

### 3.10 INTEGRATED LOGISTICS SUPPORT (ILS)

The following efforts for logistics, training and support are limited to the technical support that the Government requires the software developer to provide for logistics support. This support would be technical services, documentation and data to assist with the development of documentation and training as well as assist with the initial training for logistics developers and field support, as required. This is necessary to ensure the development of adequate documentation/training and provide required field support for any DCGS-A software that is developed under this effort and

| SOLICITATION, OFFER AND AWARD | 1. This Contract Is A Rated Order Under DPAS (15 CFR 700) ▶ | Rating DOA7 | Page 1 | of | Pages 134 |
|---|---|---|---|---|---|

| 2. Contract Number | 3. Solicitation Number W56KGY-16-R-0001 | 4. Type of Solicitation ☐ Sealed Bid (IFB) ☒ Negotiated (RFP) | 5. Date Issued 2015DEC23 | 6. Requisition/Purchase Number SEE SCHEDULE |
|---|---|---|---|---|

| 7. Issued By                                   Code | W56KGY | 8. Address Offer To (If Other Than Item 7) |
|---|---|---|

ACC-APG Division C (W56KGY)
CCAP-CCC
6001 Combat Drive

APG, MD 21005-1846

**NOTE: In sealed bid solicitations 'offer' and 'offeror' mean 'bid' and 'bidder'.**

## SOLICITATION

9. Sealed offers in original and _____ copies for furnishing the supplies or services in the Schedule will be received at the place specified in item 8, or if handcarried, in the depository located in _____ until 04:00pm (hour) local time 2016FEB16 (Date).
**Caution - Late Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.**

| 10. For Information Call: | A. Name ▶ MICHAEL SHERICK | B. Telephone (No Collect Calls) | | | C. E-mail Address |
|---|---|---|---|---|---|
| | | Area Code (443) | Number 861-4808 | Ext. | MICHAEL.G.SHERICK.CIV@MAIL.MIL |

### 11. Table Of Contents

| (X) | Sec. | Description | Page(s) | (X) | Sec. | Description | Page(s) |
|---|---|---|---|---|---|---|---|
| | | **Part I - The Schedule** | | X | I | **Part II - Contract Clauses** Contract Clauses | 44 |
| X | A | Solicitation/Contract Form | 1 | | | | |
| X | B | Supplies or Services and Prices/Costs | 5 | | | **Part III - List Of Documents, Exhibits, And Other Attach.** | |
| X | C | Description/Specs./Work Statement | 36 | X | J | List of Attachments | 98 |
| X | D | Packaging and Marking | 37 | | | **Part IV – Representations And Instructions** | |
| X | E | Inspection and Acceptance | 38 | | K | Representations, Certifications, and Other Statements of Offerors | 99 |
| X | F | Deliveries or Performance | 39 | X | | | |
| X | G | Contract Administration Data | 40 | X | L | Instrs., Conds., and Notices to Offerors | 110 |
| X | H | Special Contract Requirements | 42 | X | M | Evaluation Factors for Award | 129 |

## OFFER (Must be fully completed by offeror)

**NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.**

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. Discount For Prompt Payment (See Sectin I, Clause No. 52.232-8) ▶ | 10 Calendar Days (%) | 20 Calendar Days (%) | 30 Calendar Days (%) | Calendar Days (%) |
|---|---|---|---|---|

| 14. Acknowledgment of Amendments (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | Amendment No. | Date | Amendment No. | Date |
|---|---|---|---|---|

| 15A. Name and Address of Offeror | Code | | Facility | 16. Name and Title of Person Authorized to Sign Offer (Type or Print) |
|---|---|---|---|---|

| 15B. Telephone Number | | | 15C. Check if Remittance Address is ☐ Different From Above – Enter such Address In Schedule | 17. Signature | 18. Offer Date |
|---|---|---|---|---|---|
| Area Code | Number | Ext. | | | |

## AWARD (To be completed by Government)

| 19. Accepted As To Items Numbered | 20. Amount | 21. Accounting And Appropriation |
|---|---|---|

| 22. Authority For Using Other Than Full And Open Competition: ☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( ) | 23. Submit Invoices To Address Shown In (4 copies unless otherwise specified) ▶ | Item 25 |
|---|---|---|

| 24. Administered By (If other than Item 7) | Code | 25. Payment Will Be Made By | Code |
|---|---|---|---|

| 26. Name of Contracting Officer (Type or Print) | 27. United States Of America (Signature of Contracting Officer) | 28. Award Date |
|---|---|---|

**IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.**

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

Standard Form 33 (Rev. 9-97)
Prescribed By GSA-FAR (48 CFR) 53.214(c)

Appx11479

A1479

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 121 of 134 |
|---|---|---|
| | PIIN/SIIN  W56KGY-16-R-0001          MOD/AMD | REPRINT |

Name of Offeror or Contractor:

The Data management architecture will consist of a conceptual data integration layer and data analytics platform. The data integration layer will modularize the data management architecture to abstract away specific database instances with a standardized data access layer, and implement a logical data model. The proposed design should include how the data management architecture will integrate with the provided mission application architecture and provides a high level of confidence that the proposed data architecture will integrate with the future mission application architecture without significant rework. Architectural differences between the two paradigms are highlighted and that appropriate trades (such as: software residing near the data or centralized) were considered.

The Data management architecture should include a data analytics platform that will use customizable algorithms to examine raw and processed data for the purpose of drawing conclusions about the information, to include but not limited to entity, relationship, and pattern identification. The platform will allow for the addition of new algorithms, and adjustment to existing algorithms, to meet ever changing threat environment and mission needs.

The Offeror shall provide a block diagram and/or other engineering design artifacts for the architecture, describing all components and their relationships.

The Software Assurance Analysis Report shall contain two sections:

Section 1: Details how static analysis for Software Assurance is used within the offerors development lifecycle in writing and in diagrammatic form for illustrative purposes.

Section 2: Details the output from a minimum of two software static analysis tools used by the offeror.

2) Subfactor 2 Fusion Data Analytics:  The Offeror shall propose a detailed technical solution to perform automated fusion Level 0, 1, and 2 functions:  Source Processing, Entity Refinement, and Situation Refinement.  See task order PWS paragraph 3.2.11 Fusion.

3) Subfactor 3 Interoperability:  The Offeror shall propose a detailed technical solution of how it will interoperate with other DCGS-A fielded systems, MCS systems, the Joint systems, and Coalitions in accordance with the DCGS-A SV-6 (Attachment 0007) and task order 0001 PWS paragraph 3.2.17.  Additionally, offerors should describe how the proposed DCGS-A, Increment 2 solution will integrate into the DCGS Integration Backbone (DIB) Version 4.2 into the DCGS-A, Increment 2 baselines for interoperability with the Joint DCGS Family of System (PoS).  The DIB is a cohesive set of modular, community-governed, standards-based data services focused on enterprise information sharing.  The DIB provides a common framework to enable the construction of cloud services such as Platform as a Service (PaaS) type of services for data exposure and transformation, and for enabling applications and users to discover and access information from a wide range of distributed sources.  The offeror shall describe how the proposed design operates with multiple environments (JIE, COE, ICITE) (for evaluation purposes only).  The offeror shall describe how the proposed design will interface with current mission applications (for evaluation purposes only).  The offeror shall describe how the proposed design will allow for components to be updated and replaced via a Modular and Open System Architecture (MOSA).

4) Subfactor 4 Visualization Framework/Usability: The Offeror shall propose a solution which describes how DCGS-A, Increment 2 shall build usability into the design and be designed for users, to support users and their intelligence tasks.

5) Subfactor 5 Data Rights:  Pursuant to the requirements set forth in DFARS 252.227-7017, Offerors are required to specifically identify Data/Software Rights Assertions related to technical data and software deliverables.  As indicated in DFARS 252.227-7017(e), an Offeror's failure to submit, complete, or sign the aforementioned Data and Software Rights Assertions with its offer may render the offer ineligible for award.  In accordance with the content and formatting requirements for Data and Software Rights Assertions (set forth in DFARS 252.227-7017), the Offeror's Data and Software Rights Assertions shall comply with the following requirements:

i. The Offeror shall not assert license restrictions on items, component, or processes themselves.  The asserted license restrictions shall pertain to software or technical data that relates to items, components, or processes.

ii. The Offeror's Assertions shall not include technical data or software that will not be furnished to the Government under this Contract.

iii. The Offeror shall provide a concise (but specific) description of the technical data and software deliverables that will be furnished to the Government with restrictions, rather than generically asserting license restrictions in "technical data" or "technology".

v. The Offeror is responsible for ensuring that Data and Software Rights Assertions from its subcontractors comply with the aforementioned content and formatting requirements (in accordance with DFARS 252.227-7017).

Offerors shall provide Data/Software Rights Assertions in a tabular format prescribed in DFARS 252.227-7017.  However, in addition to








# Increment 1 Hardware Configuration

## Vicky Baker

## PM DCGS-A

COL Robert M. Collins| Project Manager, DCGS-A | COM: 443-861-2442 | DSN: 848-2442 | robert.n.collins4.mil@mail.mil

LTC  Laura N. Poston | PdM, DCGS-A | COM: 443-861-2580 | DSN: 861-2580 | laura.n.poston.mil@mail.mil

A1661

Appx11661



# PM DCGS-A Human Systems Integration (HSI)



- Who: Team of Human Factors Engineers and Former Soldiers

- What
  - Qualitative and Quantitative Analysis
  - Tracking Usability issues
  - Collect, assess, and incorporate Soldier (User) feedback
  - **Soldier advocates** throughout software development process

*Usability Requirement – DCGS-A shall enable users to successfully execute a goal-oriented operational task with 80% success rate. Success is based upon the time the user takes to complete representative task (time on task) using an appropriate workflow, the ability of the user to successfully complete the task (success rate), and completing the task without experiencing a critical usability defect.*




# Usability in the Design Process

- User Centered Design (UCD) is a process that focuses on the user throughout each of the phases of software development and supports the key principles of the ISO standard Human-Centered Design for Interactive Systems:

  1. **Analyze:** design is based upon an explicit understanding of the user
  2. **Define Requirements:** Incorporate Soldier Feedback
  3. **Design:** driven and refined by user-centered evaluation
  4. **Iteratively Prototype:** test and modify design with Soldier participant



# Distributed Common Ground System-Army (DCGS-A) Increment 2

# Market Research Report

## 13 July 2015

**PREPARED BY:**
Solicitation Integrated Product Team (IPT)
**Chair:** MAJ Derek G. Johnson derek.g.johnson.mil@mail.mil
**Members:**
PM DCGS-A Increment 2 staff
AMC, ACC Contracting Officer
PEO IEW&S Contract Planners
AMC, CECOM Legal Advisor
AMC, CECOM Small Business Advisor

A1792
Protected Information
and/or Legends Redacted

## Table of Contents

Executive Summary .................................................................................................................... 4

1    Authority ....................................................................................................................... 5

2    North American Industry Classification System (NAICS)........................................... 5

3    Market Research Objectives........................................................................................ 5

4    Background................................................................................................................... 5

5    Scope of Development................................................................................................. 8

    5.1      Key Performance Parameters (KPPs)................................................ 8

    5.1.1    Net Ready............................................................................................ 8

    5.1.2    Fusion.................................................................................................. 8

    5.1.3    Training............................................................................................... 9

    5.1.4    Sustainment....................................................................................... 9

    5.2      Key System Attributes (KSAs).................. ......................................... 9

    5.2.1    Operations and Support (O&S) Cost.................................................. 9

    5.2.2    Ease of Use/Usability.... .................................................................... 9

    5.2.3    Geospatial Information...................................................................... 10

    5.2.4    Intelligence Support to Cyber Operations ........... ............................ 10

6    Market Research Approach........................................................................................ 11

7    Market Research...................................................................................................... 12

    7.1 Industry Engagement................................................................................... 13

    7.1.1    Request for Information 1(RFI1)........................................................ 13

    7.1.2    Request for Information 2(RFI2)........................................................ 14

    7.1.3    Request for Information 3(RFI3)........................................................ 17

    7.1.4    Industry Day...................................................................................... 17

    7.1.5    One on Ones...................................................................................... 18

    7.2      RFI Respondents................................................................................ 21

    7.3 Industry Feedback on Acquisition and Market Trends.................................. 24

    7.3.1    RFI Questions and Trends.................................................................. 24

    7.4 RFI Respondent Capability Assessment....................................................... 28

    7.4.1    Capability Domain Assessment Criteria............................................ 28

    7.4.2    Respondent Capability Domain Assessment Summary..................... 28

Appx11793

A1793
Protected Information
and/or Legends Redacted

7.4.3     Capability Criteria Not Included in Capability Domain Assessment Summary........................ 31

7.4.4     Respondent Capability Assessment Narratives........................................................................ 33

**8    Findings** ....................................................................................................................................... **39**

8.1     Large Business Capability Findings.......................................................................................... 40

8.2     Small Business Capability Findings........................................................................................... 41

8.3     General Findings ...................................................................................................................... 41

8.3.1     Performance and Efficiencies................................................................................................. 41

8.3.2     Better Buying Power ............................................................................................................... 42

8.3.3     Ability One Program ............................................................................................................... 42

8.3.4     Contract Types........................................................................................................................ 42

8.3.5     Commercial Services .............................................................................................................. 42

8.3.6     Market Prices ......................................................................................................................... 42

**9     Conclusion** .................................................................................................................................. **43**

## List of Tables

Table 1: Market Research Sources ........................................................................................................ 12

Table 2: One on One Participants (Large Business)............................................................................... 19

Table 3: One on One Participants (Small Business)................................................................................ 20

Table 4: One on One Participants (Non Profit)...................................................................................... 21

Table 5: List of RFI Respondents........................................................................................................... 21

Table 6: Large Business Capability Assessment.................................................................................... 30

Table 7: Small Business Capability Assessment....................................................................................31

## List of Figures

Figure 1: DCGS-A Capability Description................................................................................................ 7

Figure 2: Market Research Approach .................................................................................................... 12

Figure 3: Evaluation Factors.................................................................................................................. 25

A1794

Protected Information
and/or Legends Redacted

## Executive Summary

This report documents the analysis and findings of the Market Research Report conducted by a multi-functional Integrated Product Team (IPT) to determine market capability to develop Increment 2 of Distributed Common Ground System- Army (DCGS-A). The Increment 2 scope of development includes a more robust Data Architecture and the addition of a Cyber Analytic capability (Intelligence Support to Cyber Operations), as well as enhancements to some of the current DCGS-A capabilities such as Data Fusion & Pattern Analysis and improvements to overall ease of use.

Following the Department of Defense (DoD) Framework for a Development Acquisition, the DCGS-A Increment 2 Contract IPT was chartered by Project Manager (PM) DCGS-A to establish a contracting approach to provide for the analysis, design and development to support the DCGS-A Increment 2 Engineering and Manufacturing Development (EMD) Phase. The major objectives of the acquisition are to incorporate better buying power initiatives, maximize competition, and utilize small business, while developing a DCGS-A Increment 2 capability that meets or exceeds all the requirements that have been identified.

The DCGS-A program has continued to actively coordinate with Industry on competitive efforts for Increment 2. The PM has assessed a transition from the current acquisition approach, which has the Government serving as lead integrator for DCGS-A Increment 1. Under a new construct, Industry will take a more active role in the final product and program delivery. This will serve to better leverage Industry's innovation, emerging technologies, and proven processes to deliver a more fully integrated capability. The PM's Industry engagement activities include a series of Requests for Information (RFI) to solicit industry feedback on the program's requirements and proposed acquisition strategy, several Industry Day forums that support open communication, and continuous dialogue at one on one meetings with individual companies. While the acquisition strategy has not yet been approved, Increment 2 is envisioned to have two major software releases. Toward this aim, the IPT conducted market research to understand the overall marketplace landscape for Information Technology (IT) Services to perform DCGS-A Increment 2 development contract; gather Industry feedback on trends and new or innovative contracting concepts; and analyze lessons learned, best practices, and common approaches for development of IT systems.

The Government released three (3) RFIs to Industry, and received responses from 84 different organizations, which included 45 large businesses, 35 small businesses, three (3) non-profit organizations, and one (1) Federally Funded Research and Development Center (FFRDC). PM DCGS-A received responses to its first RFI on 12 September 2014. Responses to the second RFI were received on 29 December 2014. Responses to the third RFI were received on 22 May 2015. Additionally, the Government conducted a one on one engagements with 78 different organizations from 20 January 2015 to 12 May 2015.

Based on current market research and analysis of the resulting information, the overall conclusion of this Market Research Report is that a full and open competition is appropriate for the DCGS-A Increment 2 Engineering and Development effort. Going forward, the Acquisition Strategy will maximize the utilization of small business while managing program performance risk. Partial small business set-asides and Small Business sub-contracting goals have been analyzed to inform the selected Acquisition Strategy and Source Selection Evaluation Plan (SSEP).

The information contained in this Market Research Report has been updated throughout the acquisition effort and will continue to be refreshed as necessary to inform key decisions.

**A1795**

Appx11795

Protected Information
and/or Legends Redacted

# 1  Authority

Market Research is required in accordance with Federal and Department of Defense (DoD) policy including, but not limited to:

- 41 U.S.C. 253a(a)(1)B, Planning and Solicitation Requirements
- 41 U.S.C. 264b, Preference for Acquisition of Commercial Items
- FAR 7.102, Acquisition Planning Policy
- FAR Part 10, Market Research
- FAR 19.202-2, Locating Small Business Sources
- DFARS Part 210, Market Research Policy and Procedures
- AFARS Part 5110, Market Research
- DoD Services Acquisition Guidebook
- DoD Better Buying Power
- AR 70-13 Management and Oversight of Service Acquisitions

# 2  North American Industry Classification System (NAICS) Code and Product Service Code (PSC)

For the purposes of this Market Research, the anticipated NAICS code for this acquisition is 541330 Engineering Services, with a small business size standard of $38.5 Million. The final determination will be based on the preponderance of the work detailed within the completed Independent Government Cost Estimate (IGCE). In addition, the anticipated Product Service Code (PSC) is AC63: Electronics & Communications Equipment R&D – Advanced Development because DCGS-A Increment 2 will build on the capabilities of Increment 1.

# 3  Market Research Objectives

The objectives of the DCGS-A Increment 2 Market Research are to:

- Understand the overall marketplace landscape for DCGS-A Increment 2 and large Information Technology contracts
- Assess the capability of small business to perform the DCGS-A Increment 2 development scope
- Gather Industry feedback on trends and new or innovative contracting concepts
- Determine Industry's ability to enhance DCGS-A capability blocks, either through existing COTS products or through new development
- Validate the accuracy of Industry's experience developing or enhancing capabilities required for Increment 2 by consulting with their government "customers"

# 4  Background

The DCGS-A program was created in response to the DoD Distributed Common Ground/Surface System (DCG/SS) Mission Area Initial Capabilities Document (MA ICD), which captured the overarching requirements for an Intelligence, Surveillance, and Reconnaissance (ISR) Family of Systems (FoS) that

A1796
Protected Information and/or Legends Redacted

will contribute to Joint and combined Warfighter needs. The DCG/SS MA was converted into the DCGS Enterprise ICD in March 2009. The DCGS-A Information System Capability Development Document (IS CDD) is currently being staffed, and is an update of the ICD to support application of the IT Box construct to continue DCGS-A system development beyond initial capabilities. The JROC is expected to approve the DCGS-A IS CDD in June 2015.

DCGS-A is an evolving program made up of a foundational network, hardware, software, sensors, people, and processes. It is comprised of an extensive network architecture that enables distributed processing and information sharing of data from sensors and other sources across the globe; software tools to help the users perform the analyses, update, and share intelligence products; servers that store data and collected intelligence; and alignment to a set of common standards that enable integration of new technology, processes, and ideas. As technology evolves and new Warfighting requirements emerge, the DCGS-A capability set needs to be updated to meet the user needs.

DCGS-A is the Army's primary system for ISR tasking of sensors, processing, exploitation and dissemination (TPED) of collected data converted into warfighting information and intelligence regarding the threat, weather, and terrain at all Army echelons. For Increment 2, overarching goals are to modernize the Data Enterprise with a Data Integration Platform to reduce complexity, build upon a commercially supported framework, and modernize the data architecture throughout DCGS-A; leverage a visualization framework that spans thin and thick clients to provide a more seamless 'look and feel' across the portfolio of applications and capabilities, and; incorporate cyber security considerations in design and support to emerging cyber analytic requirements. The DCGS-A system and data enterprise must conform to and leverage the Army Common Operating Environment (COE), DCGS Integration Backbone (DIB), Joint Information Environment (JIE), Intelligence Community Information Technology Enterprise (IC ITE), and Defense Intelligence Information Enterprise (DI2E) standards to enhance interoperability of ISR information through the use of common enterprise standards and services.

DCGS-A facilitates SEEing and KNOWing on the battlefield—the fundamental precursor to the UNDERSTANDing that underpins the Army's Mission Command concept. DCGS-A will continue to contribute to visualization and situational awareness (SA), thereby enhancing tactical maneuver, maximizing combat power and enhancing the ability to operate in an unpredictable and changing environment throughout the operational spectrum.

The current acquisition approach for Increment 2 will leverage the CJCSI 3170.01H Information Technology Box (IT Box) Requirements Process for incremental software releases. This streamlined approach will support incremental development and fielding of system software capabilities over time to meet the user needs and improve capabilities by allowing greater flexibility and response to evolving technologies.

A significant component of the DCGS-A Increment 2 acquisition approach via the IT Box requirements methodology is the ability to grow system capability over time through a series of software releases and hardware modernizations/refresh cycles. DCGS-A software releases provide a mechanism to build agility within the program to satisfy requirements in an accelerated fashion. Each DCGS-A software release will be synchronized with Army interoperability and Cyber Security standards. DCGS-A will continue to maximize the use of Commercial off-the-Shelf (COTS) /Government off-the-Shelf (GOTS) products. The IT Box construct will have a Requirements Oversight Council, which is made up of the Army requirements organizations, user representatives, and acquisition operations officials who provide the PM a prioritized list of requirements to pursue in each software release. The PM, user

**A1797**
Appx11797
Protected Information
and/or Legends Redacted

representative, and industry integrator will execute to the prioritized list in accordance with capability maturity assessment, cost, and schedule constraints per software release. DCGS-A Increment 2 software releases will leverage the Intelligence Community (IC) investments in Information System technology and align to the applicable initiatives of the National Functional Managers (NSA, DIA, and CIA).

The primary focus of the Increment 2 program capability approach will be the alignment to the Intelligence Community Information Technology Enterprise (IC ITE). Compliance with the IC ITE standards will ensure that the Army delivers a capability that will endure across Intelligence domains and continue the evolution of the Intelligence processing capabilities over time.

Capability growth will be implemented as part of the DCGS-A program life cycle. DCGS-A will continue to adapt and integrate advanced technology, new sensor requirements, cybersecurity advances, and other necessary system evolutions to remain relevant and avoid obsolescence through system life.

## 2.2 Capability Description
Figure 1 below provides a general depiction of DCGS-A and its overall mission as an intelligence enterprise.



Figure 1: DCGS-A Capability Description

A1798
Protected Information
and/or Legends Redacted

Appx11798

# 5 Scope of Development

DCGS-A, Increment 2 will meet or exceed the following Key Performance Parameters (KPP's) and Key System Attributes (KSA's):

## 5.1   KPPs

### 5.1.1   Net Ready



### 5.1.2   Fusion

DCGS-A shall be capable of performing three automated fusion functions:



**A1799**
Appx11799
Protected Information and/or Legends Redacted

### 5.1.3 Training

Department of the Army shall provide the necessary resources to conduct required DCGS-A systems training in the Institutional, Operational, and Self-Development training domains through the appropriate Planning, Programming, Budgeting, and Execution (PPBE) process. Department of the Army, with the Training Developer, Materiel Developer, and Combat Developer, shall establish and integrate all DCGS-A systems-related training development activities and training across the Institutional, Operational, and Self-Development training domains prior to or no later than the Full Deployment (FD). [KPP 3] This will include:

- Developing the DCGS-A Gross Task List (GTL) (Initial Minimum)

- Developing the DCGS-A Training Support Package (TSP) that supports individual, unit and collective training (Initial Minimum)

- Developing a New Equipment Training Plan (NETP) for each new, improved, or modified version of DCGS-A (Initial Minimum)

- Conducting NET and Instructor/Key Personnel Training (I/KPT) supplemented with subsequent Live Environment Training (LET) (Initial Minimum) [KPP 3]
  (Note: Incremental Requirements Definition Packages (RDP) and Capability Drops (CD) will be used to increase future Training capabilities (e.g., Embedded Training (ET)) through the life of the program.)

### 5.1.4 Sustainment

Operational Availability (Ao). DCGS-A shall have an operational availability (Ao) of at least 90% by Full Deployment (FD). Ao is the minimum percentage of time over a 72 hour mission (as delineated in the Operational Mode Summary/Mission Profile (OMS/MP) the system must be fully mission capable. This equates to a Maximum Time To Repair (MaxTTR) of no greater than 60 minutes 90% of the time and an Administrative and Logistics Delay Time (ALDT) no greater than six (6) hours. A fully mission capable system is able to execute all DCGS-A operational essential functions (Net-Ready, Fusion, and Visualization). The initial minimum Ao supports the mission equipment Level 1 percentage requirements assigned to DCGS-A items as derived from AR 220-1, Army Unit Status Reporting (Initial Minimum).

## 5.2 KSAs

### 5.2.1 Operations and Support (O&S) Cost.

DCGS-A shall not exceed a total O&S cost o███████████████████████ DCGS-A shall institute a planned approach to monitoring, collecting, and validating operating and support cost data to support this KSA (Initial Minimum).

### 5.2.2 Ease of Use/Usability

DCGS-A shall enable users to successfully execute a goal-oriented operational task with no less than an

80% success rate. Success is based upon the time the user takes to complete representative task (time on task) using an appropriate workflow, the ability of the user to successfully complete the task (success rate), and completing the task without experiencing a critical usability defect (Initial Minimum).

### 5.2.3 Geospatial Information



### 5.2.4 Intelligence Support to Cyber Operations



## 6 Market Research Approach

Protected Information
and/or Legends Redacted

Based on the DoD Service Acquisition Process, the DCGS-A, Increment 2 Contract IPT developed a detailed schedule to guide its activities, including a planning phase with a comprehensive Market Research Approach.

- **RFI 1 – 13 Aug 2014 – 12 Sep 2014:** Was conducted to assess the level of relevant competition and capabilities in the market place and elicit industry feedback to assist the Program Office in developing the Acquisition Plan.

- **RFI 2 – 5 Dec 2014 – 29 Dec 2014:** Was issued to determine ability of individual companies to act as the prime contractor for the DCGS-A development effort.

- **RFI 3 – 6 May 2015 – 22 May 2015:** Was released to determine if rule of two exists, as defined in FAR 19.502, and if a small business set-aside is appropriate for Increment 2 development.

- **Industry Day 1 – 20 Jan 2015:** Provided a forum to share emerging requirements with Industry.

- **Industry One on Ones – 20 Jan 2015 - 12 May 2015:** Provide a forum to answer Industry's questions and elicit their feedback regarding to the elements of the Increment 2 Acquisition Strategy and Acquisition Plan such as small business involvement and Data Management considerations.

- **Industry Day 2 – 25 Jun 2015:** Will provide an opportunity to discuss the draft Increment 2 requirements with industry.

- **Industry Engagement 3 – Sep 2015:** To serve as a venue to discuss the Draft Increment 2 Request for Proposal (RFP) with industry following its release.

The IPT developed unique data collection questionnaires for each of the three RFIs described above. The industry responses to each RFI are maintained in the IPT's document repository, along with a summary of each respondent's answers documenting the organization POC, business category, capabilities, and key take-aways. A full list of the RFI questions and their key take-aways are included in Section 7: Market Research.

Additionally, the PM hosted an Industry Day on 20 January 2015 to share information about the acquisition and answer Industry's questions in real-time. The Industry Day also helped to ensure the Government's requirements are defined adequately to promote high quality proposals and adequate competition. Follow on Industry Days are planned to elicit Industry feedback on the upcoming draft PWS and RFP. In conjunction with the first Industry Day, PM DCGS-A hosted a series of One on One sessions to elicit additional Acquisition Strategy feedback from Industry.

Figure 2 below provides a graphical summary of the DCGS-A Increment 2 Contract IPT's Market Research Approach.

**A1802**
Protected Information
and/or Legends Redacted



Figure 2: Market Research Approach

## 7    Market Research

Table 1 below describes all of the Primary Market Research sources and activities leveraged or planned by the DCGS-A Increment 2 Contract IPT.

| Source/Activity | Description |
|---|---|
| RFI 1 | Determine level of competition and elicit industry feedback of Acquisition Strategy |
| RFI 2 | Determine capability of individual businesses to perform as prime contractor |
| RFI 3 | Inform the small business role for Increment 2/Determine if SBSA is appropriate |
| Industry Days | An open forum during which the IPT sponsors shared information about the DCGS-A Increment 2 acquisition |
| One-on-Ones | Dialogue with individual companies to enable the IPT to receive more detailed feedback on Acquisition Strategy and answer Industry's questions in real-time |

Table 1: Market Research Sources

PRE-DECISIONAL – PROCUREMENT SENSITIVE

A1803
Protected Information
and/or Legends Redacted

## 7.1 Industry Engagement

### 7.1.1 Request for Information 1 (RFI1)

The first Sources Sought RFI was posted to the FedBizOpps website (www.fbo.gov) on 13 August 2014 with responses received by 12 September 2014. Background and limited scope information were provided in the RFI (the same information is included in Section 4 of this Market Research Report). The questions asked in the first RFI were as follows:

1. Company Information

Provide the following information about your company.
- Company Name
- Point of Contact
- Address
- Phone Number
- Business Type (*i.e.*, Large Business, Small Business, Small Disadvantaged Business, 8(a), HUBZone, Woman-owned Small Business, Service Disabled Veteran Owned Small Business, Veteran Owned Small Business) and applicable NAICS code(s). As applicable, do you anticipate transitioning to other than a "small business" in the next eighteen months?
- Contract vehicles your company has been awarded that address the scope of services required to develop and integrate a system such as DCGS-A, focused on integrating COTS/GOTS and internally-developed software products into a software baseline to be fielded on commercial hardware (laptops, servers, etc.) with software updates/enhancements delivered every 6-12 months. For each contract vehicle, specify:
  - Agency
  - Vehicle name and type (*e.g.*, Indefinite Delivery/Indefinite Quantity (ID/IQ) contract, Blanket Purchasing Agreement)
  - Prime or Subcontractor
  - Period of Performance
  - Specify whether your company possesses or can obtain a Facility Security Clearance and if so, at what level.

2. Acquisition Strategy Questions

1) A change from the Increment 1 approach of the Government acting as the Prime integrator of DCGS-A components, responsible for delivery of a final product/program for evaluation, to a competitive Prime contractor approach, leveraging industry's innovation and proven processes to deliver Increment 2 capabilities. Proposed contract types under consideration for this effort are cost-plus-incentive-fee (CPIF) or cost-plus-fixed-fee (CPFF), with an estimated value of $80-$100M for development efforts over three to four years.

2) Use of DCGS-A Increment 1, Release 2 and other DCGS-A systems and software as applicable as Government Furnished Information (GFI) to be provided to offerors during the solicitation process as the baseline to develop required Increment 2 enhancements. Offerors will also have the option to propose solutions that meet Increment 2 requirements using new solutions/baselines, or portions

A1804

Protected Information
and/or Legends Redacted

of the provided Increment 1 baseline package, to best meet the performance and life cycle supportability requirements in a cost effective manner. As applicable, the government may request to review the data and processes (*i.e.*, Trade Studies, Best of Breed Processes, etc.) used that led to the selections.

3) Regular delivery of software builds for evaluation by the Government program office in support of a comprehensive and operationally tested Software Release baseline to be fielded incrementally (two full Software Releases are anticipated to be required to deliver DCGS-A Increment 2 requirements). The Government may decide to field specific enhancements made available for evaluation in software builds prior to incorporation into a full Software Release in support of emerging operational needs, critical technology enhancements that significantly improve operational capability, or resultant cost efficiencies. Government program office evaluation of pre-release software builds at regular intervals will also support timely provision of Government feedback to the Prime contractor throughout the software release development process to lower the risk of a software release not meeting Government expectations during Development and Operational Test, and to provide the Prime contractor opportunities to meet contractual incentives tied to performance and schedule at regular intervals throughout the contract period of performance.

4) With regard to the required Source Selection evaluation factors, *i.e.* Technical/Management Approach, Past Performance, Small Business Participation and Price/Cost, what specific factors/sub-factors do you recommend the Government evaluate that are "discriminators" based on the Increment 2 scope of deliverables and services?  In addition, what incentives would you recommend the Government incorporate into this contract effort, assuming a Cost-Plus-Incentive-Fee structure is chosen?

5) Referencing prior experience in efforts of this size, scope, and complexity, provide feedback regarding the suitability of designating this work as a Small Business Set Aside.

6) Please provide feedback on how the government should consider requirements for modern data management infrastructure and data visualization, to include implications of emerging standards such as JIE, COE, and ICITE when drafting the RFP.

### 7.1.2    Request for Information 2 (RFI2)

The second Sources Sought RFI was posted to the FedBizOpps website (www.fbo.gov) on 5 December 2014 with responses received by 29 December 2014. Background and limited scope information were provided in the RFI (the same information is included in Section 4 of this Market Research Report). The questions asked in the second RFI were as follows:

a) Company name; address; Commercial and Government Entity (CAGE) Code and Data Universal Numbering System (DUNS) number; POC name, phone, email.

b) If you are a small business, please identify your company's small business size standard based on the assigned NAICS.  For more information refer to http://www.sba.gov/content/table-small-business-size-standards.

c) What percentage of your company personnel are cleared for TOP SECRET/SCI? Does your company have a TOP SECRET/SCI cleared facility or access to a TOP SECRET/SCI cleared facility? Additionally, does your company have the ability to safeguard SECRET information?

d) Within the last three (3) years, from the table below, please indicate which domains that your company has experience developing and integrating with these types of software applications/capabilities.

| Software Solutions or Services Delivered: | Government POC for this work (email/ phone No.) | Agency or Gov't Customer | % of Work Performed | Period of Performance | Prime or Sub | Contract Number / Value | If you have no experience have you partnered with anyone with experience (Company Name)? |
|---|---|---|---|---|---|---|---|
| Cloud Computing | | | | | | | |
| Big Data Analytics | | | | | | | |
| Data Architecture & Management | | | | | | | |
| Data Fusion & Pattern Analysis | | | | | | | |
| Applications for IC ITE Joint Storefront | | | | | | | |
| Targeting | | | | | | | |
| Signals Intelligence/NSA-Net Operations | | | | | | | |
| Defensive Cyber Operations | | | | | | | |
| Offensive Cyber Operations | | | | | | | |
| Counter Intelligence & Human Intelligence | | | | | | | |
| DCGS Integration Backbone (DIB) implementation | | | | | | | |
| Weather Effects/Analysis | | | | | | | |
| GEOINT (Full | | | | | | | |

Appx11806

A1806
Protected Information and/or Legends Redacted

| | | | | | |
|---|---|---|---|---|---|
| Motion Video/Static Imagery Intelligence) | | | | | |
| Geospatial Intelligence (Terrain & Mapping) | | | | | |
| Collection Management (Sensor Management) | | | | | |
| On-the-Move Operations | | | | | |
| Workflow Management | | | | | |
| Role/Attribute Base Access Control | | | | | |
| Protection level 3 (PL 3) security hardening | | | | | |
| Ease of Use Initiatives | | | | | |
| High/Ultra Reliability Program | | | | | |
| Army Interoperability Certification | | | | | |
| Joint Interoperability Certification | | | | | |

e) Is your company interested in bidding as the Prime Contractor for the Distributed Common Ground System-Army (DCGS-A) Increment 2 program?

f) Does your company have an adequate DCAA accounting system? If not, can your company obtain an adequate DCAA accounting system prior to proposal submission?

g) Does your company have experience with Acquisition Management, Administrative Support, and Program Budget and Execution with specific emphasis on project planning, cost estimating, scheduling, program tracking, financial planning and execution, contract management, acquisition documentation and reporting/briefing efforts? If so, please provide an example, including contract number; indicating whether your firm acted as a prime contractor or subcontractor; contract value; Government/Agency point of contact and current telephone number; and a brief description of the work your company performed under said contract.

A1807

Appx11807

Protected Information and/or Legends Redacted

h) What is your company's current rate of personnel retention over the last five (5) years?

i) Does your company utilize best practices for software development, i.e. Capability Maturity Model Integration (CMMI) certification? If so, what is your certification level? If not, can your company obtain one prior to the time of proposal submission?

### 7.1.3    Request for Information 3 (RFI3)

The third Sources Sought RFI was posted to the FedBizOpps website (www.fbo.gov) on 6 May 2015 with responses received by 22 May 2015. Background and limited scope information were provided in the RFI (the same information is included in Section 4 of this Market Research Report). The questions asked in the third RFI were as follows:

a) Company name; address; CAGE Code and DUNS; POC name, phone, email.

b) If you are a small business, please identify your company's small business size standard and category (i.e., Veteran Owned, Hub Zone, etc). For more information refer to http://www.sba.gov/content/table-small-business-size-standards.

c) Does your business have an accredited Earned Value Management System (EVMS) system (Yes or No)? If yes, please provide Government POC (name, email address, and phone number) who can verify.

d) Does your company have experience putting a product through Operational Testing with the United States Government? If yes, please provide an example and a Government POC (name, email address, and phone number) who can verify.

e) Does your Company have experience developing a product for an Acquisition Category 1 (ACAT 1) Military program?

f) Explain how your company would be able to operate without payment for up to 90 days if awarded a Prime Contract for Increment Two Development.

g) Has your company developed a product that can be used to monitor all user activities?

h) Does your company have experience developing a Training Support Package that supports individual, unit and collective training, developing New Equipment Training Plans or conducting NET and Instructor/Key Personnel Training supplemented with subsequent Live Environment Training?

### 7.1.4   Industry Day

DCGS-A Increment 2 conducted an Industry Day on 20 January 2015. A total of 476 Industry representatives from 177 companies attended. The Industry Day provided a valuable opportunity for Industry stakeholders to gain deeper insight into the DCGS-A Increment 2 Acquisition early in the acquisition process. Government PM Leaders and SMEs briefed topics ranging from an overview of the current Increment 1 system, to Increment 2 requirements and Data Architecture considerations. A second Industry Day was conducted on 25 June of 2015. This Industry Day allowed the DCGS-A team to communicate the specific requirements of Increment 2 to Industry and answer some of their questions.

**A1808**

Protected Information
and/or Legends Redacted

### 7.1.5 One on Ones

DCGS-A Increment 2 commenced Industry One on Ones from 20 January 2015. A total of 78 companies have participated. The One on One sessions provided a closed venue for the vendors and the Increment 2 team to candidly discuss the emerging Acquisition Strategy. Industry provided plenty of useful and informative feedback for consideration. Common discussion themes were as follows:

*7.1.5.1* **GFE and GFI:** Many of the Industry participants recommended that Increment 2 leverage the investments made in DCGS-A Increment 1. The PM plans to establish a Reading Library as a FedBizOps Secure Technical Package, wherein all unclassified documentation related to Increment 1 will be available for industry to access. Classified data will be provided upon request.

7.1.5.2 **Data Architecture:** Industry recommends DCGS-A create an open Data Architecture, free from the expense and restrictions of a proprietary model. This would ensure that the Data Infrastructure is decoupled from the Application Layer. Applications could then be competed out based on compliance to standards.

7.1.5.3 **Acquisition Strategy Feedback:** Many Industry representatives recommend an Acquisition Strategy which separates Data Architecture development from application development, either through separate contracts or separate task orders under a Single Award Indefinite Delivery Indefinite Quantity (IDIQ) contract vehicle. Responses about the exact type of contract to be used for work under Increment 2 covered the gambit of contract types, to include, Cost-Plus-Fixed-Fee (CPFF), Cost-Plus-Incentive-Fee (CPIF), Cost–Plus-Award-Term (CPAT), Firm-Fixed-Price (FFP) and Fixed-Price-Incentive-Fee (FPIF).

7.1.5.4 **Role of Small Business:** As a result of Market Research and One-on-One sessions, the general consensus is that small businesses possess innovative solutions for individual capabilities that should be harnessed to develop some of the anticipated capability enhancements under the Increment 2 framework. While several small businesses felt they had the ability to perform the entire mission, there were some large business who questioned whether the entire Increment 2 development effort is suitable for a Small Business Set-Aside (SBSA).

7.1.5.5 **Market Research Participants:** A total of 263 companies contributed to market research (103 Large, 151 Small, 8 Non-Profit, and 1 Federally Funded Research and Development Company (FFRDC)). Table 2 below lists all organizations that participated in DCGS-A, Increment 2 Market Research, their contribution, and their business size standard:

**Appx11809**

**A1809**
Protected Information
and/or Legends Redacted



| | Company | Business Size | Industry Day #1 | One on One | Industry Day #2 | Any of 3 RFIs |
|----|---------|---------------|-----------------|------------|-----------------|---------------|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |

A1810
Protected Information
and/or Legends Redacted



| | Company | Business Size | ID #1 | One on One | ID #2 | RFI |
|---|---|---|---|---|---|---|
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |

A1811

Appx11811

Protected Information and/or Legends Redacted

| | Company | Business Size | ID #1 | One on One | ID #2 | RFI |
|---|---|---|---|---|---|---|
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| 101 | | | | | | |
| 102 | | | | | | |
| 103 | | | | | | |
| 104 | | | | | | |
| 105 | | | | | | |
| 106 | | | | | | |
| 107 | | | | | | |
| 108 | | | | | | |
| 109 | | | | | | |
| 110 | | | | | | |
| 111 | | | | | | |
| 112 | | | | | | |
| 113 | | | | | | |
| 114 | | | | | | |

A1812

Protected Information and/or Legends Redacted

| | Company | Business Size | ID #1 | One on One | ID #2 | RFI |
|---|---|---|---|---|---|---|
| 115 | | | | | | |
| 116 | | | | | | |
| 117 | | | | | | |
| 118 | | | | | | |
| 119 | | | | | | |
| 120 | | | | | | |
| 121 | | | | | | |
| 122 | | | | | | |
| 123 | | | | | | |
| 124 | | | | | | |
| 125 | | | | | | |
| 126 | | | | | | |
| 127 | | | | | | |
| 128 | | | | | | |
| 129 | | | | | | |
| 130 | | | | | | |
| 131 | | | | | | |
| 132 | | | | | | |
| 133 | | | | | | |
| 134 | | | | | | |
| 135 | | | | | | |
| 136 | | | | | | |
| 137 | | | | | | |
| 138 | | | | | | |
| 139 | | | | | | |
| 140 | | | | | | |
| 141 | | | | | | |
| 142 | | | | | | |
| 143 | | | | | | |
| 144 | | | | | | |
| 145 | | | | | | |
| 146 | | | | | | |
| 147 | | | | | | |
| 148 | | | | | | |
| 149 | | | | | | |
| 150 | | | | | | |
| 151 | | | | | | |
| 152 | | | | | | |

Protected Information and/or Legends Redacted



| | Company | Business Size | ID #1 | One on One | ID #2 | RFI |
|---|---|---|---|---|---|---|
| 153 | | | | | | |
| 154 | | | | | | |
| 155 | | | | | | |
| 156 | | | | | | |
| 157 | | | | | | |
| 158 | | | | | | |
| 159 | | | | | | |
| 160 | | | | | | |
| 161 | | | | | | |
| 162 | | | | | | |
| 163 | | | | | | |
| 164 | | | | | | |
| 165 | | | | | | |
| 166 | | | | | | |
| 167 | | | | | | |
| 168 | | | | | | |
| 169 | | | | | | |
| 170 | | | | | | |
| 171 | | | | | | |
| 172 | | | | | | |
| 173 | | | | | | |
| 174 | Palantir Technologies, Inc. | Large | X | | X | X |
| 175 | | | | | | |
| 176 | | | | | | |
| 177 | | | | | | |
| 178 | | | | | | |
| 179 | | | | | | |
| 180 | | | | | | |
| 181 | | | | | | |
| 182 | | | | | | |
| 183 | | | | | | |
| 184 | | | | | | |
| 185 | | | | | | |
| 186 | | | | | | |
| 187 | | | | | | |
| 188 | | | | | | |
| 189 | | | | | | |
| 190 | | | | | | |

A1814

Appx11814

Protected Information and/or Legends Redacted

| | Company | Business Size | ID #1 | One on One | ID #2 | RFI |
|---|---|---|---|---|---|---|
| 191 | | | | | | |
| 192 | | | | | | |
| 193 | | | | | | |
| 194 | | | | | | |
| 195 | | | | | | |
| 196 | | | | | | |
| 197 | | | | | | |
| 198 | | | | | | |
| 199 | | | | | | |
| 200 | | | | | | |
| 201 | | | | | | |
| 202 | | | | | | |
| 203 | | | | | | |
| 204 | | | | | | |
| 205 | | | | | | |
| 206 | | | | | | |
| 207 | | | | | | |
| 208 | | | | | | |
| 209 | | | | | | |
| 210 | | | | | | |
| 211 | | | | | | |
| 212 | | | | | | |
| 213 | | | | | | |
| 214 | | | | | | |
| 215 | | | | | | |
| 216 | | | | | | |
| 217 | | | | | | |
| 218 | | | | | | |
| 219 | | | | | | |
| 220 | | | | | | |
| 221 | | | | | | |
| 222 | | | | | | |
| 223 | | | | | | |
| 224 | | | | | | |
| 225 | | | | | | |
| 226 | | | | | | |
| 227 | | | | | | |
| 228 | | | | | | |

PRE-DECISIONAL – PROCUREMENT SENSITIVE

A1815

Appx11815

Protected Information and/or Legends Redacted

| | Company | Business Size | ID #1 | One on One | ID #2 | RFI |
|---|---|---|---|---|---|---|
| 229 | | | | | | |
| 230 | | | | | | |
| 231 | | | | | | |
| 232 | | | | | | |
| 233 | | | | | | |
| 234 | | | | | | |
| 235 | | | | | | |
| 236 | | | | | | |
| 237 | | | | | | |
| 238 | | | | | | |
| 239 | | | | | | |
| 240 | | | | | | |
| 241 | | | | | | |
| 242 | | | | | | |
| 243 | | | | | | |
| 244 | | | | | | |
| 245 | | | | | | |
| 246 | | | | | | |
| 247 | | | | | | |
| 248 | | | | | | |
| 249 | | | | | | |
| 250 | | | | | | |
| 251 | | | | | | |
| 252 | | | | | | |
| 253 | | | | | | |
| 254 | | | | | | |
| 255 | | | | | | |
| 256 | | | | | | |
| 257 | | | | | | |
| 258 | | | | | | |
| 259 | | | | | | |
| 260 | | | | | | |
| 261 | | | | | | |
| 262 | | | | | | |
| 263 | | | | | | |

A1816

Protected Information and/or Legends Redacted

**7.1.5.6 One on One Participants:** Tables 3 – 5 below lists all of the companies that participated in One on One sessions and their stated capabilities:

| | Vendor | Data Arch & MGMT | Data Fusion & Pattern Analysis | Targeting | Def. Cyber Ops | (PL 3) hardening | SIGINT/ NSA-Net Ops | Counter Intel & HUMINT | DIB Implement | Weather | GEOINT | Geospatial | Sensor MGMT | OTM Ops | Workflow | Ease of Use | Hardware Provider | Cloud | Data Analytics | Training Software | IT and Government Research |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | | | | |

**Large Business One on One Capability Listing**

Table 3: One on One Participants (Large Business)

A1817
Protected Information
and/or Legends Redacted

| | Vendor | Data Arch & MGMT | Data Fusion & Pattern Analysis | Targeting | Def. Cyber Ops | (PL 3) hardening | SIGINT/ NSA-Net Ops | Counter Intel & HUMINT | DIB Implement | Weather | GEOINT | Geospatial | Sensor MGMT | OTM Ops | Workflow | Ease of Use | Hardware Provider | Cloud | Data Analytics | Training Software | IT and Government Reasearch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | |

Table 4: One on One Participants (Small Business)

Appx11818

A1818

Protected Information and/or Legends Redacted

| | | Non Profit Business One on One Capability Listing | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vendor | Data Arch & MGMT | Data Fusion & Pattern Analysis | Targeting | Def. Cyber Ops | (PL 3) hardening | SIGINT/ NSA-Net Ops | Counter Intel & HUMINT | DIB Implement | Weather | GEOINT | Geospatial | Sensor MGMT | OTM Ops | Workflow | Ease of Use | Hardware Provider | Cloud | Data Analytics | Training Software | IT and Government Reasearch |
| 1 | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |

Table 5: One on One Participants (Non Profit)

## 7.2 RFI Respondents

The Government received RFI responses from a total of 84 business entities. The respondents included 45 large businesses, 35 small businesses, three (3) non-profit organizations, and one (1) Federally Funded Research and Development Center (FFRDC). Of the small businesses, there were several different small business categories, as documented in the DoD Office of Small Business Programs' Goals, including:

- Small Business (SB)
- Historically Underutilized Business Zones (HUBZone)
- Small Disadvantaged Business (SDB) (including 8(a))
- Small Disadvantaged Veteran-Owned Small Business (SDVOSB)
- Woman-Owned Small Business (WOSB)
- Economically-Disadvantaged, Woman-Owned Small Business (EDWOSB)
- Veteran-Owned Small Business (VOSB)

A1819
Protected Information
and/or Legends Redacted

Table 6 below contains a list of all RFI respondents, their applicable business size, and any special designations.



| # | Respondent (Company) Name | Business Size | Small Business Designation(s) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |

A1820

Appx11820

Protected Information and/or Legends Redacted



| | | | |
|---|---|---|---|
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | Palantir | Large | N/A |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 61 | | | |
| 62 | | | |
| 63 | | | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | | | |
| 81 | | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |

Table 6: List of RFI Respondents

A1821
Appx11821
Protected Information
and/or Legends Redacted

## 7.3 Industry Feedback on Acquisition and Market Trends

In addition to requesting information on Industry capabilities, the RFI requested Industry feedback on several other topics of interest to the acquisition. Key feedback from Industry and take-aways from those additional questions are summarized below.

### 7.3.1 RFI Questions and Trends

*7.3.1.1 A change from the Increment 1 approach of the Government acting as the Prime integrator of DCGS-A components, responsible for delivery of a final product/program for evaluation, to a competitive Prime contractor approach, leveraging industry's innovation and proven processes to deliver Increment 2 capabilities. Proposed contract types under consideration for this effort are cost-plus-incentive-fee (CPIF) or cost-plus-fixed-fee (CPFF), with an estimated value of $80-$100M for development efforts over three to four years.*

- Vast majority of respondents support hiring a contractor as the Lead Systems Integrator (LSI) due to efficiencies in industry decision making and resource –marshaling processes.

- Several respondents recommend the Government maintain LSI role citing belief that an Industry LSI will make decisions that may extend the program or place undue risk to the government, and that a government LSI would maintain impartiality with respect to identification of subcontractors and "best of breed" capability selection.

- Some recommend the government contract with one Industry LSI while also directly contracting with multiple other vendors for different components of the enterprise.

- Majority of respondents recommend CPFF or CPIF; no trend in preferred incentive type

- FFP supporters believe a Cost Reimbursement type contract will result in cost and schedule overruns and that requisite technology is mature enough to justify a FFP contract vehicle.


*7.3.1.2 Use of DCGS-A Increment 1, Release 2 and other DCGS-A systems and software as applicable as Government Furnished Information (GFI) to be provided to offerors during the solicitation process as the baseline to develop required Increment 2 enhancements. Offerors will also have the option to propose solutions that meet Increment 2 requirements using new solutions/baselines, or portions of the provided Increment 1 baseline package, to best meet the performance and life cycle supportability requirements in a cost effective manner. As applicable, the government may request to review the data and processes (i.e., Trade Studies, Best of Breed Processes, etc.) used that led to the selections*

- Industry strongly supports use of GFI to reduce performance risk, program cost, and to increase competition

*7.3.1.3 Regular delivery of software builds for evaluation by the Government program office in support of a comprehensive and operationally tested Software Release baseline to be fielded incrementally (two full Software Releases are anticipated to be required to deliver DCGS-A Increment 2 requirements). The Government may decide to field specific enhancements made available for evaluation in software builds prior to incorporation into a full Software Release in support of emerging operational needs, critical technology enhancements that significantly improve operational capability, or resultant cost efficiencies. Government program office evaluation of pre-release software builds at regular intervals will also support timely provision of Government feedback to the*

A1822
Protected Information
and/or Legends Redacted

*Prime contractor throughout the software release development process to lower the risk of a software release not meeting Government expectations during Development and Operational Test, and to provide the Prime contractor opportunities to meet contractual incentives tied to performance and schedule at regular intervals throughout the contract period of performance.*

- Companies who answered this question unanimously support multiple software builds
- Industry offered a variety of recommendations as to frequency of releases, ranging from three (3) months to two (2) years
- Respondents showed strong support for Agile software build methods

*7.3.1.4    With regard to the required Source Selection evaluation factors, i.e. Technical/Management Approach, Past Performance, Small Business Participation and Price/Cost, what specific factors/sub-factors do you recommend the Government evaluate that are "discriminators" based on the Increment 2 scope of deliverables and services?  In addition, what incentives would you recommend the Government incorporate into this contract effort, assuming a Cost-Plus-Incentive-Fee structure is chosen?*

- Strongest support for technical evaluation factor, while respondents also value management ability and past performance
- Cost and schedule evaluation factors were valued much less



Figure 3: Evaluation Factors
* Note: Some respondents recommend multiple evaluation factors

*7.3.1.5    Referencing prior experience in efforts of this size, scope, and complexity, provide feedback regarding the suitability of designating this work as a Small Business Set-Aside (SBSA).*

- Majority of large businesses believe Increment 2 effort is too large in scope and complexity for a small business to manage
- Some small businesses believe many small businesses are technically capable to be a successful

Appx11823

A1823
Protected Information
and/or Legends Redacted

Prime. Some also noted that a SBSA would allow DCGS-A program to leverage their agility and innovation

***7.3.1.6    Please provide feedback on how the government should consider requirements for modern data management infrastructure and data visualization, to include implications of emerging standards such as JIE, COE, and ICITE when drafting the RFP.***

- Require Increment 2 to conform to JIE, COE, and IC ITE data management and visualization standards
- Recommend RFP provide specific data MGMT and visualization standards, and the source selection includes the evaluation of each offeror's plan to comply with these standards
- Adopt open data architecture wherever possible

***7.3.1.7    What percentage of your company personnel are cleared for TOP SECRET/SCI? Does your company have a TOP SECRET/SCI cleared facility or access to a TOP SECRET/SCI cleared facility? Additionally, does your company have the ability to safeguard SECRET information?***

- Majority of respondents had between 1% and 25% SCI cleared personnel, while many had between 25% and 50% SCI cleared personnel, and a few had more than 50% SCI cleared personnel
- Vast majority of respondents have a TOP SECRET/SCI cleared facility or access to a TOP SECRET/SCI cleared facility
- Majority of respondents have the ability to safeguard SECRET information

***7.3.1.8    Is your company interested in bidding as the Prime Contractor for the Distributed Common Ground System-Army (DCGS-A) Increment 2 program?***

- Majority of respondents intend to bid as Prime Contractor for Increment 2 (31 of 43 RFI 2 respondents)

***7.3.1.9    Does your company have an adequate Defense Contract Auditing Agency (DCAA) accounting system?  If not, can your company obtain an adequate DCAA accounting system prior to proposal submission?***

- Nearly all respondents report to have an adequate DCAA accounting system

***7.3.1.10   Does your company have experience with Acquisition Management, Administrative Support, and Program Budget and Execution with specific emphasis on project planning, cost estimating, scheduling, program tracking, financial planning and execution, contract management, acquisition documentation and reporting/briefing efforts? If so, please provide an example, including contract number; indicating whether your firm acted as a prime contractor or subcontractor; contract value; Government/Agency point of contact and current telephone number; and a brief description of the work your company performed under said contract.***

- Nearly all respondents provided an example detailing their experience with Acquisition Management, Administrative Support, and Program Budget and Execution

***7.3.1.11   What is your company's current rate of personnel retention over the last five (5) years?***

- Majority of respondents cited a retention rate of 80% or greater over the last five years

**7.3.1.12  Does your company utilize best practices for software development, i.e. Capability Maturity Model Integration (CMMI) certification? If so, what is your certification level? If not, can your company obtain one prior to the time of proposal submission?**

- Most large businesses reported possessing a CMMI certification of three or higher
- Most small businesses do not possess a CMMI certification, however, one (1) small business possesses a level 3 CMMI certification, two (2) small businesses answered that they could obtain one prior to proposal submission, several more are in the process of obtaining level 2, and two (2) small businesses utilize alternate certification models (International Organization for Standardization (ISO) 27001 and System Engineering Assessment Model (SEAM) respectively).

**7.3.1.13  Does your business have an accredited Earned Value Management System (EVMS) system (Yes or No)? If yes, please provide Government POC (name, email address, and phone number) who can verify.**

- Most large businesses reported possessing an accredited EVMS
- Only one (1) small business (Future Skies) reported possessing an accredited EVMS

**7.3.1.14  Does your company have experience putting a product through Operational Testing with the United States Government? If yes, please provide an example and a Government POC (name, email address, and phone number) who can verify.**

- Majority of Businesses (Large and Small) reported relevant Operational Testing experience

**7.3.1.15  Does your Company have experience developing a product for an Acquisition Category 1 (ACAT 1) Military program?**

- Majority of Businesses (Large and Small) reported relevant ACAT 1 development experience

**7.3.1.16  Explain how your company would be able to operate without payment for up to 90 days if awarded a Prime Contract for Increment Two Development.**

- Majority of businesses (large and small) reported ability to operate without payment for up to 90 days
- Most large businesses reported possessing sufficient capital to operate with little to no reliance on using credit to finance operations
- Most small businesses reported possessing sufficient lines of credit to continue operations while awaiting payment

**7.3.1.17  Has your company developed a product that can be used to monitor all user activities?**

- Majority of large businesses have developed a product or capability designed to monitor user activities
- Few small businesses have developed a product or capability designed to monitor user activities

**7.3.1.18  Does your company have experience developing Training Support Package that supports individual, unit and collective training, developing New Equipment Training (NET)**

A1825
Appx11825
Protected Information and/or Legends Redacted

*Plans or conducting NET and Instructor/Key Personnel Training supplemented with subsequent Live Environment Training?*

- Nearly all Businesses (Large and Small) reported developing relevant Training Support Packages as well as developing and conducting New Equipment Training (NET)

## 7.4 RFI Respondent Capability Assessment

### 7.4.1 Capability Domain Assessment Criteria

#### 7.4.1.1 RFI Response Assessment Criteria

The following criteria were used to determine capability.

**Sufficiently Responsive** - YES/NO:  A "Yes or No" determination is based on whether or not the respondent provided the requested Company and Capabilities information in part three of the RFI.

*Note:  As delineated in the RFI Instructions, marketing brochures will not be considered adequate information in response to this RFI.

**Applicable Experience** - YES/NO/Partial:  A "Yes or No" determination is based on whether or not the respondent provided evidence of applicable experience with some or all of the DCGS-A Increment 2 Scope required to either provide a complete product or specific skill sets to accomplish the scope of development described in part two of the RFI.

#### 7.4.1.2 Capability Criteria Definitions

The following definitions/criteria were used to assess the capability of RFI respondents:

**Capable –** The potential source shows (current or anticipated) broad software development experience, sufficient company infrastructure, and ability to manage subcontractors as a Prime Contractor for all anticipated size, scope, and complexity of the DCGS-A development effort scope of work for that particular capability block.   The Government has a reasonable expectation that the potential source can successfully manage as a Prime Contractor performing at least 50% of the cost of contract performance.

**Partially Capable –** The potential source shows they have a teaming relationship with another company that possesses broad software development experience, sufficient company infrastructure, and ability to manage subcontractors as a Prime Contractor for all anticipated size, scope, and complexity of all aspects of a particular DCGS-A capability block congruent with anticipated size, scope, and complexity.

**Not Capable –** The potential source does not show (current or anticipated) broad software development experience, sufficient company infrastructure, or ability to manage subcontractors as a Prime Contractor to develop any part of a particular DCGS-A capability block congruent with anticipated size, scope, and complexity.

### 7.4.2 Respondent Capability Domain Assessment Summary

Respondent's capabilities across the anticipated Increment 2 scope of development were assessed based on their written responses to the second RFI that was cross referenced with government

**A1826**
Protected Information and/or Legends Redacted

representatives such as Contracting Officer Representatives (CORs) and Product Managers (PdMs). EVMS accreditation is also displayed for companies that responded to the second and third RFIs. Respondents received one of three (3) different capability assessments based on the criteria provided in Section 7.4.1.2 for each individual capability category. The capability assessment Legend is as follows:

- Capable (Green): Sufficient Experience or ability to fulfill all anticipated requirements under the appropriate capability block. Green rating within the EVMS block indicates the company possesses an accredited EVMS.
- Partially Capable (Grey): Has partnered with a company with Sufficient Experience or ability to fulfill the anticipated requirements under the appropriate capability block.
- Not Capable (Red): Does not possess sufficient experience or ability to fulfill any of the anticipated requirements under the appropriate capability block. Red rating within the EVMS block indicates the company does not possess an accredited EVMS.
- No Answer (X): Company provided no data for the capability block.
- Percentage of Work: This column represents the percentage of work anticipated for each individual capability block, based on costing assumption of $219 Million allocation for Increment 2.
- Prime (P): Company intends to bid as Prime Contractor for Increment 2 development.
- Subcontractor (S): Company intends to bid as Sub Contractor for Increment 2 development.
- CMMI Equivalent (E): Company possesses certification from a standards board other than CMMI, i.e. System Engineering Assessment Model (SEAM) or International Standards Organization (ISO) 9001.
- Capable of obtaining CMMI certification (C): Company claims to be capable of obtaining (and plans to obtain) a CMMI certification prior to proposal submission.
- Increment 1 Reuse (R): Capability will be carried over from Increment 1 with no enhancement currently planned.



* Capability Table represents Anticipated Development Contract Costs of $166M (219M total RDT&E Budget for Inc 2 over 5 years) divided between Release1 and Release 2

**A1827**

Appx11827

Protected Information and/or Legends Redacted

The assessment of respondents' capabilities is provided in Tables 7 and 8 below:



**Table 7: Large Business Capability Assessment**

Appx11828

A1828
Protected Information
and/or Legends Redacted



Table 8: Small Business Capability Assessment

### 7.4.3 *Capability Criteria Not Included in Capability Domain Assessment Summary*

Due to Increment 2 cost estimates, projected budget, and scope of Increment 2 development, several capability domains listed on RFI 2 were either included as a portion of the Data Architecture and Management capability block, were not included, or were defined as reuse (R) in the Domain Assessment Summary (Tables 6 and 7). The Increment 2 scope currently includes enhancements to Data Architecture & Management, Ease of Use, Information Assurance, Data Fusion & Pattern Analysis, Intel Support to Cyber (Cyber Analytics), and DCGS-A Integration Backbone (DIB). If the projected budget for Increment 2 is increased than all areas currently labeled (R) on tables 6 and 7 will be re-evaluated for inclusion into the Increment 2 baseline. A brief explanation of this consolidation is listed below.

#### 7.4.3.1 *Big Data Analytics*

The PM's approach to meeting Increment 2 data requirements includes procurement and development of a new Data Management Architecture. The architecture will include a customizable data analytics layer that can evolve with the threat and accommodate data on a "big data" scale. The Big Data Analytics domain is therefore included in the Data Management Architecture work scope.

#### 7.4.3.2 *Cloud*

A1829

Protected Information
and/or Legends Redacted

The PM assumes that the Increment 2 provider(s) will propose a cloud based technology to meet the Data Management Architecture requirements. The Cloud domain is therefore included in the Data Management Architecture work scope.

### 7.4.3.3   Access Control

The Data Management Architecture will need to accommodate necessary data tagging and protection policies to enable necessary Access Controls as dictated in the requirements and Risk Management Framework (RMF). The Access Control domain is therefore included in the Data Management Architecture work scope.

### 7.4.3.4   High/Ultra High Reliability

New reliability principles and oversight processes will be applied throughout the Increment 2 development effort, and is therefore already included in each blocks' cost estimate.

### 7.4.3.5   Targeting

Upgrades to Targeting capability will not be feasible under current funding. Therefore, Increment 1 capability will be carried into Increment 2.

### 7.4.3.6   Defensives Cyber Operations

Defensive Cyber Operations is out of scope for Increment 2 development as dictated by the ARCYBER draft CDD for Defensive Cyber Operations.

### 7.4.3.7   Applications for IC ITE Joint Storefront

Upgrades to IC ITE Joint Storefront is not applicable to the DCGS-A mission scope. Therefore, Increment 1 capability will be brought forward into Increment 2.

### 7.4.3.8   SIGINT/NSA Net Ops

Upgrades to SIGINT/NSA Net Ops capability will not be feasible under current funding. Therefore, Increment 1 capability will be brought forward into Increment 2.

### 7.4.3.9   Offensive Cyber Operations

Offensive Cyber Operations is out of scope for Increment 2 development as dictated by the ARCYBER draft CDD for Offensive Cyber Operations.

### 7.4.3.10   Counter Intelligence and Human Intelligence (HUMINT)

Upgrades to Counter Intelligence and HUMINT capability will not be feasible under current funding. Therefore, Increment 1 capability will be brought forward into Increment 2.

### 7.4.3.11   Weather

Upgrades to Weather capability will not be feasible under current funding. Therefore, Increment 1 capability will be brought forward into Increment 2.

### 7.4.3.12   GEOINT

Upgrades to GEOINT capability will not be feasible under current funding. Therefore, Increment 1 capability will be brought forward into Increment 2.

Protected Information
and/or Legends Redacted

### 7.4.3.13   Geospatial

Upgrades to Weather capability will not be feasible under current funding. Therefore, Increment 1 capability will be brought forward into Increment 2.

### 7.4.3.14   Sensor Management

Upgrades to Sensor Management capability will not be feasible under current funding. Therefore, Increment 1 capability will be brought forward into Increment 2.

### 7.4.3.15   On the Move Operations (OTM)

Upgrades to OTM capability will not be feasible under current funding. Therefore, Increment 1 capability will be brought forward into Increment 2.

### 7.4.3.16   Workflow

Upgrades to Workflow capability will not be feasible under current funding. Therefore, Increment 1 capability will be brought forward into Increment 2.

### 7.4.3.17   Army Interoperability Certification

Army Interoperability Certification testing for Increment 2 will be performed by the Government.

### 7.4.3.18   Joint Interoperability Certification

Joint Interoperability Certification testing for Increment 2 will be performed by the Government.

### 7.4.3.19   Intelligence Support to Cyber Operations

Intelligence Support to Cyber Operations was not in scope for Increment 2 development at the time RFI 2 was released. TCM Sensor Processing has since added it to the Increment 2 RDP. Therefore, none of the companies surveyed provided any example of relevant experience for that capability block.

### 7.4.4   Respondent Capability Assessment Narratives

Of the 43 total respondents to the second RFI, thirteen large businesses were deemed capable of performing the entire anticipated scope of work IAW current funding levels for the Increment 2 development efforts. All but six respondents (three Large and three Small) were deemed capable of performing some portion of the anticipated scope of work.  No small businesses were found capable in all scope areas. There were 13 small businesses found capable of performing at least 50% of the anticipated scope of Release 1 development and four (4) found capable of performing at least 50% of the anticipated scope of Release 2 development IAW current funding levels. However, none of them reported possessing an accredited EVMS.



A1831
Protected Information and/or Legends Redacted



PRE-DECISIONAL – PROCUREMENT SENSITIVE

42

A1832

Protected Information
and/or Legends Redacted



A1833

Appx11833

Protected Information
and/or Legends Redacted



A1834
Protected Information
and/or Legends Redacted



*7.4.4.30 Palantir*

A1835

Protected Information
and/or Legends Redacted

The Palantir response did not provide any examples of past experience relevant to the development of Increment 2, and was therefore found non-responsive.

Appx11836

A1836

Protected Information
and/or Legends Redacted



**A1837**

Appx11837

Protected Information
and/or Legends Redacted

# 8 Findings

## 8.1 Large Business Capability Findings

A total of 26 large businesses responded to the second RFI.

- Of the 26 large business respondents, thirteen were deemed capable of performing the entire anticipated scope of work for the Increment 2 development effort:



- Five (5) large businesses were found capable of performing the development of at least 50% (but not all) of the anticipated scope of work for Release 1:



- 17 large businesses were found capable of performing the development of at least 50% (but not all) of the anticipated scope of work for Release 2:



A1838

Protected Information
and/or Legends Redacted

[black redaction box]

- One (1) large business was found not capable of developing any of the twenty-three capability blocks under the anticipated scope of work:

  [black redaction box]

- One large business did not provide capability data:
  1. Palantir

## 8.2 Small Business Capability Findings

A total of sixteen (16) small businesses responded to the second RFI.

- None of the small businesses were found capable of performing the entire anticipated scope of work.
- The number of Small Businesses that were found capable or partially capable of supporting individual Increment 2 capability block upgrades is as follows:
  - **Data Architecture and Management:** Thirteen (13) small businesses
  - **Data Fusion and Pattern Analysis:** Five (5) small businesses
  - **Cyber Operations (IA):** Seven (7) small businesses
  - **DCGS Integrated Backbone (DIB) Upgrade:** Six (6) small businesses
  - **Ease of Use:** Six (6) small businesses

Of the sixteen total small business respondents, 13 were found capable for completing at least 50% of the anticipated development effort for release 1; four (4) were found capable for completing at least 50% of the anticipated scope of work for Release 2; and three (3) were not found capable for completing any of the anticipated scope of work.

Of the 13 small business respondents found capable of completing at least 50% of the anticipated Release 1 development effort, two (2) had CMMI (or equivalent) certification and also intend to bid as a Prime Contractor for the Increment 2 development contract. Those Companies are [black redaction box] and [black redaction box]. Two (2) small businesses responded to the second and third RFI. Both reported that they do not possess an accredited EVMS.

## 8.3 General Findings

### 8.3.1 Performance and Efficiencies

This RFI analysis concluded that industry favors some type of incentive fee to promote performance and/or cost control. However, the RFI respondents were split on whether cost, schedule, or performance should be incentivized.

### 8.3.2 Better Buying Power

Based on RFI responses received, Industry appears willing to accept specific actions consistent with DoD's Better Buying Power initiatives, such as:

A1839

Appx11839

Protected Information
and/or Legends Redacted

- Increased use of Modular Open Systems Architecture
- Provide draft technical requirements to industry early
- Performance incentives/disincentives

### 8.3.3 AbilityOne Program

In accordance to FAR Part 8.002(a)(2), the DCGS-A Increment 2 IPT determined that the scope of work cannot be provided by the AbilityOne Program (www.abilityone.gov). The scope and complexity of the capabilities sought are not offered under the AbilityOne Program.

### 8.3.4 Contract Types

The vast majority of respondents prefer a fee type contract structure, with CPIF as the most popular contract type, citing the ability of the Government to tailor requirements, while holding the Prime contractor accountable for performance. Some respondents favor a FFP structure for all or part of the Increment 2 development effort. They point to technology maturity which could provide confidence in contract cost estimation. The Government should take a look at which aspects of development can be accurately priced and consider applying FFP to those elements.

### 8.3.5 Commercial Services

Significant portions of the anticipated Increment 2 scope of work such as Data Fusion, Intelligence Support to Cyber, and DIB upgrade are not available as a commercial product. As such, the DCGS-A Increment 2 development effort cannot be procured as a commercial product.

### 8.3.6 Market Prices

A fair market price is anticipated from both large and small businesses. The high number of RFI respondents with significant information technology experience indicates a competitive market place for DGCS-A Increment 2 development. However, small businesses does not appear to possess non-technical requirements to act as a prime contractor for the Increment 2 development i.e. possessing an accredited EVMS. The IPT also intends to consider multiple Acquisition Strategies, in order to promote on-going competition within a Basic contract award.

A1840
Protected Information and/or Legends Redacted

# 9 Conclusion

Extensive Market Research from August 14 to June 2015 has shown that Industry as a whole is very capable and interested in performing Increment 2 development. The IPT anticipates sufficient competition, as multiple companies have cited relevant experience and competencies that show they are well suited ability to enhance DCGS-A capabilities. The IPT has verified these claims with the appropriate Government points of contact. In addition to business capability data, Industry provided valuable Acquisition Strategy input. Specifically, they have expressed that the use of multiple software releases, and availability of Increment 1 products as GFI would greatly enhance their ability to successfully support the Increment 2 EMD effort.

The IPT carefully considered competing the Increment 2 development contract as a Small Business Set Aside (SBSA). Many questions asked in the 3 RFIs were tailored to gauge the ability of a Small Business to perform as the Prime Contractor. Based on a comprehensive review of both large and small businesses, a Small Business Set Aside (SBSA) is not likely to yield the best scientific and technological sources consistent with the demands of this acquisition IAW FAR 19.502-2 (b), and would pose unnecessary cost, schedule, and performance risk to the Government. Therefore, the Acquisition Strategy for this requirement will pursue a full and open competition. Small business cited considerable experience in developing capabilities relevant to Increment 2. However, their RFI responses did not make it clear that they possessed the required engineering development capabilities vs. technology development capabilities. Furthermore, large businesses as a whole was able to cite significantly more capability development experience than small businesses. This does not mean a small business could not provide the best technical solution and be best suited to serve as the Systems Integrator for Increment 2. However, the results of this Market Research show it would not be in the Government's best interest to reduce competitive opportunity by excluding large business.

Aside from possessing less capability development experience than large business, no small businesses have shown that they possess the requisite infrastructure to prime a contract of the anticipated size and scope of DCGS-A Increment 2 development. Of the 13 small businesses deemed technically capable of developing either Release 1 or Release 2, none have been shown to possess an accredited EVMS. Additionally, only one (1) of these small businesses possesses a level 3 CMMI certification, while multiple large businesses possess both an accredited EVMS and CMMI certification of 3 or higher. Possessing an accredited EVMS is a statutory requirement for this acquisition, as DFARS 234.201 requires the contractor to possess an accredited EVMS for any cost or incentive contracts and subcontracts valued at $50 Million or above. The Defense Contract Management Association (DCMA) 16 step EVMS accreditation process is exhaustive, and can take up to three (3) years to complete. While, CMMI certification of 3 or higher shows that a company utilizes best practices and repeatable processes in areas such as project planning, risk management, and quality assurance.

Based on the Market Research to date, the recommended approach is a five (5) year Engineering and Manufacturing Development (EMD) effort consisting of two releases. Release 1 would consist of an upgraded Data Architecture with some usability enhancements. Due to available funding, all other capability would be carried forward from Increment 1. Release 2 would include several capability enhancements including improvements to Data Fusion & Pattern Analysis and the addition of a Cyber analytics capability (Intelligence Support to Cyber).

The IPT continues to consider multiple approaches to maximize the utilization of small business while managing performance risk. Additionally, partial set-asides either by dollar value, scope area, or a combination of both of these have been analyzed to inform the proposed Acquisition Strategy. Small

# Distributed Common Ground System-Army (DCGS-A)
# Increment 2

---

## Request for Information (RFI)
## Response Analysis

### December 2014

**PREPARED BY:**

Solicitation Integrated Product Team (IPT) Chair: MAJ Derek G. Johnson

## Table of Contents

Executive Summary ....................................................................................................................... 4

1    Authority .......................................................................................................................... 5

2    North American Industry Classification System (NAICS)..................................................... 5

3    Market Research Objectives .............................................................................................. 5

4    Background........................................................................................................................ 5

5    Scope of Development ...................................................................................................... 8

    5.1    Key Performance Parameters (KPPs)............................................................................. 8

        5.1.1    Net Ready............................................................................................................ 8

        5.1.2    Fusion................................................................................................................. 8

        5.1.3    Training............................................................................................................... 9

        5.1.4    Sustainment........................................................................................................ 9

    5.2    Key System Attributes (KSAs) ...................................................................................... 9

        5.2.1    Ownership Cost .................................................................................................. 9

        5.2.2    Reliability.......................................................................................................... 10

        5.2.3    Ease of Use/Usability.......................................................................................... 10

        5.2.4    Geospatial Information...................................................................................... 10

        5.2.5    Cyber Operations............................................................................................... 10

6    Market Research Approach ............................................................................................. 11

7    Market Research............................................................................................................. 12

    7.1    Industry Engagement ................................................................................................ 12

        7.1.1    Request for Information (RFI)............................................................................. 12

        7.1.2    Industry Day...................................................................................................... 14

    7.2    RFI Respondents ....................................................................................................... 14

    7.3    Industry Feedback on Acquisition and Market Trends................................................. 16

        7.3.1    RFI Questions and Trends.................................................................................... 16

    7.4    RFI Respondent Capability Assessment...................................................................... 18

        7.4.1    Capability Assessment Criteria........................................................................... 18

        7.4.2    Respondent Capability Assessment Summary by Capability Block...................... 19

        7.4.3    Respondent Capability Assessment Narratives.................................................. 22

Appx11845

A1845

Protected Information
and/or Legends Redacted

**8    Findings** ................................................................................................................................. **28**

   8.1    Large Business Capability Findings .................................................................................. 28

   8.2    Small Business Capability Findings .................................................................................. 28

   8.3    General Findings ............................................................................................................. 29

      8.3.1    Performance and Efficiencies .................................................................................. 29

      8.3.2    Better Buying Power ................................................................................................ 29

      8.3.3    Ability One Program ................................................................................................ 29

      8.3.4    Contract Types ......................................................................................................... 30

      8.3.5    Commercial Services ................................................................................................ 30

      8.3.6    Market Prices ........................................................................................................... 30

**10    Conclusion** ......................................................................................................................... **31**

## List of Tables

Table 1: Market Research Sources ................................................................................................ 12

Table 2: List of RFI Respondents ................................................................................................. 15

Table 3: Respondent Capability Assessment .............................................................................. 20

## List of Figures

Figure 1: DCGS-A Capability Description ...................................................................................... 7

Figure 2: Market Research Approach .......................................................................................... 12

Figure 3: Evaluation Factors ........................................................................................................ 18

Figure 4: Number of Small Businesses by Capability Block ......................................................... 29

**A1846**

**Appx11846**

Protected Information
and/or Legends Redacted

## Executive Summary

This report documents the analysis and findings of the RFI #1 Response Analysis conducted by a multi-functional Integrated Product Team (IPT) to determine market capability to develop Increment 2 of DCGS-A.

Following the Department of Defense (DoD) Framework for a Development Acquisition, the DCGS-A Increment 2 Contract IPT was chartered by PM DCGS-A to establish a contracting approach to provide for the analysis, design and development to support the DCGS-A Increment 2 Engineering and Manufacturing Development (EMD) Phase. The major objectives of the acquisition are to incorporate better buying power initiatives, maximize competition, and utilize Small Business, while developing a DCGS-A Increment 2 capability that meets or exceeds all the requirements that have been identified.

The DCGS-A program is actively engaged in coordination with Industry on competitive efforts for Increment 2. The PM is assessing a transition from the current acquisition approach, which has the Government serving as lead integrator for DCGS-A Increment 1.  Under the new construct, Industry would take a more active role in the final product and program delivery.  This would potentially better leverage Industry's innovation, emerging technologies and proven processes to deliver a more fully integrated capability.  The PM's Industry engagement plan includes a series of Requests for Information (RFI) to solicit industry feedback on the program's requirements and proposed acquisition strategy, several Industry Day forums that will support open communication, and continuous dialogue at individual meetings.  While the acquisition strategy is still in early stages of development, Increment 2 is envisioned to have two major software releases. Toward this aim, the IPT conducted market research to understand the overall marketplace landscape for Information Technology (IT) Services to perform DCGS-A Increment 2 development contract; gather Industry feedback on trends and new or innovative contracting concepts; and, analyze lessons learned, best practices, and common approaches to development of IT systems. Two more RFIs are planned and further feedback from industry will be obtained through a planned Industry Day to share information about the acquisition and respond to Industry's questions in real-time.

PM DCGS-A released the first RFI on 13 August 2014, with a response date no later than 12 September 2014. The Government received a total of 44 responses, which included 28 Large Businesses, 13 Small Businesses, two non-profit organizations and one Federally Funded Research and Development Center (FFRDC). A second RFI was released on 5 December 2014 with results due no later than 29 December 2014.

Based on initial market research (RFI) and analysis of the resulting information, the overall conclusion of this Market Research Analysis is that additional RFIs and industry engagements are needed to determine whether a Small Business set aside is suitable for the DCGS-A Increment 2 Engineering and Development effort. Going forward, the Acquisition Strategy will consider multiple approaches to maximize the utilization of Small Business while managing program performance risk. Small business set aside as well as partial set-asides either by dollar value, scope area, or a combination of both of these concepts will be analyzed to inform the selected Acquisition Strategy.

The information contained in this RFI Response Analysis will be utilized throughout the lifecycle of this acquisition effort and will be refreshed as necessary to inform key decisions.

**A1847**

Protected Information
and/or Legends Redacted



MinoritOwned,
Certified
8(a)/Small
Disadvantaged
Businesses (SDB)
8(m) Business

**Table 2: List of RFI Respondents**

## 7.3   Industry Feedback on Acquisition and Market Trends

In addition to requesting information on Industry capabilities, the RFI requested Industry feedback on several other topics of interest to the acquisition. Key feedback from Industry and take-aways from those additional questions are summarized below.

### 7.3.1   RFI Questions and Trends

**7.3.1.1   A change from the Increment 1 approach of the Government acting as the Prime integrator of DCGS-A components, responsible for delivery of a final product/program for evaluation, to a competitive Prime contractor approach, leveraging industry's innovation and proven processes to deliver Increment 2 capabilities.  Proposed contract types under consideration for this effort are cost-plus-incentive-fee (CPIF) or cost-plus-fixed-fee (CPFF), with an estimated value of $80-$100M for development efforts over three to four years.**

- Vast majority of respondents support hiring a contractor as the LSI due to efficiencies in industry decision making and resource –marshaling processes.

- Several respondents recommend the Government maintain LSI role citing belief that an Industry LSI will make decisions that may extend the program or place undue risk to the government, and that a government LSI would maintain impartiality with respect to identification of subcontractors and "best of breed" capability selection.

- Some recommend the government contract with one Industry LSI while also directly contracting with multiple other vendors for different components of the enterprise.

- Majority of respondents recommend CPFF or CPIF; no trend in preferred incentive type

- FFP supporters believe a Cost Reimbursement type contract will result in cost and schedule overruns and that requisite technology is mature enough to justify a FFP contract vehicle.

**7.3.1.2   Use of DCGS-A Increment 1, Release 2 and other DCGS-A systems and software as applicable as Government Furnished Information (GFI) to be provided to offerors during the solicitation process as the baseline to develop required Increment 2 enhancements.  Offerors will also have the option to propose solutions that meet Increment 2 requirements using new solutions/baselines, or portions of**



**Figure 3: Evaluation Factors**

**7.3.1.5    Referencing prior experience in efforts of this size, scope, and complexity, provide feedback regarding the suitability of designating this work as a Small Business Set Aside.**

- Majority of Large Businesses believe Increment 2 effort is too large in scope and complexity for a small business to manage
- Some small businesses believe many small businesses are technically capable to be a successful Prime. Some also noted that a SBSA would allow DCGS-A program to leverage their agility and innovation

**7.3.1.6    Please provide feedback on how the government should consider requirements for modern data management infrastructure and data visualization, to include implications of emerging standards such as JIE, COE, and ICITE when drafting the RFP.**

- Require Increment 2 to conform to JIE, COE, and IC ITE data management and visualization standards
- Recommend RFP provide specific data MGMT and visualization standards, and the source selection includes the evaluation of each vender's plan to comply with these standards
- Adopt open data architecture wherever possible

## 7.4    RFI Respondent Capability Assessment

### 7.4.1    Capability Assessment Criteria

#### 7.4.1.1    RFI Response Assessment Criteria

The following criteria were used to determine capability or the need for a follow-up one-on-one to validate capability.

**Sufficiently Responsive** - YES/NO:  A "Yes or No" determination is based on whether or not the respondent provided the requested Company and Capabilities information in part three of the RFI.

**A1861**
Appx11861
Protected Information
and/or Legends Redacted

*Note: As delineated in the RFI Instructions, marketing brochures will not be considered adequate information in response to this RFI.

**Applicable Experience** - YES/NO/Partial: A "Yes, No, or P" determination is based on whether or not the respondent provided evidence of applicable experience with some or all of the DCGS-A Increment 2 Scope required to either provide a complete product or specific skill sets to accomplish the scope of development described in part two of the RFI

**7.4.1.2** Capability Criteria Definitions

The following definitions/criteria were used to assess the capability of RFI respondents:

**Capable –** The potential source shows (current or anticipated) broad software development experience, sufficient company infrastructure, and ability to manage subcontractors as a Prime Contractor for all anticipated size, scope, and complexity of the DCGS-A development effort scope of work for that particular capability block. The Government has a reasonable expectation that the potential source can successfully manage as a Prime Contractor performing at least 50% of the cost of contract performance.

**Partially Capable –** The potential source shows (current or anticipated) broad software development experience, sufficient company infrastructure, and ability to manage subcontractors as a Prime Contractor to develop one or more (but not all) aspects of a particular DCGS-A capability block congruent with anticipated size, scope, and complexity. The Government has a reasonable expectation that the potential source can successfully manage as a Prime Contractor performing at least 50% of the cost of contract performance.

**Not Capable –** The potential source does not show (current or anticipated) broad software development experience, sufficient company infrastructure, or ability to manage subcontractors as a Prime Contractor to develop any part of a particular DCGS-A capability block congruent with anticipated size, scope, and complexity. The Government does not have a reasonable expectation that the potential source can successfully manage as a Prime Contractor performing at least 50% of the cost of contract performance.

**7.4** *Respondent Capability Assessment Summary by Capability Block*

Respondent's capabilities across the anticipated Increment 2 scope of development were assessed based on their written responses to the RFI and the information gathered from their corporate website. Respondents received one of three (3) different capability assessments based on the criteria provided in Section 7.4.1.2 for each individual capability category. The capability assessments are as follows:

- Capable (Sufficient Experience or ability to fulfill all anticipated requirements under the appropriate capability block).
- Partially Capable (Sufficient Experience or ability to fulfill some but not all anticipated requirements under the appropriate capability block)
- Not Capable

The assessment of respondents' capabilities is provided in Table 3 below.

**A1862**
Protected Information
and/or Legends Redacted



| Company | Business | Cloud Computing | a. Big Data Analytics | Data Fusion and Pattern Analysis | Targeting | SIGINT | Cyber | C-HUMMINT | Data Management | DCGS Integrated Backbone | 0. Weather Effects Analysis | 1. IMINT | 2. Geospatial | 3. Collection MGMT/ ISR Sync | 4. Workflow Management |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Palantir | Large | No | No | P | No | No | P | No | Yes | No | No | No | No | No | Yes |
| Total Yes | | 12 | 9 | 11 | 2 | 4 | 2 | 6 | 25 | 11 | 3 | 16 | 14 | 14 | 3 |

Table 3: Respondent Capability Assessment

PRE-DECISIONAL – PROCUREMENT SENSITIVE

A1864

Appx11864

Protected Information
and/or Legends Redacted

Of the 44 total RFI respondents, only one (1) was deemed capable of performing the entire anticipated scope of work for the Increment 2 development efforts. In addition, 25 Large Businesses, nine (9) Small Businesses, and one Non-Profit Business were found capable of performing some portion of the anticipated scope of work. No Small Businesses were found capable in all scope areas.

### 7.4.3    *Respondent Capability Assessment Narratives*



Appx11865

A1865
Protected Information
and/or Legends Redacted



Appx11866

**A1866**

Protected Information
and/or Legends Redacted



Appx11867

A1867
Protected Information
and/or Legends Redacted



### 7.4.3.28 Palantir

The Palantir response listed several contracts they have been awarded, but did not include scope or description of work. However, Palantir has developed an intelligence fusion system that has been used by various entities within the Department of Defense. Palantir was found capable to provide Data management and Workflow Management upgrades, and partially capable of providing Data Fusion and Cyber capabilities to Increment 2.

Appx11868

A1868

Protected Information
and/or Legends Redacted



A1869

Protected Information
and/or Legends Redacted



Appx11870

A1870

Protected Information
and/or Legends Redacted

popular contract type, citing the ability of the Government to tailor requirements, while holding the Prime contractor accountable for performance. Some respondents favor a FFP structure for all or part of the Increment 2 development effort. They point to technology maturity which could provide confidence in contract cost estimation. The Government should take a look at which aspects of development can be accurately priced and consider applying FFP to those elements.

### 8.3.5  Commercial Services

Significant portions of the anticipated Increment 2 scope of work are not available as a commercial product. As such, the DCGS-A Increment 2 development effort cannot be procured as a commercial product.

### 8.3.6  Market Prices

A fair market price is anticipated from both Large and Small Businesses. The high number of RFI respondents with significant information technology experience indicates a competitive market place for DGCS-A Increment 2 development. However, further research is needed to determine how many businesses are truly capable of successfully conducting the scope of work required as the Increment 2 Prime Contractor. The IPT also intends to consider multiple Acquisition Strategies, in order to promote on-going competition within a Basic contract award.

# 9 Conclusion

Based on the responses to the first RFI, and analysis of the resulting information conducted by the DCGS-A Increment 2 Contract IPT, the overall conclusion of this Market Research Report is that a more capability focused RFI needs to be issued to industry. The second RFI's purpose is to determine the level of competition that exists and if the role as DCGS-A Increment 2 Prime Contractor is suitable for a Small Business set-aside. Only One (1) Large Business was found capable of performing the entire anticipated scope of work. No Small Businesses were found capable of performing the entire anticipated scope of work, and few Small Businesses were found capable of performing several scope areas. This is likely attributed to the wording of the RFI. The RFI asked for respondents to cite relevant past contracts but failed to specify which DCGS-A capability blocks comprised relevant experience. As a result, few businesses highlighted many of those capability blocks in their response. As such, the IPT will conduct follow on RFIs and Industry engagement to determine business capabilities. Furthermore, the Acquisition Strategy for this requirement will consider multiple approaches to maximize the utilization of Small Business while managing performance risk. Partial set-asides either by dollar value, scope area, or a combination of both of these will be analyzed to inform the selected Acquisition Strategy.

In addition to failing to specify desired capability, the RFI did not require respondents to provide a government POC to verify their work on relevant contracts. Therefore, the contract IPT was unable to verify if cited contract experience was relevant to anticipated Increment 2 development efforts.

The information contained in this RFI Response Analysis will be utilized throughout the lifecycle of this acquisition effort, and will be refreshed as necessary to inform key decisions. Specifically, the findings and conclusions in this report will be leveraged during development of the Market Research Report, Acquisition Strategy, Acquisition Plan, Analysis of Contracting Alternatives/Business Case Analysis, and Acquisition Requirements Package.

**A1874**
Protected Information
and/or Legends Redacted

## 1.0 Introduction

This is a Request for Information (RFI), as defined in Federal Acquisition Regulation (FAR) 15.201(e).

The purpose of this RFI is to solicit industry feedback on the requirements and proposed acquisition strategy for the Distributed Common Ground System-Army (DCGS-A) Increment 2 program. This RFI is part of a set of industry engagements in support of enhancing the Industry-Government partnership critical to providing an effective and evolvable end-product for Army DCGS-A operators and information consumers. The Government intends to consider all Industry inputs and initiatives as it prepares for and executes the solicitation process. In addition, this RFI requests respondents' corporate overview information and basic qualifications in managing software development projects that are similar in scope and process to the DCGS-A program. The Army plans to leverage industry recommendations on the delivery of DCGS-A software to implement best practices, improve productivity, gain efficiencies, and realize cost savings.

This is not a request for proposal, request for quotation, or an invitation for bid, nor does its issuance obligate or restrict the Government to any particular acquisition approach. This RFI does not obligate the Government to issue a solicitation. This RFI is being conducted solely for information and planning purposes and does not constitute a solicitation. Neither unsolicited proposal (s) nor any other offers will be considered in response to this request or accepted by the Government to form a binding contract. Contractors are solely responsible for all expenses associated with responding to this RFI. Acknowledgement of receipt of submitted items will not be made nor will respondents be notified of the outcome of the information received.

Small Businesses are encouraged to submit responses to this RFI.

## 2.0 Background

### 2.1 DCGS-A Program Overview

The Distributed Common Ground System-Army (DCGS-A) program was created in response to the Department of Defense (DoD) Distributed Common Ground/Surface System (DCG/SS) Mission Area Initial Capabilities Document (MA ICD), which captured the overarching requirements for an Intelligence, Surveillance, and Reconnaissance (ISR) Family of Systems (FoS) that will contribute to Joint and combined Warfighter needs. The DCG/SS MA was converted into the DCGS Enterprise ICD in March 2009.

DCGS-A is an evolving program made up of a foundational network, hardware, software, sensors, people, and processes. It is comprised of an extensive network architecture that enables distributed processing and information sharing of data from sensors and other sources across the globe; software tools to help the users perform the analyses, update, and share intelligence products; servers that store data and collected intelligence; and alignment to a set of common standards that enable integration of new technology, processes, and ideas. As technology evolves and new warfigthing requirements emerge, the DCGS-A capability set needs to be updated to meet the user needs.

DCGS-A is the Army's primary system for ISR tasking of sensors, processing, exploitation and dissemination (TPED) of collected data converted into warfighting information and intelligence regarding the threat, weather, and terrain at all Army echelons. DCGS-A Increment 2 will provide additional capabilities to enhance the Intelligence processing and fusion capabilities across Intelligence domains (Imagery, Human Domain, Weather, etc.) to assist the operational Commanders' access to information, task organic sensors, and synchronize non-organic sensor assets with their organic assets. The DCGS-A system and data enterprise must conform to and leverage the Common Operating Environment (COE), DCGS Integration Backbone (DIB), Joint Information Environment (JIE), Intelligence Community Information Technology Enterprise (IC ITE), and Defense Intelligence

Information Enterprise (DI2E) standards to enhance interoperability of ISR information through the use of common enterprise standards and services.

DCGS-A facilitates SEEing and KNOWing on the battlefield—the fundamental precursor to the UNDERSTANDing that underpins the Army's Mission Command concept. DCGS-A will continue to contribute to visualization and situational awareness (SA), thereby enhancing tactical maneuver, maximizing combat power and enhancing the ability to operate in an unpredictable and changing environment throughout the operational spectrum.

The current acquisition approach for Increment 2 will leverage the CJCSI 3170.01H Information Technology Box (IT Box) Requirements Process for incremental software releases (see https://acc.dau.mil/jcids for more information on the IT Box process). This streamlined approach will support incremental development and fielding of system software capabilities over time to meet the user needs.

A significant component of the DCGS-A Increment 2 acquisition approach via the IT Box requirements methodology is the ability to grow system capability over time through a series of software releases and hardware modernizations/refresh cycles. DCGS-A software releases provide a mechanism to build agility within the program to satisfy requirements in an accelerated fashion. Each DCGS-A software release will be synchronized with Army interoperability and Cyber Security standards. DCGS-A will continue to maximize the use of Commercial off-the-Shelf (COTS) /Government off-the-Shelf (GOTS) products and will procure them through DoD/Army enterprise contracting vehicles where possible. The IT Box construct will have a Requirements Oversight Council, which is made up of the requirements organizations, user representatives, and acquisition officials who provide the PM a prioritized list of requirements to pursue in each software release. The PM, user representative, and industry integrator will execute to the prioritized list in accordance with capability maturity assessment, cost, and schedule constraints per software release. DCGS-A Increment 2 software releases will leverage the Intelligence Community (IC) investments in information system technology and align to the applicable initiatives of the National Functional Managers (NSA, DIA, and CIA).

The primary focus of the Increment 2 program capability approach will be the alignment to the Intelligence Community Information Technology Enterprise (IC ITE). Compliance with the IC ITE standards will ensure that the Army delivers a capability that will endure across Intelligence domains and continue the evolution of the Intelligence processing capabilities over time.

Capability growth will be implemented as part of the DCGS-A program life cycle. DCGS-A will continue to adapt and address technology advances, sensor upgrades, cybersecurity advances, and other necessary system evolutions to remain current and avoid obsolescence through system life. It will consist of providing new capabilities associated with emerging requirements, new sensor capability (*i.e.*, Gray Eagle UAS and Enhanced Medium Altitude Reconnaissance Surveillance System (EMARSS)), Cross Security Domain solutions, Fusion Workflow Data Management, Machine Foreign Language Translation, and Thin Client Framework Technologies.

## 2.2 Capability Description
To assist in Industry's understanding of the development and testing scope of the Increment 2 effort and to give context to Industry's RFI response, the figure below provides a general depiction of DCGS-A and its overall mission as an intelligence enterprise.

A1877

Protected Information
and/or Legends Redacted

Appx11877



Warfare is changing as follows:

➢ Frequently rotating troops require persistent information over time.

➢ Volume of data and intelligence continues to grow exponentially increasing the need and criticality of high performance processing and analytics.

➢ Commanders needs, mission requirements, and environments are constantly changing.

➢ The Warfighter requires the ability to operate in an unpredictable and changing environment across the operational spectrum.

➢ Rapid technology advances increase the capability and effectiveness potential of the Warfighter.

DCGS-A currently addresses these changes by:

➢ Gathering available data from SEE-ers through:

- Data Ingestion for Battlespace Awareness, Cultural Awareness, Physical Environment Awareness (Weather and Terrain)
- Sensor Tasking and Cross Cueing
- Direct Data Downlink Receipt
- Alert and Alarm Monitoring
- Enterprise Search and Query
- Access to greater data and information not previously available
  - National and Joint intelligence
  - Tactical reports
  - Non-traditional sources

**A1878**

Protected Information
and/or Legends Redacted

➤ Providing soldiers and commanders an UNDERSTANDing of their environment through:
- Visualization of a Common Integrated Picture
- Collaboration
- Timely Data Mining
- Product Content Exploitation
- Threat Assessment
- Collection Management
- Fusion

➤ Enabling ACTion through:
- Interoperability
- Exposure of information
- Joint and Coalition Interfaces such that decision makers are empowered with the ISR data, information, and knowledge they need

To meet evolving needs of DCGS-A customers while also considering opportunities afforded by relevant commercial advancements, DCGS-A Increment 2 may include capability enhancement of:

➤ Net-Readiness
➤ Data Fusion
➤ Embedded Training
➤ Sustainment, to include operational and material availability
➤ Reliability
➤ Usability, to include Ease of Use
➤ Geospatial Information
➤ Cyber Operations
➤ Data and Intelligence Visualization
➤ Counterintelligence and HUMINT Convergence
➤ Alignment to the IC ITE and JIE Standards

## 3.0 Information Requested

For this RFI, the Government seeks information regarding your corporate capabilities and experience related to the delivery of capabilities as described in section 2.2, and Industry feedback/suggestions on the proposed acquisition strategy as described in section 3.2. Specifically, the Government is interested in the following information:

### 3.1 Corporate Capabilities and Experience:
Provide the following information about your company.
- Company Name
- Point of Contact
- Address
- Phone Number
- Business Type (*i.e.*, Large Business, Small Business, Small Disadvantaged Business, 8(a), HUBZone, Woman-owned Small Business, Service Disabled Veteran Owned Small Business, Veteran Owned

A1879
Protected Information
and/or Legends Redacted

Appx11879

Small Business) and applicable NAICS code(s).  As applicable, do you anticipate transitioning to other than a "small business" in the next eighteen months?

- Contract vehicles your company has been awarded that address the scope of services required to develop and integrate a system such as DCGS-A, focused on integrating COTS/GOTS and internally-developed software products into a software baseline to be fielded on commercial hardware (laptops, servers, etc.) with software updates/enhancements delivered every 6-12 months. For each contract vehicle, specify:
  - o Agency
  - o Vehicle name and type (*e.g.*, Indefinite Delivery/Indefinite Quantity (ID/IQ) contract, Blanket Purchasing Agreement)
  - o Prime or Subcontractor
  - o Period of Performance
- Specify whether your company possesses or can obtain a Facility Security Clearance and if so, at what level.

**3.2 Proposed Acquisition Strategy Feedback**

The proposed acquisition strategy for DCGS-A Increment 2 includes the following aspects.  In response to this RFI, please provide feedback as to the feasibility of this overall approach.  Please include any suggestions or lessons learned on successful acquisition approaches to this type of effort the Government should consider when formalizing the acquisition strategy.

1) A change from the Increment 1 approach of the Government acting as the Prime integrator of DCGS-A components, responsible for delivery of a final product/program for evaluation, to a competitive Prime contractor approach, leveraging industry's innovation and proven processes to deliver Increment 2 capabilities.  Proposed contract types under consideration for this effort are cost-plus-incentive-fee (CPIF) or cost-plus-fixed-fee (CPFF), with an estimated value of $80-$100M for development efforts over three to four years.

2) Use of DCGS-A Increment 1, Release 2 and other DCGS-A systems and software as applicable as Government Furnished Information (GFI) to be provided to offerors during the solicitation process as the baseline to develop required Increment 2 enhancements.  Offerors will also have the option to propose solutions that meet Increment 2 requirements using new solutions/baselines, or portions of the provided Increment 1 baseline package, to best meet the performance and life cycle supportability requirements in a cost effective manner. As applicable, the government may request to review the data and processes (*i.e.*, Trade Studies, Best of Breed Processes, etc.) used that led to the selections.

3) Regular delivery of software builds for evaluation by the Government program office in support of a comprehensive and operationally tested Software Release baseline to be fielded incrementally (two full Software Releases are anticipated to be required to deliver DCGS-A Increment 2 requirements).  The Government may decide to field specific enhancements made available for evaluation in software builds prior to incorporation into a full Software Release in support of emerging operational needs, critical technology enhancements that significantly improve operational capability, or resultant cost efficiencies. Government program office evaluation of pre-release software builds at regular intervals will also support timely provision of Government feedback to the Prime contractor throughout the software release development process to lower the risk of a software release not meeting Government expectations during Development and Operational Test, and to provide the Prime contractor opportunities to meet contractual incentives tied to performance and schedule at regular intervals throughout the contract period of performance.

4) With regard to the required Source Selection evaluation factors, *i.e.* Technical/Management Approach, Past Performance, Small Business Participation and Price/Cost, what specific factors/sub-factors do you

A1880

Protected Information
and/or Legends Redacted

recommend the Government evaluate that are "discriminators" based on the Increment 2 scope of deliverables and services? In addition, what incentives would you recommend the Government incorporate into this contract effort, assuming a Cost-Plus-Incentive-Fee structure is chosen?

5) Referencing prior experience in efforts of this size, scope, and complexity, provide feedback regarding the suitability of designating this work as a Small Business Set Aside.

6) Please provide feedback on how the government should consider requirements for modern data management infrastructure and data visualization, to include implications of emerging standards such as JIE, COE, and ICITE when drafting the RFP.


## 4.0 Response Submittal Instructions

Participation in response to this RFI will not preclude any vendor from responding to future acquisitions, either individually or as part of a team.

Limit responses to a total page limit of fifteen (15) pages. Marketing brochures will not be considered adequate information in response to this RFI. The font shall be Times New Roman and no smaller than 10pt with at least a one-inch margin. Please submit your responses electronically by 900 EST 12 September 2014 to Mr. Stephen Morton at stephen.j.morton8.civ@mail.mil in a Microsoft Word compatible file. Files greater than 5MB cannot be transmitted through the network firewall. Therefore, any file greater than 5MB must be submitted by CD-ROM media to the address below. If submitting via CD-ROM, please also send an email with the mailing confirmation or tracking information to Mr. Morton for awareness.

Mr. Stephen Morton
PM DCGS-A
6006 Combat Drive, 2nd Floor
Aberdeen Proving Ground, MD 21005-0001

Questions regarding this RFI should be submitted via e-mail to Mr. Morton no later than 0900 EST on 5 September 2014. If answered, questions will be non-attribution published through the Federal Business Opportunities Website at www.fedbizopps.gov.

If the Government has additional questions or a need for information following the evaluation of your response, you may be contacted and asked to provide that information. An industry outreach event is anticipated in the future. Details will be published through the Federal Business Opportunities website at www.fedbizopps.gov.

**Disclaimer:** **THE GOVERNMENT DOES NOT INTEND TO AWARD A CONTRACT ON THE BASIS OF THIS RFI OR REIMBURSE ANY COSTS ASSOCIATED WITH THE PREPARATION OF RESPONSES.**

**This announcement is issued solely for information and planning purposes and does not constitute a solicitation. Proprietary information and trade secrets, if any, must be clearly marked on all materials. All information received that is marked Proprietary will be handled accordingly. Responses will not be returned nor will the Government confirm receipt. Whatever information is provided will be used to assess tradeoffs and alternatives available for determining how to proceed in the acquisition process. In accordance with FAR 15.201(e), responses are not offers and cannot be accepted by the Government to form a binding contract. All Government and Contractor personnel reviewing responses will have signed non-disclosure agreements and understand their responsibility for proper use and protection from unauthorized disclosure of proprietary information as described in 41 USC §2101-2107. The Government shall not be liable for or suffer any consequential damages for any proprietary information not properly identified. Proprietary information will be safeguarded in accordance with the applicable Government regulations.**

# DELIVERING INCREMENT 2 ON A COMMERCIAL SOFTWARE PLATFORM

**Response to Distributed Common Ground System—Army Increment 2 Program RFI (DCGSAINC2RFI)**

**Prepared For:**

Mr. Stephen Morton
PM DCGS-A

**Prepared By:**

Palantir USG, Inc.
www.palantir.com

**Palantir POC:**

Copyright © 2014 Palantir USG, Inc. All rights reserved. The information herein contains trade secrets and commercial or financial information which is privileged and confidential within the meaning of all relevant laws. This information shall not be disclosed without the prior written approval of Palantir USG, Inc. The data subject to this restriction are contained in all sheets of this proposal.

**A1882**

Protected Information
and/or Legends Redacted

# TABLE OF CONTENTS

Executive Summary ........................................................................................................................... 4

Corporate Capabilities and Experience .......................................................................................... 5

   Contract Vehicles .......................................................................................................................... 6

Proposed Acquisition Strategy Feedback ...................................................................................... 7

   1. Competitive Prime Contractor Approach ............................................................................... 7

      Proposed Transition to a Private Contractor .................................................................... 7

      Proposed Contract Value and Types .................................................................................. 8

      Effective Deployment of Software Solutions ................................................................... 9

   2. GFI Provision During the Solicitation Process ...................................................................... 9

      Open Framework ................................................................................................................. 9

      Proven Interoperability .................................................................................................... 10

   3. Government Evaluation of Software Builds ......................................................................... 10

   4. Discriminators and Incentives .............................................................................................. 11

   5. Small Business Set Aside Suitability .................................................................................... 12

   6. Requirements for Data Management and Visualization ...................................................... 13

      A Successful Increment 2 Solution Requires a Core, Comprehensive Platform ........... 13

      Proprietary and Interoperability are Distinct Concepts, Increment 2 Requires Interoperability.... 14

         Open Source and Proprietary Licensing Structures ................................................... 14

         Interoperability and Extensibility .............................................................................. 15

      The Critical Requirements for the Foundational Intelligence Layer .............................. 15

         SEEing Requirements ................................................................................................. 16

         UNDERSTANDing Requirements .............................................................................. 17

         ACTion Requirements ................................................................................................ 17

         Emerging Standards .................................................................................................... 18

**A1883**

Protected Information
and/or Legends Redacted

**A1884**

Protected Information and/or Legends Redacted

## Executive Summary

In order to ensure the successful delivery of DCGS-A Increment 2, we recommend the Government pursue a different acquisition strategy than the strategy behind the Increment 1 challenges.

As explained at the Industry Day, Increment 2 will rely on a 2-year procurement process followed by a 3-4 year development contract. This timeline creates a 2-year capability gap for warfighters that is unacceptably slow compared to the rapid development cycles in the commercial sector. Conducting a two-year competition to reset the Intelligence foundation layer is unnecessary when an existing commercial data integration platform is readily available for procurement through ESI and GSA.

The acquisition cycle should fully leverage existing commercial solutions.[1] Prioritizing the rapid procurement of commercial capabilities minimizes the anticipated scope of development needed to deliver Increment 2 capabilities. Narrowing the development scope requires expanding the use of commercially available COTS capabilities—it does not require narrowing the overall scope of the DCGS-A program. The Government does not need to *build* Increment 2 functionality; the Government can buy the core functionality from the commercial market and integrate any number of additional applications.

Increment 2 Should Leverage COTS Software

COTS solutions, in contrast to developing Government off-the-shelf (GOTS) and Custom IT Solutions (CITS), represent technologies that are ready-made and immediately available for sale. According to the International Council on Systems Engineering, COTS products carry:

- **Lower costs**: COTS products cost less than custom development because development costs are shared over many users with private industry paying for continuous improvement and innovation
- **Higher quality**: COTS products have been developed and improved over time, with other parties participating in finding bugs and limitations in the product
- **Fewer customer start-up costs**: Productized solutions are designed for quick implementation, with full documentation accompanying the start-up process
- **Less development time**: Customer organizations can spend time learning about and customizing the product, rather than developing it from scratch[2]

Developing new GOTS solutions carries significant risk because most software development projects fail.[3] This failure only becomes more likely as the project becomes more complex. Organizations that choose to develop software are accepting the associated cost and time-related risks.

These considerations form the basis for U.S. Code Title 10, Section 2377 and The Federal Acquisition Regulation (FAR) stipulations that government agencies should acquire commercial items whenever they are available to meet the needs of the agency.[4] By choosing a proven COTS solution, the Government can quickly deploy the highest quality product at the lowest cost and with the least risk.

The COTS Software should be Open and Extensible, Using a Platform-Based Architecture

Nevertheless, not all COTS solutions offer the same benefits. For a COTS solution to be successful within DCGS-A, it must be extensible, scalable, and adaptable in ways that facilitate interoperability and accommodate evolving mission-critical workflows in secure environments and sub-optimal terrains. A

---

[1] *See* FAR Part 11.002 ("Define requirements in terms that enable offerors to supply commercial items" and to "modify requirements in appropriate cases to ensure that the requirements can be met by commercial items….").

[2] Numerous International Council on Systems Engineering (INCOSE) publications detail the advantages of COTS (e.g., http://www.incose.org/northstar/2001 Slides/McKinney%20Charts.pdf).

[3] The Standish Group, Chaos Manifesto 2013: Think Big, Act Small (Version 1). The Standish Group International, 2013. pp. 4.

[4] See FAR Parts 10 (Market Research) and 12 (Acquisition of Commercial Items) as two examples.

Protected Information and/or Legends Redacted

successful Increment 2 program requires a COTS solution with an open architecture, non-proprietary data formats, and extensibility points that will allow it to thrive within a legacy environment by leveraging previous investments. Because DCGS-A missions are critical to warfighter and national security, technical capabilities must be proven, not promised. Technologies should have proven interoperability with Increment 1 components in conjunction with proven security compliance as demonstrated through ATOs on classified networks and alignment with relevant standards, including DI2E and IC ITE.

In the process of building Increment 1, the Government conducted a series of independent Cost-Plus competitions that required significant software development and complex integrations rather than relying on commercially-developed software. The Cost-Plus contracts required the Government to shoulder the entire risk of project failure while simultaneously dis-incentivizing reliance on pre-existing solutions.

As a result, Increment 1 relied on a custom **component-based architecture** that glued together a unique array of independent software vendor products, open source projects, and custom software solutions. In theory, each individual component would be independently evaluated, acquired, and integrated. In practice, the complexity of integrating a massive collection of technologies not inherently designed to interoperate resulted in cost overruns and years of delay in delivering a fully functional capability.

In the acquisition of Increment 2, the Government should adopt a **platform-based architecture** that relies on proven commercial software demonstrated to provide an enterprise-scale data integration, processing, visualization, and analysis framework and software baseline. The Government should rely on a software platform that has been deployed across many industries and includes sophisticated data management technologies, robust application interoperability, mature software deployment infrastructures, and the ability to scale and deploy on a variety of hosting environments.

<u>FFP Contract Vehicles Are Best-Suited for COTS Software and Eliminating Risk to the Government</u>
The most cost-effective and lowest-risk procurement approach is the acquisition of an open architecture data fusion platform through open competition for an existing software solution at a Firm-Fixed Price (FFP). FFP vehicles shift performance risk to the contractor, reduce the risk of cost overruns to the Government, and shorten delivery schedules.

The Government's choice of a FFP contract type is the single most important factor to encourage bidders to rely on a commercial solution rather than embarking on expensive development efforts. FFP vehicles are preferred where, in the course of an acquisition program, a series of contracts, or a single long-term contract, changing circumstances make a different contract appropriate in later periods. Specifically, "contracting officers should avoid protracted use of a cost-reimbursement or time-and-materials contract after experience provides a basis for firmer pricing."[5]

Several additional factors will promote cost-effective solutions for DCGS-A, including selecting a software platform that meets the following requirements:

- Accredited and deployed on operational networks at multiple classification levels
- Existing fusion and interoperability points with current DCGS-A data sources and systems
- Prior deployment to the Intelligence Community and Foreign Mission Partners
- Software delivery on day one and an Initial Operating Capability within the first month of receiving data access and all necessary permissions
- Shorter contract lengths in order to discourage lengthy timelines that mask project failure

## Corporate Capabilities and Experience

| Company Name | Palantir USG, Inc. |
|---|---|

---

[5] FAR Part 16.103(c).

**A1886**

Protected Information and/or Legends Redacted

| Points of Contact | ███████████████████████████ |
| --- | --- |
| Address | |
| Phone Number | |
| Business Type | Large Business |
| Facility Security Clearance | Top Secret and secure facilities in two locations |

## Contract Vehicles

Palantir maintains a BPA contract on both GSA IT Schedule 70 and DoD ESI vehicles.

| Agency | General Services Administration |
| --- | --- |
| Vehicle Name and Type | GSA IT Schedule 70 (GS-35F-0086U), Multiple Award BPA |
| Prime or Subcontractor | Prime |
| Period of Performance | 11/14/2007 – 11/13/2017 |

| Agency | Department of Defense |
| --- | --- |
| Vehicle Name and Type | DoD ESI (N00104-13-AZF34), Multiple Award BPA |
| Prime or Subcontractor | Prime |
| Period of Performance | 7/26/2013 – 7/25/2018 |

Using these vehicles, we have contracted with DIA, USMC, FBI, and USSOCOM, among others.

| Agency | Defense Intelligence Agency |
| --- | --- |
| Vehicle Name and Type | IC ITE KMT Expansion, Competed BPA issued off GSA Contract Number: GS-35F-0086U, Single Award BP |
| Prime or Subcontractor | Prime |
| Period of Performance | 7/26/2014 – 7/26/2019 |

| Agency | United States Marine Corps |
| --- | --- |
| Vehicle Name and Type | BPA Call on the ESI BPA: N00104-13-AZF34 and order issued off GSA Contract Number: GS-35F-0086U |
| Prime or Subcontractor | Prime |
| Period of Performance | 12/21/10 – 1/24/2015 |

| Agency | Federal Bureau of Investigation |
| --- | --- |
| Vehicle Name and Type | Enterprise Knowledge Analytic Platform, competed BPA issued off GSA Contract Number: GS-35F-0086U |
| Prime or Subcontractor | Prime |
| Period of Performance | 4/10/2012 – 6/30/2017 |

| Agency | USSOCOM |
| --- | --- |

A1887

Protected Information and/or Legends Redacted

| Vehicle Name and Type | USSOCOM Mesh, a series of Task Orders issued off GSA Contract Number: GS-35F-0086U |
|---|---|
| Prime or Subcontractor | Prime |
| Period of Performance | 2/22/2013 – 2/21/2016 |

## Proposed Acquisition Strategy Feedback

### 1. Competitive Prime Contractor Approach

**Proposed Transition to a Private Contractor**

The transition to a vendor with a software baseline in use by government and commercial sectors will allow DCGS-A to benefit from new features and enhancements cultivated across a broad ecosystem of users. The commercial sector continues to invest heavily in technology, resulting in the continued development of innovations outside of the Government. Incorporation of a commercial software baseline allows DCGS-A to evolve and improve with a fractional investment in time and resources.

The transition in Increment 2 to a private contractor and a proven software platform will also allow the Government to benefit from a comprehensive software baseline management and delivery infrastructure. A vendor with a mature software platform should be able to provide a centralized management infrastructure that allows for delivery of innovation at the rapid pace of industry while also allowing the Government to provide guidance and oversight through a Control Configuration Board. A centralized management approach should feature integrated management tools that allow for operation and maintenance of Increment 2 with reduced manpower, minimal operational overhead, and low sustainment costs. ██████████████████████████████████████████████

In Increment 1, the program office cost was $29M in FY2012 alone. By replacing the software baseline with a COTS software platform with centralized management, the Government can realize significant reductions in overall program costs and the physical support footprint required to maintain the intelligence enterprise. Palantir has successfully used the following implementation models:

**A1888**

Protected Information and/or Legends Redacted



## Proposed Contract Value and Types

We understand the Government is considering Cost-Plus-Incentive Fee (CPIF) and Cost-Plus-Fixed-Fee (CPFF) contract types for Increment 2. These vehicles require the Government to continue to shoulder project risk and are only appropriate where projects require significant software development.

Renewing the Cost-Plus model of Increment 1 will increase the probability of failure in Increment 2. A Firm-Fixed-Price (FFP) model is a preferred contract vehicle for commercial products[7] and is imperative to ensuring the rapid, cost-effective delivery of capabilities while shifting the performance risk from the Government to the contractor. "The contractor has full responsibility for performance costs" in a FFP contract, whereas "the contractor has minimal responsibility for the performance costs" under a Cost-Plus environment.[8] Additionally, FFP models are encouraged by the FAR to avoid protracted use of Cost-Reimbursement contracts after experience provides a basis for a firmer pricing model.[9]

The FFP model should use an outcomes-based Performance Work Statement based on a proven product and incorporating support services. This method allows for the deployment of additional capabilities in conjunction with the commercial software development cycle while providing the Government with the ability to evaluate software builds before fielding incremental enhancements. A FFP model:

- Encourages rapid deployment and aligns execution goals with lower man-hours and shorter timelines
- Places the execution and performance risk on the contractor, who must absorb the additional costs if the product does not deliver the required capabilities
- Provides pricing predictability for long-term budget planning
- Encourages reliance on existing solutions to minimize development expense

The FFP model can be used in conjunction with a Cost-Plus model for optional system enhancements.[10] CPIF and CPFF contracts should total less than 20 percent of the total contract value. Examples of successful FFP contracts include our work at the U.S. Marine Corps, where enhancements are included as part of our regular software releases and small businesses fulfill highly custom development requests by building on top of the foundation layer. Likewise, U.S. Immigration and Customs Enforcement continues

---

[6] *See* FAR Part 39.103 for guidelines on Modular Contracting ("[A]gencies should, to the maximum extent practicable, use modular contracting to acquire major systems (see 2.101) of information technology.").

[7] FAR Part 16.201(a) ("The contracting officer shall use firm-fixed-price or fixed-price with economic price adjustment contracts when acquiring commercial items, except as provided in 12.207(b).").

[8] FAR Part 16.101(b).

[9] FAR Part 16.103(c) ("In the course of an acquisition program, a series of contracts, or a single long-term contract, changing circumstances may make a different contract type appropriate in later periods than that used at the outset. In particular, contracting officers should avoid protracted use of a cost-reimbursement or time-and-materials contract after experience provides a basis for firmer pricing.").

[10] FAR Part 16.104(e) ("If the entire contract cannot be firm-fixed-price, the contracting officer shall consider whether or not a portion of the contract can be established on a firm-fixed price basis.").

Protected Information
and/or Legends Redacted

to expand Palantir capabilities through a FFP contract that includes regular software updates and custom enhancements requiring less than a set number of development hours. More recently, following open competition, we were awarded a BPA for the IC ITE expansion at DIA available to all IC agencies and affording a COTS solution at a FFP.

███████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

**Effective Deployment of Software Solutions**
In the context of Increment 2, changing from a Government Prime integrator to a competitive Prime contractor will not fully leverage industry innovation without a corresponding change in process. A private contractor will encounter many of the same issues encountered in Increment 1 unless COTS products constitute core elements in Increment 2.

We deliver capabilities through a partnership with each customer in combination with the rapid deployment of our fully developed COTS product. In order for the Government to benefit from a low-risk COTS solution, the Government needs to look for solutions and partnerships that properly leverage COTS software. Specifically, the Government must account for:

- Basing Increment 2 on the acquisition of an existing comprehensive platform that can be configured for the specific needs of DCGS-A with minimal development cost and risk
- Fixed licensing fees in place of development costs, recognizing that the core system is already developed
- A development model focused on product enhancement and configuration rather than initial product development
- Rejecting custom component-based architectures requiring acquisition and integration of independently developed disjointed products and functions
- Rapid iteration to incorporate improvements made across both government and commercial deployments

## 2. GFI Provision During the Solicitation Process

Increment 2 should not rely on the Increment 1 baseline. Increment 1 was a custom software development project, and relying on the Increment 1 baseline encourages the same problematic patterns to continue into Increment 2. Instead, the Government should require any Increment 2 solution to interoperate with the data formats and interfaces defined in Increment 1.

Many of the data formats and interfaces created in DCGS-A Increment 1 are closed, prohibiting interoperability. Because many of the solutions in Increment 1 were custom developed for use within DCGS-A only, they are not well documented and only used within the Army. Any available documentation of the data formats and interfaces from Increment 1 should be provided to offerors.

To minimize risk, accelerate the deployment timeline, and eliminate system downtime, a minimally acceptable technical solution should have 1) an open framework designed for rapid interoperability with existing and future systems and 2) proven and established interoperability with Increment 1. The open framework and interoperability requirements described below exist today in commercial software that can be implemented immediately.

**Open Framework**

████████████████████████████████████████████████████████████████████████████

A1890

Protected Information
and/or Legends Redacted

In order to interoperate with Increment 1 and other intelligence platforms throughout DoD and the IC, a platform with open APIs and an open data model is required to interface easily with other systems and adapt to evolving mission needs.[11] At a minimum, an open framework should include:



**Proven Interoperability**

Lack of interoperability often manifests despite claims of open architectures and adaptable infrastructures. We believe it is imperative that Increment 2 technologies carry a proven record of interoperability with Increment 1 components in order to eliminate the risk of stove-piped functionality. Specifically, the Increment 2 system should include a proven ability to allow:

- MFWS users to import entities and links to the Tactical Entity Database (TED) from within the Increment 2 system
- Increment 2 system users to import entities and links from TED
- DCGS Integration Backbone (DIB) queries to pull information from the Increment 2 system
- Increment 2 system users to query the DIBs and import results
- Queries sent from the Ozone Widget Framework (OWF) to the Increment 2 system
- Integration of all Increment 2 system data and analysis into the DCGS Brain

Proven interoperability will provide the Government with a solution that eliminates the interoperability risk that is so often the cause of failed systems and will allow for an accelerated timeline with IOC within one month of gaining access to the required data sets and all Government-provided authorizations.

### 3. Government Evaluation of Software Builds

---

[11] Guidance from the Office of the Under Secretary of Defense for Acquisition, Technology, and Logistics (AT&L) advises open architectures help reduce switching costs and allows for continuous competition to address changing mission needs. "Guidelines For Creating and Maintaining a Competitive Environment for Supplies and Services in the Department of Defense," Office of the Under Secretary of Defense for Acquisition, Technology, and Logistics.

A1891

Protected Information and/or Legends Redacted

The RFI anticipates 2 major Software Releases over the 3-4 year contract under an IT Box approach,

███████████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████ ▪

█████████████████████████████████████████████████
██████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████

█████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████

## External Development of Enhancements

The core platform should support development of extensions by the Prime contractor, the Government, or third-party developers. As new enhancements and extensions are developed, the CCB tests these third-party developments on their staging environment in addition to testing core platform upgrades and patches provided with the licensing costs. This delineation allows CCB to manage the release cadence and to own all Intellectual Property developed by third parties in association with Army-specific enhancements while benefiting from the underlying COTS framework.

## 4. Discriminators and Incentives

We believe that specific subfactors of the Source Selection evaluation factor should be centered on minimizing risk. Risk is minimized by selecting a system that has proven its interoperability with Increment 1 components, has deployed its functionality within working environments and classified networks, and can provide IOC within the first month of gaining the necessary permissions and access. Associated evaluation subfactors are described on the following page and are met by existing commercial software.

| Evaluation Factors | Proposed Subfactors |
|---|---|
| Technical Approach | Use of proven data fusion, visualization, and analytic platforms already in use in DoD and the IC:<br><br>• ███████████████████████████████████████████<br>▪ ███████████████████████████████████████ |

---

[12] National Defense Authorization Act, 2010. Section 804.

██████████████████████████████████████████████████████

**A1892**

Protected Information and/or Legends Redacted

| | |
|---|---|
| | Alignment to standards and interoperability: 

Security:

Scalability:

Cross Domain: |
| **Management Approach** | Delivery: Software delivery starting on day one

Deployment Management: Developing a deployment plan with the Government to provide IOC within 1 month

Transition Strategy: Feasibility of transitioning to Increment 2 capabilities |
| **Past Performance** | |
| **Small Business Participation** | We encourage the involvement of Small Businesses in the federal procurement process and have extensive experience working with Small Businesses in both Prime contractor and subcontractor roles. |
| **Price and Cost** | We recommend a "Best Value" tradeoff analysis given the complexity of software procurement. |

## 5. Small Business Set Aside Suitability

Because of the scope of required capabilities, we believe a Small Business would not be suitable for development of the core Increment 2 capabilities. However, depending on the maturity and incorporation of COTS products into the Increment 2 System, a Small Business may be able to operate and maintain the licensed system as well as develop custom enhancements on top of the primary platform. Please see Section 2 for information on open frameworks. A Small Business set aside is our second preference for Increment 2 acquisition following operation as a Prime contractor under a Configuration Control Board.

A1893
Protected Information
and/or Legends Redacted

# 6. Requirements for Data Management and Visualization

**A Successful Increment 2 Solution Requires a Core, Comprehensive Platform**

DCGS-A Increment 2 requires a comprehensive, enterprise-wide data integration, visualization, and analysis platform. In order for this core platform to be successful, it needs to be architected, designed, and developed to be:

- Open and easily extensible to meet current and unforeseen Army intelligence needs
- Scalable, robust, and reliable to support the volume and velocity of current and future data
- Flexible to deploy in fixed, mobile, and austere environments
- Secure enough to be deployed in any number of secure configurations to protect data
- Sophisticated enough to enable a consistent data picture and seamless synchronization at each site across the entire DCGS-A enterprise

While the Army has many unique requirements external to the core intelligence platform, the challenges of the core architecture are not unique to the Army. Government and commercial organizations around the world face challenges similar to the intelligence pipeline defined by "See, Understand, Act." The Army should leverage industry advances rather than redevelop them, and focus on correctly identifying where the Army has unique challenges for development.



*Figure 1: Proposed DCGS-A Increment 2 Intelligence Foundation Layer Architecture*



A1894

Protected Information and/or Legends Redacted

[REDACTED]

**Proprietary and Interoperability are Distinct Concepts, Increment 2 Requires Interoperability**

Open Source and Proprietary Licensing Structures

The software terms "**Open source**" and "**Proprietary**" refer solely to the licensing structure and not to the functionality of the software itself. "**Open source**" software means the software source code is freely available and can be examined and reverse engineered. Whether or not software is "open source" has no bearing on interoperability, extensibility, ease of management, proper functionality, code quality, or cost of ownership. Open source software can function either as an open framework or closed environment.

Nevertheless, there are benefits in using open source software that has broad adoption within the developer community. The software baseline improves due to the crowd-sourcing development model. A proper evaluation of open source software always incorporates an evaluation of the developer community around the software to assess development of the future baseline.

Software developed by the Government has source code that is open to the Government and under certain provisions can be released as open source outside of the government. However, because of the limited community around the software project, the continued quality of the software baseline is poor, leading to the failure of software projects because the:

- Software does not function properly
- Software is not easily manageable or extensible
- Software is expensive to maintain
- Software is not interoperable

The term "Proprietary" is often misused to imply a lack of interoperability. "**Proprietary**" software solutions mean that the source code and Intellectual Property of the core platform belong to the original software developer. Again, the model of software licensing has little bearing on the overall quality or performance of the software platform. Both open and closed software systems exist under proprietary licensing arrangements. Increment 1 incorporates successful proprietary software components, including ArcGIS and Google Earth. Proprietary software solutions allow the Government to benefit from the investment and innovation in software provided by the commercial software industry at minimal cost without requiring the Government to incur the cost and risk of attempting to redevelop its own software.

Additionally, proprietary software baselines often incorporate open source software. Many proprietary software solutions and companies make extensive use of open source software in their platforms and contribute back to the open source community with their own advancements. Companies like Facebook, Google, and Palantir make extensive use of open source software and an Increment 2 solution should look

[REDACTED]

A1895

Protected Information and/or Legends Redacted

for, and value, the incorporation of well-supported, documented, and advanced open source software into the baseline, even in otherwise proprietary solutions.

Interoperability and Extensibility

**Interoperability** is a functional determination of software that is completely independent of whether the licensing rubric is open source or proprietary. Interoperability is judged by the software interfaces and file formats that are used by the platform. A highly interoperable system should be evaluated upon:

- **The native file format**: Whether or not the native file format used by the system is open, documented, and readable by external systems
- **Support for other file formats**: The number and quality of file formats that the platform can ingest and export data to and from
- **Data ingest and export interfaces**: The number and quality of endpoints that can be use to push data into the system and export data programmatically
- **Extensibility**: The ability for the system to be easily tailored to meet unforeseen requirements for interoperability with new file formats and interfaces
- **Overall**: The quality of the available documentation on each of the points above and the community of users of each of the points above

**Extensibility** means that a core software platform is easily tailored and modified to be suitable in any number of contexts. Extensibility is exemplified by platforms that can meet a large variety of use cases. A platform that is used in multiple domains and contexts is proven to be more extensible than a platform that is only applicable to a single use case. Extensibility means the software platform can:

- Meet unforeseen mission challenges
- Integrate new and emerging technologies
- Integrate with custom solutions and algorithms developed by third parties

The main evaluation criterion for interoperability and extensibility is the **breadth of use**. The economies of scale afforded by a commercial product quickly outpace even the most talented software team working on a custom product used in limited use cases and narrow quantities. Breadth of use has many benefits:

- **Lower Development Costs**: Development costs are shared across customers and over time. Likewise, the cost of an enhancement is fractionally shared across the community with higher quality and faster deployment because the same baseline is used across enhancements
- **Lower Risk**: Commercial products carry lower risk because their baseline is proven by a large number of "flight hours," which provides a reliable understanding of performance characteristics
- **Deployment Experience**: Broad deployment results in experience and accreditation across different networks and environments. Experience includes integrating with existing data sources, interoperating with industry standards and tools, and centralized management

**The Critical Requirements for the Foundational Intelligence Layer**

True data fusion involves the collection of all data types under a flexible data model within a platform with fully interoperable applications. Data sharing and collaboration must be able to work across data models and security domains while protecting individual pieces of data at a granular level. Additionally, data sharing should not duplicate or destroy data while incorporating user changes across the enterprise, even when users are modifying the same piece of information.

A1896

Protected Information
and/or Legends Redacted



A1897

Protected Information
and/or Legends Redacted



A1898

Protected Information
and/or Legends Redacted



A1899
Protected Information
and/or Legends Redacted

## 1.0 Introduction

This is a Follow-on Request for Information (RFI), as defined in Federal Acquisition Regulation (FAR) 15.201(e).

The purpose of this RFI is to solicit industry feedback on some of the specific capabilities and requirements that will be part of the proposed acquisition strategy for the Distributed Common Ground System-Army (DCGS-A) Increment 2 program. This RFI is part of a series of industry engagements in support of enhancing the Industry-Government partnership critical to providing an effective and evolvable end-product for Army DCGS-A operators and information consumers. The Government intends to consider all Industry inputs and initiatives as it prepares for and executes the solicitation process. In addition, this RFI requests respondents' specific answers regarding the basic qualifications in managing software development projects that are similar in scope and process to the DCGS-A program. The Army plans to leverage industry recommendations on the delivery of DCGS-A software to implement best practices, improve productivity, gain efficiencies, and realize cost savings.

This is not a request for proposal, request for quotation, or an invitation for bid, nor does its issuance obligate or restrict the Government to any particular acquisition approach. This RFI does not obligate the Government to issue a solicitation. This RFI is being conducted solely for information and planning purposes and does not constitute a solicitation. Neither unsolicited proposal (s) nor any other offers will be considered in response to this request or accepted by the Government to form a binding contract. Contractors are solely responsible for all expenses associated with responding to this RFI. Acknowledgement of receipt of submitted items will not be made nor will respondents be notified of the outcome of the information received.

Small Businesses are encouraged to submit responses to this RFI.

## 2.0 Background

### 2.1 DCGS-A Program Overview
The Distributed Common Ground System-Army (DCGS-A) program was created in response to the Department of Defense (DoD) Distributed Common Ground/Surface System (DCG/SS) Mission Area Initial Capabilities Document (MA ICD), which captured the overarching requirements for an Intelligence, Surveillance, and Reconnaissance (ISR) Family of Systems (FoS) that will contribute to Joint and combined Warfighter needs. The DCG/SS MA was converted into the DCGS Enterprise ICD in March 2009.

DCGS-A is an evolving program made up of a foundational network, hardware, software, sensors, people, and processes. It is comprised of an extensive network architecture that enables distributed processing and information sharing of data from sensors and other sources across the globe; software tools to help the users perform the analyses, update, and share intelligence products; servers that store data and collected intelligence; and alignment to a set of common standards that enable integration of new technology, processes, and ideas. As technology evolves and new warfigthing requirements emerge, the DCGS-A capability set needs to be updated to meet the user needs.

DCGS-A is the Army's primary system for ISR tasking of sensors, processing, exploitation and dissemination (TPED) of collected data converted into warfighting information and intelligence regarding the threat, weather, and terrain at all Army echelons. DCGS-A Increment 2 will provide additional capabilities to enhance the Intelligence processing and fusion capabilities across Intelligence domains (Imagery, Human Domain, Weather, etc.) to assist the operational Commanders' access to information, task organic sensors, and synchronize non-organic sensor assets with their organic assets. The DCGS-A system and data enterprise must conform to and leverage the Common Operating Environment (COE), DCGS Integration Backbone (DIB), Joint Information Environment (JIE), Intelligence Community Information Technology Enterprise (IC ITE), and Defense Intelligence

**A1900**

Protected Information
and/or Legends Redacted

Information Enterprise (DI2E) standards to enhance interoperability of ISR information through the use of common enterprise standards and services.

DCGS-A facilitates SEEing and KNOWing on the battlefield—the fundamental precursor to the UNDERSTANDing that underpins the Army's Mission Command concept. DCGS-A will continue to contribute to visualization and situational awareness (SA), thereby enhancing tactical maneuver, maximizing combat power and enhancing the ability to operate in an unpredictable and changing environment throughout the operational spectrum.

The current acquisition approach for Increment 2 will leverage the CJCSI 3170.01H Information Technology Box (IT Box) Requirements Process for incremental software releases (see https://acc.dau.mil/jcids for more information on the IT Box process). This streamlined approach will support incremental development and fielding of system software capabilities over time to meet the user needs.

A significant component of the DCGS-A Increment 2 acquisition approach via the IT Box requirements methodology is the ability to grow system capability over time through a series of software releases and hardware modernizations/refresh cycles. DCGS-A software releases provide a mechanism to build agility within the program to satisfy requirements in an accelerated fashion. Each DCGS-A software release will be synchronized with Army interoperability and Cyber Security standards. DCGS-A will continue to maximize the use of Commercial off-the-Shelf (COTS) /Government off-the-Shelf (GOTS) products and will procure them through DoD/Army enterprise contracting vehicles where possible. The IT Box construct will have a Requirements Oversight Council, which is made up of the requirements organizations, user representatives, and acquisition officials who provide the PM a prioritized list of requirements to pursue in each software release. The PM, user representative, and industry integrator will execute to the prioritized list in accordance with capability maturity assessment, cost, and schedule constraints per software release. DCGS-A Increment 2 software releases will leverage the Intelligence Community (IC) investments in information system technology and align to the applicable initiatives of the National Functional Managers (NSA, DIA, and CIA).

The primary focus of the Increment 2 program capability approach will be the alignment to the Intelligence Community Information Technology Enterprise (IC ITE). Compliance with the IC ITE standards will ensure that the Army delivers a capability that will endure across Intelligence domains and continue the evolution of the Intelligence processing capabilities over time.

Capability growth will be implemented as part of the DCGS-A program life cycle. DCGS-A will continue to adapt and address technology advances, sensor upgrades, cybersecurity advances, and other necessary system evolutions to remain current and avoid obsolescence through system life. It will consist of providing new capabilities associated with emerging requirements, new sensor capability (*i.e.*, Gray Eagle UAS and Enhanced Medium Altitude Reconnaissance Surveillance System (EMARSS)), Cross Security Domain solutions, Fusion Workflow Data Management, Machine Foreign Language Translation, and Thin Client Framework Technologies.

A1901

Protected Information
and/or Legends Redacted

## 2.2 Capability Description

To assist in Industry's understanding of the development and testing scope of the Increment 2 effort and to give context to Industry's RFI response, the figures below provides a general depiction of DCGS-A and its overall mission as an intelligence enterprise.



Warfare is changing as follows:

➢ Frequently rotating troops require persistent information over time.
➢ Volume of data and intelligence continues to grow exponentially increasing the need and criticality of high performance processing and analytics.
➢ Commanders needs, mission requirements, and environments are constantly changing.
➢ The Warfighter requires the ability to operate in an unpredictable and changing environment across the operational spectrum.
➢ Rapid technology advances increase the capability and effectiveness potential of the Warfighter.

DCGS-A currently addresses these changes by:

➢ Gathering available data from SEE-ers through:
  • Data Ingestion for Battlespace Awareness, Cultural Awareness, Physical Environment Awareness (Weather and Terrain)
  • Sensor Tasking and Cross Cueing
  • Direct Data Downlink Receipt
  • Alert and Alarm Monitoring

A1902
Protected Information
and/or Legends Redacted

- Enterprise Search and Query
- Access to greater data and information not previously available
  - National and Joint intelligence
  - Tactical reports
  - Non-traditional sources

➢ Providing soldiers and commanders an UNDERSTANDing of their environment through:
- Visualization of a Common Integrated Picture
- Collaboration
- Timely Data Mining
- Product Content Exploitation
- Threat Assessment
- Collection Management
- Fusion

➢ Enabling ACTion through:
- Interoperability
- Exposure of information
- Joint and Coalition Interfaces such that decision makers are empowered with the ISR data, information, and knowledge they need

To meet evolving needs of DCGS-A customers while also considering opportunities afforded by relevant commercial advancements, DCGS-A Increment 2 may include capability enhancement of:

➢ Net-Readiness
➢ Data Fusion
➢ Embedded Training
➢ Sustainment, to include operational and material availability
➢ Reliability
➢ Usability, to include Ease of Use
➢ Geospatial Information
➢ Cyber Operations
➢ Data and Intelligence Visualization
➢ Counterintelligence and HUMINT Convergence
➢ Alignment to the IC ITE and JIE Standards

## 3.0 Information Requested

For this RFI, the Government seeks information regarding your corporate capabilities and experience related to the delivery of capabilities as described in section 2.2. Specifically, the Government is interested in the following information:

    a) Company name; address; CAGE Code and DUNS; POC name, phone, email.

A1903
Protected Information
and/or Legends Redacted

Appx11903

b) If you are a small business, please identify your company's small business size standard based on the assigned NAICS. For more information refer to http://www.sba.gov/content/table-small-business-size-standards.

c) What percentage of your company personnel are cleared for TOP SECRET/SCI? Does your company have a TOP SECRET/SCI cleared facility or access to a TOP SECRET/SCI cleared facility? Additionally, does your company have the ability to safeguard SECRET information?

d) Within the last three (3) years, from the table below, please indicate which domains that your company has experience developing and integrating with these types of software applications/capabilities.

| Software Solutions or Services Delivered: | Government POC for this work (email/ phone No.) | Agency or Gov't Customer | % of Work Performed | Period of Performance | Prime or Sub | Contract Number / Value | If you have no experience have you partnered with anyone with experience (Company Name)? |
|---|---|---|---|---|---|---|---|
| Cloud Computing | | | | | | | |
| Big Data Analytics | | | | | | | |
| Data Architecture & Management | | | | | | | |
| Data Fusion & Pattern Analysis | | | | | | | |
| Applications for IC ITE Joint Storefront | | | | | | | |
| Targeting | | | | | | | |
| Signals Intelligence/NSA-Net Operations | | | | | | | |
| Defensive Cyber Operations | | | | | | | |
| Offensive Cyber Operations | | | | | | | |
| Counter Intelligence & Human Intelligence | | | | | | | |
| DCGS Integration | | | | | | | |

A1904

Protected Information and/or Legends Redacted

| | | | | | | |
|---|---|---|---|---|---|---|
| Backbone (DIB) implementation | | | | | | |
| Weather Effects/Analysis | | | | | | |
| GEOINT (Full Motion Video/Static Imagery Intelligence) | | | | | | |
| Geospatial Intelligence (Terrain & Mapping) | | | | | | |
| Collection Management (Sensor Management) | | | | | | |
| On-the-Move Operations | | | | | | |
| Workflow Management | | | | | | |
| Role/Attribute Base Access Control | | | | | | |
| Protection level 3 (PL 3) security hardening | | | | | | |
| Ease of Use Initiatives | | | | | | |
| High/Ultra Reliability Program | | | | | | |
| Army Interoperability Certification | | | | | | |
| Joint Interoperability Certification | | | | | | |

e) Is your company interested in bidding as the Prime Contractor for the Distributed Common Ground System-Army (DCGS-A) Increment 2 program?

f) Does your company have an adequate DCAA accounting system? If not, can your company obtain an adequate DCAA accounting system prior to proposal submission?

g) Does your company have experience with Acquisition Management, Administrative Support, and Program Budget and Execution with specific emphasis on project planning, cost estimating, scheduling, program tracking, financial planning and execution, contract

Appx11905

**A1905**

Protected Information and/or Legends Redacted

management, acquisition documentation and reporting/briefing efforts? If so, please
provide an example, including contract number; indicating whether your firm acted as a
prime contractor or subcontractor; contract value; Government/Agency point of contact
and current telephone number; and a brief description of the work your company
performed under said contract.

h) What is your company's current rate of personnel retention over the last five (5) years?

i) Does your company utilize best practices for software development, i.e. Capability Maturity
Model Integration (CMMI) certification? If so, what is your certification level? If not, can
your company obtain one prior to the time of proposal submission?

## 4.0 Response Submittal Instructions

Participation in response to this RFI will not preclude any vendor from responding to future acquisitions, either
individually or as part of a team.

Limit responses to a total page limit of ten (10) pages. Marketing brochures will not be considered adequate
information in response to this RFI. The font shall be Times New Roman and no smaller than 10pt with at least a
one-inch margin. Please submit your responses electronically by 0900 EST 29 Dec 2014 to Ms. Kailyn Bloom at
kailyn.n.bloom.civ@mail.mil in a Microsoft Word compatible file. Files greater than 10MB cannot be
transmitted through the network firewall. Therefore, any file greater than 10MB must be submitted by CD-ROM
media to the address below. If submitting via CD-ROM, please also send an email with the mailing confirmation
or tracking information.

Kailyn Bloom, PM DCGS-A
6006 Combat Drive, 2nd Floor
Aberdeen Proving Ground, MD 21005-0001

Questions regarding this RFI should be submitted via e-mail to Mr. Stephen Morton at
stephen.j.morton8.civ@mail.mil no later than 0900 EST on 16 December 2014. If answered, questions will be
non-attribution published through the Federal Business Opportunities Website at www.fedbizopps.gov.

If the Government has additional questions or a need for information following the evaluation of your response,
you may be contacted and asked to provide that information. An industry outreach event is anticipated in the
future. Details will be published through the Federal Business Opportunities website at www.fedbizopps.gov.

Disclaimer: THE GOVERNMENT DOES NOT INTEND TO AWARD A CONTRACT ON THE BASIS OF THIS RFI OR
REIMBURSE ANY COSTS ASSOCIATED WITH THE PREPARATION OF RESPONSES.

This announcement is issued solely for information and planning purposes and does not constitute a
solicitation. Proprietary information and trade secrets, if any, must be clearly marked on all materials. All
information received that is marked Proprietary will be handled accordingly. Responses will not be returned
nor will the Government confirm receipt. Whatever information is provided will be used to assess tradeoffs
and alternatives available for determining how to proceed in the acquisition process. In accordance with FAR
15.201(e), responses are not offers and cannot be accepted by the Government to form a binding contract. All
Government and Contractor personnel reviewing responses will have signed non-disclosure agreements and
understand their responsibility for proper use and protection from unauthorized disclosure of proprietary
information as described in 41 USC §2101-2107. The Government shall not be liable for or suffer any

consequential damages for any proprietary information not properly identified.  Proprietary information will be safeguarded in accordance with the applicable Government regulations.

Appx11907

A1907

Protected Information
and/or Legends Redacted

## Palantir

# DELIVERING INCREMENT 2 ON A COMMERCIAL SOFTWARE PLATFORM

**Response to Distributed Common Ground System—Army Increment 2 Program RFI (DCGS-A INC2 RFI2)**

**Prepared For:**

Ms. Kailyn Bloom
PM DCGS-A

**Prepared By:**

Palantir USG, Inc.
www.palantir.com

**Palantir POC:**

Copyright © 2014 Palantir USG, Inc. All rights reserved. The information herein contains trade secrets and commercial or financial information which is privileged and confidential within the meaning of all relevant laws. This information shall not be disclosed without the prior written approval of Palantir Technologies. The data subject to this restriction are contained in all sheets of this proposal.

# Palantir

# TABLE OF CONTENTS

Executive Summary ........................................................................................................................... 1

Response for Information Requested ............................................................................................... 1

3.0 A .................................................................................................................................................. 1

3.0 B .................................................................................................................................................. 1

3.0 C .................................................................................................................................................. 1

3.0 D .................................................................................................................................................. 2

3.0 E .................................................................................................................................................. 2

3.0 F .................................................................................................................................................. 2

3.0 G .................................................................................................................................................. 2

3.0 H .................................................................................................................................................. 2

3.0 I .................................................................................................................................................. 2

Protected Information
and/or Legends Redacted

# Palantir

## Executive Summary

In response to Solicitation DCGSA-INC2-RFI, the first RFI in the Increment 2 re-compete process, Palantir USG, Inc. recommended that the Government pursue a different acquisition strategy than the long-term development strategy used in Increment 1. We believe the acquisition of an open architecture, COTS-based platform at a Firm-Fixed Price (FFP) offers the most cost-effective and lowest-risk procurement approach for Increment 2 capabilities. Our response explained that a FFP vehicle is the most important factor in encouraging commercial solutions over expensive development efforts.

We continue to believe that the success of Increment 2 requires a proven commercial solution to ensure the delivery of a working capability on time and within budget. We are concerned that the present RFI, DCGS-A_INC2_RFI2, is focused on collecting information on each respondent's ability to conduct a services-based, large-scale, and custom software engineering effort. Several questions are designed to assess vendor experience with major software development projects, rather than to assess existing software capabilities applicable to Increment 1 capability gaps. As a result, our responses to these questions provide information relevant to the commercial product acquisition strategy we previously recommended and continue to support.

## Response for Information Requested

### 3.0 A

| Company Name | Palantir USG, Inc. |
|---|---|
| Points of Contact | ███████████    ██████████<br>███████████    ██████████ |
| Address | 1660 International Drive, 8th Floor<br>McLean, VA 22102 |
| Phone Number | ██████████ |
| CAGE Code | 51W88 |
| DUNS | 82-528-4321 |

### 3.0 B

N/A

### 3.0 C

We provide a commercially developed data integration and analytic platform. ████████████
████████████████████████████████████████
████████████████████████████████████
██████████
██████████████████████████████████
██████████████████████████

███████████████████████████████████████████████████

A1910
Protected Information
and/or Legends Redacted

### 3.0 D

Our commercially developed data integration and analytic platform is designed for use in a variety of use cases and domains across our commercial and government clients. We have provided our solution in support of many of the domains listed under "Software Solutions or Services Delivered" for our deployments with Army, DoD, and the IC.

However, the request for information on software services contracts performed across USG is not relevant to an acquisition strategy targeting a COTS-based solution. If the Government has questions on how our platform functionally fulfills the specific domains, we would be happy to provide demonstrations or arrange a discussion.

### 3.0 E

We are interested in bidding as Prime Contractor.

### 3.0 F

We view DCAA accounting as not relevant to an acquisition strategy for a COTS-based solution at a FFP.

### 3.0 G

Palantir USG, Inc. is experienced working as a prime on several contracts for commercial software, but does not perform on services-based contracts that require cost estimation and large-scale custom software engineering.

### 3.0 H

We believe the retention rate of a large business software company is not relevant to the evaluation of a COTS-based solution and FFP contracts.

### 3.0 I

Although we adhere to industry best practices in developing world-class software internally, we do not view the CMMI certification as relevant to a contract requiring a finished COTS-based product and do not anticipate building software for the government under a services contract. We do not feel CMMI certification is relevant in this evaluation.

## 1.0 Introduction

This is a Follow-on Request for Information (RFI), as defined in Federal Acquisition Regulation (FAR) 15.201(e).

The purpose of this RFI is to solicit industry feedback on some of the specific capabilities and requirements that will be part of the proposed acquisition strategy for the Distributed Common Ground System-Army (DCGS-A) Increment 2 program. This RFI is part of a series of industry engagements in support of enhancing the Industry-Government partnership critical to providing an effective and evolvable end-product for Army DCGS-A operators and information consumers. The Government intends to consider all Industry inputs and initiatives as it prepares for and executes the solicitation process. In addition, this RFI requests respondents' specific answers regarding the basic qualifications in managing software development projects that are similar in scope and process to the DCGS-A program. The Army plans to leverage industry recommendations on the delivery of DCGS-A software to implement best practices, improve productivity, gain efficiencies, and realize cost savings.

This is not a request for proposal, request for quotation, or an invitation for bid, nor does its issuance obligate or restrict the Government to any particular acquisition approach. This RFI does not obligate the Government to issue a solicitation. This RFI is being conducted solely for information and planning purposes and does not constitute a solicitation. Neither unsolicited proposal (s) nor any other offers will be considered in response to this request or accepted by the Government to form a binding contract. Contractors are solely responsible for all expenses associated with responding to this RFI. Acknowledgement of receipt of submitted items will not be made nor will respondents be notified of the outcome of the information received.

Small Businesses are encouraged to submit responses to this RFI.

## 2.0 Background

### 2.1 DCGS-A Program Overview
The Distributed Common Ground System-Army (DCGS-A) program was created in response to the Department of Defense (DoD) Distributed Common Ground/Surface System (DCG/SS) Mission Area Initial Capabilities Document (MA ICD), which captured the overarching requirements for an Intelligence, Surveillance, and Reconnaissance (ISR) Family of Systems (FoS) that will contribute to Joint and combined Warfighter needs. The DCG/SS MA was converted into the DCGS Enterprise ICD in March 2009.

DCGS-A is an evolving program made up of a foundational network, hardware, software, sensors, people, and processes. It is comprised of an extensive network architecture that enables distributed processing and information sharing of data from sensors and other sources across the globe; software tools to help the users perform the analyses, update, and share intelligence products; servers that store data and collected intelligence; and alignment to a set of common standards that enable integration of new technology, processes, and ideas. As technology evolves and new warfighting requirements emerge, the DCGS-A capability set needs to be updated to meet the user needs.

DCGS-A is the Army's primary system for ISR tasking of sensors, processing, exploitation and dissemination (TPED) of collected data converted into warfighting information and intelligence regarding the threat, weather, and terrain at all Army echelons. DCGS-A Increment 2 will provide additional capabilities to enhance the Intelligence processing and fusion capabilities across Intelligence domains (Imagery, Human Domain, Weather, etc.) to assist the operational Commanders' access to information, task organic sensors, and synchronize non-organic sensor assets with their organic assets. The DCGS-A system and data enterprise must conform to and leverage the Common Operating Environment (COE), DCGS Integration Backbone (DIB), Joint Information Environment (JIE), Intelligence Community Information Technology Enterprise (IC ITE), and Defense Intelligence

A1912

Protected Information
and/or Legends Redacted

Information Enterprise (DI2E) standards to enhance interoperability of ISR information through the use of common enterprise standards and services.

DCGS-A facilitates SEEing and KNOWing on the battlefield—the fundamental precursor to the UNDERSTANDing that underpins the Army's Mission Command concept. DCGS-A will continue to contribute to visualization and situational awareness (SA), thereby enhancing tactical maneuver, maximizing combat power and enhancing the ability to operate in an unpredictable and changing environment throughout the operational spectrum.

The current acquisition approach for Increment 2 will leverage the CJCSI.01I Information Technology Box (IT Box) Requirements Process for incremental software releases (see https://acc.dau.mil/jcids for more information on the IT Box process). This streamlined approach will support incremental development and fielding of system software capabilities over time to meet the user needs.

A significant component of the DCGS-A Increment 2 acquisition approach via the IT Box requirements methodology is the ability to grow system capability over time through a series of software releases and hardware modernizations/refresh cycles. DCGS-A software releases provide a mechanism to build agility within the program to satisfy requirements in an accelerated fashion. Each DCGS-A software release will be synchronized with Army interoperability and Cyber Security standards. DCGS-A will continue to maximize the use of Commercial off-the-Shelf (COTS) /Government off-the-Shelf (GOTS) products and will procure them through DoD/Army enterprise contracting vehicles where possible. The IT Box construct will have a Requirements Oversight Council, which is made up of the requirements organizations, user representatives, and acquisition officials who provide the PM a prioritized list of requirements to pursue in each software release. The PM, user representative, and industry integrator will execute to the prioritized list in accordance with capability maturity assessment, cost, and schedule constraints per software release. DCGS-A Increment 2 software releases will leverage the Intelligence Community (IC) investments in information system technology and align to the applicable initiatives of the National Functional Managers (NSA, DIA, and CIA).

The primary focus of the Increment 2 program capability approach will be the alignment to the Intelligence Community Information Technology Enterprise (IC ITE). Compliance with the IC ITE standards will ensure that the Army delivers a capability that will endure across Intelligence domains and continue the evolution of the Intelligence processing capabilities over time.

Capability growth will be implemented as part of the DCGS-A program life cycle. DCGS-A will continue to adapt and address technology advances, sensor upgrades, cybersecurity advances, and other necessary system evolutions to remain current and avoid obsolescence through system life. It will consist of providing new capabilities associated with emerging requirements, new sensor capability (*i.e.*, Gray Eagle UAS and Enhanced Medium Altitude Reconnaissance Surveillance System (EMARSS)), Cross Security Domain solutions, Fusion Workflow Data Management, Machine Foreign Language Translation, and Thin Client Framework Technologies.

A1913
Protected Information
and/or Legends Redacted

Appx11913

## 2.2 Capability Description

To assist in Industry's understanding of the development and testing scope of the Increment 2 effort and to give context to Industry's RFI response, the ~~attached~~ image titled "~~f~~Figures ~~A~~" ~~below~~ provides a general depiction of DCGS-A and its overall mission as an intelligence enterprise.



Warfare is changing as follows:

➢ Frequently rotating troops require persistent information over time.
➢ Volume of data and intelligence continues to grow exponentially increasing the need and criticality of high performance processing and analytics.
➢ Commanders needs, mission requirements, and environments are constantly changing.
➢ The Warfighter requires the ability to operate in an unpredictable and changing environment across the operational spectrum.
➢ Rapid technology advances increase the capability and effectiveness potential of the Warfighter.

DCGS-A currently addresses these changes by:

➢ Gathering available data from SEE-ers through:

• Data Ingestion for Battlespace Awareness, Cultural Awareness, Physical Environment Awareness (Weather and Terrain)
• Sensor Tasking and Cross Cueing
• Direct Data Downlink Receipt
• Alert and Alarm Monitoring

- Enterprise Search and Query
- Access to greater data and information not previously available
  - National and Joint intelligence
  - Tactical reports
  - Non-traditional sources

➢ Providing soldiers and commanders an UNDERSTANDing of their environment through:
- Visualization of a Common Integrated Picture
- Collaboration
- Timely Data Mining
- Product Content Exploitation
- Threat Assessment
- Collection Management
- Fusion

➢ Enabling ACTion through:
- Interoperability
- Exposure of information
- Joint and Coalition Interfaces such that decision makers are empowered with the ISR data, information, and knowledge they need

To meet evolving needs of DCGS-A customers while also considering opportunities afforded by relevant commercial advancements, DCGS-A Increment 2 may include capability enhancement of:

➢ Net-Readiness
➢ Data Fusion
➢ Embedded Training
➢ Sustainment, to include operational and material availability
➢ Reliability
➢ Usability, to include Ease of Use
➢ Geospatial Information
➢ Cyber Operations
➢ Data and Intelligence Visualization
➢ Counterintelligence and HUMINT Convergence
➢ Alignment to the IC ITE and JIE Standards

## 3.0 Information Requested

For this RFI, the Government seeks information regarding your corporate capabilities and experience related to the delivery of capabilities as described in section 2.2. Specifically, the Government is interested in the following information:

     a) Company name; address; CAGE Code and DUNS; POC name, phone, email.

A1915

Protected Information
and/or Legends Redacted

Appx11915

b) If you are a small business, please identify your company's small business size standard and category (i.e., Veteran Owned, Hub Zone, etc). For more information refer to http://www.sba.gov/content/table-small-business-size-standards.

c) Does your business have an accredited Earned Value Management System (EVMS) system (Yes or No)? If yes, please provide Government POC (name, email address, and phone number) who can verify.

d) Does your company have experience putting a product through Operational Testing with the United States Government? If yes, please provide an example and a Government POC (name, email address, and phone number) who can verify.

e) Does your Company have experience developing a product for an Acquisition Category 1 (ACAT 1) Military program?

f) Explain how your company would be able to operate without payment for up to 90 days if awarded a Prime Contract for Increment Two Development.

g) Has your company developed a product that can be used to monitor all user activities?

h) Does your company have experience developing Training Support Package that supports individual, unit and collective training, developing New Equipment Training Plans or conducting NET and Instructor/Key Personnel Training supplemented with subsequent Live Environment Training?


## 4.0 Response Submittal Instructions

Participation in response to this RFI will not preclude any vendor from responding to future acquisitions, either individually or as part of a team.

Limit responses to a total page limit of five (5) pages. Marketing brochures will not be considered adequate information in response to this RFI. The font shall be Times New Roman and no smaller than 10pt with at least a one-inch margin. Please submit your responses electronically by 0900 EST 22 April 2015 to Ms. Kailyn Bloom at kailyn.n.bloom.civ@mail.mil in a Microsoft Word compatible file. Files greater than 10MB cannot be transmitted through the network firewall. Therefore, any file greater than 10MB must be submitted by CD-ROM media to the address below. If submitting via CD-ROM, please also send an email with the mailing confirmation or tracking information.

Kailyn Bloom, PM DCGS-A
6006 Combat Drive, 2nd Floor
Aberdeen Proving Ground, MD 21005-0001

Questions regarding this RFI should be submitted via e-mail to Mr. Stephen Morton at stephen.j.morton8.civ@mail.mil no later than 0900 EST on 17 April 2015. If answered, questions will be non-attribution published through the Federal Business Opportunities Website at www.fedbizopps.gov.

If the Government has additional questions or a need for information following the evaluation of your response, you may be contacted and asked to provide that information. An industry outreach event is anticipated in the future. Details will be published through the Federal Business Opportunities website at www.fedbizopps.gov.

A1916
Protected Information and/or Legends Redacted

**Disclaimer:** THE GOVERNMENT DOES NOT INTEND TO AWARD A CONTRACT ON THE BASIS OF THIS RFI OR REIMBURSE ANY COSTS ASSOCIATED WITH THE PREPARATION OF RESPONSES.

This announcement is issued solely for information and planning purposes and does not constitute a solicitation.  Proprietary information and trade secrets, if any, must be clearly marked on all materials.  All information received that is marked Proprietary will be handled accordingly.   Responses will not be returned nor will the Government confirm receipt.  Whatever information is provided will be used to assess tradeoffs and alternatives available for determining how to proceed in the acquisition process.  In accordance with FAR 15.201(e), responses are not offers and cannot be accepted by the Government to form a binding contract. All Government and Contractor personnel reviewing responses will have signed non-disclosure agreements and understand their responsibility for proper use and protection from unauthorized disclosure of proprietary information as described in 41 USC §2101-2107.  The Government shall not be liable for or suffer any consequential damages for any proprietary information not properly identified.  Proprietary information will be safeguarded in accordance with the applicable Government regulations.

Appx11917

A1917

Protected Information
and/or Legends Redacted

## Palantir

# DELIVERING INC2 ON A COMMERCIAL PLATFORM
**Palantir USG, Inc. Response to RFI DCGSAINC2RFI3**

The initial decision to embark on a significant software development effort, rather than acquiring a COTS solution, resulted in many of the DCGS-A Increment 1 challenges. We are concerned that several of the RFI questions indicate that the Government is considering contract terms and vehicles that would perpetuate risky long-term, services-based contracts that focus on large software development activities.

Specifically, EVMS and ACAT 1 product development are largely irrelevant to the acquisition of a COTS platform data layer. These programmatic controls do not ensure successful acquisition or development and have been a part of every failed large-scale acquisition the Government has attempted.

We believe the Government should select a proven solution that is measured on metrics derived from operational success. The data integration, visualization and analytic environment required for Increment 2 should use a fielded commercial solution that is accredited to operate on all necessary networks and is open and interoperable with the standards relevant to the DoD, IC, and commercial industry.

Delivering Increment 2 on a commercial platform ensures the data layer advances at the same pace as commercial technology. Technologies that lag behind will ultimately become incompatible with other commonly used systems—and crucially, users will abandon them. Interoperability is not an end-state; it must be demonstrated in practice and sustained by adapting systems over time.

Data integration requirements are not unique to the Army. The Army can acquire an enterprise-wide data platform now, without development risk or cost, and focus custom development efforts on unique needs across the Force. The successful delivery of Increment 2 depends on the answer to a central question: will the Army acquire a data platform from the commercial market or will it attempt to build one itself?

| a) Company name; address; Cage CODE and DUNS; POC Name, phone, email. | |
|---|---|
| Company Name | Palantir USG, Inc. |
| Company Address | 1660 International Drive, 8th Floor, McLean, VA 22102 |
| Cage CODE | ███ |
| DUNS | ████████ |
| Point of Contact | ████████ |

**b) If you are a small business, please identify your company's small business size standard and category (i.e., Veteran Owned, Hub Zone, etc). For more information refer to http://www.sba.gov/content/table-small-business-size-standards.**

Palantir USG, Inc. is not a small business.

**c) Does your business have an accredited Earned Value Management System (EVMS) system (Yes or No)? If yes, please provide Government POC (name, email address, and phone number) who can verify.**

N/A. EVMS is applicable to service contracts and not commercial software purchased under a Firm Fixed Price vehicle, as explained above.

**d) Does your company have experience putting a product through Operational Testing with the United States Government? If yes, please provide an example and a Government POC (name, email address, and phone number) who can verify.**

████████████████████████████████████████████████

Copyright © 2015 Palantir USG, Inc. All rights reserved. The information herein contains trade secrets and commercial or financial information which is privileged and confidential within the meaning of all relevant laws. This information shall not be disclosed without the prior written approval of Palantir USG, Inc. The data subject to this restriction are contained in all sheets of this proposal.

**A1918**

Protected Information and/or Legends Redacted



**c)** **Does your Company have experience developing a product for an Acquisition Category 1 (ACAT 1) Military program?**

N/A. Development projects are inapplicable to commercial software, as explained above.

**f)** **Explain how your company would be able to operate without payment for up to 90 days if awarded a Prime Contract for Increment Two Development.**

**g)** **Has your company developed a product that can be used to monitor all user activities?**

A1919

Protected Information and/or Legends Redacted



Appx11920

**A1920**

Protected Information
and/or Legends Redacted





h) Does your company have experience developing Training Support Package that supports individual, unit and collective training, developing New Equipment Training Plans or conducting NET and Instructor/Key Personnel Training supplemented with subsequent Live Environment Training?

A1921
Protected Information and/or Legends Redacted



In cooperation with the government, Palantir fields and manages 25 Palantir deployments at every major Marine Corps command, representing over 15,000 accounts at peak usage across the Marine Intelligence community. Palantir helps the Marine Corps implement these deployments with the support of only eight total contractors. The very small ratio of contractors to military users demonstrates the sustainability of the Palantir platform across a large enterprise. ████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████



████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████

**A1922**

Protected Information and/or Legends Redacted




# DIVA Study Findings

- There are multiple acquisition approaches the government could employ to procure the DCGS-A Inc 2 infrastructure
  - *System Integrator:* Employ a prime contractor to integrate and manage the DCGS-A Inc 2
  - *Turn-Key:* Procure a commercial product as basis of DCGS-A Inc 2 infrastructure. Integrate additional applications onto this infrastructure
  - *Specialized Applications:* Purchase individual applications based on requirements to build onto the DCGS-A Inc 2 infrastructure
  - *Enterprise Cloud Service:* Adopt a cloud infrastructure and integrate DCGS-A Inc 2 infrastructure and capabilities
  - *Hybrid approach:* Employ a combination of Enterprise Cloud and Turn-Key approach tailored to the government's requirements. Integrate additional applications

- Certain risks inherent in any DCCS-A Increment 2 acquisition approach
  - Cloud interoperability given various implementations (DIA, CIA, DISA)
  - Technology maturity for use in austere environments
  - Affordability & system integration

- DoD/IC Enterprise Architectures & Standards continue to evolve, and DCGS-A must comply with those standards

> **Commercial Landscape provides a <u>rich set of options</u> largely fueled by explosion of "big data" in commercial sector and supports <u>moving forward</u> with DCGS-A <u>Increment 2</u>**



DESIGN • DEVELOP • DELIVER • DOMINATE
*SOLDIERS AS THE DECISIVE EDGE*

1

A1923

Protected Information
and/or Legends Redacted

# Implementation Approach #3
## Hybrid – Cloud Infrastructure/"Turn Key"



- Step #1 –COTS Cloud Infrastructure (deploy in Data Center)
- Step #2 –COTS DIVA "Turn Key" software platform and Deploy in enterprise/tactical environment.  Integrate and deploy in Data Center
- Step #3 – Develop *additional* Data Integration, Visualization, and Analytics Capabilities and Integrate with DIVA "Turn Key" Platform
  - Integrate data sources
  - Extend DIVA apps and/or develop/integrate additional Applications
  - Host and integrate COTS specialized applications

**Observations – Blends benefits of approaches**
Global scale.  Out-of-box apps. Potential tactical edge.
Required cloud infrastructure-DIVA "Turn Key" platform integration

2

A1924

**Appx11924**

Protected Information and/or Legends Redacted

# DCGS-A Enterprise – Regional/Tactical Edge
## DIVA Hybrid Approach 3

**Enterprise (Fixed Sites)**

**Regional/Tactical/Tactical Edge**





### DCGS-A Inc 2

- Cloud Infrastructure
- DIVA "Turnkey" Platform
- Specialized Apps
- Systems Integration

**Appx11925**

A1925

Protected Information
and/or Legends Redacted

# Risk/Risk Mitigation

- **Risk: DoD/IC cloud infrastructure interoperability (JWICS/SIPR/NIPR)**

  - Description: Standard Interfaces exist for mature cloud services (e.g., computing & storage). Non-standard interfaces exist for other cloud services (e.g., workflow; identity & access management; notification; …)

  - Consequence: DCGS-A may have to develop multiple cloud infrastructure interfaces to interoperate in DoD/IC/Army environments

    - Interface to an *individual* cloud service

      - (e.g.) Identify and Access Management (IdAM) Service (100 page API specification)
      - Design/develop/test/certification effort required to support interface
      - "Dual-honing" doubles the effort. Potential re-integration when specification changes.

    - Interaction across *multiple* cloud services to perform workflow

      - (e.g.,) Cyber Detection Event utilizing Auditing Service and Notification Service

  - Potential Mitigation Strategy:

    - (Best) Leverage the IC Commercial Cloud Services to have same commercial solution across the JWICS/SIPR/NIPR

    - (Good) Work with Army/JIE to instantiate a market-leading (with very stable interfaces) Commercial Cloud Services capability in SIPR/NIPR

    - (Bad) Commercial or GOTS solution with non-mature interface specifications

---

Appx11926

A1926

Protected Information
and/or Legends Redacted

# Risk/Risk Mitigation

- **Risk: Selection of COTS DIVA "Turn Key" Platform without Adequately Addressing Architectural Considerations**

    - Description: Functionality and the Right Technical Architecture are Critical. Difficult to evaluate the architecture based on "paper" evaluation.

    - Consequence. Future environment very unpredictable – what data sources? Applications? Analytic capabilities? Insufficient consideration of architecture (e.g., extensibility; usability; scalability) may not support evolving for the future operational environment.

    - Potential Mitigation Strategy: Challenge-Based Acquisition (example challenges)

        - Extensibility – Time to integrate data source; Time to extend application
        - Scalability – Scale-up to cloud infrastructure; Scale-down to laptop environment
        - Tactical Edge Distribution – Demonstrate tactical information distribution in a tactical communications environment. Sync/re-sync of disconnected tactical node.

Protected Information and/or Legends Redacted

# Risk/Risk Mitigation

- **Risk: Acquisition & Systems Integration**

  - Description: Requires acquisition of multiple components (e.g., cloud infrastructure; DIVA "Turn Key" Platform; Application); integration of these components; and integration into DoD/IC Enterprise Environment

  - Consequences: Different acquisition approaches may lead to sub-optimal approach
    - Prime Contractor – May not lead to "best" COTS cloud infrastructure and/or COTS DIVA platform
    - LSI – Insufficient technical expertise

  - Potential Mitigation Strategy: Phased Acquisition Approach
    - Phase I: Establish new technical baseline with Core Operational Capabilities
      - Adopt COTS cloud infrastructure
      - Select COTS DIVA "Turn Key".
      - Integrate COTS cloud and DIVA "Turn Key"; instantiate DCGS-A Increment #2 Data Management Architecture; Initial deployment of core suite of DIVA applications
    - Phase II: Transition existing (and new) DCGS-A capabilities into new technical baseline
      - Acquire Systems Integration contractor.
      - Migrate enduring DCGS-A Inc1 applications & capabilities
      - Integrate in additional needed COTS applications. DoD/IC enterprise environment; …

A1928

Protected Information
and/or Legends Redacted

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

  

**Army Materiel Systems Analysis Activity**



## TECHNICAL REPORT NO.  TR-2015-26

## DISTRIBUTED COMMON GROUND SYSTEM - ARMY (DCGS-A) TRADE SPACE ANALYSIS

## JULY 2015

DISTRIBUTION B: Distribution authorized to U.S. Government agencies; Administrative or Operational Use; JUNE 2015.
Other requests for this document shall be referred to Director, U.S. Army Materiel Systems Analysis Activity, APG, MD 21005-5071.

IAW Memorandum, Secretary of Defense, 27 December 2010, Subject: Consideration of Costs in DoD Decision-Making, the
cost of the study resulting in this report is $655,167.

## U.S. ARMY MATERIEL SYSTEMS ANALYSIS ACTIVITY
## ABERDEEN PROVING GROUND, MARYLAND  21005-5071

| REPORT DOCUMENTATION PAGE | | Form Approved OMB No. 0704-0188 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing this collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0188), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS.**

| 1. REPORT DATE *(DD-MM-YYYY)* JUNE 2015 | 2. REPORT TYPE Technical Report | 3. DATES COVERED *(From - To)* |
|---|---|---|

| 4. TITLE AND SUBTITLE | 5a. CONTRACT NUMBER |
|---|---|
| DISTRIBUTED COMMON GROUND SYSTEM - ARMY (DCGS-A) TRADE SPACE ANALYSIS | |
| | 5b. GRANT NUMBER |
| | 5c. PROGRAM ELEMENT NUMBER |

| 6. AUTHOR(S) | 5d. PROJECT NUMBER |
|---|---|
| Thomas Koehler    John Burghardt    Sylvia Nguyen | |
| Andrew Regan    Amber Ferguson    Rhoda Wilson (ARL-HRED) | 5e. TASK NUMBER |
| Brian Wojtysiak    Timothy Biscoe    Diane Quarles (ARL-HRED) | |
| Ankit Joshi    Bryant Watkins | 5f. WORK UNIT NUMBER |

| 7. PERFORMING ORGANIZATION NAME(S) AND ADDRESS(ES) | 8. PERFORMING ORGANIZATION REPORT NUMBER |
|---|---|
| Director U.S. Army Materiel Systems Analysis Activity 392 Hopkins Road Aberdeen Proving Ground, MD | TR-2015-26 |

| 9. SPONSORING / MONITORING AGENCY NAME(S) AND ADDRESS(ES) | 10. SPONSOR/MONITOR'S ACRONYM(S) |
|---|---|
| | |
| | 11. SPONSOR/MONITOR'S REPORT NUMBER(S) |

**12. DISTRIBUTION / AVAILABILITY STATEMENT**

DISTRIBUTION B. Distribution authorized to U.S. Government agencies; Administrative or Operational Use; JULY 2015. Other requests for this document shall be referred to Director, U.S. Army Materiel Systems Analysis Activity, APG, MD 21005-5071.

**13. SUPPLEMENTARY NOTES**

**14. ABSTRACT**

AMSAA conducted a Trade Space Analysis (TSA) of the DCGS-A IS CDD to inform an upcoming Economic Analysis and Request for Proposal (RFP), supporting a potential Milestone B acquisition decision for DCGS-A Increment 2. The TSA identified and evaluated technical functionality, cost, usability, schedule risk, and technical risk trade space for the following technical and operational capabilities that are beyond DCGS-A Increment 1: Mission Command Support for the Processing, Exploitation, and Dissemination (PED) of Intelligence Surveillance and Reconnaissance (ISR); Standard Sharable Geospatial Framework (SSGF)-Army Geospatial Enterprise; Data Enterprise Architecture (DEA); and Intelligence Support to CO. Representative systems were assessed for the following software option alternatives: Commercial off the shelf (COTS), Government off the shelf (GOTS), and Hybrid.

**15. SUBJECT TERMS**

| 16. SECURITY CLASSIFICATION OF: | | | 17. LIMITATION OF ABSTRACT | 18. NUMBER OF PAGES | 19a. NAME OF RESPONSIBLE PERSON |
|---|---|---|---|---|---|
| a. REPORT UNCLASSIFIED | b. ABSTRACT UNCLASSIFIED | c. THIS PAGE UNCLASSIFIED | SAME AS REPORT | 289 | 19b. TELEPHONE NUMBER *(include area code)* |

Standard Form 298 (Rev. 8-98)
Prescribed by ANSI Std. Z39.18

A1931

Appx11931

# EXECUTIVE SUMMARY

**Introduction.**

The U.S. Army Materiel Systems Analysis Activity (AMSAA) was directed by Headquarters, Department of the Army Deputy Chief of Staff (HQDA DCS) G-3/5/7 to conduct a Trade Space Analysis (TSA) of the DCGS-A Information System Capability Development Document (IS CDD) to support future requirements decisions. The TSA identified and evaluated technical functionality, cost, ease of use/usability, schedule risk, technical risk, and trade space for specific DCGS-A technical and operational capabilities that are beyond DCGS-A Increment 1. The TSA results will inform the economic analysis and Request for Proposal (RFP), supporting a potential Milestone B acquisition decision for DCGS-A Increment 2. DCGS-A Increment 2 will provide additional capabilities to enhance the Intelligence processing and Fusion capabilities across intelligence domains to assist the operational commander's access to information, task organic sensors, and synchronize non-organic sensor assets with their organic assets. The TSA focused on targeted DCGS-A IS CDD capabilities that are beyond those provided by DCGS-A Increment 1 for: Mission Command Support for the Processing, Exploitation, and Dissemination (PED) of Intelligence, Surveillance, and Reconnaissance (ISR); Standard Sharable Geospatial Framework (SSGF)-Army Geospatial Enterprise (AGE); Data Enterprise Architecture (DEA); and Intelligence Support to Cyber Operations (CO).

Representative systems were assessed to reflect capabilities that are readily available for the following software option alternatives: Commercial off the shelf (COTS), Government off the shelf (GOTS), and Hybrid and are defined as follows:
- COTS - a singular software solution or compilation of commercially available software packages that provide an integrated solution, whereby the vendor owns the rights to the baseline software code.
- GOTS - a singular or compilation of software solutions, whereby the baseline software code was developed by and owned by the Government.
- Hybrid - a compilation of commercially available software packages augmented with integrated tools/widgets written by a third-party using requirements/specifications generated by the Government (i.e., combination of COTS and GOTS).

Specific software solutions were not evaluated to avoid the perception of a source selection process. The analysis did not compare vendor performance or perform a down selection. The primary objective was to show the trade space available for the software option alternative.

The trade space was assessed for five areas of analysis: technical functionality, cost, ease of use/usability, schedule risk, and technical risk which are described below.
- Technical functionality: Requirements from the draft Requirements Development Package (RDP) and/or metrics developed at area specific metric development workshops (MDW) were used to evaluate the technical functionality of software solutions. A four color coding system (Blue, Green, Yellow, and Red, where Blue is the highest score and Red is the lowest) based on a Subject Matter Expert (SME) evaluation of the ability to comply with the technical functionality metrics was used to evaluate and compare the alternatives.

A1946

- Ease of Use/Usability: User juries were conducted by Human Factors Engineers (HFEs) to ensure that target end users of the systems would be placed in the center of the design process to evaluate the usability of loading, managing, and disseminating geospatial data. A four color coding system (Blue, Green, Yellow, and Red, where Blue is the highest score and Red is the lowest) was used to compare and contrast usability measures across the alternatives. Heuristic evaluations, which are a discount usability technique, were conducted with HFE and system SMEs to inspect the extent to which alternative user interfaces met established usability guidelines.
- Cost: Estimates of development, testing, integration, and maintenance costs for each alternative were produced to compare the tradeoff costs of capabilities. The estimates were sufficient to support acquisition and investment decisions, but do not meet the standard of budget quality. Cost estimates were given in "Then Year" Millions of Dollars (TY$M).
- Schedule Risk: A questionnaire was submitted to Army and DoD SMEs to collect data to estimate the time required to mature each software alternative to higher states of Technology Readiness Level (TRL) and Integration Readiness Level (IRL) required by major DCGS-A Increment 2 program events. The projected software maturation times were then compared to the DCGS-A Increment 2 program schedule to ascertain risk for meeting the Increment 2 Release 1 fielding decision. A four color coding system (Blue, Green, Yellow, and Red, where Blue is the highest score (lowest risk) and Red is the lowest (highest risk)) was used to evaluate and compare the alternatives.
- Technical Risk: A questionnaire was submitted to Army and DoD SMEs to collect data to estimate the technical risk of software option alternatives. Survey participants were asked to assess the likelihood and consequence of pre-identified risks. The DoD Risk Reporting Matrix was used to categorize each risk as low (Green), moderate (Yellow), or high (Red). A three color coding system (Green, Yellow, and Red) based on an overall assessment of the individual risk drivers was used to evaluate and compare the alternatives.

In the follow sections, an overview and summary of the results are presented for the DEA, Intelligence Support to CO, and SSGF – AGE capabilities. For Mission Command Support for the PED of ISR, an agreement was reached between TCM Mission Command, ARCIC, PM DCGS-A, and G-3/5/7 to address this capability in the other three capability areas.

**DEA Overview.**

For the DEA capability, characteristics were identified to select a representative sample of software solutions that would provide the architectural foundation for the Fusion Brain to function under one cloud enterprise. The software solutions selected required a data management layer and an analytical layer. The data management layer required the ability to efficiently store data, implement intelligent resourcing as needed, federate with external data sources and meet data resiliency specifications. The data management layer also required the ability to be partnered with an analytical layer to conduct natural language processing, link analysis and geospatial analysis.

A1947

A representative sample of seven software options were selected and assigned in three categories: three COTS, two GOTS and two Hybrid. COTS and GOTS software options considered for Hybrid were not the same as the single source COTS and GOTS options. The two Hybrid software options considered are characterized as:

- Hybrid 1: COTS data management layer + GOTS analytical layer
- Hybrid 2: GOTS data management layer + COTS analytical layer

Two assumptions were identified which are specific to the TSA of DEA. First, the DCGS-A hardware infrastructure will be upgraded to provide sufficient computing resources to implement the software solutions. The TSA does not include an analysis of the hardware infrastructure upgrades required for the software solutions. Second, the technical functionality metrics were assumed to encapsulate architecture foundation required to support intelligence domain specific services such as Intelligence Support to Cyber Operations and Geospatial operations. These assumptions were made to focus the analysis on the data management and analytic software aspects which constitute the Fusion Brain.

**DEA Results.**

The COTS and Hybrid alternatives satisfy most of the technical functionality metrics, however, the Hybrid software solutions are currently functional in the DoD IC and provide the best "turn-key" functionality. Upper bound COTS solutions provide a turn-key technical functionality similar to that of the Hybrid solutions. The COTS solutions scored better than the Hybrid because of the ability to allow a user to simultaneously query all levels of classification and to provide results based on that user's clearance level. Due to the absence of historical requirements, the lower bound COTS solution needs major capability development for all technical functionality metric categories. All of the software solutions within the three software option alternatives are comparable in cost with the exception of one COTS solution. This COTS solution was significantly lower in cost. However, the predominant cost component, the maintenance cost, is based solely on an annual subscription for the amount of data storage required. This method for a vendor estimate may warrant further investigation to see if it is a viable option for costing future DCGS-A DEA alternatives. The GOTS options were the least capable turn-key solutions that demonstrated lower usability. There were several risk drivers identified for all three software option alternatives that were assessed to be of moderate to high risk. Table 1 summarizes the trade space analysis of the DEA software option alternatives.

**Table 1. DEA TSA Summary**

| Software Option Alternatives | Data Enterprise Architecture | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Technical Functionality Assessment | | Cost (TY$M) | Usability | | Development & Integration Risk | Programmatic Risk | Performance Risk | Schedule Risk |
| COTS | Y | G | $4.8 – $32.8 | Y | G | R | R | R | G |
| GOTS | | Y | $24.5 - $27.1 | R | | Y | R | R | G |
| Hybrid | | G | $26.9 - $37.3 | Y | G | G | R | R | B |

**Intelligence Support to Cyber Operations Overview.**

The objective of the Intelligence Support to CO capability is to expand full spectrum all-source intelligence analysis to be inclusive of intelligence support to cyberspace operations. This capability will not be used to perform defensive or offensive cyberspace operations. The requirements used to assess this capability were from the DCGS-A Increment 2 Requirements Definition Package (RDP). Several of these requirements were derived from characteristics within the U.S. Army Cyber Command Operational Needs Statement (ONS) for the DCGS-A Incorporation of CO. These characteristics call for the enhancement of the DCGS-A system to enable intelligence operations within, through, and in support of CO.

Two COTS solutions which are currently used by the government in applicable missions were identified and evaluated. For the purposes of the TSA, the COTS solutions were evaluated "as is." No GOTS solution was identified for evaluation; however, there is a government tool which is currently a risk-reduction prototype which is designed to meet the intelligence needs of U.S. Army Cyber Command (ARCYBER) as outlined in the ONS. The TSA also considered one Hybrid solution currently used by the U.S. military in a similar context. This Hybrid solution is completely independent of the COTS solutions and the government prototype, and is evaluated as is.

Two limitations were identified which are specific to the TSA of DEA. First, AMSAA could not share the metrics used to evaluate software solutions due to the close relation with DCGS-A Increment 2 requirements. This restriction was implemented to avoid the perception of a source selection. Second, this study was evaluated prior to release of Army Techniques Publication (ATP) 2-91.0 "Intelligence Support to Cyberspace Electromagnetic Activities (CEMA)," which is scheduled to be released by the Intelligence Center of Excellence (ICoE) in September 2015. This draft form of the ATP calls to attention the immaturity of Intelligence Support to CO in the Army, and the possibility that requirements and doctrine may evolve over time. One additional assumption made for the TSA is that the DEA software alternative implemented in DCGS-A Increment 2 will provide the architectural foundation for the Intelligence Support to CO tool. This assumption was made to focus the analysis on the capabilities of the Intelligence to Support CO software solutions.

**Intelligence Support to Cyber Operations Results.**

There are COTS solutions which satisfy most of the technical performance metrics, and one COTS solution is considered low-cost. The Hybrid solution also satisfies most technical performance metrics and is the least costly solution. Hybrid and COTS solutions scored comparably in the usability evaluation. There were no GOTS solutions, however there was a government developmental solution that was identified for inclusion in this study. This government solution is yet to be fully developed and therefore has higher cost than the Hybrid and one COTS solution. However, the government solution is designed to satisfy all technical

functionality metrics. The government solution is being designed to address the ARCYBER ONS (20 May 2013), which subsequently formed the basis of the draft DCGS-A IS RDP Cyber metrics that were used for this study.  All solutions should be developed, tested, and integrated in a timely manner.  There were several risk drivers identified for all three software option alternatives that were assessed to be of moderate risk. Table 2 summarizes the trade space analysis of the Intelligence Support to CO software option alternatives.

**Table 2. Intelligence Support to CO Summary**

| Software Option Alternatives | Intelligence Support to Cyber Operations | | | | | | |
|---|---|---|---|---|---|---|---|
| | Technical Functionality Assessment | Cost (TY$M) | Usability | Development & Integration Risk | Programmatic Risk | Performance Risk | Schedule Risk |
| COTS | G | $4-$186 | Y | Y | Y | Y | B |
| GOTS | B | $10.6 | R | Y | Y | Y | B |
| Hybrid | G | $1.7 | Y | R | Y | Y | B |

**SSGF - AGE Overview.**

AMSAA examined SSGF compliance for COTS and Hybrid software solutions for Common Operating Environment (COE) baseline 2.0 through 4.0. These different software options were evaluated on their ability to be compliant to the SSGF as part of the AGE, and also their ability to meet draft RDP Geospatial requirements that were determined to be related to the SSGF concept.  Compliancy was determined by measuring software against SSGF standards obtained from the Army Geospatial Center (AGC).  The ability for each of the software packages to meet the 109 draft RDP requirements was first evaluated by AMSAA Geospatial personnel, and their initial assessment was adjudicated during a metric development workshop held at AMSAA.

The capabilities of both the COTS and Hybrid alternatives are anchored by a base software package that provides most of the geospatial functionality required for DCGS-A. This base software package has been deployed in previous versions of DCGS-A, including the version that is currently being used.  The COTS alternative consists of the latest version of this base software plus none, any, or all of five additional COTS software Add-ons from multiple vendors.  The latest base software package plus all five Add-on constitutes the full COTS "out-of-the-box" capability.  No viable GOTS alternatives could be identified by the Army/DoD Geospatial community.  The geospatial SME participants at the MDW did identify several GOTS solutions which satisfied some of the metrics and/or provided niche capabilities; however, there was not a single or group of GOTS software solutions that would satisfy enough of the metrics to warrant further attention.  Therefore a comprehensive GOTS alternative would require a new start effort. The Hybrid alternative consists of the full COTS out-of-the-box capability as well as a series of GOTS widgets that are developed outside the COTS software development framework. Currently there are seven GOTS Widgets available that have already been developed for DCGS-A Increment 1.  However, these seven GOTS Widgets will require updates in order to be compatible with the latest version of the COTS Base software, identified as "COTS Base New." The Hybrid alternative also consists of an additional series of Widgets which given sufficient resources, would be developed in order to provide full technical functionality required for DCGS-A Increment 2.

There was one key constraint that impacted the Geospatial analysis. To avoid adversely affecting Increment 2 source selection, AMSAA could not communicate the geospatial requirements with the vendors. Therefore, the technical functionality and cost assessments are limited to the capabilities that exist today.

**SSGF - AGE Results.**

Although there are some GOTS solutions that can address a few targeted technical functionality metrics, there are no viable comprehensive GOTS solutions that were identified by the Army/DOD geospatial community. The COTS alternative was assessed to have greater usability, lower cost, and lower schedule risk as compared to the Hybrid alternative. The COTS options won't address all Army Geospatial requirements with software out of the box. However, these capability gaps are anticipated to be closed with ongoing commercial upgrades and widgets that can be developed in the COTS Baseline software. There were several risk drivers for both the COTS and Hybrid alternatives that were assessed to be of moderate to high risk. Table 3 summarizes the trade space analysis of the Geospatial software option alternatives.

**Table 3. Geospatial TSA Summary**

| Software Option Alternatives | Geospatial Analysis | | | | | | |
|---|---|---|---|---|---|---|---|
| | Technical Functionality Assessment | Cost (TY$M) | Usability | Development & Integration Risk | Programmatic Risk | Performance Risk | Schedule Risk |
| COTS | G | $86 - $129 | Y    B | Y    G | R | R    Y | B |
| Hybrid | B | $130 | G | R | R | Y | Y |

The final results of the TSA were briefed at Senior Advisory Group (SAG) #4 on 27 MAY 2015. The SAG participants concurred with the results. The chair of the SAG directed a few changes which have been implemented in this final report as shown in Section 1.8.

# DISTRIBUTED COMMON GROUND SYSTEM - ARMY (DCGS-A) TRADE SPACE ANALYSIS

## 1. INTRODUCTION

**1.1    Background.**  The Distributed Common Ground System-Army (DCGS-A) program was created in response to the Department of Defense (DoD) Distributed Common Ground/Surface System Mission Area Initial Capabilities Document, which captured the initial requirements for an Intelligence, Surveillance, and Reconnaissance (ISR) Family of Systems (FoS) that would contribute to Joint and Combined Warfighter needs.  The Army intends for DCGS-A capabilities to continuously improve and remain relevant throughout the system's lifecycle. [Reference 1]

The Joint Requirements Oversight Council (JROC) approved the initial DCGS-A Capability Development Document (CDD) in October 2006.  The Deputy Assistant Secretary of the Army-Cost and Economics (DASA-CE) approved an Economic Analysis for DCGS-A Increment 1 on 16 November 2012 to support the full deployment by the Under Secretary of Defense (Acquisition, Technology, and Logistics (OSD (AT&L)).  To move the DCGS-A program into the next, and follow-on, increments the Headquarters, Department of the Army Deputy Chief of Staff (HQDA DCS) G-3/5/7 directed the TRADOC Capability Manager-Sensor Processing (TCM-SP) to update the original CDD with an Information System (IS) CDD.  The IS CDD covers development, production, and fielding requirements for the entire DCGS-A program, for Increment 1 and following increments. [Reference 2]

DCGS-A, as an information system, will be developed across multiple increments as defined by the Requirements Definition Package (RDP) and Capability Drops (CD).  The focus of Increment 1 is the development of a single software baseline for information and ISR Processing, Exploitation, and Dissemination (PED).  These requirements were JROC approved in the DCGS-A Increment 1 Capability Production Document (CPD) which will serve as the Increment 1 RDP.  Increment 1 begins a transition to Cloud-based advanced analytics to provide users with significantly enhanced ISR and Standard Sharable Geospatial Framework (SSGF) processing and exploitation capabilities, to reduce forward footprints, and maximize the user base at all echelons.  Pre-Programmed Product Improvements (P3I) and new technologies will continue to be developed for insertion at the maturity level to meet those objective requirements defined in the Increment 1 CPD. [Reference 1]  This study will focus on capabilities beyond those provided in Increment 1.

**1.2    Purpose.**  The U.S. Army Materiel Systems Analysis Activity (AMSAA) was directed by HQDA DCS G-3/5/7 to conduct a Trade Space Analysis (TSA) of the DCGS-A IS CDD to support future requirements decisions.  The TSA will identify and evaluate technical functionality, cost, schedule, risk, and ease of use/usability trade space for specific DCGS-A technical and operational capabilities that are beyond DCGS-A Increment 1.  The TSA will inform the economic analysis and Request for Proposal (RFP), supporting a potential Milestone B acquisition decision for DCGS-A Increment 2.  A final written report with results of the analysis is due no later than 30 June 2015.

1

A1953

**1.3    Scope.** DCGS-A Increment 2 will provide additional capabilities to enhance the Intelligence processing and Fusion capabilities across intelligence domains to assist the operational commander's access to information, task organic sensors, and synchronize non-organic sensor assets with their organic assets. The TSA will focus on targeted DCGS-A IS CDD capabilities that are beyond those provided by DCGS-A Increment 1 for: Mission Command Support for the PED of ISR; SSGF-Army Geospatial Enterprise (AGE); Data Enterprise Architecture (DEA); and Intelligence Support to Cyber Operations (CO). The SSGF-AGE capability area focuses on geospatial analysis tools and henceforth will be referred to as the "Geospatial" capability area throughout this report.

Representative systems were assessed to reflect capabilities that are readily available for the following software option alternatives: Commercial off the shelf (COTS), Government off the shelf (GOTS), and Hybrid. The analysis will not compare vendor performance or perform a down selection, it is merely intended to reflect the trade space available for these Software alternative categories.

**1.4    Alternatives.** The TSA assessed three software option alternatives for each capability area: COTS, GOTS, and Hybrid. These software option alternatives are defined below:

- COTS - a singular software solution or compilation of commercially available software packages that provide an integrated solution, whereby the vendor owns the rights to the baseline software code.
- GOTS - a singular or compilation of software solutions, whereby the baseline software code was developed by and owned by the Government.
- Hybrid - a compilation of commercially available software packages augmented with integrated tools/widgets written by a third-party using requirements/specifications generated by the Government (i.e., combination of COTS and GOTS).

These definitions apply to the ownership rights to the holistic software baseline and are not intended to represent ownership of elements of code (modules, models, toolboxes) developed by third parties for Government use.

**1.5    Overarching Study Plan.** The DCGS-A TSA Study Guidance and Directive was used to develop a study plan. The study plan is displayed graphically in Figure 1. AMSAA hosted Capability Working Groups (CWGs) with Subject Matter Experts (SMEs) from other government organizations for each capability area to gain knowledge and develop an initial list of potential representative software solutions. The CWGs also served the purpose of scoping each capability area and determining which other organizations would be able to provide study support. After identifying organizations that had the expertise and ability to support the study, Metric Development Workshops (MDWs) were held for each capability area. The purpose of the MDWs was to develop a set of metrics, based on SME/user desired capability enhancements, which would be used to evaluate the technical functionality of representative software solutions. Potential representative software solutions were also gathered at the MDWs. The trade space of each software option alternative was assessed for the five study analyses: technical functionality, cost, ease of use/usability, schedule risk, and technical risk.

2

A1954



**Figure 1. DCGS-A TSA Study Plan**

**1.6    Overarching Constraints, Limitations, and Assumptions.**  Listed below are several key overarching constraints, limitations, and assumptions (CLAs) that affected all three capability areas of the TSA.  Additional detailed CLAs that relate to a specific capability area will be described in their respective sections of the report.

**Constraints:** *A restriction imposed by the study sponsor that limits AMSAA's options in conducting the study.*
- Time limitations for the TSA provided a significant constraint on all aspects of the TSA. The study plan was approved at the first Senior Advisory Group (SAG) meeting, 19 November 2014, and final results were due by the fourth SAG, 27 May 2015.  This gave AMSAA six months to perform the study and package the results.   An additional month was provided to write this report, which had a delivery date of 30 June 2015.
- The scope of the DEA analysis is limited to enhancing and displacing the Fusion Brain to be functioning under one cloud enterprise, utilizing data from external data sources directly linked to the Fusion Brain.
- To avoid the appearance of a source selection, analysis was performed on representative software solutions, for each capability area, and then rolled up and only presented as one of three alternatives: COTS, GOTS, or Hybrid.

3

A1955

making ease of use judgements and ratings during the heuristic evaluation. During a heuristic evaluation, system functionality is demonstrated and HFEs rate the extent to which the system satisfies the predetermined set of usability criteria.

**2.2.1.1 Heuristic Evaluation Methodology.** The Human Systems Integration (HSI) Team chose this method for DEA and Intelligence Support to CO usability evaluations due to two limitations: time constraints to complete the study and limited access to systems under evaluation. Each system was assessed by 3-5 HSI evaluators. The system was demonstrated to the HSI team by either a representative from the company that created the application or a user of the application from a government agency. Most of the evaluations were conducted in the conference room setting; either at the vendor's location or in a conference room at Aberdeen Proving Ground, MD. Several of the COTS systems were evaluated at the government agency that currently uses them.

**2.2.1.2 Procedure.** Prior to each system demonstration, the vendor or government point of contact (POC) was provided a list of tasks that needed to be demonstrated. The POC's were also told that the evaluation focused on ease of use/usability and that it should take approximately 90 minutes. For each evaluation, each evaluator completed a heuristic evaluation form as shown in Table 64 of APPENDIX C. For each heuristic a rating of "0" Metric Not Met, "1" Metric Partially Met, "2" Metric Met, and "N/A" Not Applicable was provided by each evaluator. The person demonstrating the application completed the tasks as requested. If during the demonstration, one of the evaluators was unable to rate a heuristic based on the information provided, the demonstrator was asked to repeat the task. Once all the evaluators completed the form the evaluation was completed.

**2.2.1.3 Heuristic Evaluation Form.** The Heuristic Evaluation Form was designed to assess 36 usability principles or "heuristics" that were grouped into eight categories. The categories are described below:

- **Reliability:** The system should be available to the user and free from malfunctions (e.g., screen freezing, application closing by itself). System malfunctions should minimize the loss of data that a user may experience.
- **User Control:** As users navigate the application they should feel in control of their experience. If users should get lost and are unable to return to where they were they will likely become frustrated or just exit the application. A well designed application makes users comfortable as they work through the screens but they are also provided easy methods of exit at any point.
- **Visibility of System Status:** The system should always keep users informed about what is going on by providing feedback within a reasonable time.
- **Error Prevention, Recovery, and Correction:** The system should be designed to minimize the possibility of user error, with inbuilt facilities for detecting and handling those which do occur. Users should be able to check their inputs and correct any errors or potential error situations before the information is processed. Error messages should be written in plain language (no codes) that indicates the problem and provides instructions on how to resolve the problem.
- **Efficiency of Use and Flexibility:** The system needs to support both the novice and expert users, therefore accelerators, unseen by users, often speed up the expert user. By

providing the accelerators the system is catering to the needs of both the novice and expert user. The ability to tailor frequent actions also speeds up the interaction the user has with the system.

- **Minimalist Design and Aesthetic:** Dialogues should not contain information that is not relevant or rarely needed. Every extra unit of information in a dialogue competes with the relevant units of information and diminishes their relative visibility.
- **Consistency, Standards, and Language:** Users should not have to wonder whether different words, situations, or actions mean the same thing. Follow platform conventions.
- **Help:** Although it is better if the system can be used without documentation, it is beneficial to provide help. The Help information should be easy to access, searchable, and focused on user's tasks.

   **2.2.1.4 Scenarios.** For DEA and Intelligence Support to CO a list of tasks was generated so each demonstration covered the same material. It was requested that the tasks be presented as if working through a workflow.

**Tasks for DEA:**
Intelligence Analyst
- Completing queries of brain data with a variety of parameters (by source, wildcard, etc.).
- Viewing search results.
- Opening search results reports and attachments.
- Refining search results (additional queries on results).

Knowledge Manager
- Monitoring ingest of data from brain.
- Monitoring ingest sources.

**Tasks for Intelligence Support to CO:**
- Demonstrate Knowledge Management interface/dynamic entities/editing property value attributes.
- Demonstrate distributed central repository for entity data sharing/version control and history of entities.
- Utilize alarms to detect changes in system data/issue alerts.
- Utilize DoD standard (MIL-STD-2525) Symbology on a 2D Map.

   **2.2.1.5 Usability Measures and Targets.** Evaluators rated each heuristic by how well it met the usability metric. Ratings were analyzed by totaling the number of "2" Metric Met ratings made by all evaluators and computing its percentage of the total for each category. For measures falling below the targeted 80%, comments provided by evaluators were used to understand the rating.

An 85% agreement target is generally set as the objective based on industry best practices [Reference 4] [Reference 5] [Reference 6]. This target has been validated conducting usability testing with a variety of Army systems including the Joint Tactical Radio Handheld, Manpack, and Small Form Fit Manpack Radio [Reference 7] [Reference 3], Defense Advanced Global Positioning System Receiver [Reference 6], Maneuver Control System [Reference 13], Force

XXI Battle Command Brigade and Below system [Reference 8], Command Post of the Future [Reference 9], and the Base Expeditionary Targeting and Surveillance Systems – Combined [Reference 10]. The 85% target was relaxed to 80% due to the variability of evaluators (not having as least two consistent evaluators at every demonstration), not always having at least three evaluators, and since it was being applied to a heuristic evaluation rather than a usability test.

**2.3     User Jury Evaluation.** The primary purpose of the user jury/usability evaluation, was to collect Soldier feedback when using different systems to load, manage, and disseminate geospatial data. Results were used to inform the usability trade space for DCGS-A technical and operational capabilities.

**2.3.1   User Jury Evaluation Methodology.** Nine Soldiers with varying levels of Geospatial experience were recruited by the U.S. Army Geospatial Center (AGC). A summary of the participant demographics is shown in APPENDIX G. The user jury was held in the Army Geospatial Enterprise (AGE) Node at the AGC. Each Soldier performed geospatial data loading tasks using provided instructions (APPENDIX F). Instructions and tasks were tailored to each system since each had a different user interface and functionality. Soldiers performed tasks using systems in counterbalanced order to control for carryover effects as shown in Table 5.

**Table 5. Counterbalanced Presentation Order**

|  | STATION RED (ALPHA) | STATION BLUE (BRAVO) | STATION YELLOW (CHARLIE) | STATION GREEN (DELTA) | STATION PURPLE (ECHO) |
|---|---|---|---|---|---|
| Phase 1 | Team 1 | **EMPTY** | Team 2 | Team 4 | Team 3 |
| Phase 2 | Team 4 | Team 1 | **EMPTY** | Team 3 | Team 2 |
| Phase 3 | **EMPTY** | Team 3 | Team 1 | Team 2 | Team 4 |
| Phase 4 | Team 2 | Team 4 | Team 3 | Team 1 | **EMPTY** |
| Phase 5 | Team 3 | Team 2 | Team 4 | **EMPTY** | Team 1 |

The data loading process tools that were used for each scenario were as follows:
- Alpha – Hybrid Tool (Automated) running on legacy COTS software
- Bravo – COTS Tool (Automated) running on legacy COTS software
- Charlie – Legacy COTS software (No Automation)
- Delta – COTS Tool running on new COTS software (Automation)
- Echo – New COTS software (No Automation)

The tools used for the corresponding scenarios Alpha through Echo were categorized into software option alternatives used for the TSA (COTS/GOTS/Hybrid) and are shown in Table 6.

A1963

**Appx11963**



Figure 4. Draft DCGS-A Schedule for Increment 2

The trade space in regards to schedule risk was assessed by evaluating the COTS, GOTS, and Hybrid software option alternative(s) TRL and IRL against the PM-provided draft DCGS-A Increment 2 schedule. The schedule for each of the software option alternatives was modeled as a single phase. The starting point for this phase was Contract Award and the ending point for the phase was Increment 2 Release 1 Fielding; a total of 39 months. The readiness levels required to achieve the Increment 2 Release 1 Fielding are TRL 8 and IRL 9. Therefore, the technology development timelines elicited for each software option alternative are representative of the maturation time required to progress each alternative from its current readiness level up to TRL 8 and IRL 9. The maturation times are broken up into three segments:

1) Maturation to TRL 6 and IRL 6 (Development),
2) Maturation to TRL7 and IRL 8 (Integration), and
3) Maturation to TRL 8 and IRL 9 (Preparation for Fielding).

For each segment, the SME judgment is used to assess the most likely time estimates for each software option alternative to achieve the required readiness levels. The individual segment completion times are added and then compared to the DCGS-A Increment 2 overall program schedule to determine if the software option alternative meets the PM DCGS-A schedule. The rating criteria used in the schedule risk level assessment is shown in Table 8.

### Table 8. Schedule Risk Rating Criteria

| Rating | Criteria |
|--------|----------|
| B | SME Estimate (Est) ≥ 6 months before Fielding Decision (FD) |
| G | 6 months before FD > SME Est ≥ 3 months before FD |
| Y | 3 months before FD > SME Est ≥ 3 months after FD |
| R | SME Est > 3 months after FD |

**2.6    Technical Risk.**  AMSAA developed a set of survey questions to provide to the Army and DoD SMEs in the DEA, Intelligence Support to CO, and Geospatial communities to collect the information and data across software option alternatives for the risk assessment. The survey was composed of the pre-identified general software development risk factors as well as additional various specific risk factors that SMEs from each of the specific study capability (DEA, Intelligence Support to CO, and Geospatial) associated with DCGS-A Increment 2. The pre-identified general software development risk factors were developed through:

1) A literature review of the historical DCGS-A studies (e.g., Defense Acquisition Executive Summary (DAES) reports, Universal Acquisition Data Display and Entry (UADDE) repository search, General Web Searches, DCGS-A Trade Space Studies).
2) Consulting with PM DCGS-A, AMSAA SMEs, Carnegie Mellon University Software Engineering Institute, Tank and Automotive Research, Development and Engineering Center (TARDEC), and National Aeronautics and Space Administration (NASA).
3) A literature review of software risks, methods, assessment white papers and reports (e.g., Software Cost Estimating Handbooks, Software Reliability Risk Assessment Report, AMSAA Software Reliability Scorecard).

AMSAA SMEs who work in the specific capability areas of DEA, Intelligence Support to CO, and Geospatial and also have experience with conducting Analysis of Alternative (AoA) type analysis, developed risk factors specific to their study area.

The DoD and Army SMEs were asked to assess the likelihood and consequence levels on a separate 1 to 5 scale for each pre-identified risk associated with each alternative of interest for each DEA, Intelligence Support to CO, and Geospatial capability associated with DCGS-A Increment 2. A list of viable COTS, GOTS, and Hybrid software solutions that are representative of the spectrum of Geospatial, DEA, and Intelligence Support to CO software solutions available were identified for the risk assessment. However, risk SMEs were not asked to assess risk of individual software solutions, just the COTS, GOTS, and Hybrid alternatives as a whole.

16

A representative sample of seven software solutions were selected and assigned in three categories: three COTS, two GOTS and two Hybrid. COTS and GOTS software solutions considered for Hybrid are not the same as the single source COTS and GOTS solutions. The two Hybrid software solutions considered are characterized as:

- Hybrid 1: COTS data management layer + GOTS analytical layer
- Hybrid 2: GOTS data management layer + COTS analytical layer

  **3.1.3 Additional Assumptions.** The following assumptions were identified which are specific to the TSA of DEA:

- The DEA did not analyze hardware infrastructure upgrades required for the software option alternatives. It was assumed that DCGS-A hardware infrastructure will be upgraded to provide sufficient computing resources to implement software option alternatives.
- The DEA technical functionality metrics encapsulate architecture foundation required to support intelligence domain specific services such as Intelligence Support to CO and Geospatial operations. For example, an Intelligence Support to CO metrics states "Allow user to quarantine USPI data once confirmed." The assumption is that the DEA will recognize and handle data type specific to USPI specifications and have the foundation to create a quarantine tool.

  **3.2 Technical Functionality.** AMSAA evaluated each software solution's technical functionality for the TSA. Each solution is evaluated individually and results are presented according to alternative: COTS, GOTS, and Hybrid.

  **3.2.1 Metrics.** AMSAA hosted a MDW attended by SMEs from U.S. Army Intelligence and Security Command (INSCOM), U.S. Army Communications-Electronics Research, Development and Engineering Center (CERDEC), U.S. Army Intelligence Center of Excellence (ICoE), U.S. Army Training and Doctrine Command Capability Manager Sensor Processing (TCM-SP), Project Manager Distributed Common Ground System – Army (PM DCGS-A), DCS G-3/5/7 DAMO-CIA, and Army Research Labs (ARL). During the MDW, and subsequent discussions with the SMEs, 22 metrics were identified and categorized into four areas of enhancement (Ingest, Sync/Federate, Replicate, Query) which were defined as being critical to upgrade the Fusion Brain to be functional under one cloud enterprise. The four areas of enhancement are:

- **Ingest:** refers to the Fusion Brain's ability to connect to external data sources and obtain, import, and process data. The metrics address issues related to validating files, prioritizing sources, compatibility with data formats, information assurance (IA) compliance (cell level security, Authorization to Operate accreditation, etc.), metadata tagging and intelligent resource management.
- **Query:** addresses issues related to IA compliance, querying multiple sources and classifications and storing queries for future use.
- **Sync/Federate:** addresses Fusion Brain specific issues related to syncing data with other geo-disparate sites and/or IFSs located at lower echelons. The issues relate to data resiliency (number of copies stored), Public Key Infrastructure (PKI) support (single sign-in), process efficiencies (sequencing syncing with data sources), DIB compatibility and providing access to partner nations.

- **Replicate:** addresses Fusion Brain specific issues related to replicating data, to the IFSs located at lower echelons, such as how does a system react if connection is lost when replicating data from a higher to a lower echelon? Does the higher level system continue to queue the data so when connectivity is restored the replication continues from the stoppage point, or does the system simply crash?

The metrics were used to score a representative sample of three COTS, two GOTS and two Hybrid software solutions, as discussed in APPENDIX A. Eleven of the metrics were categorized as "Ingest" metrics, four of the metrics were categorized as "Query" metrics, and seven metrics were categorized as "Sync/Federate". One metric related to IA compliance fell into all four Areas of Enhancements. The metric is used to score how well a software option satisfies specifications related to IA compliance.

     **3.2.2   Evaluation Methodology.** AMSAA developed a subjective scoring method as shown in Table 4 to score the software options. This method was used because the metrics developed at the DEA MDW were at a high level, and quantitative data, such as from a test were not available. AMSAA coordinated meetings with software developers and government users of the various software options to validate and score each of the COTS, GOTS and Hybrid software solutions. The government users were from the CERDEC Intelligence and Information Warfare Directorate (I2WD), Defense Intelligence Agency (DIA) and U.S. Marine Corps Forces Cyberspace (MARFORCYBER).

The scoring participants were asked to provide supporting rationale with the scores they provided. A summary of the rationale for each software option is provided in APPENDIX A. Scoring was not based solely on government feedback. Vendor feedback for some of the Hybrid and COTS software options was used to fill gaps as needed. The GOTS software solutions were scored with input from contractors working for the government.

     **3.2.3   Technical Functionality Results.** Table 12 depicts results of the DEA technical functionality assessment. The two colors in a cell represent upper bound and lower bound scores for the software option alternatives. Overall, the Hybrid alternative was rated Green and scored the highest of the three alternatives. Hybrid software option alternatives are currently functioning in the DoD IC and will only require minor development to fill capability gaps. Upper bound COTS software solutions provide similar "turn-key" technical functionality as Hybrid software solutions. They scored better than the Hybrid in the "Query" area of enhancement due to allowing a user to simultaneously query all levels of classification and providing results based on that user's clearance level. Due to the absence of historical requirements, the lower bound COTS solution needs major capability development in all four areas of enhancements.

Appx11976

A1976

**Table 12. DEA Technical Functionality Assessment Results**

| Software Option Alternatives | Data Enterprise Architecture Metrics | | | | | | | | | Summary Score | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ingest (11) | | Query (4) | | Sync/Federate (7) | | | Replicate (3) | | | |
| COTS | Y | G | Y | B | Y | | G | Y | | G | Y | G |
| GOTS | Y | | Y | G | Y | | | Y | | G | Y | |
| Hybrid | G | | G | | G | | B | G | | | G | |

Overall, the GOTS solutions scored the lowest of the three alternatives and requires major development to satisfy metrics. GOTS solutions are least capable of being "turn-key" solutions. GOTS solutions are undergoing capability demonstrations in an operational environment with military users. Both GOTS solutions require significant development in two of the four Areas of Enhancements; Ingest and Sync/Federate. Within Ingest, GOTS solutions are lacking in their ability to manage resources intelligently by not implementing a tiered storage architecture which allows more frequently used data to be cached for quicker access and less frequently used data to be compartmentalized for long term storage. Also within Ingest, the GOTS solutions are unable to cache data so that when connectivity lapses occur or a system crash is experienced, the user does not have to restart creation of a product or synching of data. Within Sync/Federate, the GOTS solutions ability to conduct data de-duplication requires significant development to make the process semi-autonomous so that the system provides alerts upon synching. At present, the alerts are not generated unless a user manually searches for a specific file name and/or product. Also within Sync/Federate, the GOTS solutions require significant development in providing users the ability to prioritize which data sources to sync to their respective system.

       3.2.4 **Linkage of TSA metrics to DCGS-A IS CDD KPP 2.** Nine of the 22 DEA technical functionality assessment metrics linked directly to KPP 2 (Fusion). Six Ingest metrics linked directly to KPP 2 (Fusion). The metrics addressed issues with data type compatibility, tiered storage architecture, metadata tagging, status updates and data de-duplication. One Query metric linked directly to KPP 2 (Fusion). This metric addressed a systems ability to query geo-disparate data sources. Two Replicate metrics linked directly to KPP 2 (Fusion). The metrics addressed issues with how a system reacts to intermittent connectivity lapses and connection status. Overall, Hybrid software option alternatives demonstrated the capability to satisfy KPP 2 but still require minor development. COTS and GOTS solutions require significant development to satisfy KPP 2. Table 13 summarizes the results of the technical functionality evaluation for the subset of metrics linked to KPP 2 Fusion.

**Table 13. DEA Metrics Linked to KPP 2 Fusion**

| Software Options Alternatives | Ingest (6) | Query (1) | Sync/Federate (0) | Replicate (2) | DEA KPP2 Summary Scores |
|:---:|:---:|:---:|:---:|:---:|:---:|
| COTS | 🟨 | 🟨 | | 🟩 | 🟨 |
| GOTS | 🟨 | 🟨 | N/A | 🟩 | 🟨 |
| Hybrid | 🟩 | 🟦 | | 🟩 | 🟩 |

**3.3** **Usability.** For Data Enterprise Architecture, heuristic evaluations were conducted on three COTS, one GOTS, and two Hybrid software solutions. See APPENDIX E for individual results for each system. Only one of the two GOTS solutions was evaluated for usability since they share a common user interface. A Government SME confirmed that the usability would not differ even with different backend data management systems. Table 14 summarizes the results for the COTS, GOTS, and Hybrid alternatives and identifies the categories that did not meet the 80% target.

- COTS did not meet the 80% target for reliability (72%); user control (59%); visibility of system status (74%); error prevention, recovery and correction (46%); efficiency of use and flexibility (61%); minimalist design and aesthetics (68%); consistency, standards, language (76%); and Help (79%).
- GOTS did not meet the target for: user control (59%); error prevention, recovery and correction (61%); efficiency of use and flexibility (50%); minimalist design and aesthetics (68%); consistency, standards, language (60%); and Help (45%).
- Hybrid did not meet the target for: visibility of system status (75%); error prevention, recovery and correction (43%); efficiency of use and flexibility (73%); minimalist design and aesthetics (75%); and Help (37%).

26

A1978

Protected Information and/or Legends Redacted

#### Table 14. Heuristic Evaluation Results for DEA

| Heuristic Criteria | COTS | GOTS | Hybrid |
|---|---|---|---|
| Number of Evaluators | 5 - 6 | 4 | 4 |
| Reliability | 72% - 87% | 88% | 80% - 87% |
| User Control | 59% - 82% | 59% | 84% - 88% |
| Visibility of System Status | 74% - 82% | 83% | 75% - 85% |
| Error Prevention, Recovery and Correction | 46% - 80% | 61% | 43% - 54% |
| Efficiency of Use and Flexibility | 61% - 69% | 50% | 73% - 91% |
| Minimalist Design and Aesthetics | 68% - 93% | 68% | 75% - 100% |
| Consistency, Standards, and Language | 76% - 78% | 60% | 82% - 100% |
| Help | 79% - 96% | 45% | 37% - 84% |
| Overall Score | 72% - 81% | 64% | 76% - 79% |

| 0-64% | 65-79% | 80-94% | 95-100% |
|---|---|---|---|

**3.3.1 COTS Usability.** COTS solutions provided a well-integrated and comprehensive solution. Below are the strengths and limitations that were identified by the evaluators.

**Strengths:**
- Ability to save searches.
- Input fields provided tips/guidance on how to enter information (e.g., "Put exact words in quotes").
- Dashboards are customizable.
- Users involved in the design from the beginning.
- Ability to upload raw data.
- Given that not all options are available to all users, the system grays out options to a "user" that are only accessible to the "Admin."
- Ability to use searches completed by others
- Keeps the last 100 searches.
- Quick search will return results with various spellings of "Mohammed."

**Limitations:**
- Need to know SQL to understand some of the error messages that were presented.
- Layout is somewhat confusing, not immediately intuitive.
- The method shown for troubleshooting system connectivity was not user friendly, no data provided via log files.

27

**A1979**
Protected Information and/or Legends Redacted

- Only "Admin" level users can access system status indicators.
- Query highly customizable and seems to be very robust; however, for the novice user there should be more guidance provided.
- User needs to know how to use the program in order to use it well. For the novice user there is no assistance for quick and easy navigation of the interface.

### 3.3.2 GOTS Usability.

The GOTS solution needs to improve user control, error messages, and consistency for a more effective interface. Below are the strengths and limitations that were identified by the evaluators.

**Strengths:**
- Tracks workflow at the bottom of the screen.
- Can work in a disconnected state.

**Limitations:**
- Notifications are present but not very clearly noticeable to the user.
- System has built in features to help prevent errors (e.g., entering a letter as part of the date, entering a wrong time). However, the location of an error message is not clearly visible to the user. For example, when a user does not enter all the required fields and then clicks "Enter," an error message appears briefly across the top of the current window, and then disappears.

### 3.3.3 Hybrid Usability.

The Hybrid solutions need to improve error handling and help. Below are the strengths and limitations that were identified by the evaluators.

**Strengths:**
- Multiple ways to view data facets.
- User interface is customizable to user preferences.

**Limitations:**
- Tool tips are not available all of the time.
- The system ignores bad data that the user has entered and does not always make the user aware of what occurred.
- There is no quick way to see if a user is connected to the network.
- Error messages need to provide more feedback to the user on how to resolve the problem.
- The user interface is well organized and labeled, but training to learn the sequence of steps needed to perform tasks.

### 3.3.4 Best of Breed Usability.

Comparative usability results for "Best of Breed" are shown in Figure 8. Items falling in the "Red" and "Yellow" areas of the spider chart did not meet the 80% usability target, while those falling in the "Green" and "Blue" areas did. Items that failed to meet the usability target provide areas of opportunity for improvement.

A1980
Protected Information and/or Legends Redacted



**Figure 8. DEA "Best of Breed" Comparative Results**

**3.3.5    DEA Usability Summary.** The COTS and Hybrid alternatives were evaluated to have better usability.  The COTS alternative needs to improve user control, visibility of system status, efficiency of use and flexibility, consistency, standards, and language in order to increase usability.  For the Hybrid alternative error prevention, recovery, and correction, minimalist design and aesthetics, and consistency, standards, and language all need to be addressed for usability.  The GOTS alternative needs to address user control, error prevention, recovery, and correction, efficiency of use and flexibility, minimalist design and aesthetics, consistency, standards, and language, and help to provide a user-friendly interface.

**3.4    Cost.** Table 15 was sent to the vendors with a request to provide associated costs for development, integration, testing and maintenance for the software solution to meet the included specifications.  Once an estimate was provided by the vendor, discussion took place between the vendor and capability functional lead to ensure specifications used to estimate the cost of the software option matched specifications used for the technical functionality assessment.  For the GOTS and portions of Hybrid alternatives, a request was sent to the developers for all costs associated with the software, to include those considered to be sunk.  The fidelity of the cost estimates provided by the government developers was low and not sufficient for a complete cost estimate.  There were three COTS software solutions assessed and two of both Hybrid and GOTS.

A1981

Protected Information and/or Legends Redacted



**Figure 9. DCGS-A Increment 2 DEA Schedule Risk Assessment**

Table 18 provides a summary of the schedule risk assessment results. The results shown are based on the risk of the software option alternative completing the full schedule single phase from the starting point of Increment 2 Contract Award (3rd QTR FY 2016) to the end point of Increment 2 Release 1 Fielding Decision (1st QTR FY 2020); a total of 39 months. The COTS and GOTS alternatives are low risk for going from contract award to fielding decision in an average of 36 months. The Hybrid alternative is lowest risk from contract award to fielding decision in an average of 33 months. The Hybrid software option alternative is more mature and more aligned to the DEA military solutions than the COTS and GOTS alternatives; resulting in less development and integration effort. The assessment shows that the Hybrid software option alternative is less likely to impact the DCGS-A Increment 2 schedule.

**Table 18. Schedule Risk Summary**

| Software Option Alternatives | Total Months in Schedule | | | Summary Score |
|---|---|---|---|---|
| | Min | Max | AVE | |
| COTS | 27 | 45 | 36 | G |
| GOTS | 27 | 45 | 36 | G |
| Hybrid | 24 | 42 | 33 | B |

**3.6    Technical Risk.** SMEs from the following DEA MDW participating organizations were contacted to complete the risk questionnaire for the COTS, GOTS, and Hybrid software option alternatives.

- ARL
- CERDEC
- INSCOM
- PM DCGS-A
- TCM-SP

35

**A1987**

Appx11987

Protected Information and/or Legends Redacted

Three organizations responded to the questionnaire: PM DCGS-A, TCM-SP, and CERDEC. ARL declined to complete the risk assessment, because they did not feel qualified to do so. INSCOM was not able to complete the questionnaire; however, they did participate in follow-on risk adjudication sessions. The complete collection of questionnaire responses is located in APPENDIX H.

       **3.6.1 Technical Risk Drivers.** The risk assessment focused on the 26 pre-identified general software development risk factors and 11 DEA-specific risk factors – a total of 37 risk factors. The 37 risk factors were categorized into three major risk categories: Development and Integration (6), Programmatic (9), and Performance (22). During an initial risk adjudication session, participating SMEs identified risk drivers for each of the three major risk categories. These risk drivers were also used to assess comparative risk of the software alternatives; however, the comparative scores were removed per SAG guidance to show the actual risk scores. Table 19, Table 20, and Table 21 show the risk drivers and the corresponding rationale for the software alternatives for the three major risk categories. These risk drivers were used to score the actual technical risk shown in the next section.

**Table 19. DEA Development & Integration Risk Drivers**

| Software Option Alternative | Risk Drivers | Rationale |
|---|---|---|
| COTS | Integration Complexity | COTS rated highly likely to present significant integration challenges and performance issues during acquisition. Significant issues integrating COTS software into Army solution, especially if attempting to have context aware data management/cloud solution. COTS products are more likely to fail integration as they were not purpose-built for the intended environment. Failure to integrate will most impact the ability of the system to perform. |
| | Development Difficulty | Risk rated highly likely to present significant cost impacts. The COTS software will most likely require custom development to meet the performance requirements. The greatest factor will be the cost for the vendor to make changes. Understanding of Army requirements, security requirements, and disconnected low bandwidth systems is a real issue usually only seen with mobile networks. |
| GOTS | Software Maturity | Risk rated likely of presenting moderate schedule risk impacts. GOTS software is most likely to be new work, developed for this purpose, therefore moderate schedule impacts likely during effort required to mature the software. |

**A1988**

Protected Information and/or Legends Redacted

**Table 22. Technical Risk Categorical Ratings**

| Software Option Alternatives | Technical Risk Categorical Ratings | | |
|---|---|---|---|
| | Development & Integration Risk | Programmatic Risk | Performance Risk |
| **COTS** | R | R | R |
| **GOTS** | Y | R | R |
| **Hybrid** | G | R | R |

For the Development and Integration Risk category, the Hybrid alternative was assessed to have low risk, GOTS to have moderate risk, and COTS to have high risk. The major risk driver for this area was the integration complexity within COTS software. COTS was assessed as highly likely to experience significant issues integrating software into an Army solution. COTS is likely to need significant custom development to provide Army specific capabilities. GOTS software is most likely to be new work and presents a moderate schedule risk involved with the effort required to mature the software. The Hybrid option does present some integration risk; however, it's currently being used in other government organizations, so the risk is more acceptable.

With respect to the Programmatic Risk category, accreditation and maintainability were two high risk factors for that drove an overall high programmatic risk rating for all alternatives. Both of these risk factors were ranked by SMEs among the top two most important risks. These risk factors strongly influence the program regardless of COTS, GOTS or Hybrid software. Due to the strong comments from the SMEs, AMSAA wants to emphasize the importance of these risk factors. According to SME input, it is near certain that these risk factors will occur and have significant impact to the program. The proper PM DCGS-A planning could help mitigate these risks and drop the overall programmatic risk to moderate levels.

The Performance Risk category resulted in a high risk for all three alternatives. The SMEs commented that the holistic system performance was a major driver for DEA. This risk driver focuses on the user's perspective of the system. When utilizing the software (whether COTS, GOTS, or Hybrid), the SMEs felt that the quality, speed and effectiveness of the software would have the most significant impact to DCGS-A. If these areas of performance are lacking in any way, the (holistic) system effectiveness will suffer. Two specific high risk performance factors were DIB (Framework) Connectivity for a COTS alternative and Reliability for a GOTS alternative. Both of these risks were ranked as a number one most important risk factor according to the SMEs. Also driving the high risk rating for all alternatives was a multitude of additional performance risk factors that were evaluated as likely to present moderate to significant negative impacts to system performance (e.g., COTS risk factors such as Metadata Standards, DoD Developed Tools Interoperability, PKI-enabled access, GOTS and Hybrid risk factors such as Intelligent Synching and Autonomous Data De-duplication, common risk factors such as Object Model Expansion, Network Latency, and incorporating new File Formats.)

    **3.7    Data Enterprise Architecture Summary.** Table 23 summarizes the trade space analysis of the DEA software option alternatives. The COTS and Hybrid alternatives satisfy

**A1992**

Protected Information and/or Legends Redacted

| | | | |
|---|---|---|---|
| | | Network Latency | Risk rated likely to present a significant performance issue to the acquisition program. Network latency could be an issue with a COTS option where a GOTS option is designed to work in environments with network latency between multiple geographic sites. |
| | | U.S. Army Workflow Process Familiarity | Risk rated likely to present a significant cost impact to the DCGS-A acquisition. The Army workflows are different than the commercial ones. For GOTS software option, the workflow tools have been developed to meet the Army requirements. |
| COTS, Hybrid | | Data Integration (Across DCGS-A Tools) | Risk is likely to present a significant schedule impact to COTS (and Hybrid) program. For COTS software alternative, the system data architecture needs to be updated to integrate with DCGS-A baseline. The Hybrid currently integrates via the DIB, which is prone to data loss when sharing entities. A better solution is needed. Failure to integrate data between tools will make use of the system cumbersome and time consuming, resulting in operators not using the system. For GOTS software alternative, the system tool sets are designed to be interoperable. |
| | | Data Interoperability (Cyberspace Attack Sensors) | Risk is likely to present a moderate cost impact to a COTS (and Hybrid) acquisition program with respect to the costs required to develop an alerting mechanism. The GOTS software is designed to be scalable and support a variety of data feeds. The Hybrid software may need to integrate an alerting mechanism. |
| | | Insider Threat Detection | Risk rated likely to present a significant cost impact to the DCGS-A acquisition with respect to the costs required to add a threat detection mechanism. A GOTS software option is designed to log and make user actions searchable. |
| | | PKI Enabled Access | Risk rated likely to present significant cost impact to the DCGS-A acquisition with respect to the costs required to provide PKI enabled access. A GOTS software option would come with a PKI Enabled Access capability. |
| COTS, GOTS, Hybrid | | USPI Data Handling | The USPI requirements will require a development of a role-based access capability, which is a complex feature. Risk was rated as |

55

**A2007**

Protected Information and/or Legends Redacted

Table 57 reflect scores for the current Fusion Brain baseline system. The system was scored by a government user. Overall, the baseline requires a significant capability development in all four Area of Enhancements to satisfy the metrics. Within Ingest, minor development is required for making the system IA compliant and improving status displays. Major development is required to improve the system's ability to manage resources and store data intelligently, de-duplicate data, store original source documents, metadata tagging and recognize releaseability and handling instructions. Within Query, minor development is required for making the system IA compliant. Major development is required to improve the system's ability to query across all classification and geo-disparate data sources and providing a user the ability to customize the GUI. Within Replicate, minor development is required for making the system IA compliant and recovering from connectivity lapses. Major development is required to provide a user the ability to identify connection to a data source. Within Sync/Federate, minor development is required for making the system IA compliant, recovering from connectivity lapses and have DIB compatibility. Major development is required for the system to be able to share data with partner nations, improve data resiliency, PKI compatibility and providing user ability to prioritize syncing with data sources.

**Table 57**

<b>Table 49. DEA Metrics</b>



<b>Table 50. COTS 1 Scores and Rationale</b>

A2033

Protected Information and/or Legends Redacted



**Table 51. COTS 2 Scores and Rationale**

Protected Information
and/or Legends Redacted



Table 52. COTS 3 Scores and Rationale

**A2035**

Protected Information and/or Legends Redacted



**Table 53. GOTS 1 Scores and Rationale**

A2036

Protected Information
and/or Legends Redacted



**Table 54. GOTS 2 Scores and Rationale.**

A2037

Protected Information
and/or Legends Redacted

**Table 55. Hybrid 1 Scores and Rationale**



A2038

Protected Information
and/or Legends Redacted



**Table 56. Hybrid 2 Scores and Rationale**

Protected Information
and/or Legends Redacted



A2040

Protected Information
and/or Legends Redacted

**Table 79. DCGS–A PM, DEA TRL–IRL Evaluation**

| Question # | Questions | COTS | GOTS | HYBRID |
|---|---|---|---|---|
| 1 | Current TRL? | TRL 5: Module and/or subsystem validation in a relevant environment | TRL 4: Module and/or subsystem validation in a laboratory environment | TRL 5: Module and/or subsystem validation in a relevant environment |
| 2 | TRL Rationale? | COTS Software has been tested in relevant comparable environment, but not necessarily in a Military Environment | GOTS Software is matured through Science and Technology work, most of which are TRL 3-5 before transitioning to a Program of Record. | A Hybrid approach should build/integrate mature software components rather than new development. |
| 3 | Current IRL? | IRL 4: There is sufficient detail in the quality and assurance of the integration technologies | IRL 3: Integration features for integration technology elements have been modeled | IRL 4: There is sufficient detail in the quality and assurance of the integration technologies |
| 4 | IRL Rationale? | Standalone COTS Software integrated in comparable environments, but integrated into the military system is not demonstrated. | GOTS Software is matured through Science and Technology work, most of which are IRL 2-4 before transitioning to a Program of Record. | A Hybrid approach should build/integrate mature software components rather than new development. |
| 5 | Maturation Time from current TRL/IRL to TRL 6/IRL6 (Most Likely) in Months? [Assume 5 FTEs] | 9-12 Months | 9-12 Months | 6-9 Months |
| 5 | Rationale | Modification and Integration of Software to meet Military System Needs | Less Mature software may require more modifications than COTS, but on par with potential changes to non-military software. Integration times should be relatively static. | A Hybrid approach should build/integrate software that is more mature and more aligned to military solutions, resulting in less developmental effort. Integration times should be relatively static. |
| 6 | Maturation Time from TRL6/IRL6 to TRL 7/IRL 8 (Most Likely) in Months? | 6-9 Months | 6-9 Months | 6-9 Months |
| 6 | Rationale | Once the baseline changes are created and integrated, Testing the system in an Operational Environment will be required. | Once the software is matured and integrated, Testing the system in an Operational Environment will be required. | Once the software is matured and integrated, Testing the system in an Operational Environment will be required. |
| 7 | Maturation Time from TRL 7/IRL 8 to TRL 8/IRL9 (Most Likely) in Months? | 12-24 Months | 12-24 Months | 12-24 Months |
| 7 | Rationale | This will be dependent on the Program Deployment schedule. | This will be dependent on the Program Deployment schedule. | This will be dependent on the Program Deployment schedule. |

A2114

Appx12114

Protected Information and/or Legends Redacted

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

# Overview of the
# Data Integration Visualization and Analytics (DIVA) Market Study
# and
# DCGS-A Increment #2 Recommendations

**JULY 2014**

Appx12218

**A2218**

Protected Information
and/or Legends Redacted

# 1   Purpose

The purpose of this document is two-fold.  First, to provide a high-level overview of the ASA(ALT) Data Integration, Visualization and Analytics (DIVA) Independent Market Study.  Second, to codify the DIVA Independent Mark Study into recommendations for the DCGS-A Increment #2 Acquisition effort and describe the top-level risks and mitigation strategies associated with adopting these recommendations.

## 1.1   Organization of this Document

Section 2 provides an overview of the ASA(ALT) DIVA Independent Market Study.  Section 3 provides a brief overview of the DCGS-A Enterprise and goals of DCGS-A Increment #2.  Section 4 provides an overview of the four key "components" for the DCGS-A Increment #2 to acquire.  Sections 5-8 will describe each of these components and will identify risks and associated mitigation strategies.  Section 9 will summarize conclusions.

A2222

Protected Information
and/or Legends Redacted

## 2   Data Integration, Visualization and Analytics (DIVA) Market Study

Information technology is a key enabler for the Army's Modernization for Force 2025.  Digital data is growing at an exponential rate.  Critical to the success of the Modernization of Army Information Systems is addressing issues associated with:

- Integration of high-volume; high-velocity; variety; and veracity of data sets
- Visualization technique of depicting Massive Amounts of Information to the end user
- Analytics applied across these data sets.

The commercial software industry is developing and evolving software platforms to address Data Integration, Visualization and Analytics associated with "Big" data.

The purpose of the ASA(ALT) Data Integration, Visualization and Analytics (DIVA) Market Study was to provide situational awareness and market trends of the "state-of-the-practice" within  the DIVA software platform landscape.

### 2.1   Purpose and Scope

The purpose of the DIVA Independent Market Study was to provide situational awareness and market trends to the Army leadership of the "state-of-the-practice" within the commercial DIVA software platform landscape.

The scope of the DIVA Independent Market Study included:

- Conduct a market survey of representative sample of COTS vendors within the DIVA software landscape.
- Establish DIVA Functional and Architectural Considerations.
- Review COTS vendors' products and map into the DIVA Functional and Architectural Considerations
- Review DoD/IC Enterprise Architectures, Standards, and Capabilities to understand the potential leverage points for a DIVA software platform.
- Investigate the commercial industry pricing strategies and document industry trends
- Assess overall market trends and identify potential gaps.

Specifically, OUT of scope for the DIVA Independent Market Study included:

- Vendor comparison or vendor down selection
- Specific acquisition recommendations
- Detailed cost estimates to support form program solicitation
- Independent technical lab validation
- Independent validation of the capabilities in an operational environment.

**A2223**

Protected Information
and/or Legends Redacted

## 2.3 DIVA Functional and Architectural Considerations

Information technology terminology such as "BIG data", "Cloud computing" can have a multitude of interpretations. In order to focus the Market Study, the DIVA Study team developed the DIVA Functional and Architectural Considerations. This section will provide an overview.

The diagram below provides an overview the Functional and Architectural considerations *potentially* available within a Data Integration, Visualization and Analytics (DIVA) Software Platform.



**Figure 2 – DIVA Functional and Architectural Considerations**

The functional capabilities are primarily in three areas:

1. **Data Integration Layer** –data integration framework that supports the integration of multitude of data sources, extensible and expressive data models of the underlying data; data management services (e.g, access, continuity of operations, disaster recovery, data distribution); information protection; and administration services.
2. **Visualization Layer** – applications to support visualization of information from a variety of perspectives (e.g., geo-spatial, temporally, historical, …).

5

Appx12226

A2226

Protected Information
and/or Legends Redacted

3. **Analytics Layer** – analytics framework to support search & analysis of large data sets.

Key architectural considerations are "baked into" the software platform and should be addressed in each of the Functional (e.g., Data Integration, Visualization, Analytics) layers. These architectural considerations are equally critical, if not more, than the above functional considerations to the "growth potential" of the COTS DIVA software platform. The architectural considerations are in the following areas:

- **Extensibility** – The data, visualization, and analytics needs are not static. So a key architectural consideration is an approach to add (or extend) new data sources, new applications, and new analytics.
- **Reliability** – It is envisioned that a DIVA software platform will be critical to many applications and workflows. As such the DIVA software platform must be dependable. The DIVA platform should incorporate reliability engineering approaches (e.g., design for redundancy, failure monitoring, …) to ensure the platform is dependable.
- **Usability** – Ease of use and the intuitiveness of the applications are essential. This applies not only for end-user applications but also for system administration applications. The platform should be easy to use and also easy to administer.
- **Scalability** – A key architectural consideration is the scalability of the software platform. The platform should "scale-up" to handle massive amounts of data. Additionally, the platform should "scale-down" to provide its capabilities (or a subset) within a small-end computing environment.
- **Security** – Cyber protection and appropriate access to information is critical. The DIVA platform should incorporate information techniques (e.g., "fine-grained" data access; auditing; role and attribute based access control; …) to provide the appropriate security protection.

A robust **Developer's Ecosystem** is important to support 3rd party developers. This Ecosystem should provide open & documented application programmer's interfaces (APIs); software development kits (SDKs); and code and application sharing repositories.

Key Observation:
   Architectural considerations must be "baked into" the COTS DIVA platform. Solid software architecture is essential to realize the "growth potential" of a DIVA platform.

**A2227**
Protected Information
and/or Legends Redacted

### 2.5.3 Implementation Approach #3: Hybrid Approach



**Figure 5 -- Implementation Approach #3 – Hybrid Approach**

The key implementation steps of this approach are:

1. Adopt a Cloud Infrastructure Platform – Host a commercial cloud infrastructure platform (software) within a data center/cloud computing environment.
2. Adopt a DIVA "Turn Key" Platform – Host a DIVA "Turn Key" platform (software) across the enterprise.
3. Integrate the DIVA "Turn Key" Platform with the Cloud Infrastructure Platform
4. Develop/Integrate Data Integration, Analytics, and Visualization Applications
   a. Integrate data sources with the DIVA "Turn Key" Platform
   b. Extend DIVA applications (when required) to provide additional capabilities.
   c. Host and integrate COTS specialized application with the DIVA "Turn Key" Platform

12

A2233

Protected Information and/or Legends Redacted

### 2.5.4  Summary

The table below compares the three implementation approaches.

| Category | Cloud Infrastructure | DIVA "Turn Key" | Hybrid |
|---|---|---|---|
| **Functionality** | No "out-of-the-box" Visualization and Analytics Apps | Core suite of Visualization and Analytics Apps | Core suite of Visualization and Analytics Apps |
| **Architectural Considerations** | Cloud infrastructure provides excellent scalability and reliability to address **GLOBAL** needs<br><br>Custom-developed applications may not adequately address the architectural considerations (e.g., usability, reliability, scalability) | DIVA "Turn Key" provides very good scalability and reliability to address **ENTERPRISE** needs<br><br>DIVA applications address the architectural considerations. | Architectural considerations addressed across global – enterprise – tactical environment. |
| **Tactical Edge Support** | No inherent support | May provide tactical edge support. | May provide tactical edge support. |
| **Software Development & Integration** | Significant development and integration effort.<br><br>All applications need to be developed and/or integrated.<br><br>Integrate data sources. | Moderate development and integration effort.<br><br>Integrate additional specialized apps.<br><br>Integrate data sources. | Moderate development and integration effort.<br><br>Integrate additional specialized apps.<br><br>Integrate data sources.<br><br>Integrate cloud infrastructure and DIVA "turnkey" platforms. |

Key Observation:
   Hybrid Implementation approach blends the benefits of the other two implementation approaches.  Provides the global scale of the cloud infrastructure with the "out-of-the-box" capabilities of the DIVA "Turn Key" platform.  Also, better tactical edge support.

   Requires integration of the DIVA "Turn Key" platform with the Cloud infrastructure.

A2234
Protected Information and/or Legends Redacted

### 2.6.5  DoD/IC Enterprise Architecture Summary

Key Observation:

DIVA platform could leverage DoD and IC modernization efforts.

DoD and IC standardizing on the same Commercial Cloud Infrastructure service provider would streamline integration of COTS DIVA "Turn Key" platform in the DoD and IC environments.

COTS DIVA "Turn Key" platform could be a key foundational element of the Army COE Command Post Computing Environment (CP CE)

**A2240**
Protected Information and/or Legends Redacted

## 4 DIVA Approach for DCGS-A Increment #2

The section will outline an approach for applying the DIVA Implementation Approach #3 (hybrid approach) to the DCGS-A Enterprise Data Processing/Storage and User Capabilites.



Figure 12 – DIVA Hybrid Approach applied to the DCGS-A Enterprise

Summarizing from Section 2.5 the key implementation steps of this approach are:
1. Adopt a Cloud Infrastructure Platform – Host a commercial cloud infrastructure platform (software) within a data center/cloud computing environment.
2. Adopt a DIVA "Turn Key" Platform – Host a DIVA "Turn Key" platform (software) across the enterprise.
3. Integrate the DIVA "Turn Key" Platform with the Cloud Infrastructure Platform
4. Develop/Integrate Data Integration, Analytics, and Visualization Applications
   a. Integrate data sources with the DIVA "Turn Key" Platform
   b. Extend DIVA applications (when required) to provide additional capabilities.
   c. Host and integrate COTS specialized application with the DIVA "Turn Key" Platform

Applied to DCGS-A Increment #2 this approach required acquiring four primary components:

25

**Appx12246**

Protected Information and/or Legends Redacted

1. COTS Cloud Infrastructure Service Provider
2. COTS DIVA Software Platform
3. Specialized Applications (e.g., for specific intelligence analyst capabilities)
4. System Integration

Section 3.2 outlined the DCGS-A Increment #2 capability plan with the key capabilities for DCGS-A Increment #2 Release 1 being:
- New Data Management Architecture and Technical Foundation
- Migration of "DCGS-A Inc1-like" capabilities with enhanced Usability and Stability
- Compatible with DoD/IC Enterprise Architectures/Standards/Capabilities (e.g., IC ITE, JIE, …)

The following will outline top-level transition steps to leverage the DIVA Implementation Approach #3 to support DCGS-A Increment #2 Release 1.


## 4.1 New Data Management Architecture and Technical Foundation

The DCGS-A Increment #1 data architecture consists of: DGCS-A "Brain" & data feeds; and the Intel Fusion Server data feeds.

The DGCS-A Increment #2 data management architecture should support across the entire DCGS-A Environment – Fixed Installation Sites – Regional Nodes – Tactical Nodes.

The DIVA Implementation Approach #3 supports this in the following ways:
- Integration of the Cloud Infrastructure Platform and the DIVA "Turn Key" Platform into Data Center environments to provide the backbone data management architecture to support the Fixed Installation and Enterprise "Big data" analytic needs.
- Deployment of the DIVA "Turn Key" Platform to Regional and Tactical Nodes to provide the Regional/Tactical Data Management capabilities.
- Extend the backbone data management architecture with the DIVA "Turn Key" Platform data distribution capabilities to provide an integrated data management architecture from the Enterprise -- Regional – Tactical Nodes.
- Integrated the DCGS-A Brain "data feeds" into the backbone data management architecture.
- Integrate the DCGS-A IFS tactical data feeds into the DIVA "Turn Key" Platform

## 4.2 Migration of DCGS-A Inc-1 capabilities

DCGS-A Increment 1 functional capabilities are primarily provided by Multi-Functional Workstation (MFWS) client applications; COTS Specialized Intel Analyst Applications; and COTS collaboration & office automation applications.

The DIVA Implementation Approach #3 supports this in the following ways:
- Deployment of DIVA "Turn Key" Platform with a core suite of Applications & Analytics Capabilities

26

Protected Information and/or Legends Redacted

- Migration of DGCS-A MFWS "plug-in" applications. As required, extend a DIVA "Turn Key" application to provide the missing capability or integrate the entire "plug-in" into the DIVA Visualization Application framework.
- Migration of DCGS-A COTS Specialized Intel Analyst Application. Host specialized application(s). Integrate with the DIVA "Turn Key" Platform data integration layer.
- Host COTS collaboration and office automation application(s)

## 4.3  DoD/IC Enterprise Architecture/Standard/Capabilities

Section 2.5 described ways a DIVA approach could leverage DoD/IC enterprise efforts:s
- DIVA Implement Approach #3 is compatible with the IC ITE commercial cloud services approach.
- DIVA Implementation Approach #3 is compatible with the JIE commercial cloud pilot efforts.
- DIVA "Turn Key" Platform could integrate with an external Identity and Access Management (IdAM) Capability. IC ITE and JIE provide Enterprise IdAM capabilities.
- Leverage the DIVA "Turn Key" data integration/analytics platform as a foundation component of the Army Command Post Computing Environment (CP CE)
- Incorporate mature DI2E specification as interface standards to DIVA cloud infrastructure services and/or DIVA "Turn Key" data integration, visualization and analytics services.
- Host JIE and/or IC ITE collaboration applications.

# 5  Key Risks and Considerations

## 5.1  Key Risks

### 5.1.1  Risk #1: DoD/IC Cloud Interoperability

#### 5.1.1.1  Overview

DCGS-A must operate in DoD/IC environments. Both, the DoD & IC communities are developing secure cloud capabilities. Key capabilities are: cloud infrastructure services; and Enterprise Identity and Access Management (IdAM) services.

The IC ITE has deployed operational cloud capabilities:
- IC Cloud (government) currently operational (NSA)
- IC Commercial Cloud Services (C2S) capability (Amazon Web Services) with initial operational capability (IOC) in July 2014

The IC C2S capability provides elastic computing services; data services; analytic processing services; and Identity and Access Management (IdAM) services.

Appx12248

Protected Information and/or Legends Redacted

The DoD/Joint Information Environment (JIE) is providing cloud capabilities. Associated with JIE are two commercial cloud infrastructure service pilots (Amazon Web Services and Microsoft Azure Services).

## 5.1.1.2  Issue:  Standardization of Cloud Infrastructure Services Interfaces

Commercial cloud vendors have adopted numerous mature standards to promote interoperability. For instance, virtual machine (VM) standard interfaces exist that allow cloud users to migrate their VMs between cloud computing infrastructures. However, in other areas (e.g., IdAM; Big Data Analytics) these interfaces have not matured to the point that allows seamless migration from one cloud infrastructure provider to another.

A cloud infrastructure service provider provides a rich set of application programmer interfaces (APIs) to utilize their cloud infrastructure services. Each cloud service provider publishes an open API set to utilize its services (e.g., for an identity and access management services there would be APIs to create users; delete users; update user access privileges, and many other functions). The specific APIs are not standardized across COTS vendors; therefore separate software code must be developed to have applications that work with different cloud infrastructure providers.

The situation is analogous to the smart phone app market: Apple iPhone provides an API set that is different from the Android API set that is different from the Microsoft Phone API set. If an application developer wishes to operate in each of these smart phone environments, developers must develop three versions of their applications, each using the appropriate API set.

Risk:

DCGS-A has to develop and integrate multiple cloud interfaces to interoperate in the DoD/IC/Army cloud environments.

## 5.1.1.3  Potential Strategy: DoD and IC Partnership

DCGS-A software capabilities will have to reside on DoD (SIPR/NIPR) and IC (JWICS). Ideally, the DoD and IC should partner to provide the same COTS cloud infrastructure service provider across these networks to *maximize* DoD and IC interoperability and to *minimize* software development/integration/test efforts.

If the DoD and IC do not leverage the same commercial cloud infrastructure services. The DoD and IC should focus on commercial cloud service providers with very stable APIs and SDKs. The commercial cloud infrastructure service provider should have a demonstrated record "future

**Appx12249**

Protected Information and/or Legends Redacted

proofing" their software interfaces (e.g., a track record of upgrading and adding new capabilities without causing breakage with existing software developed on top of their infrastructure).

### 5.1.1.4 Potential Strategy: Software Engineering Best Practices

Software engineering best-practices should be utilized by the Army development community to isolate to the maximum extent possible the software logic that accesses the cloud service API(s). This would minimize the effort to transition to a different cloud service provider or to support multiple cloud infrastructure service providers.

### 5.1.2 Risk #2: Systems Integration

### 5.1.2.1 Overview

The DCGS-A Increment 2 implementation will consist of key COTS software elements but will also have major integration activities:

- Integration of the DIVA "Turn Key" Platform with the Cloud Infrastructure Services (e.g., computing services; data base services; and analytic engine services)
- Integration of the DCGS-A Enterprise Data Management Architecture. Leveraging the cloud infrastructure data services to establish the enterprise data backbone. Integrating the DIVA "Turn Key" Platform data integration services/data distribution services to extend the data architecture to regional/tactical nodes. Integration of DCGS-A data sources into this data management architecture.
- Integration of DoD/IC enterprise services (e.g., email; collaboration) and COTS collaboration tools.
- Integration of Specialized Intel Analyst tools (e.g., applications, analytics and fusion capabilities)
- Integration of DCGS-A into the Command Post Computing Environment

### 5.1.2.2 Issue: Acquisition and Systems Integration Approach

The proposed implementation approach has four key components: COTS cloud infrastructure service provider; COTS DIVA "Turn Key" platform; Specialized Intel Analyst applications; and Systems Integration.

Different acquisition models could be utilized to procure and integrate the DCGS-A Increment #2.

- Prime Contractor   A traditional prime contractor acquisition model could be utilized.  In this approach, the prime contractor would acquire and integrate all the components.  Potentially, this may lead to selection of sub-optimal COTS components.

Protected Information and/or Legends Redacted

- Lead Systems Integrator (LSI)    In this approach, an LSI would have the responsibility of integrating the various components and integration activities identified above.  Potentially, an LSI may not have the necessary technical expertise to integrate the software components.  An LSI could be a government-lead or a contractor-lead activity.

### 5.1.2.3  Potential Strategy: Phased Acquisition and Integration Approach

The acquisition approach could be structured in a phased manner.  Initially, the two foundation components (e.g., COTS cloud infrastructure services and COTS DIVA "Turn Key" Platform) could be procured.  Establish an integration effort to:  integrate the COTS DIVA "Turn Key" platform with the COTS cloud infrastructure services; and integrate the DCGS-A Enterprise data management architecture.  This would establish a baseline DCGS-A Increment #2 baseline – a core suite of applications and analytics functions; a new Data Management Architecture.

Secondly, establish a systems integration contract to address the other integration efforts (e.g., DoD/IC enterprise services and collaboration tools; COTS Intel Analyst applications and analytics; …)

### 5.1.2.4  Potential Strategy: Agile Development Approach

DCGS-A Increment 2 is instantiating a new technology foundation in Release I. Additionally, DCGS-A Increment 2 Release I needs to "re-factor" DCGS-A Increment 1 capabilities on this new technology foundation. The risk is two-fold – fixating on the technology infrastructure to the disadvantage of delivering end-user capabilities. The other risk is porting over *all* existing capabilities and legacy interfaces without careful consideration of the need to do so.

A key advantage of leveraging COTS cloud infrastructure services and a COTS DIVA platform is that doing so provides a significant amount of technical infrastructure *and* end-user capabilities. DCGS-A Increment 1 capabilities should be evaluated in terms of the proposed Increment 2 implementation approach to determine which, if any, come "free" with the DIVA approach and which others need to be ported. Detailed planning should emphasize maintaining existing capability in Release I while putting in the necessary foundation to allow for rapid introduction of new capabilities in Release II. By not porting legacy capabilities that already exist, it also may be possible to introduce *limited* new functionality in Release I.

Appx12251

Protected Information and/or Legends Redacted

## 5.2    Key Considerations

### 5.2.1    Consideration #1: Evaluation of COTS DIVA "Turn Key" Platform Functional and Architectural Considerations

#### 5.2.1.1    Overview

The  COTS DIVA "Turn Key" platforms will have similar functional capabilities. Key discriminators will be architectural considerations (extensibility; usability; reliability; scalability; and security); platform maturity; and enterprise management capabilities.

#### 5.2.1.2    Issue

An acquisition approach that inadequately considers these discriminators and consequently selects a COTS-based platform that has the necessary functional capabilities but does not have the technical architecture and/or product maturity to support future evolution.  It is very difficult to appropriately evaluate these architectural considerations from *solely* reviewing technical documentation.

#### 5.2.1.3    Potential Strategy: Challenge Based Acquisition

The acquisition strategy should incorporate a challenge-based acquisition approach to acquiring the COTS DIVA "Turn Key" Platform.  The product selection should be based on technical/laboratory/operational evaluations and product track record with other customers. A set of specific "challenges" should be established to evaluate the products in a realistic setting.

- Extensibility – Establish test cases that will require the vendor to demonstrate extensibility (e.g., incorporating new data sources; extending an application; …). Collect metrics related to time & effort to complete these challenges.

- Usability – Establish test cases that will require utilizing the vendor's product in a realistic operational setting solving real-world workflows. Establish test cases that will require performing administrative actions on the platform to assess ease of administration. Collect metrics related to time & effort to complete these challenges.

- Reliability -- Establish stress cases to collect statistics on reliability of the platform.

- Scalability – Establish test cases that will demonstrate the platform's ability to "scale-up" to a cloud environment.  Collect metrics related to how the platform scales within this environment.
  Also, establish test cases that will require the demonstration of the platform's ability to "scale-down" to a realistic tactical environment.  Collect metrics on the DIVA platform being utilized on small computing platform (e.g., laptop and mobile device). Collect metrics on the ability to replicate and synchronize data over a realistic tactical network (e.g., with limited bandwidth and intermittent connectivity).

- Security – Establish test cases that will demonstrate a platform's ability to do "fine-grained" security access, detect/report suspicious behavior, etc. Collect metrics related to any impacts on usability or system performance.

31

Protected Information and/or Legends Redacted



Appx12255

A2255

Protected Information
and/or Legends Redacted



As a system data architect, developer, and integrator, the contractor shall complete the design, development, integration, and test of the two (2) planned DCGS-A Increment 2 software baseline releases. Task orders will be issued against an IDIQ contract comprising of efforts associated with: Data Architecture Management, Visualization Framework, Data Integration, Data Fusion and Pattern Analysis, Intel Support to Cyber Operations, Counter Intelligence/Human Intelligence (HUMINT), Interoperability, Cloud Computing, Big Data Analytics, Intelligence Community Information Technology Enterprise (IC ITE) Joint Storefront Applications, Targeting, Signals Intelligence/NSA Network Operations, DCGS-A Integrated Backbone (DIB) Implementation, Weather Effects/Analysis, Full Motion Video/Static Imagery Intelligence, Geospatial Intelligence (Terrain and Mapping), Collection Management (Sensor Management), Workflow Management, Production Level 3 (PL3) Security Hardening, Ease of Use Initiatives, High/Ultra Reliability Program, Army/Joint Interoperability Certification, and Joint Interoperability Certification.



A2263

Protected Information
and/or Legends Redacted

## 5. Delivery or Performance Period Requirements

This acquisition is planned as a single award IDIQ contract with an ordering period of 72 months (with PARC approval to exceed the 5 year limit term as required by AFARS 5117.204(e)). Task Orders may be issued anytime within the 72-months. A 72 month ordering period of performance best supports the PM DCGS-A requirement to implement a two release strategy by establishing a 24-36 month performance timeframe better aligned with an agile acquisition approach. A 72 month ordering period enables PM DCGS-A to award timely orders and ensure that the emerging solutions keep pace with a continually changing COE. For example, because of the complexity of the acquisition requirements for this effort, software development cycles for design, development, test, and fielding required to keep current with emerging and prioritized operational requirements average two to three years. Limiting the contract to five years (vs. six years) does not allow for deployment support, engineering support, and resultant changes in the field as problems arise once production is enabled.

5

A2264

Protected Information and/or Legends Redacted



Based on the Market Research to date, a 72 month (with PARC approval to exceed six years, as required by AFARS 5117.204(e)) Engineering and Manufacturing Development (EMD) effort consisting of two releases will best serve the needs of the Government. Release 1 will consist of an upgraded Data Architecture with some usability enhancements. Due to available funding, all other capability would be carried forward from Increment 1. Release 2 will include several capability enhancements including improvements to Data Fusion & Pattern Analysis and the addition of a Cyber analytics capability (Intelligence Support to Cyber).

A2271

Protected Information
and/or Legends Redacted

CCAP-CCC

DETERMINATION & FINDINGS
For Authority to Use Cost-Plus-Fixed-Fee Contract

FINDING

1. The U.S. Army Contracting Command, Aberdeen Proving Ground, Maryland plans to procure support functions for the Distributed Common Ground System-Army (DCGS-A) Increment 2 program under a six (6) year Indefinite Delivery Indefinite Quantity (IDIQ) CPFF basis. The DCGS-A is the Army's primary system for posting of data, processing of information, and disseminating intelligence, Surveillance and Reconnaissance information about the threat, weather, and terrain to all components and echelons. Increment 2 will provide additional capabilities to enhance the Intelligence processing and fusion capabilities across Intelligence domains (Imagery, Human Domain, Weather, etc.) to assist the operational Commanders' access to information. The proposed action is to acquire Engineering, Manufacturing and Development services in support of the Project Manager for DCGS-A (PM DCGS-A).

2. The use of a CPFF type contract is determined to be the most appropriate method of acquisition for this IDIQ acquisition. CPFF is intended to be used for the associated efforts required by the Contractor to provide ongoing and undefined systems support as there is a reasonable degree of uncertainty in contract performance and cannot be estimated with sufficient accuracy to use fixed price contracts. Pursuant to FAR 16.302-2, a cost type contract was selected due to the reasonable degree of uncertainty in contract performance and the services to be procured cannot be estimated with sufficient accuracy to use fixed price contracts. In accordance with FAR 16.306, a CPFF contract is suitable for us when (1) the contract is for the performance of research or preliminary exploration or study and the level of effort required is unknown or (2) the contract is for the development and test, and using a cost plus incentive contract is not practical. A cost plus incentive fee is not applicable to certain services, as depicted in the first paragraph, because the services acquired will not result in improved delivery or technical performance by relating the amount of fee payable under the contract to the Contractor's performance.

3. The Government will minimize the risk associated with the use of a cost reimbursement type contract by taking the following proactive measures:

   a. The Contracting Officer's Representative (COR) shall provide surveillance on the technical performance for this effort, and report their findings and any anomalies to the PCO.
   b. The COR and the Contract Specialist shall conduct a thorough analysis of the weekly and monthly CDRL reports that will ensure that the Contractor is performing this effort in accordance with the Performance Work Statement and cost, performance, and schedule parameters.

DETERMINATION

On the basis of the above findings, I hereby determine that no other contract type other than a CPFF contract is suitable for the acquisition of the services depicted above, pursuant to Federal Acquisition Regulation (FAR) Subpart 16.301 and 16.306.

FISHER.CHRISTOPHER.M.1387943605
Digitally signed by FISHER.CHRISTOPHER.M.1387943605
Date: 2015.12.10 15:53:26 -05'00'

Date: 10 December 2015

Chris Fisher
Procuring Contracting Officer

A2297
Protected Information and/or Legends Redacted

DETERMINATION & FINDINGS
FOR
Award of a Single Source Indefinite-Delivery Indefinite-Quantity (IDIQ) Single Award
Contract Exceeding $103M for Distributed Common Ground System (DCGS)-Army
Increment 2, Engineering Manufacturing and Development IAW DFARS
216.504(c)(1)(ii)(D)(i)

## FINDINGS

1. Title10 United States Code (U.S.C.), Section 2304a(d)(3), as implemented by
   Federal Acquisition Regulation (FAR) 16.504(c)(1)(ii)(D)(1), prohibits award of a
   Task Order or Delivery Order contract that exceeds $103 million (M) to a single
   source, unless the head of the agency determines in writing that the contract
   meets one (1) of four (4) exceptions listed. Pursuant to Defense Federal
   Acquisition Regulation Supplement (DFARS) 216.504(c)(1)(ii)(D)(i), the authority
   to make the determination shall not be delegated below the level of the Senior
   Procurement Executive.

2. The statute provides an exception under Title 10, U.S.C., Section 2304a(d)(3)(A),
   as implemented by FAR 16.504(c)(1)(ii)(D)(1)(i), to the prohibition against award
   of a single source task or delivery order contract, where the task orders and
   delivery orders expected under the contract are so integrally related that only a
   single source can reasonably perform the work.

3. The Army Contracting Command - Aberdeen Proving Ground (ACC-APG)
   proposes to award a single source IDIQ contract under FAR Part 16 that will
   enable ordering cost reimbursement, cost plus incentive fee, firm fixed price and
   fixed price incentive fee task orders or delivery orders as necessary. An
   indefinite delivery contract may be used to acquire supplies and/or services when
   the exact times and/or exact quantities of future deliveries are not known at the
   time of contract award and it is inadvisable for the Government to commit itself
   for more than a minimum quantity. The DCGS-A Increment 2 will consist of
   multiple software releases, through different Task Order solicitations, to establish
   DCGS-A Increment 2 Requirements Definition Package requirements, and an
   IDIQ is the most appropriate contract vehicle for this type of work. The proposed
   IDIQ contract will be subject to full and open competition, with an estimated total
   ordering value of $205.9M. The IDIQ shall support a six year period of
   performance to acquire all supplies, hardware, or services associated with
   DCGS-A's Increment 2 Engineering, Manufacturing, and Development (EMD)
   requirements (the DCGS-A Information System Capabilities Development
   Document (IS CDD) approved by the Joint Requirements Oversight Council
   (JROC) on 6 July 2015). The DCGS-A Increment 2 contract initiative is
   comprised of system and software engineering, product design, development,

1

A2298
Protected Information
and/or Legends Redacted

integration, testing, and limited deployment support services to include software maintenance, configuration management, risk management, and quality assurance. As a system data architect, developer, and integrator, the contractor shall complete the design, development, integration and test of two (planned) software baseline releases.

4. DCGS-A Increment 2 is heavily focused on design and development of a new data management architecture by a contractor as the systems integrator. The software development, integration, and testing activities are coupled to an evolutionary design planning, coding, integrating, and testing release process to build the software functionality and capabilities rapidly and to re-host Increment 1 fielded capabilities. Development of the data integration layer is pivotal and complicated by multiple interfaces and interoperability requirements with external intelligence systems. This complexity adds to the criticality for a single software developer/integrator to ensure timely workflow completion. The data integration layer requires unified systems engineering and agile software development activities by a single contractor. Ad hoc or independently developed software activities cause technical risks, concerns and significant schedule risk and cost uncertainty given the software release build strategy and plan. As stated, the security and quality of the software development and integration requires inherently tight control and stable managed processes. To separate the systems engineering, software development, and integration activities would only undermine the cohesive development of a new data management and software architecture. For these reasons, the task or delivery orders expected under the contract are so integrally related that only a single source can reasonably perform the work.

5. The DCGS-A program was created in response to the Department of Defense (DoD) Distributed Common Ground/Surface System Mission Area Initial Capabilities Document (MA ICD) dated 13 August 2004, which captured the overarching requirements for an ISR Family of Systems (FoS). That ICD was updated as the Distributed Common Ground/Surface System (DCG/SS) Enterprise ICD, and approved by the JROC on 27 February 2009. The JROC approved the DCGS-A Operational Requirements Document (ORD) on 9 July 2004. Later, that document was converted to the DCGS-A Capabilities Development Document (CDD), and approved by the JROC on 31 October 2005. The 2005 CDD was later converted into an Information System Capabilities Development Document (IS CDD) and was approved by the JROC on 6 July 2015.

6. A detailed lifecycle cost modeling was performed as part of the formal milestone review process. A significant component of the DCGS-A Increment 2 acquisition approach is the ability to grow system capability over time through a series of

software releases and hardware modernizations/refresh cycles to meet DCGS-A Increment 2 Requirements Definition Package (RDP) requirements. A multiple award IDIQ contract is not feasible for the following reasons, which support a competitive award resulting in a single-source IDIQ because the task or delivery orders expected under that IDIQ are so integrally related that only a single source can reasonably perform the work:

a. Impact to Performance:
- Use of a single-source IDIQ contract provides the Government with the most effective way to satisfy mission requirements to acquire hardware and services for system requirements yet defined along with providing flexibility in both quantities and delivery schedule.

- In order to ensure strong coordination during engineering and software support, it is critical that a single prime contractor be responsible for the effort. A multiple-award approach increases risk to the contractor, as well as the program, due to the splitting of developmental work of a highly complex nature.

- The software to be developed must be integrated and managed as a single system with unified software configuration management, interoperability, and backwards compatibility.

- A multiple-award approach would put undue burden on the Government to integrate deliverables from multiple contractors into a seamless unified system.

- A single-award contract simplifies management and oversight by enabling the Government to make a single contractor responsible for the overall software quality and performance of the delivered system.

b. Impact to Schedule:
- Competition at the order level would disrupt development, increase cost, compound integration challenges, and increase the Government's oversight burden.

- Additional process, cycle time, and quality complications would occur with multiple contractors providing the software maintenance and support.

- A single award vendor performing as system data architect, developer, and integrator would provide benefits that include cycle time reductions facilitated by the use of unified common processes for the Increment 2 work.

3

   c. Impact to Cost:

- A multiple-award approach would add future cost through increased complexity, integration cost, software maintenance, sustainment, and program management costs.

- A multiple-award approach would put undue burden on the Government to maintain configuration management, identify system interoperability gaps, and synchronize backwards compatibility while integrating multiple software modules. This would add development costs, integration complexity, future software maintenance costs, and sustainment costs.

- Receiving deliverables from multiple contractors would result in substantially more duplicative cost with less benefit.

7. Market research was accomplished in accordance with the procedures delineated in FAR Part 10, DFARS Part 210, and Army Federal Acquisition Regulation Supplement (AFARS) Part 5110. The DCGS-A Increment 2 Integrated Product Team (IPT) established a detailed schedule to guide research and contract planning activities. PM-DCGS-A released three Federal Business Opportunities (FBO) Request for Information (RFI) announcements. The RFIs were to canvas the market and determine the availability of commercial/non-developmental items/services available for satisfying PM DCGS-A's Increment 2 requirements. In all, 84 different organizations, including 45 large businesses, 35 small businesses, three (3) non-profit organizations, and one (1) Federally Funded Research and Development Center responded to the FBO RFI announcements.

**Request for Information Efforts:**

- RFI 1 – 13 Aug 2014 – 12 Sep 2014: conducted to assess the level of relevant competition and capabilities in the market place and elicit industry feedback to assist the program office in developing an acquisition plan.

- RFI 2 – 5 Dec 2014 – 29 Dec 2014: issued to determine ability of individual companies to act as the prime contractor for the DCGS-A development effort.

- RFI 3 – 6 May 2015 – 22 May 2015: released to determine if the FAR 19.502 small business rule of two exists, and if a small business set-aside is appropriate.

**Industry Day Efforts:**

- Industry Day 1 – 20 Jan 2015: provided a forum to share emerging

requirements with Industry.

- Industry One-on-Ones – 20 Jan 2015 - 12 May 2015: provided a forum to answer Industry's questions and elicit feedback regarding elements of Increment 2's acquisition strategy and acquisition plan.

- Industry Day 2 – 25 Jun 2015: provided an opportunity to discuss the draft Increment 2 requirements with industry.

Market research verified that Industry as a whole is able and interested in supporting this requirement. Competition is expected as sources cited applicable experiences and competencies associated with the type of support required. Besides competencies, industry sources offered helpful acquisition strategy input, explicitly expressing the use of multiple software releases and signifying the significance of the use of DCGS-A Increment 1 Government Furnished Information (GFI) to leverage current DCGS-A capabilities. Additionally, the release of DCGS-A Increment 1 GFI promotes full & open competition, avoiding the preclusion of other sources and limiting unduly restrictive requirements that otherwise may have been present with consideration of current DCGS-A industry partner's working knowledge of the program. Technical/programmatic analysis of the market research indicates that a full and open competition resulting in a single award IDIQ contract is the most advantageous method for satisfying this requirement.

8. Based on the above analysis, issuing a single award IDIQ contract will mitigate many of the risks identified herein and is in the best interest of the Government. Due to the complex developmental efforts this work entails, further competition at the task order level would interrupt development, ultimately increase price, and cause schedule slippages. A multiple award IDIQ contract is not feasible, since a single source is necessary to maintain software configuration management, system interoperability, and backwards compatibility until the software development is completed and a mature baseline release is delivered to the Government. The FAR exception authorizing award of a single task or delivery order contract over $103M where the task or delivery orders are so integrally related that only a single source can reasonably perform the work is applicable to the DCGS-A Increment 2 EMD contract requirements. This contracting strategy provides for full and open competition of the single award, while mitigating risk to the performance, schedule, and cost of the program.

**Reviews:** I have reviewed the D&F for Award of a Single Source Indefinite-Delivery Indefinite-Quantity (IDIQ) Single Award Contract Exceeding $103M for Distributed Common Ground System-Army Increment 2, Engineering Manufacturing and Development and find it adequate to support the findings as stated.

Contracting Officer: _____     _____
                     Chris M. Fisher, PCO            22 Sep 2015
                                                     Date Signed

Legal Office: _____     _____
              David R. White, Legal Counsel  22 September 2015
                                             Date Signed

COCO: _____     _____
      Gregory L. Davies, COCO        9/22/2015
                                     Date Signed

Principal Assistant:    _____     _____
Responsible for         Bryon J. Young, PARC           9/23/2015
Contracting                                            Date Signed

6

## DETERMINATION

Based on the foregoing findings, I hereby determine pursuant to Title 10 United States Code, Section 2304a(d)(3)(A), as implemented by Federal Acquisition Regulation 16.504(c)(1)(ii)(D)(1)(i), that a single-source task or delivery order contract estimated to exceed $103 million for the Distributed Common Ground System-Army, Increment 2, Engineering Manufacturing and Development contract is authorized because the task or delivery orders expected under the contract are so integrally related that only a single source can reasonably perform the work.

21 OCT 15
_____
Date

_____
Heidi Shyu
Senior Procurement Executive

7

MEMORANDUM FOR RECORD

SUBJECT: Principal Assistant Responsible for Contracting (PARC) Approval to Award a New Contract Beyond the Five Year Regulatory Limit for Distributed Common Ground System – Army Increment 2, Engineering, Manufacturing and Development (DCGS-A Inc 2 EMD)

1. PURPOSE: In accordance with the Army Federal Acquisition Regulation Supplement (AFARS) 5117.204(e), approval is granted by the PARC of the Army Contracting Command – Aberdeen Proving Ground (ACC-APG) to use a six (6) year ordering period, which extends the DCGS-A Inc 2 EMD single award indefinite-delivery indefinite-quantity (IDIQ) contract vehicle beyond the five-year regulatory limit per DFAR 217.204(c)(i).

2. DISCUSSION: Program Executive Office Intelligence Electronic Warfare & Sensors (PEO IEW&S), Project Manager Distributed Common Ground System – Army  (PM DCGS-A) has a requirement to procure Engineering, Manufacturing, and Development (EMD) for development of data management architecture, integration, documentation, test, and sustainment of DCGS-A Increment 2 capabilities.  This includes standards based enhanced visualization and analytical tools, and "big data" analytic capabilities, cyber analytics and data integration, Intelligence Support to Cyber Operations, Interoperability, Counter Intelligence/Human Intelligence (HUMINT), Geospatial Intelligence (GEOINT), and Sensor Management. The Contracting Officer proposes to award to a single offeror that provides the best value to the Government for a single award IDIQ contract. The anticipated ordering period is 72 months.

3. JUSTIFICATION:

   a. An Engineering, Manufacturing, and Development (EMD) effort consisting of two releases will best serve the needs of the Government. Release 1 will consist of an upgraded Data Architecture, a CI/HUMINT Single Software Baseline, and some usability enhancements. Due to available funding, all other capabilities will be carried forward from Increment 1. Release 2 will include several capability enhancements including improvements to Data Fusion & Pattern Analysis and the addition of a Cyber analytics capability (Intelligence Support to Cyber). The software baseline will be updated and fielded every 24-36 months to address emerging and prioritized operational requirements as approved by the Army Requirements Oversight Council (AROC) Process Review Board (APRB). Phasing will allow for alignment of the releases with the technological readiness of targeted enhancements and will support low-risk development and test cycle times in accordance with an agile acquisition approach. By utilizing an agile acquisition approach, the Government will reduce schedule risk. After both releases are accomplished, PM DCGS-A also plans to award an additional TO for deployment, engineering, and fielding support.

**A2305**

Protected Information and/or Legends Redacted








PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

# PM DCGS-A Increment 2
# Technical Deep Dive
## for
## Mr. Pino

**7 Oct 15**

COL Robert M. Collins| Project Manager, DCGS-A | COM: 443-861-2442 | DSN: 848-2442 | robert.m.collins4.mil@mail.mil

LTC Laura N. Poston | PdM, DCGS-A | COM: 443-861-2580 | DSN: 861-2580 | laura.n.poston.mil@mail.mil

**Appx12307**

**A2307**

Protected Information
and/or Legends Redacted

# Tailored Acquisition Strategy



- Contracting vehicle is a full & open competitively awarded contract
- <u>Single Award IDIQ</u> contract for the software development, integration, and test
  - 72 month IDIQ Indefinite Delivery Indefinite Quantity base contract with the concurrent award of Task Order 0001 as a Cost Plus Incentive Fee (CPIF) contract type
  - IDIQ contract vehicle allows flexibility for funding adjustments, evolving IC ITE standards, and capability priority adjustments
- The foundational elements are "Data Integration and Analytics" & "Visualization"
  - Focusing on modernized Data Integration architecture enables <u>greater flexibility</u> and growth to meet evolving needs and scalable across echelons
  - Single award for data and analytical layer reduces "integration" risk
- Government oversight and testing conducted with Government Acceptance Testing, Developmental Test (DT), and Operational Testing (OT)
- Sustainment Approach leverages common hardware and field support structure
- Knowledge point (20 months after award) identified to leverage Inc 2 IDIQ, other existing contract, or selectively complete new contract for Release 2

Protected Information
and/or Legends Redacted

# Increment 2 Capability Blocks






**Data Analytics Platform (Fusion)**

**Software & Services**

## Visualization Framework

| | | |
|---|---|---|
| Imagery and Motion Imagery | Targeting | Information Collection |
| Weather | Geospatial | Workflow Management |
| Signals Intelligence | Counter-Intelligence & Human Domain | Cyber Operations |

## Data Integration Layer

Data Access Layer

| Entity | Report | Sensor | Binary | CYBER (INGEST) |
|---|---|---|---|---|

Operating Systems / Infrastructure

Servers, Network, Storage, etc.

**Interoperability**

COTS Solutions Exist for these Segments

COTS Solutions Can meet a portion of these Segments

No COTS Solutions Exist for these Segments

**A2322**

Protected Information and/or Legends Redacted

**Appx12322**



# DCGS A
## Distributed Common Ground System - Army



PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

## DCGS-A INC 2 Acquisition Contract Strategy Review to PEO Management Council

### 15 May 2015

COL Robert M. Collins| Project Manager, DCGS-A | COM: 443-861-2442 | DSN: 848-2442 | Fax 443-861-2466 | robert.m.collins4.mil@mail.mil

LTC Laura N. Poston| Product Manager, INC 2 | COM: 443-861-2580 | DSN: 861-2580 | laura.n.poston.mil@mail.mil

**A2326**

Appx12326

Protected Information
and/or Legends Redacted




# Market Research Results

**RFI 1 (August 2014 – November 2014)**

- Elicited Acquisition Strategy input from Industry

- Results support use of contractor as systems Integrator

- Most respondents provided additional information about previous software development experience and corporate capabilities

**RFI 2 (December 2014 – April 2015)**

- Focused on measuring Industry experience in developing relevant capabilities, with particular attention to Small Business responses

- Combination of capability focused questions and cross-referencing government POCs provided a more accurate capability assessment

**Industry One-on-Ones (January 2015 – May 2015)**

- Served as alternate venue for companies to explain their capabilities

- Provided additional feedback on Acquisition Strategy

  – GFE and GFI: Participants recommend Inc 2 leverage investments made in Inc 1

  – Data Architecture: Participants recommend an Acquisition Strategy that incorporates an open data architecture and separates Data Architecture development from Application development

*PPBE DOCUMENT – PREDECISIONAL – FOR OFFICIAL USE ONLY – CLOSE HOLD FOR INTERNAL ARMY USE ONLY*



A2329

Appx12329

Protected Information and/or Legends Redacted



# Potential Task Orders by Capability



| Capability | Contract Type | Discriminating Factors |
|---|---|---|
| **Data Integration Layer:** Single Task Order | CPIF<br>CPFF<br>FFP | • Schedule and performance could be incentivized<br>• Critical capability (Foundation of Inc 2 Baseline)<br>• Data requirements well defined for some portions |
| **Data Analytics Platform (Fusion):** Single Task Order | CPIF<br>CPFF | • Data requirements not well defined<br>• Schedule and performance could be incentivized<br>• Critical capability (Impacts KPP) |
| **Interoperability:** Multiple Task Orders | CPIF<br>CPFF<br>FFP | • Data requirements well defined in the SV – 6<br>• Critical capability (KPP)<br>• Schedule and performance could be incentivized |
| **Cyber Operations:** Multiple Task Orders | CPFF<br>CPIF | • Data requirements not well defined<br>• Performance measures can be identified and incentivized<br>• Possible to grow capability in future releases |
| **Visualization Framework:** Multiple Task Orders | CPIF<br>CPFF<br>FFP | • Commercial Solutions exist for some requirements<br>• Schedule and performance could be incentivized<br>• Impacts usability KSA and will standardize user experience |
| **CI/HUMINT:** Single Task Order | CPIF | • Solution will be built from scratch<br>• Performance could be incentivized<br>• Possible to grow capability in future releases |

*PPBE DOCUMENT – PREDECISIONAL – FOR OFFICIAL USE ONLY – CLOSE HOLD*
*FOR INTERNAL ARMY USE ONLY*

ARMY STRONG.

A2342

Appx12342

Protected Information
and/or Legends Redacted



# Contract Type Comparison



| Capability | Is requirement well defined? (FFP) | Is the capability critical enough that quality should not be traded for cost savings? (CPFF) | Can an objective relationship be established between a fee and measures of performance ie cost savings, delivery dates, or performance benchmarks? (CPIF) | Would it be feasible and beneficial to incentivize a continued performance period? |
|---|---|---|---|---|
| Data Integration Layer | Data requirements are well defined for some portions | Foundation for Inc 2 baseline | Schedule critical | Pending no change in compliance standards, development will be one time effort |
| Data Analytics Platform (Fusion) | Fusion is well defined, approach to data analytics is still undefined | Impacts KPP | Schedule critical | It is possible to continue to grow capability in future releases |
| Interoperability | Defined in the SV-6 | Net ready is a KPP | Schedule critical | Pending no change in compliance standards, development will be one time effort |
| Cyber Operations | Cyber role is still not completely defined; Cyber Ops tool will have to be developed | KSA that does not exist in Inc 1 | Performance measures can be identified (# of requirements met) | It is possible to continue to grow capability in future releases |
| Visualization Framework | Commercial solutions exist for some requirements | Impacts usability KSA and will standardize user experience | Schedule critical; Must finalize visualization framework before integrating additional apps | It is possible to continue to grow capability in future releases |
| CI/HUMINT | Application will be built from scratch | Not KPP or KSA, Material solution part of Inc 1 baseline | Performance measures can be identified (number of requirements met) | It is possible to continue to grow capability in future releases |

- CI/HUMINT – Cyber Intelligence/Human Intelligence
- CPFF – Cost-Plus-Fixed-Fee
- CPIF – Cost-Plus-Incentive-Fee
- FFP – Firm-Fixed-Price
- KPP – Key Performance Parameter
- KSA – Key System Attribute
- SV-6 – System View 6

| Yes | |
|---|---|
| Partial | |
| No | |

– FOR OFFICIAL USE ONLY – CLOSE HOLD

18

ARMY STRONG.

FOR INTERNAL ARMY USE ONLY

A2343

Protected Information and/or Legends Redacted



# Acquisition Strategy Options



## 1. Today





## 2. Fixed & Tactical Contracts



## 3. Data & System Int. Contracts



## 4. Industry LSI



***PPBE DOCUMENT – PREDECISIONAL – FOR OFFICIAL USE ONLY – CLOSE HOLD***
***FOR INTERNAL ARMY USE ONLY***

ARMY STRONG.

A2347

**Appx12347**

Protected Information
and/or Legends Redacted



# 1. Today: Government LSI





Gov't LSI

Industry Application Vendor

<u>Pro:</u>
- Supports competition at the subcomponent level but result in significant administrative burden
- Maximizes government flexibility and supports IT Box model
- Leverages current competencies/processes/government investments
- Less overhead costs (contractor overhead/management)
- Limits proprietary end products and increases government insight into development progress
- Most responsive to changing requirements/promotes agile development process
- Reduces risk of Intellectual Property conflicts

<u>Con:</u>
- Performance/Cost/Schedule risk on Government Integrator
- Limits full and open competition opportunities
- Potential for misaligned period of performance on contracts
- Challenge associated with Government management of multiple tasks/contracts
- Turnover of key personnel after individual task orders end
- Potential integration process limitations under current environment
- Significant risk due to second/third order affects of changes on one task order to the work being executed on other task orders

ARMY STRONG.

**Appx12348**

A2348

Protected Information
and/or Legends Redacted

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this <u>11th</u> day of August, <u>2017</u>, a copy of the foregoing Joint Appendix was filed electronically.

<u>X</u> This filing was served electronically to all parties by operation of the Court's electronic filing system.

<u>/s/</u>Domenique Kirchner