UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PALANTIR USG, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in case no. 16-cv-00784C, Judge Horn

JOINT APPENDIX

Volume II

Pages Appx12363 – Appx20104

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

DOUGLAS K. MICKLE
Assistant Director

DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-1111
Fax: (202) 514-8624

August 11, 2017

Attorneys for Defendant-Appellant

**PALANTIR USG, INC.**

v.

**UNITED STATES**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**CASE NO. 17-1465**

**NONCONFIDENTIAL JOINT APPENDIX TABLE OF CONTENTS[1]**

| I. Docket Entries – Court of Federal Claims No. 16-784C | | |
|---|---|---|
| **Document** | **ECF No.** | **Appendix Page(s)** |
| Court of Federal Claims Revised Protective Order | | |
| Redacted Opinion (November 9, 2016) | 113 | Appx1-104 |
| Judgment (November 10, 2016) | 114 | Appx105 |
| Docket Sheet – Court of Federal Claims | | Appx106-119 |
| Complaint (June 30, 2016) | 1 | Appx120-202 |
| Palantir MJAR (July 27, 2016) | 37 | Appx448, Appx 484 |
| Court Hearing Transcript (September 15, 2016) | | Appx750, Appx795-796 |
| Joint Stipulations of Facts (April 24, 2017) | 125 | Appx816 |
| Government's Cross-Motion JOAR (July 17, 2016) | 19 | Appx861, Appx898-909 |
| Defendant's Response to September 16, 2016 Court Order (September 21, 2016) | 92 | Appx958-962 |
| Defendant's Response to September 16, 2016 Court Order (September 21, 2016) | 91 | Appx 969 Appx974 |

---

[1] The Confidential Joint Appendix contains material subject to a Court of Federal Claims Protective Order. A copy of this Protective Order is included immediately following the Table of Contents. This protected material includes source selection sensitive information of the Department of the Army; information that poses operational security concerns, including identify of particular military personnel or units involved; information marked as confidential by potential offerors; information marked with the dissemination control "For Official Use Only" (FOUO), and other documents covered by the Court of Federal Claims protective order that have not been released to the public.

The U.S. Court of Federal Claims's public opinion is at Appx1-104. The U.S. Court of Federal Claims's sealed opinion is at Appx20001-20104. Citations in the briefs are to the public version.

**NONCONFIDENTIAL VERSION**

| II. Administrative Record – Court of Federal Claims No. 16-784C | | |
|---|---|---|
| Document | AR Tab | Appendix Page(s) |
| Agency Report (AR) Tab A - Contracting Officer's Statement/Legal Analysis (March 21, 2016) | 1 | Appx10001-52 |
| AR Tab B - Declaration of Stephen Morton (March 17, 2016) | 2 | Appx10056-57 |
| AR Tab C - Declaration of Christopher Fisher (March 16, 2016) | 3 | Appx10058-60 |
| AR Tab E - Approved Recommendation for a change to DCGS-A Increment 1 Acquisition Strategy (December 4, 2014) | 5 | Appx10091-92 |
| AR Tab F - Acquisition Strategy Report DCGS-A Increment 2 | 6 | Appx10093 Appx10107 Appx10125 |
| AR Tab H - DCGS-A Inc 2 Incentive Fee Contract Type D&F (December 14, 2015) | 8 | Appx10150-153 |
| AR Tab J - DCGS-A COTS Software List- DCGS-A Increment 1 | 10 | Appx10243-250 |
| AR Tab K - DCGS-A IS CDD | 11 | Appx10251 Appx10270 |
| AR Tab M - DCGS-A Inc 2 Draft Base PWS (July 15, 2015) | 13 | Appx10410 Appx10418-19 Appx10464 |
| AR Tab N - DCGS-A Inc 2 Draft TO 0001 | 14 | Appx10539, Appx10594 |
| AR Tab O - DCGS-A (Palantir) Draft TO 0001 Response | 15 | Appx10687 Appx10690 Appx10693-94 Appx10698.1 |
| AR Tab R - DCGS-A Inc 2 Palantir Section L&M White Paper | 18 | Appx10707-13 |
| AR Tab S - DCGS-A Inc 2 DRAFT RFP W56KGY-16-R-0001 | 19 | Appx10719 Appx10819-41 |
| AR Tab T - DCGS-A Inc 2 W56KGY-16-R-0001 RFP (December 23, 2105) | 20 | Appx10842-43 Appx10880 Appx10909 Appx10960 Appx10968-69 |

**NONCONFIDENTIAL VERSION**

| | | |
|---|---|---|
| AR Tab V - Solicitation attachment 0001 Performance Work Statement Distributed Common Ground System - Army Inc 2 (December 18, 2015) | 22 | Appx11042 Appx11051-53 Appx11072-73 Appx11075 Appx11081 Appx11101 Appx11123-39 |
| AR Tab W - Solicitation attachment 0003 Performance Based Specification | 23 | Appx11229 |
| AR Tab X - Solicitation attachment 0010 DCGS-A Increment 2 Task Order 0001 (Includes PWS) | 24 | Appx11294-Appx11385 |
| AR Tab AB - DCGS-A Inc 2 RFP Amendment 0003 (Conformed Copy) (0001 thru 0003) (December 23, 2015) | 28 | Appx11479 Appx11599 |
| AR Tab AD - DCGS-A Inc 2 Industry day 1 Brief Part Two | 30 | Appx11661 Appx11686 Appx11688 |
| AR Tab AG - DCGS-A Inc 2 Market Research Report (Approved) (July 13, 2015) | 33 | Appx11792-Appx11841 |
| AR Tab AH - DCGS-A Inc 2 RFI One-On-One Response Analysis (December 2014) | 34 | Appx11844-Appx11874 |
| AR Tab AI - DCGS-A Inc 2 RFI # 1 | 35 | Appx11876-Appx11881 |
| AR Tab AJ - Palantir DCGS-A Inc 2 RFI # 1 Response | 36 | Appx11882-11899 |
| AR Tab AK - DCGS-A Inc 2 RFI # 2 | 37 | Appx11900-07 |
| AR Tab AL - Palantir DCGS-A Inc 2 RFI # 2 Response | 38 | Appx11908-11 |
| AR Tab AM - DCGS-A Inc 2 RFI # 3 | 39 | Appx11912-11917 |
| AR Tab AN - Palantir DCGS-A Inc 2 RFI # 3 Response | 40 | Appx11918-11922 |
| AR Tab AO - DCGS-A Inc 2 DIVA Study Findings Brief AAE to DAE | 41 | Appx11923-11928 |
| AR Tab AP - DCGS-A Inc 2 Trade Space Analysis (July 2015) | 42 | Appx11929-12114 |
| AR Tab AQ - DIVA Independent Market Study -- FINAL Report V1 1 (July 2014) | 43 | Appx12218-12252 |
| AR Tab AR - DCGS-A INC 2 Acquisition Plan 9 December v2 approved | 44 | Appx12255, Appx12263-64 Appx12271 |
| AR Tab AS - DCGS-A Inc 2  D&F for CPFF Contract Type (December 10, 2015) | 45 | Appx12297 |
| AR Tab AT - D&F (DCGS-A Inc 2) Single Award | 46 | Appx12298-12304 |

**NONCONFIDENTIAL VERSION**

| | | |
|---|---|---|
| IDIQ Final (October 21, 2015) | | |
| AR Tab AU - DCGS-A Inc. 2 D&F Exceed 5 Year POP (December 15, 2015) | 47 | Appx12305 |
| AR Tab AV - DCGS- Increment 2 Technical Deep Dive with Mr. Pino (October 7, 2015) | 48 | Appx12307 Appx12312 Appx12322 |
| AR Tab AW - DCGS-A Inc 2 Contract Strategy Review to PEO Management Council (May 15, 2015) | 49 | Appx12326, Appx12329, Appx12342-48 |
| AR Tab AX - DCGS-A Inc 2 Information Paper Inc 2 Key Objectives and Approach | 50 | Appx12363-66 |
| AR Tab AZ - DCGS-A Inc 2 D&F for Government Furnished Property (November 25, 2015) | 52 | Appx12369 |
| AR Tab BL - DCGS-A Inc 2 DIVA Market Study Criteria | 64 | Appx12633-34 |
| AR Tab BN - DCGS-A Inc 2 RFI Press Release (December 5, 2014) | 66 | Appx12641 |
| AR Tab BY - DCGS-A Increment 1 Acquisition Strategy (April 2013) | 77 | Appx13096 Appx13104 |
| AR Tab CP - DAB Action Memo (December 16, 2015) | 94 | Appx14244-46 |
| AR Tab DJ - Industry Responses to RFI_ALL (December 29, 2014) | 114 | Appx14611-12, Appx14804-07, Appx15197, Appx15318, Appx15455-60, Appx15464, Appx15589, Appx15595, Appx15766 |
| Protest of Palantir Hearing Transcript dated (April 26, 2016) | 121 | Appx16253-16459 |
| PALANTIR USG INC PUBLIC DECISION issued on (May 25, 2016) | 122 | Appx16560-66 |
| Determination of Non-Commercial Item (July 1, 2016) | 134 | Appx16626-27 |
| GAO Protest No. B-412746 Exhibit 1 – Email (Feb. 3, 2016) | 135 | Appx16629 |
| GAO Protest No. B-412746 Exhibit 2 – SASCA-02-002-IFG, Information from U.S. Army to Senator Thomas Cotton (Apr. 14, 2015) | 136 | Appx16631 |
| GAO Protest No. B-412746 Exhibit 3 – Operational Needs Statement (Feb. 9, 2015) | 137 | Appx16633-40 |
| GAO Protest No. B-412746 Exhibit 4 – Operational Needs Statement (Dec. 8, 2014) | 138 | Appx16642-46 |

**NONCONFIDENTIAL VERSION**

| | | |
|---|---|---|
| GAO Protest No. B-412746 Exhibit 5 – Operational Needs Statement (Sept. 20, 2014) | 139 | Appx16648-52 |
| GAO Protest No. B-412746 Exhibit 6 – Memorandum (Oct. 17, 2012) | 140 | Appx16654, Appx16658, Appx16719 |
| Industry Day Slide COL_Collins_2014 | 148 | Appx16797, Appx16802-03 |
| Signed Palantir Letter w encls 25 Sept 2014 | 149 | Appx16807-09 |
| EX. 23- 2015 DOTE Annual Report | 151 | Appx17226, Appx17268, Appx17357 |
| Army testing and Evaluation Command Palantir Operational Assessment Report (April 2012) | 153 | Appx17701, Appx17708 |
| Email from Rachael Phillips ordering April 25, 2012 ATEC report to be rescinded and destroyed | 154 | Appx17752 |
| Army testing and Evaluation Command Palantir Operational Assessment Report (May 2012) | 155 | Appx17754, Appx17761-62 |
| Palantir Platform Information Brief (July 2013) | 156 | Appx17805-06, Appx17851 |
| GAO 2013 Report on Distributed Common Ground System | 157 | Appx17863, Appx17874, Appx17878-79 Appx17885-89 |
| Virginia Contracting Activity (Defense Intelligence Agency), Contract No. HHM402-14-A-0005 (22 Sep 2014) | 164 | Appx18137, Appx18151, Appx18153 |
| September 2014, CPARS Review Army Research Laboratory Contract No. W911QX12F0022 | 165 | Appx18183-84 |
| SOCOM - Bridge to DCGS SOF Contract - PO (29 May 2016) | 167 | Appx18247, Appx18270-71 |
| Email of Mr. Philippone to LTG Williamson (October 7, 2015) | 168 | Appx18312 |
| Email of COL Collins to LTG Williamson and Mr. Kreider (November 4, 2015) | 169 | Appx18327, Appx18329-30 |
| Email of COL Dills to LTG Williamson (November 6, 2015) | 173 | Appx18360, Appx18362-64 |
| Expert Report of Mr. Choung (August 5, 2016) | 177 | Appx18391-18428 |
| Supplemental Expert Report of Mr. Choung (September 7, 2016) | 178 | Appx18441, Appx18450, Appx18452-72 |
| Corrected Expert Report of Mr. Cronen (August 18, 2016) | 180 | Appx18619, Appx18623, Appx18638, Appx18643-48 Appx18650-54 |

**NONCONFIDENTIAL VERSION**

| | | |
|---|---|---|
| Deposition Transcript of Mr. Choung (August 11, 2016) | 184 | Appx18867, Appx18874-75 Appx18880-81, Appx18887, Appx18900 |
| Sealed Opinion (November 3, 2016) | | Appx20001-104 |

████████████████████████████████████████

## Increment 2 Key Objectives

1. Modernize the Data Enterprise to a Data Integration Platform
2. Easier to use visualization framework
3. Best Leverage industry to deliver these capabilities with a commercially supported infrastructure
4. Execute in a funding constrained environment

Three-Phase Approach (DIVA Competition, Domain-specific Capabilities Updates, Integration Environment)

### 1.  DIVA Competition

Compete a Full and Openly Competed Contract for the key objectives of DCGS-A Increment 2 (Data Enterprise Modernization and an easier to use visualization framework):

1.  Industry to deliver the infrastructure for document / entity information to ingest, process, and organize all of the textual data available to DCGS-A to displace the Entity (TED) and Document (MSG) - infrastructure that interoperates with the Geospatial and other Intelligence data-specific data sources using standards such as Open Geospatial Consortium (OGC), Motion Imagery Standards Profile (MISP), etc.  This infrastructure could be a commercial stand-alone solution (Palantir, IBM) or it could be a collection of capabilities (RDMS + Hadoop +...) as long as the infrastructure has the 'ilities', an open architecture, and the ability to organize the data and mature touch-points to the data.

2.  Industry to deliver a 'Visualization Framework,' with the documentation, maturity, and code snippets, etc, and a very minimal set of analytics (defined by what Multi-Function Workstation does today) and built on top of the data integration framework for a thick and thin client implementation support.

3.  Support for the data synchronization across the disconnected, intermittent, and high latency tactical environment

4. The services and support for the integration of this platform to both the Fixed and Tactical Infrastructure

What is not:

1. The integration environment for every and all DCGS-A visual or capacities (e.g Intelligence-specific domains (IMINT, GEOINT, etc))
2. The integration team to meld the Increment 1 components for re-use and the DIVA platform
3. The entire package that would be integrated to the hardware components (IFS, etc)

### 2.  Domain-Specific Updates / 'Fact of Life' Upgrades

Compete an IDIQ-like contract (New, R23G, etc) to assemble an industry team to update / upgrade the domain capabilities (SIGINT, IMINT, GEOINT, All Source, etc.).  The Domain updates would provide the

FOR OFFICIAL USE ONLY

Jan 7, 2015 – Mark Kitz

████████████████████████████████████████

Appx12363

A2363
Protected Information and/or Legends Redacted

commercial solution upgrades to ensure that the respective Increment 1 re-used components are updated by the industry partner in the best position to update their respective capability to the modern infrastructure. Integrate these capabilities to the DIVA platform to ensure data publishing and the eventual integration to the visualization environment.

An IDIQ will ensure a diverse team to update the respective components, an example is the update of the ESRi product will require infrastructure integration to the DIVA and other platforms across the Intelligence Enterprise. The IDIQ will provide the competitive platform to deliver these updated capabilities for Increment 2. The IDIQ will also allow for scope growth or contraction through the acquisition process pending the availability of funding. This also is the right approach to evolve capability based on the priority of the requirements.

What it is not:

1. The domain-specific capabilities are not the DIVA – integration will be required for each of these capabilities that will be determined by priority and sequencing of the task orders.

### 3. Integration Environment

Government retain the lead integration role for the program. This role would be the integration of the domain-specific capabilities and the Data Integration and Visualization Environments. The integrator would integrate these COTS, GOTS, and legacy applications to echelon-tailored solutions for the hardware platforms.

The government integrators would also take the lead for the integration to the Common Operating Environment. The government is poised to do this role, especially since the COE Command Post Computing Environment is an ever-changing environment for data and platforms that would potentially cause issues long term with a prime integrator and the stability of requirements.

The government would also take the lead to deliver the software to the fixed and strategic locations. The Army and the IC have not solidified the requirements for on/off premise hosting, the Service Intelligence to IC hosting locations, and the specific data interchange standards between IC-ITE, JIE, and DI2E. The lack of solid requirements in this domain leads to the flexibility offered by the government integrating the DIVA platforms to conform to the interface exchanges and integrating the government components that might be a part of the final JIE/IC-ITE/DI2E environments.

The complexity of the Intelligence Enterprise, specifically the accreditation of an integrated product and the competency for the integration of these components further lends credence to an approach that leverages this core competency gained from Increment 1 as the government as the lead integrator.

Jan 7, 2015 – Mark Kitz

**A2364**

Protected Information
and/or Legends Redacted



This three-phase approach clearly, in a competitive environment, addresses the critical concerns that DCGS-A needs a modernized data enterprise based on commercial technology, requires an up-to-date user interface, and to leverage from Increment 1 as much as possible to decrease the costs to the taxpayer. This approach infuses competition to best leverage the competency of industry to achieve these objectives and increases the flexibility in an ever contracting/expanding funding environment in the POM and sequestration environment.

**Appendix Thoughts:**

Functional Flow of the Deliveries of this 3 – Phase Approach. Critical to the success of this approach is the sequencing of the technology deliveries and the contractual mechanics to make this a success. Below is two different 'first-look' at how these products could nest to get an Increment 2 'package' to an operational test.



Functional Flow #1 depicts a bifurcation of the approach for the data integration layer to address the unique data volume issues at the strategic vs. tactical implementations. Furthermore, the strategic approach identifies the perturbation of the requirement for the platform locations and co-hosting with the Army Enterprise and the Intelligence Community. Critical to these flows is ensuring that the government has direct insight to the maturity (and other 'illities') to independently monitor and measure the progress of the infrastructure so that the domain capabilities can adequately develop / upgrade for a more integrated environment.

FOR OFFICIAL USE ONLY

Jan 7, 2015 – Mark Kitz

A2365

Appx12365

Protected Information
and/or Legends Redacted

Pre-Decisional Acquisition Sensitive – Ensure DCGS-A NDA Signed Prior to Release to Contractors – Do not Release to Industry that will potentially bid on DCGS-A Increment 2 – GOVERNMENT and SETA ONLY
FOR OFFICIAL USE ONLY



Functional Flow #2 depicts a government integration method for the fixed location and single approach to the product deliveries to the government. This approach is inherently similar though includes the Government integration environment as a step the process to delivering to the fixed infrastructure.

FOR OFFICIAL USE ONLY

Jan 7, 2015 – Mark Kitz

A2366
Protected Information
and/or Legends Redacted



**DEPARTMENT OF THE ARMY**
PROGRAM EXECUTIVE OFFICE
INTELLIGENCE, ELECTRONIC WARFARE AND SENSORS
PROJECT MANAGER
DISTRIBUTED COMMON GROUND SYSTEM-ARMY
ABERDEEN PROV NG GROUND, MD 21005-0017

REPLY TO
ATTENTION OF

SFAE-IEW-DCG                                           25 November 2015

MEMORANDUM FOR Commander, CECOM Life Cycle Management Command, Software
Engineering Center, Attn: AMSEL-SE-WS-AI-H (Mr. Alex V. Romero), Fort Huachuca, AZ 85613-5000

SUBJECT: DETERMINATION & FINDINGS for Providing Government Furnished Property
(GFP) to a contractor for the Distributed Common Ground System- Army (DCGS-A) Increment 2
(Inc 2) Indefinite Delivery Indefinite Quantity (IDIQ) Contract for Continued Engineering and
Manufacturing Development Phase (EMD).

1. Based on the following findings and determination which I hereby make pursuant to paragraph
245.103-70 of the Department of the Defense (DoD) Federal Acquisition Regulation Supplement
(DFARS), DoD Procedures, Guidance and Information (PGI), the following property attached may
be furnished by the Government to the successful offeror for its use in performance of a single
award IDIQ contract with an ordering period of 72 months period for software development and
software maintenance and engineering support for the DCGS-A INC 2.

2. FINDINGS:

    a. Subject requirement is for the Distributed Common Ground System-Army (DCGS-A)
Increment 2, Engineering, Manufacturing, and Development (EMD). DCGS-A is the Army's
primary system for ISR tasking of sensors, processing, exploitation and dissemination (TPED) of
collected data converted into warfighting information and intelligence regarding the threat,
weather, and terrain at all Army echelons. DCGS-A Increment 2 will provide additional
capabilities to enhance the Intelligence processing and fusion capabilities across Intelligence
domains in order to assist the operational Commanders' access to information, task organic
sensors, and synchronize non-organic sensor assets with their organic assets.

    b. A high percentage of the Increment 2 functionality has been developed under the
DCGS-A Increment 1 efforts. By utilizing Commercial Off-the-Shelf (COTS), Government
Off-the-Shelf (GOTS), and DCGS-A Increment 1 capabilities as GFI, the Government will
recognize significant cost efficiencies. In addition to the Increment 1 baseline, DCGS-A
Increment 2 will provide new data architecture and additional capabilities to enhance the
Intelligence processing and fusion capabilities across the Intelligence domains. It is in the
best interest of the Government to provide, on a rent-free, non-interference use basis, the
above described property based on the following rationale:

**A2369**

Protected Information
and/or Legends Redacted

# Data Integration & Visualization and Analytics (DI&VA)

## Software Platform Evaluation Criteria

A2633

Protected Information
and/or Legends Redacted

## 1. BACKGROUND

The purpose of the Data Integration & Visualization and Analytics (DI&VA) Software Platform Market Study is to provide situational awareness and market trends to the Army leadership of the current "state-of-the-practice" within the DI&VA software platform landscape. It is beyond the scope for this effort to make specific Acquisition recommendations.

This scope of the study will include the following goals:

- Review commercial vendor's DI&VA software infrastructure platforms.

- Review DNI's IC ITE architecture and standards.

- Review Army Requirements/Capabilities/Systems relevant to the DI&VA software platform landscape.

- Review INSCOM cloud software platform.

Provide general trends (e.g., architectural patterns; capabilities; strengths and weaknesses; future directions) of the DI&VA software platform landscape.

## 2. Data Integration & Visualization and Analytics (DI&VA) Software Platform -- Overview

[NOTE: Update diagram]

The below diagram provides an overview the spectrum of functional capabilities *potentially* available within a Data Integration & Visualization and Analytics (DI&VA) Software Platform. The functional capabilities are primarily in three areas:

1. Data Integration Layer –data integration framework that supports the integration of multitude of data sources, extensible and expressive data models of the underlying data; data management services (e.g, access, COOP/DR, data distribution); information protection; and administration services.
2. Visualization Layer – applications framework to support visualization of information from a variety of perspectives (e.g., geo-spatial, temporally, historical, …).
3. Analytics Layer – analytics framework to support search & analysis of large data sets.

Some of the architectural questions across all three DI&VA layers are:

- Extensibility – The data, visualization, and analytics needs are not static. So a key architectural consideration is an agile approach to add new data sources, new applications, and new analytics.
- Scalability – A key architectural consideration is the scalability to handle massive amounts of data. Ability to ingest, store, access large repositories. Perform analytics on these data sets. Applications that support the visualization of large data sets.
- 3rd Party Developer's Ecosystem – Open and documented API's based on key commercial and government standards. Development tools that enable 3rd party development activities.

1

A2634

Protected Information and/or Legends Redacted



December 5, 2014

## Army Continues Preparation for DCGS-A Competition

The Army continues its pivot to a full and open competition for the Distributed Common Ground System – Army (DCGS-A) program, releasing a second Request for Information (RFI) soliciting industry input for DCGS-A Increment 2. DCGS-A is the Army's current enterprise system for intelligence information sharing, processing, operational use, and storage.

Following extensive Soldier feedback, the Army is soliciting input from industry. The full and open competition for Increment 2 seeks to incorporate "best of breed" commercial capabilities into DCGS-A. This second Request for Information seeks industry feedback on specific capabilities such as cloud computing, ease-of-use initiatives, "big data" analytics, data fusion and pattern analysis, defensive and offensive cyber operations, sensor management, and on-the-move operations. These capabilities are among those that DCGS-A will incorporate and/or upgrade in its second increment. Increment 2 will improve the tools Soldiers use to analyze, process and visualize information on the battlefield and maintain the Army's interagency intelligence links by complying with Intelligence Community Information Technology Enterprise (IC ITE) standards.

To provide more information on the process and requirements for the Increment 2 competition, a joint Industry Day is planned for DCGS-A and the Army Communications-Electronics Research, Development and Engineering Center (CERDEC) Intelligence and Information Warfare Directorate (I2WD) at Aberdeen Proving Ground, MD on January 20, 2015. The Government will consider all industry inputs as it prepares for and executes the solicitation process for Increment 2, including at least one additional Request for Information. The Army expects to formally conduct a full and open competition for DCGS-A Increment 2 development in Fiscal Year 2016.

The RFI can be found on the Federal Business Opportunities website at:
https://www.fbo.gov/index?s=opportunity&mode=form&tab=core&id=410b2c1ab2c148696aa53
4ee673456de&_cview=1.

**A2641**

Protected Information
and/or Legends Redacted



A3096

Protected Information
and/or Legends Redacted



**Appx13104**

A3104

Protected Information
and/or Legends Redacted



A4244

Protected Information
and/or Legends Redacted



A4245

Protected Information
and/or Legends Redacted



Appx14246

A4246

Protected Information
and/or Legends Redacted



Appx14611

A4611

Protected Information
and/or Legends Redacted



A4612

Protected Information
and/or Legends Redacted



A4804

Protected Information
and/or Legends Redacted



Appx14805

A4805

Protected Information
and/or Legends Redacted



A4806

Protected Information
and/or Legends Redacted



Appx14807

Protected Information
and/or Legends Redacted



A5197

Protected Information
and/or Legends Redacted



Appx15318

A5318

Protected Information
and/or Legends Redacted



A5455

Protected Information
and/or Legends Redacted



A5456

Protected Information
and/or Legends Redacted



Appx15457

A5457

Protected Information
and/or Legends Redacted



A5458

Protected Information
and/or Legends Redacted



A5459

Protected Information
and/or Legends Redacted



A5460

Protected Information
and/or Legends Redacted



A5464

Protected Information
and/or Legends Redacted



A5589

Protected Information
and/or Legends Redacted



A5595

Protected Information
and/or Legends Redacted



and/or Legends Redacted

Appx15766

A5766

1

2

3

4

5

6

7    IN RE:   PROTEST OF PALANTIR USG, INC.

8            GAO No. B-412746

9

10             Washington, D.C.

11             Tuesday, April 26, 2016

12

13      The above-entitled cause came on for hearing

14   before Nicole Willems, Hearing Official, at the

15   Government Accountability Office, 441 G Street,

16   N.W., Washington, D.C., at 9:00 a.m., when were

17   present on behalf of the respective parties:

18

19

20

21   Reported by:   Bonnie L. Russo

22   Job No. J0347398



A6253
Protected Information
and/or Legends Redacted

Appx16253

1    alternative analysis of -- analysis of

2    alternative AOA to determine that a procurement

3    was necessary to meet those requirements that

4    were called out in the requirements document.

5    In our case, there is an information systems

6    capability development document for the

7    DCGS-Army program, and then specific to the

8    Increment 2 component there's a requirements

9    definition package, RDP.  That RDP defines

10   approximately 400 unique requirements that need

11   to be met in order to satisfy the overarching

12   DCGS-Army Increment 2 requirements.

13          HEARING OFFICIAL:  And where do

14   those requirements come from?

15          THE WITNESS:  The Army Training and

16   Doctrine Command, TRADOC, is the author of the

17   requirements.  They are the user representative

18   and they, you know, go around and query and

19   survey users to determine if there's any gaps

20   and capability or needs in terms of

21   intelligence within the Army.

22          BY MS. TALLEY:



Protected Information
and/or Legends Redacted

1      Q.     Okay.  And can you tell us what --

2   how many -- what does Increment 2 include?

3      A.     So DCGS-A Increment 2 is -- it's not

4   just a single piece of software or a single

5   item.  There are a number of platforms, as we

6   refer to them, that make up the whole

7   foundation.  As I mentioned before, the

8   DCGS-A is the intelligence foundation within

9   the Army.  So there is equipment or platforms

10  that are located at each of the echelons of --

11  starting at the echelons above corps which is

12  the highest echelon in the Army.  At each

13  corps, which is where the combatting commanders

14  for the specific regions of the world they're

15  located.  Then you have divisions, brigades,

16  and battalions.

17         So each of those levels of

18  organization, each of those echelons, there is

19  components of Distributed Common Ground

20  System-Army.  In addition to that, there are

21  specific platforms that are related to each of

22  those echelons.



Protected Information
and/or Legends Redacted

1          HEARING OFFICIAL:  And then that

2     system is available to the other services and

3     the intel communities?

4          THE WITNESS:  In the mechanism for

5     how we share that information is something

6     referred to as the DCGS integration backbone.

7     We refer to it as the DIB.  Each of the DCGS

8     plat -- the joint DCGS systems across the

9     enterprise use the same DCGS integration

10    backbone or DIB to discover and -- and to --

11    well, to provide information and then to

12    discover information.

13         So if there's a federation of all

14    these different platforms across all the

15    services.  So far as one query call, you can

16    then, therefore, find information across all

17    the services, across all those different types

18    of intelligence products, whether it's CI human

19    or signal intelligence or imagery intelligence,

20    et cetera.

21         HEARING OFFICIAL:  Thank you.

22         BY MS. TALLEY:



Protected Information
and/or Legends Redacted

1    A.    So DCGS-A Increment 1 and DCGS-A

2  Increment 2 are following what's known as

3  the -- it's an incremental program approach

4  that's new to the DoD 5000 as far as for

5  specifically software-based programs.  So it's

6  a sort of a natural progression of one program

7  to the next.

8          So DCGS Increment 2 will actually,

9  you know, be built on top or follow on.  So

10  most of the functionality or capability that

11  exists in DCGS Increment 1 will be included in

12  DCGS Increment 2.  There's an additional

13  capability and gaps that were discovered that

14  will be included and then there'll be

15  enhancements done to most of the portions that

16  were part of DCGS Increment 1.

17          Across the board, I don't believe

18  there's any capability that's being lost.

19  We're gaining some additional new capability.

20  For instance, cyber operations has become sort

21  of a buzzword in terms of what that means and

22  there's a -- there's defensive cyber operations



A6282
Protected Information
and/or Legends Redacted

Appx16282

1    and offensive cyber operations, and then

2    DCGS-Army has the requirements to provide

3    what's known as the intelligence support to

4    cyber operations.  So we have to be aware of

5    what's happening defensively as well as

6    offensively and also aiding the commander and

7    understanding the cyber battlefield as well.

8    So that's a new capability that's part of DCGS

9    Increment 2 that was not part of Increment 1.

10        Q.    What was your role in -- if any, in

11   defining the requirement for Increment 2?

12        A.    So, actually, as the product manager

13   or program manager, we don't have necessarily a

14   role.  Again, training -- the doctrine command,

15   TRADOC, developer rate the requirements and

16   then they provide them to us and then -- you

17   know, it's our role then to take that

18   requirement which is written in user language

19   and then decompose that into a specification

20   language which is a -- so we've taken the

21   requirements and said -- I'll use an example.

22   You know, the requirements is to, again,



800.211.DEPO (3376)
EsquireSolutions.com

A6283

Appx16283

Protected Information
and/or Legends Redacted

1   provide full-motion video, you know,

2   connectivity within 60 seconds.  So that then

3   gets further decomposed into specific language

4   that a contractor will understand and then be

5   tested to as far as how we'll be able to

6   satisfy that requirement.  So...

7            HEARING OFFICIAL:  So I know in the

8   Agency reports there are a couple of references

9   to JCIDS.  How is JCIDS involved in that

10  process of getting the requirements?

11           THE WITNESS:  JCIDS is the joint

12  requirement for development of requirements

13  across all of the services.

14           HEARING OFFICIAL:  So do you have

15  the option to change the requirements that you

16  receive through that process?

17           THE WITNESS:  Not as the PM.  We'd

18  have to go back to the -- and the JCIDS is at

19  the -- at the joint level.  So the joint --

20  vice chairman and joint chief of staff actually

21  would -- individual would sign our requirements

22  document.  So at the four-star level at the



800.211.DEPO (3376)
EsquireSolutions.com

Protected Information
and/or Legends Redacted

1   joint level to get our requirements validated

2   and vetted.

3           HEARING OFFICIAL:  And then how do

4   those requirements differ from the requirements

5   that you would define for procuring the system?

6           I don't mean specifics.  I guess I

7   mean in a general way.  The -- let me try to

8   explain it better.  It sounds like they're

9   telling you we need a widget that does X, Y,

10  and Z.  Is that --

11          THE WITNESS:  They would -- in the

12  requirements, they define it in user terms.  We

13  need something that does -- not necessarily a

14  widget, that's more of a material solution.  So

15  the -- the widget would be a -- but they would

16  say something -- we need something that --

17  again, we need someone to help the cyber

18  operations, you know.  So that's a new

19  requirement.

20          So there's approximately 15 to 20

21  new specific user requirements that had been

22  developed for that big particular capability --


Protected Information
and/or Legends Redacted

1   automation is applied to each of those levels.

2   So that's a -- another key performance

3   parameter.

4           HEARING OFFICIAL:  Could you explain

5   what fusion is?  I don't know quickly the way

6   to explain to you, but could you explain that?

7           THE WITNESS:  In a very -- in a real

8   high level it's -- one example I use is -- so

9   ISIS and ISIL are two organizations, and

10  because they both have different names fusion

11  would be the technical -- there's a -- there's

12  actually a computer algorithm that look at all

13  the different bits of information, compare

14  those things, and when there's a high degree of

15  similarity they actually will, you know,

16  propose to an operator and all-source analyst

17  to say, hey, I've got this -- these two things:

18  One is called ISIS, one is called ISIL.  I

19  think they're the same thing.  And then if we

20  determine yes, then that entity then becomes

21  fused.  That's a really high level, but there's

22  a lot of --



800.211.DEPO (3376)
EsquireSolutions.com

A6288

Appx16288

Protected Information
and/or Legends Redacted

1    trade-based analysis and then ESOL did a study,

2    for instance, the data integration

3    visualization analytics, where they looked at

4    approximately eight or nine different

5    commercial products that were out there that

6    provide some of the capability that is used

7    with DCGS-A to determine whether it is

8    commerciality or what the extent of commercial

9    products were that exist.

10            HEARING OFFICIAL:  Did you rely on

11   information in the -- in the trade-based

12   analysis and in the study when you were

13   drafting your RFIs for determining how to go

14   about your market research with the industry?

15            THE WITNESS:  Certainly, they

16   were -- we -- absolutely.  And then, of course,

17   the responses to the RFI we received from

18   industry, I think were maybe equally if not

19   more helpful.  The one concern I had -- my

20   concern with the DIVA, it didn't look at the

21   full breadth and scope of the program.  It only

22   looked at some portions, so there was some gaps



800.211.DEPO (3376)
EsquireSolutions.com

A6293
Appx16293

Protected Information
and/or Legends Redacted

1   or holes there in terms of what -- as an

2   approach.  And then with the TSA, that only

3   looked, again, at specific -- there was only

4   four specific areas they looked at.  They

5   didn't look at the entire breadth and scope.

6   They looked at the geospatial capability, the

7   data architecture, the interoperability.  I'm

8   forgetting the fourth piece.  But, again, it

9   was not 400 requirements of capabilities.  The

10  market research that we did in the RFI where we

11  specifically asked for 25 to 30 different, you

12  know, unique areas and what capability exists

13  were much more extensive or thorough.

14          BY MS. TALLEY:

15      Q.    What market research was done

16  specifically with regard to whether commercial

17  items could meet this requirement?

18      A.    So the DIVA primarily looked at

19  commercial items, and then in our RFI and our

20  responses back from the RFI, that's where we

21  primarily looked at the -- again, as far as the

22  full breadth and scope of everything that we're



A6294

Appx16294

Protected Information
and/or Legends Redacted

1    doing.  So in response to that, there was

2    certainly gaps and some capabilities.  There's

3    some -- some areas that are just -- you just

4    can't go and on a GSA schedule or an ESI

5    schedule and find a capability that supports a

6    single CI human -- a counterintelligence, human

7    intelligence capability that works seamlessly

8    with the Defense Intelligence Agency CHROME

9    program and also interacts with specific

10   devices being managed by PDO soldier, things

11   like that.  So that's one area in particular

12   where there was, you know, a lack of

13   commerciality, if you will.

14       Q.    Let's turn to Slide 16 that the GAO

15   said they wanted you to address.  Tab AV, do

16   you have that in front of you?

17       A.    I don't have it in front of me.

18       Q.    Do you have the books?

19            HEARING OFFICIAL:  I have many

20   books.  See if I can find the correct one.

21            MS. TALLEY:  Tab AV.

22            THE WITNESS:  Can you direct me



Protected Information
and/or Legends Redacted

1   again?

2           MS. TALLEY:  AV, Albert, Victor.

3   That's not our binder, so I don't know if

4   you're going got find it there or not.  That's

5   Protestor's binder.

6           MR. FLETCHER:  Yeah, it should have

7   the same tab lettering.  So Tab AV.

8           You've found it.  Okay.

9           BY MS. TALLEY:

10      Q.    You've got the slide?

11      A.    Yes.

12      Q.    Okay.  So what I would like to do is

13  I would like, first of all, for you to explain

14  what all this means in terms that we can

15  understand, and then I will ask you to address

16  the Palantir portion, what Palantir could have

17  done with this.  Okay?

18      A.    Okay.

19      Q.    So, first of all, can you tell us in

20  really simple terms what this chart means from

21  the bottom up and -- and what the two side

22  portions are?



Protected Information
and/or Legends Redacted

1    A.    Okay.  This is a high-level

2  architectural diagram for the program.  It

3  incorporates the key functionality or

4  capability that's required to satisfy those 400

5  requirements that make up the RDP.

6          Looking at -- if you think of it as

7  a -- if you were building a house or as a -- as

8  a way of thinking of it on the bottom is your

9  foundation or your -- you know, where you have

10  your -- your concrete or your cinder blocks.

11  So at the very bottom you see that there's

12  physical hardware devices, servers, network and

13  storage things.  Just above that is what we

14  refer to as the overarching software

15  infrastructure which includes the operating

16  systems.  So that would be, in our case,

17  Windows or Linux or the two primary operating

18  systems that we use.

19          And then just above that is what we

20  refer to as the data integration layer.  This

21  is where we talked about earlier where all the

22  different data sources provide data and then



Protected Information
and/or Legends Redacted

1   actually can be queried or reviewed or

2   discovered by others.  You will see that

3   there's multiple stores of data based on the

4   types of data that are, you know, entity and

5   report data and binary data are things that may

6   be commercial capabilities, you know, out of

7   the box support those.  That's why they're

8   color coded in the white.  And you will see

9   that the sensor data -- and we talked about

10  those direct feeds coming in off of UAVs or

11  through a hand-held device that some soldier is

12  using that's providing information, has some

13  uniqueness there that has the, you know, either

14  significant modification or some unique

15  capability there that's necessary.  And then

16  cyber ingest, as well, there is certain things

17  there and a lot of it has to do because these

18  DCGS-A is a national security system.  There is

19  certain markets and caveats and things like

20  that that are -- you know, you're not going to

21  find in a commercial product out of the box.

22          As we go on the left side you'll see



A6298

Appx16298

Protected Information
and/or Legends Redacted

1   the data analytics platform scopes both the

2   data integration layer as well as the

3   visualization framework layer.  When the data

4   is brought into the system and information

5   about those specific inside those reports and

6   those entities, there can be analysis being

7   performed on that, you know, sort of

8   unbeknownst to the operator.  So that we call

9   them the back -- you know, in the back end

10  or -- so that's one aspect of the data

11  analytics.  So as information is brought in,

12  there is stuff going on, you know,

13  automatically to start processing some of that

14  information.

15          HEARING OFFICIAL:  Oh, and this

16  chart has the word "fusion" beside it.

17          Would fusion be the only thing going

18  on in the background?

19          THE WITNESS:  No, it was -- it was

20  highlighted for purposes of this presentation

21  because it was one of the KPPs, key performance

22  parameters.  So that and then interoperability



Protected Information
and/or Legends Redacted

1   on the right is mentioned, net-centric is the

2   other KPP, technical KPP that we have to meet.

3   So those two things were sort of highlighted.

4          Fusion in particular was sort of --

5   and, again, the concept of as information is

6   being brought in there is some automated

7   activity that's going on that's related to the

8   fusion.  And, again, looking at those -- all

9   those bits of information and then fusion,

10  there are algorithms that compare all those

11  bits, and again, if there's some -- and,

12  actually, what the -- the capability that is

13  existing in DCGS-A Increment 1 is referred to

14  as the fused exploitation framework, you can

15  actually -- the operator can sort of adjust the

16  algorithm so they can see what happens if we

17  turn it up a little.  We still give it a few --

18  if it is determined that those entities should

19  be fused or we turn it down a little, maybe

20  they should be kept as separate things.  So

21  those are -- so the analytics platform, again,

22  scopes across both the data integration layer


A6300
Appx16300
Protected Information
and/or Legends Redacted

1   and the visualization framework.

2           And then next to the -- there's a --

3   what we refer to as services.  So there's

4   certain key elements, things like access

5   control and what we referred to -- it's a

6   Microsoft product.  It's the active directory.

7   So how individuals sign in and log in to

8   platforms and things like that.  So there's

9   commercial services that provide many of those

10  capabilities that, again, scope across the

11  integration layer to the visualization.

12          The visualization framework you can

13  consider that or look at that as a -- as what

14  the user is going to be seeing in terms of what

15  they have to do as part of their job and then

16  they'll have tools that are specifically

17  aligned or that -- that focus on those

18  particular areas.  So we'll just -- you know,

19  so, for instance, in -- in the case of

20  geospatial, there is many commercial products.

21  Google Earth is a good example that support

22  that type of a capability.  There's many



1   imagery, motion imagery as well as static

2   imagery capabilities that are available through

3   commercial.  And then the one that DCGS-A uses

4   for -- for the geospatial or mapping is a

5   product called Archos, which a company called

6   Edgrey builds.

7          So, again, those are -- so there's a

8   large number of commercial capabilities that

9   support that right out of the box.  So that's

10  why that's color coded.  So the same with

11  imagery and motion imagery.  It just talks

12  about those two areas.

13         Information collection, you will see

14  it's shaded into kind of two-tone.  There's a

15  number of different tools that support that.

16  There's the -- what we refer to as link

17  analysis, which is if you've seen a police

18  blotter or if you go to any of the police shows

19  and they've got these -- the crime syndicate,

20  you know, and the picture in the middle, and

21  they have strings drawn to each other to the

22  individual, that's referred to as a link



Protected Information
and/or Legends Redacted

1    analysis chart.  And so that -- there are

2    commercial capabilities like Palantir that

3    support that particular capability.

4         There's also other things that go to

5    information collection in terms of there's a

6    collection management function which is a --

7    another -- is a title of a person in the all

8    source cell who is responsible for knowing and

9    understanding where all the different sensors

10   are on the battlefield.  So that's something,

11   again, that you don't find necessarily

12   commercially off the shelf.  But under the

13   overarching area of information collection, you

14   find that there are a different number of

15   capabilities that are covered there.

16        I think on the data platform I -- I

17   just mentioned Palantir under collection.  I

18   neglected to say that, you know, Palantir does

19   support, you know, the data analytics.  They

20   do -- I know when the information reports come

21   in, they have ability to extract information

22   automatically and things like that.  That would



A6303
Protected Information
and/or Legends Redacted

Appx16303

1  be an example of an analytic -- data analytic

2  that's covered there.  And then also,

3  obviously, in the -- in the data integration

4  layer, as far as entities and reports -- and

5  I'm not sure about binary information, but

6  certainly entities and reports.

7       Q.    Let's talk about sensors for just a

8  little bit because I don't really understand

9  how all that works in this -- in this process.

10           Can you identify a particular sensor

11  that we can visualize and explain how the

12  information it collects is processed through

13  this system and becomes accessible to a user?

14       A.    Sure.

15           So we talked about the tactical

16  grounds station as we refer to as the catcher's

17  mitt, that the brigades will have this ability.

18  So a sensor, in this case, I'll use the example

19  of the Air Force's Joint STARS aircraft is a --

20  has imagery and moving target indicator sensors

21  on board, and then all that information can

22  then be pulled into this platform.  That data



A6304
Protected Information
and/or Legends Redacted

Appx16304

1   would be collected.  And then depending on

2   if -- the moving target indicator would be part

3   of the sensor data store and then the imagery

4   or full-motion video would be part of the

5   binary store.

6           So the operator, after the

7   information has been collected and put into the

8   database and tagged, when the operator does his

9   query he'll be able to find that information.

10  And then in the case of the imagery, there is a

11  process called "tagging" where they -- they can

12  take a look at a picture and they can see

13  there's some -- they have tools that do things

14  called "change detection" so they can look at a

15  piece of earth and notice that, you know,

16  yesterday when we flew over it was flat.

17  Today, there's a mound of dirt there, or

18  something like that.  So that kind of -- you

19  know, so that kind of information would then be

20  tagged to an image and then that information

21  would be shared over to the information

22  collection cell where the all-source analyst or



800.211.DEPO (3376)
EsquireSolutions.com

A6305
Appx16305

Protected Information
and/or Legends Redacted

1   sometimes referred to as the battle captain,

2   the guy who's actually collecting the

3   information from all the different intelligence

4   disciplines.

5          So the -- the weather and signals

6   intelligence, the counterintelligence, human

7   intelligence all are -- finds its way up to the

8   information collection cell.  He is putting

9   together that report to the commander so he

10  knows that -- you know, that in this area

11  there's a piece of dirt that's been moved based

12  on sensor.  You know, we've got some real-time

13  sensor feeds that says, you know, so we

14  probably don't want to -- either we're going to

15  send a team out there to, you know, look for,

16  you know, evidence of IEDs or something like

17  that.  So maybe you just want to avoid that

18  area altogether today and pick a different

19  route for your route planning.

20         So that information that -- the

21  information collection our all-source analyst

22  is putting together then has to be shared with



Protected Information
and/or Legends Redacted

1   that -- that -- with the -- with the commander.

2   So over on the far right we have the

3   interoperability piece.  So there are multiple

4   ways that we share information.  There is what

5   we refer to as direct messaging.  So there are

6   certain platforms that we actually send a

7   structured message to.  A lot of the cases it's

8   the Army aviation, you know, the helicopters

9   require direct messaging.  So we produce a

10  message and report that gets sent directly to

11  them in that structure format.

12          There's also published and

13  subscribed services that information gets --

14  think of an RSS feed that you have where you,

15  you know, just basically any time you want to

16  -- you know, you can have a Web site or

17  something like that that you want to receive

18  information from when there's some bit of --

19  you know, that's tied to a specific topic, or

20  something, you can tag information like that.

21  And then I also -- we talked about the DCGS

22  integration backbone is the other mechanism and



Protected Information
and/or Legends Redacted

1   means of sharing or being interoperable.  So

2   all those components are -- and then from

3   there, the commander makes the decision on the

4   information.  That's just a simple thread of

5   how data is pulled into the system, processed,

6   exploited, and then eventually disseminated.

7          HEARING OFFICIAL:  So does the

8   system automatically disseminate certain

9   information, or is there always some person

10   putting together a report?

11          THE WITNESS:  It depends on the type

12   of information.  There's actually -- for the

13   most part, it's actually a man in the loop.

14   There is -- there is one thread that I'm aware

15   of that's a direct targeting.  So I mentioned

16   Joint STARS aircraft.  They have the ability,

17   based on a moving target indicator, to send

18   a -- what's called a direct fire message from

19   the targeting center without any man in the

20   loop to a program called FATIGS.  FATIGS will

21   then, you know, direct the Army men to launch

22   a -- a rocket or missile, or whatever.  I'm not



1 | sure the type of armor, but that's the direct

2 | fire message.

3 |         So there's actually no man in the

4 | loop in that particular scenario.  But for the

5 | most part, most of it is there's a -- there's

6 | an individual, or people, actually, multiple

7 | people that are processing data and then

8 | intelligence is more of an art than a -- than a

9 | science in many cases, so it's -- it's a lot of

10 | people involved.

11 |         HEARING OFFICIAL:  And can I ask one

12 | more thing, which is that I know that you said

13 | the interoperability rate piece goes to the net

14 | centricity key performance parameter?

15 |         THE WITNESS:  Correct.

16 |         HEARING OFFICIAL:  I'm not

17 | altogether sure that I understand what net

18 | centricity means exactly.

19 |         Can you tell me that -- can you

20 | explain that and tell me how those two operate?

21 |         THE WITNESS:  Yeah.  Net-centric KPP

22 | really is -- I mean, better title would have



A6309
Appx16309
Protected Information
and/or Legends Redacted

1   been the interoperability KPP.

2           HEARING OFFICIAL:  And that's

3   interoperability between?

4           THE WITNESS:  So we have three

5   levels of interoperability defined in that KPP.

6   It's Army to Army.  So I mentioned that --

7   that --

8           HEARING OFFICIAL:  Right.

9           THE WITNESS:  -- sending that direct

10  message to that helicopter, that's one aspect

11  of it in order to satisfy our -- in order to

12  pass a test, we have to go through a process

13  called "Army interoperability certification."

14  And there's a full testing organization down at

15  Fort Hood that does that.  And then there's

16  what's known as "joint interoperability" or

17  messages that we have to share with -- outside

18  of the DIB, there's other direct messages

19  and -- and so there's a GCCS, which is Global

20  Command Control System-J, joint requirement

21  that we satisfy.  And then there's a number of

22  joint messages and message interfaces that we



800.211.DEPO (3376)
EsquireSolutions.com

A6310

Appx16310

Protected Information
and/or Legends Redacted

1 | have to support that's part of the

2 | interoperability or net-centric KPP.  And then

3 | the third element is -- that's called out into

4 | that central KPP is the DCGS integration

5 | backbone.  So we have to -- again, it's the

6 | mechanisms that we can all share.

7 |          MS. TALLEY:  Did you understand

8 | that, ma'am, because I didn't?

9 |          HEARING OFFICIAL:  I understood some

10 | of it.  I think, to be honest, I get the

11 | general sense.

12 |          MS. TALLEY:  Maybe if I ask him

13 | something more --

14 |          HEARING OFFICIAL:  Yes.

15 |          MS. TALLEY:  And I didn't mean

16 | anything derogatory by that, but it's --

17 | obviously, we're here for you to understand.

18 |          HEARING OFFICIAL:  Yes.

19 |          MS. TALLEY:  So if I don't

20 | understand it, it just means I'm stupid.

21 |          HEARING OFFICIAL:  No, I understand

22 | why you're asking and I suspect that you've



A6311

Appx16311

Protected Information
and/or Legends Redacted

1  taken time to come up with questions to help

2  him really --

3          MS. TALLEY:  Yes.

4          HEARING OFFICIAL:  -- explain it to

5  me well.  So I would welcome your questions.

6  I'm just sort of asking as I go because I start

7  to feel like I'm understanding and then like to

8  go back and check my understanding.

9          MS. TALLEY:  Thank you.

10         HEARING OFFICIAL:  So please go

11 ahead.

12         BY MS. TALLEY:

13     Q.    Okay.  Mr. Morton, just really

14 simply and just with regard to this word, tell

15 us what net centricity is?

16     A.    It is interoperability.

17     Q.    Are they interchangeable?

18     A.    Yes.

19     Q.    Okay.

20         HEARING OFFICIAL:  Net centricity is

21 just fancy, I guess.

22         MS. TALLEY:  I guess so.



800.211.DEPO (3376)
EsquireSolutions.com

A6312
Appx16312

Protected Information
and/or Legends Redacted

```
 1              HEARING OFFICIAL:  Thank you.

 2              BY MS. TALLEY:

 3       Q.    Okay.  All right.  So you have

 4    Increment 1.

 5              Does Increment 1 use any commercial

 6    products?

 7       A.    Yes, actually I think I referenced a

 8    couple of them.  Google Earth and --

 9       Q.    Without getting specific.

10       A.    Oh, okay.  Absolutely, yes.  There's

11    a significant number of commercial products.

12       Q.    Okay.  When you say, "a significant

13    number," are we talking about ten, hundreds,

14    thousands?  What are we talking about?

15       A.    And if you -- if you're counting

16    things like operating systems, like Microsoft

17    and, you know, Windows or Linux and things

18    like -- those types.  Java, and those, it's

19    probably in -- over a hundred.

20       Q.    Okay.  And did you look at the

21    likelihood of having commercial items that will

22    be a part of Increment 2?
```



A6313

Appx16313

Protected Information
and/or Legends Redacted

1      A.      Absolutely.

2      Q.      And can you give us a rough idea of

3   how many commercial items you would expect to

4   be a part of Increment 2?

5      A.      I would think it would be similar to

6   what we have in DCGS-A Increment 1.

7      Q.      Okay.

8      A.      In that same ballpark.

9      Q.      Okay.  Can you describe -- you have

10  here on -- on your chart on your slide what

11  COTS items are available for different parts of

12  this program?

13          Can you describe how they work

14  together, just in very general terms?

15     A.      Okay.  That's a key component of

16  what DCGS-A tried to accomplish, is that

17  instead of having a separate capability with a

18  separate service with a separate database with

19  a separate mechanism for interoperating, it's

20  done in a cohesive environment.  Looking at

21  the -- at the far left, the services, for

22  example -- so if we only have to log in once in



800.211.DEPO (3376)
EsquireSolutions.com

A6314
Appx16314

Protected Information
and/or Legends Redacted

1   order to access all the different data through

2   some role-based or access-based control

3   mechanism, that's a good thing.  But if we

4   had -- the system were broken into actual

5   individual components sometimes that, you know,

6   we refer -- think of as -- we used to call them

7   stovepipes, if you're familiar with that term.

8   But if you took a line and drew kind of

9   straight down and said, okay, we have all these

10  different stovepipes, they may, in fact, have

11  multiple different services or access control

12  mechanisms or passwords.  So that's one of the

13  key tenets of what DCGS and the requirements

14  say.  It doesn't have to be this comprehensive

15  or kind of homogenous environment so that it

16  limits the amount of user intervention in terms

17  of some of these, you know, I'll call them less

18  fun kind of activities, you know, where you

19  have to memorize, you know, six or seven

20  different passwords and -- and you're having to

21  open up and then remembering what the

22  connection or the path was to connect to a



800.211.DEPO (3376)
EsquireSolutions.com

A6315
Appx16315

Protected Information
and/or Legends Redacted

1    specific data store or something like that.

2                 HEARING OFFICIAL:  So when you talk

3    about it being stovepiped, looking at this

4    chart, what would be an example of something

5    here that could be its own -- I guess what I'm

6    saying is -- is what you're describing like

7    back to the geospatial example like you -- that

8    was separate from everything else, and if you

9    wanted geospatial information you had to log

10   into a system that would only provide you with

11   that information, and then there were similar

12   systems for each of these things?

13                THE WITNESS:  Right.

14                So that's actually -- so prior to

15   DCGS-A, there were nine different programs of

16   record within the Army that provided capability

17   that was pretty much aligned to -- there was

18   a -- there was a weather system, there was a

19   signal intelligence system, there was a

20   geospatial system, there was an imagery system.

21   So you had -- you an all-source system.  So all

22   those different things, and they did not



Protected Information
and/or Legends Redacted

1    interoperate or communicate well with one

2    another.  So that's -- again, having this in a

3    singular environment is a significant advantage

4    to the user.

5         BY MS. TALLEY:

6         Q.    Okay.  Let's -- let's take Palantir

7    as an example of a COTS item, what part of this

8    chart could the Palantir product satisfy?

9         A.    So Palantir is what we refer to as a

10   crosscutting product.  It actually supports --

11   from the data integration layer.  And I

12   mentioned, I guess, the data analytics

13   platform, it supports portions of that as well

14   as portions of the information collection.  And

15   then even beyond that I -- you know, there's --

16   there's a Web interface and things like that

17   that Palantir supports for how they disseminate

18   information.  Though they don't support the

19   direct messaging and some of the other DIB

20   interface.  I don't believe that's supported

21   either.

22        Q.    So let's -- let's take in the data



Protected Information
and/or Legends Redacted

1   access layer.  Which of these cylinders would

2   Palantir fall into?

3       A.     So they would fall into the entity

4   and report data -- databases.

5       Q.     Now, if -- if they fell into that,

6   would they completely cover the entire

7   requirement for entity and report?

8       A.     No.  There is other -- the entity

9   and report is a category of data, so there's

10  other aspects of entity and report.  For

11  purposes of this slide in that there are

12  some -- there are commercial products that

13  could support the breadth and scope, but

14  Palantir out of the box is not the -- it would

15  have to be some minor modification, which, I

16  think, under commercial is covered.

17      Q.     So I'm not clear and I -- I really

18  want to be clear on this.

19             Is there one product that would

20  support -- provide the entire requirement for

21  entity and report?

22      A.     No.



Protected Information
and/or Legends Redacted

1    Q.    Okay.  All right.  Individualization

2    framework, does Palantir play -- could Palantir

3    play a role there?

4    A.    So in the information collection

5    there is -- that's why it's color coded.  I

6    mentioned before that there are a link analysis

7    capability that's covered under information

8    collection is covered by Palantir.  The

9    collection manager function, which is the other

10   big all-source analyst requirements, is really

11   not available through commercial mechanism

12   means.

13   Q.    So is the Palantir software, for

14   example, capable of collecting all of the

15   information required for Increment 2 program?

16   A.    No.

17         I mentioned the direct sensor feed

18   and the connections to the CI human area and

19   central intelligence area.  In particular,

20   signals intelligence is an area that NSA sort

21   of dictates and controls.  So that's a -- you

22   have to work through them anyway.



Protected Information
and/or Legends Redacted

1   individual software packages that will be used

2   and buy those separately, and buy the

3   integration interoperability components from

4   someone else?

5        A.    So through our market research and

6   through interviews with the other programs, it

7   was based on risk, cost and scheduling and

8   performance risk.  When you provide or take a

9   collection of capabilities, the guarantee that

10  they're all going to work together seamlessly

11  or, you know, uniformly is not really there.

12  You need someone to sort of be the belly button

13  that's going to take responsibility for that,

14  so that's why we chose the system integrator

15  approach to lead that activity and -- and be

16  the responsible party for determining, you

17  know, how it's going to be pulled together.

18       Q.    Okay.  You mentioned earlier that

19  when we had the stovepipe systems that you had

20  to access each one separately.

21            With Increment 2, in addition to the

22  benefit of being able to access just one



A6321
Appx16321

Protected Information
and/or Legends Redacted

1   system, do these various components on your

2   chart work together in any way?

3        A.    Yes.

4              So that's -- there's a term "modular

5   open system architecture," MOSA, that is used

6   to describe things that sometimes are referred

7   to as plug-and-play.  So you have -- if

8   everything is built on standards and has a

9   common interface control that they all follow,

10  then you're able to share information much more

11  seamlessly.  If you have some nonstandard

12  things, then you have to either do some work

13  around or have the build capability to sort of

14  be the middleware between those things, and

15  that becomes more compensated.

16             So the -- the visualization

17  framework has, you know -- one of the other key

18  system attributes is something called

19  "usability."  So DCGS Increment 1 was not as

20  clean as this architecture is, I'll say that.

21  It works but it's a -- has some work.  So by

22  having this visualization framework that all



Protected Information
and/or Legends Redacted

1   the systems will have a common -- you know, at

2   the -- there will be some common looking feel

3   or some common access control or things like

4   that, that is really important to the user so

5   they don't have to have memorized all these

6   passwords.  They don't have to have all these

7   different credentials and things that they have

8   to keep to use the different systems or

9   applications.

10      Q.    Protestor has made much of

11  solicitation language.  They have alleged

12  prefers that the proposals not include

13  proprietary and commercial items.

14          Can you address that?

15      A.    So in the -- in the performance work

16  statement there is a specific statement that

17  calls to the attention with the exception that

18  without approval from the contracting officer.

19  So one of the things I know in the Army is we

20  are cognizant of the cost, so the commercial

21  products do have, you know, a bill associated

22  with them.  So that's why you need contracting



Protected Information
and/or Legends Redacted

1   performance work statement and the requirements

2   called out in the PWS.

3       Q.    And what did they indicate -- what

4   did they recommend to the Army?

5       A.    So, in particular, there were a

6   number of items that they recommended either

7   removing or deleting from a performance work

8   statement, and most importantly two of the key

9   performance parameters were called out; the

10  fusion and the interoperability.

11      Q.    They wanted that deleted?

12      A.    Correct.

13      Q.    Without those two items, would there

14  -- what would the impact on the program be if

15  we deleted those two items?

16      A.    In order for a system to be

17  considered, you know, acceptable to the user it

18  has to go to a test and -- and the requirements

19  have to be validated and the key performance

20  parameters are those things that cannot be

21  traded.  So those things have to be met in

22  order for the system to be fielded.



800.211.DEPO (3376)
EsquireSolutions.com

A6331
Appx16331

Protected Information
and/or Legends Redacted

1   analysis.

2           HEARING OFFICIAL:  And what was the

3   impetus for it then?

4           THE WITNESS:  So they are -- at that

5   point they are determining whether or not --

6   besides materiel solution, there could be other

7   things that could be done, either doctrinally

8   or through training or -- or whether the

9   requirement even -- you know, there's -- so

10  it's -- materiel solution are the -- to go

11  forward with a procurement for an item is like

12  the last alternative that they are looking at.

13  They're looking at if there's other things that

14  could be done in lieu of sort of, whether --

15  you know, sort of validate the requirement.

16          So -- but it was the trade space

17  analysis that did, in fact, look at specific

18  commercial and government-owned and other

19  things that I mentioned, four areas in

20  particular, that -- not the full breadth and

21  scope of the program.

22          And then sort of, I guess, further


ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

A6345
Appx16345

Protected Information
and/or Legends Redacted

1   answer your question as far as, at the same

2   time, between Increment 1 and Increment 2, the

3   Secretary of the Army For Acquisition,

4   Logistics and Technology, who -- otherwise

5   known as ASA(ALT), they were looking at the

6   commercial marketplace for some data

7   integration and visualization and integration

8   components.  So that was the DIVA study that

9   ASA(ALT) had commissioned.

10          That was prior to the RDP being

11  validated or completed.  So it was between the

12  ISCDD being completed and the RDP being

13  written.  So there was a little bit of a gap

14  there.  And that certainly influenced

15  that there were commercial or other things

16  that, you know, could be used as well.

17          BY MR. FLETCHER:

18      Q.    Okay.  So we'll -- I appreciate you

19  bringing up the ASA(ALT) DIVA market study

20  report because I want to come back and ask some

21  more questions about that.

22          But before we get to that, I think,



Protected Information
and/or Legends Redacted

1  capabilities within the Increment 2 effort

2  overall?

3       A.    So for RFI No. 2, we specifically

4  put in a template for offers to fill out that

5  align to approximately 20 -- 20-plus different

6  capability groups or components, if you will,

7  and to give us information associated with

8  that.

9            And we did essentially what we do in

10 a past performance review.  We went and

11 actually had -- have a major that works for me

12 there went and validated the claims that a

13 different offer was made in terms of what --

14 the components that they had and that they

15 claim that they met for those capability

16 requirements.

17      Q.    And were there any questions in

18 those RFIs that were specific to the

19 availability of commercial items generally or

20 commercial software that could provide the

21 capabilities that you're talking about?

22      A.    Not to that level of specificity.  I



A6350
Appx16350
Protected Information
and/or Legends Redacted

1       Q.      Are you there?

2       A.      I am.

3       Q.      So if you could turn to Page 12 for

4    me, please.

5               And then do you see where that

6    paragraph starts with the numeral 2?

7       A.      Yes.

8       Q.      Can you read for me that first --

9    just that first sentence.

10      A.      "This model will apply in cases

11   where commercial off-the-shelf software, such

12   as commercial business systems with multiple

13   modular capabilities, are acquired and adapted

14   for DOD application."

15      Q.      Okay.  So can you describe how this

16   acquisition is described by that sentence that

17   you just read?

18      A.      In regard to DCGS-A Increment 2?

19      Q.      Right.

20      A.      So DCGS-A Increment 2 uses a

21   significant amount and expects to use a

22   significant amount of commercial technology,



Protected Information
and/or Legends Redacted

1  commercial off-the-shelf software.

2            There's -- I guess there's a -- I'm

3  sorry.  Can you repeat the question?  Because I

4  want to make sure I answer it completely.

5       Q.   Yeah.  I think you answered it,

6  actually.

7            MS. TALLEY:  For the record, the

8  army would note that this is not a regulation.

9            BY MR. FLETCHER:

10      Q.   Mr. Morton, I will take you back to

11 the DIVA market study that you mentioned

12 before.

13           Can you tell us how you understood

14 that study to fit into the process leading up

15 to issuing the Increment 2 RFP?

16      A.   Okay.  At the time, the -- Ms. Shyu,

17 who was the ASA(ALT) -- the person in charge of

18 ASA(ALT), was -- she had asked Miter to conduct

19 a study to look at what -- and it was actually

20 initially only a 30-day study.  So it was not a

21 very -- it wasn't a very lengthy study.

22           And their response -- I know Miter



Protected Information
and/or Legends Redacted

1    considered -- I think it was seven or nine

2    different companies or applications.  And it

3    was not directly aligned to the DCGS

4    Increment 2 RDP because the document didn't

5    actually exist yet.

6              But in particular, she was

7    interested in understanding if there were

8    either commercial or hybrid capabilities -- and

9    "hybrid" meaning, you know, a combination of

10   both commercial and some government

11   development -- that was required -- or could be

12   used to satisfy what she was looking at from a

13   data integration basis.

14             The focus really was more on the

15   data integration side as opposed to the

16   visualization.  I know the V part.

17             HEARING OFFICIAL:  So when you said

18   earlier that the DIVA study was limited in

19   scope, the parts that it wouldn't have

20   addressed would be the visualization?

21             THE WITNESS:  So it was -- some of

22   the specific capabilities that are unique to



800.211.DEPO (3376)
EsquireSolutions.com

A6356
Appx16356

Protected Information
and/or Legends Redacted

1       Q.     Okay.  Mr. Morton, I think I

2    remember you saying before that you had been

3    aware of the DIVA market study at the time you

4    were writing the RFI questions for industry.

5    Or did I not remember that correctly?

6       A.     Certainly between 1 and 3, I

7    suspect.  Yeah, I don't recall the exact dates

8    of when I -- the DIVA market research was

9    actually released.

10      Q.     Okay.  Did anything in the DIVA

11   market study report -- again, to TAB AQ.  Just

12   make sure we're using the right terminology --

13   inform any of the questions that were asked?

14      A.     I honestly can't say I recall that.

15      Q.     Do you know whether the DIVA market

16   study report informed the RDP or the CDD or any

17   of those requirements documents you were

18   talking about before?

19      A.     I'm not aware of, but that's also --

20   it's not my -- my requirements or my documents

21   to develop.

22      Q.     So to know for sure, it would have



A6368
Appx16368
Protected Information
and/or Legends Redacted

1      Q.     Okay.

2      A.     And then the author -- this

3   actually -- I'm sure it was a collaborative

4   effort, but I'm sure I had something to do with

5   it.

6           Mr. Pino is the assistant secretary

7   of defense for C3I and cyber.  Used to work for

8   Dr. Jost, now works directly for Mr. Kendall.

9           This was one of the briefings that

10  -- we did several briefings for Mr. Pino

11  leading up to the approval of the acquisition

12  strategy.

13     Q.     Okay.  So sounds like you probably

14  coauthored it, at least, or were involved

15  somehow in putting it together.

16     A.     Correct.

17     Q.     Okay.  So let's try to break this

18  down a little bit more into detail that I can

19  understand.

20          Starting with the data integration

21  layer, can you give us some more detailed

22  explanation of what this cylinder that contains


800.211.DEPO (3376)
EsquireSolutions.com

A6370
Appx16370

Protected Information
and/or Legends Redacted

1  the word "entity" really involves?

2       A.    Sure.  The data integration layer --

3  each of the cylinders represents a database.

4  There are specific types of information that is

5  common.

6            So the entity -- think about an

7  entity as a -- either as a person, place,

8  thing, organization, location -- sorry.  Take

9  back location.  That's more binary in terms of

10  spatially rectified in binary.

11            But anything that's associated with

12  a person, place or thing would be an entity.

13  So that information would be stored in that

14  database.

15       Q.    And so -- and so from the shading in

16  that cylinder, as I understand the labels or

17  the legend at the bottom, that is a database

18  that -- how -- rather than put words in your

19  mouth, let me ask the question.

20            How would you explain the reason

21  that the entity cylinder is lacking any shading

22  there, so it's a white background?



A6371
Protected Information
and/or Legends Redacted

Appx16371

1       A.      The white background represents that

2    it's a commercial off-the-shelf.  So that means

3    that -- whether it's an Oracle database or Web

4    Logic database or a SQL database or a Mongo

5    database or a Duke David file system, one of

6    those, you know, databases, literally you could

7    take that off the shelf and then be able to

8    import entities into that database.

9       Q.      So it sounds like that difficult

10   describes the different types of information

11   that would be in a database or characteristics

12   of the data that's in that database?

13      A.      So a database is usually -- think of

14   it as a -- well, you're probably familiar with

15   -- but, you know, it contains, you know, rows

16   and columns, kind of like a spreadsheet, but in

17   a table where you can access it and manipulate

18   it a little differently than a spreadsheet.  So

19   there will be -- yes.

20      Q.      Okay.  What about the report

21   cylinder?

22      A.      So under reports you have -- there's



800.211.DEPO (3376)
EsquireSolutions.com

Protected Information
and/or Legends Redacted

1    those reports -- CIDNE reports would be pulled

2    into that report database.

3        Q.    Okay.  So is it -- so the first two

4    of these we've talked about have a white

5    background.

6            So is it the nature of the data, or

7    is it the nature of the database that makes it

8    a white background?

9        A.    It's the nature of the database that

10   makes it a white background.  Whether a report

11   or -- a database, in order to pull information

12   in -- databases are essentially blank pages,

13   right?

14           So you can structure them or create

15   them -- you know, you can manipulate them

16   without actually changing the code of the

17   database.  So that's why they would be color

18   coded white in this particular case.

19       Q.    So moving on to the sensor cylinder,

20   first, what is involved -- what is part of that

21   database?

22       A.    That database would be pulling in



A6375

Appx16375

Protected Information
and/or Legends Redacted

1  information that is coming in off of -- I

2  mentioned -- you know, we talked about the

3  drone for the UAVs as a source.  So there's

4  bits of information that is, you know, military

5  unique.

6          So there are types of information

7  and things like that that are -- that you would

8  not necessarily or you wouldn't be able to just

9  buy off the shelf.

10         I guess I'll jump to the cyber

11  ingestion.  We have the same kind of quandary.

12  There's components that -- any database, but

13  then there's things that are unique that make

14  it necessary for that.  There's manipulation or

15  changes to the database itself that need to be

16  implemented.

17     Q.    So let's go back to the sensor

18  cylinder.

19         Can you give us specific examples --

20  I know you mentioned UAVs being the source of

21  data that would be in this database, so

22  censored generated data --



A6376

Appx16376

Protected Information
and/or Legends Redacted

1    A.    Correct.

2    Q.    -- effectively.

3          What other kinds of sensors are we

4    talking about here?

5    A.    So the other -- another major one

6    is -- I mentioned the counterintelligence and

7    human intelligence.  So reports coming in from

8    those teams that go out.

9          You know, they have refer to

10   human -- I forgot the acronym, but there's --

11   sometimes referred as the guys that knock down

12   doors and stuff like that and interrogate

13   people and things like that.  They have

14   information and things like that.

15         The other thing that's critical in

16   that particular domain and that sensor --

17   that's covered under sensor as well -- is that,

18   because of the nature of that information,

19   there's certain things that have to be done to

20   layer the data so that it's protected.

21         So there's what's referred to as

22   public, private and protected, the three Ps.



Protected Information
and/or Legends Redacted

1   There's levels of information that have to be

2   sort of sequestered.

3        Q.    So what is it that is unique about

4   sensor data, the way the cylinder is labeled,

5   that makes it not susceptible to commercial

6   software or a commercial solution for the data

7   integration layer?

8        A.    I think, as I just kind of said

9   about -- from the CI human, there's levels of

10  protection that have to be applied.  And then,

11  because of the -- when you're talking safety.

12  And then security also is another aspect of it

13  that you have to make sure there's the

14  components within the -- obviously, you know,

15  from a national security perspective, you need

16  to protect things in certain ways.

17            So there's -- perhaps -- I hate to

18  use the word -- or use the term "middleware,"

19  but you know the kind of -- it's associated or

20  tied to that particular information.

21            HEARING OFFICIAL:  So just to be

22  clear then, there are instances where the



Protected Information
and/or Legends Redacted

1   yes, with -- with a modification, yes.

2        Q.     So are there -- are there any

3   sensors that would need to be accommodated in

4   this data integration layer that are not of the

5   sort you're talking about?

6             You talked about military unique,

7   things that would require some kind of

8   modification.

9             Are there sensors in this database

10  that would not be of that variety?

11       A.     Yes, there are some.  Sure.

12       Q.     Do you know some examples?

13       A.     Actually, off the top of my head,

14  I'm kind of hard pressed.  But I would agree

15  that there is probably some sensor data that

16  could be pulled in directly to a -- directly

17  out of the box.

18       Q.     Okay.  So shouldn't then -- or do

19  you think then that the sensor cylinder here

20  should be -- should not be dark blue; maybe it

21  should be light blue?

22       A.     I would not -- yeah, that's correct,



A6380

Appx16380

Protected Information
and/or Legends Redacted

1  yeah.

2      Q.    Who -- actually, that's -- these --

3  so we're talking about these labels, these

4  legends at the bottom of the slide.

5          Do you know who made the

6  determinations as to which ones should be dark

7  blue, which ones should be light blue, which

8  ones should be white background?

9          MS. TALLEY:  Objection.  Relevance.

10          HEARING OFFICIAL:  I'm not sure that

11  that's relevant.  I'm interested in his

12  understanding as opposed to --

13          MR. FLETCHER:  Okay.  That's fair.

14          BY MR. FLETCHER:

15      Q.    Mr. Morton, did you decide which

16  should be shaded which colors?

17      A.    No.  That was -- I mean I mentioned

18  this earlier.  It was a team effort that

19  Colonel Collins presented.  So I don't -- there

20  was a number of engineers that were, you know,

21  looking at this.

22      Q.    Got it.  Okay.  Thanks.  I



Protected Information
and/or Legends Redacted

 1   appreciate that.

 2          What about -- I know you already

 3   mentioned cyber, and I want to get to that.

 4          But let's -- can you tell me about

 5   the binary cylinder before we move on?

 6      A.   So binary is -- if you think of

 7   things that require -- well, it's the -- mostly

 8   the imagery is -- and then full-motion video

 9   and those types of things.

10          So again, it's something that a

11   database could -- could perform out of the box

12   as far as storing that in a database.

13      Q.   Okay.  And finally, the cyber

14   cylinder here -- and actually, before you

15   describe generally what it is, this one is

16   unique from the others in that it has a

17   parenthetical underneath it.  It says "ingest."

18          What does that tell you?

19      A.   So in terms of the cyber domain,

20   when we go and start analyzing that, when

21   you're looking at people, places, things,

22   organizations, that type of information, it's



Protected Information
and/or Legends Redacted

1   similar to the DIVA kind of looking field.

2           Let me, if I can, just for a moment,

3   sort of balance where -- how we came up with

4   this as a view.

5           In the DCGS-Army Increment 2, we

6   have 27 of these cylinders.  So when we go to

7   Increment 1, we know it's not going to be one,

8   because there are different types of data, and

9   they do have to be processed and managed in

10  slightly different or different ways.  So

11  that's why you see.

12          But this is a significance

13  consolidation for where DCGS Increment 1 is

14  today.  And so -- and again, this is notional.

15  This is not the -- the end state for DCGS

16  Increment 2 will be whatever winning contract

17  decides is the best approach.  That, you know,

18  is the -- becomes the winning offer.

19          HEARING OFFICIAL:  So you could have

20  more and/or different cylinders.

21          THE WITNESS:  Correct.  Yes.

22          Now, and getting back to your



Protected Information
and/or Legends Redacted

1  collecting data not only from the national

2  sensors or the air force, in this case, the

3  military, but we also have local weather

4  sensors that he's -- what he's able to do then

5  is actually come up with a more accurate

6  prediction.

7          So there's specific tools there and

8  capabilities that are unique to things like

9  wind patterns at certain altitudes based on --

10  you know, for prediction.

11          So for ballistic purposes and stuff

12  like that, when we're firing mortars and

13  rockets and things like that, we have to know

14  exactly what the wind condition are and

15  temperatures and humidity and things like that.

16  That all impacts the projectile's path.

17          So there's capabilities associated

18  with army weather in this particular case

19  that's very specific that you just cannot buy

20  commercially.

21      Q.    Okay.  And -- but because -- okay.

22          So because it's in this box, is



Protected Information
and/or Legends Redacted

1   software services, there will be, you know,

2   mechanisms for how you retrieve and -- and

3   interact with the data and the databases.

4            So I mentioned earlier about what

5   they called ICDs, interface control documents.

6   And then there's also application program

7   interfaces that describe how information is

8   shared between the databases and the tools on

9   the top of the visualization framework.

10       Q.    Okay.   What about the box in the

11  visualization framework block labeled

12  "Counterintelligence and Human Domain"?

13           I think you used that term before,

14  maybe when we were talking about the data

15  integration layer.

16       A.    Right.

17       Q.    So it appears also here in the

18  visualization framework.

19       A.    So there are, again, a set of tools

20  that the counterintelligence and human

21  intelligence personnel need to use primarily to

22  process the data that comes in from those



Protected Information
and/or Legends Redacted

1    collection teams.

2              And also, from the national

3    perspective, they have to have direct interface

4    with the DIA, Defense Intelligence Agency, and

5    their Chrome program.

6              So that's the -- and there's

7    actually -- under CI and human area, there's

8    approximately 30 different programs that we

9    have to interoperate and interface with.

10             So it's a fairly complicated thing.

11   And again, those tools and capabilities

12   necessary to process that information is not

13   something that is commercially available.

14        Q.    Who determined that?

15        A.    So we have the army G2.  That's the

16   intelligence leg of the army.  We have -- they

17   are the SMEs for intelligence, and they help

18   us.

19        Q.    Sorry, Mr. Morton.  SME?

20        A.    Oh, subject matter expert.  I

21   apologize.

22        Q.    No.  Just for the court reporter?



Protected Information
and/or Legends Redacted

1  show us the basis for that or how those

2  decisions got made?

3        MS. TALLEY:  Objection.  Relevance.

4  The protest issues have to do with procurement

5  as the army has proceeded and the acquisition

6  strategy.  And now we're into who prepared

7  charts that were -- had nothing to do with

8  these documents.

9        MR. FLETCHER:  It's specifically

10  relevant to the issue of commercial item

11  availability for these various capabilities,

12  which is the essence of what this protest is

13  about.

14        HEARING OFFICIAL:  I'm going to go

15  ahead and allow your question.

16        THE WITNESS:  I'm sorry.  You'll

17  have to restate.

18        BY MR. FLETCHER:

19  Q.    It had to do with the documentation.

20        So you were talking about who -- or

21  you were talking about how the determinations

22  were made of which of these boxes and blocks



A6393
Protected Information
and/or Legends Redacted

Appx16393

1    were to be shaded dark blue and otherwise.

2            And my question was where would I

3    look in the Agency report or the documentation

4    of what we're talking about here today to know

5    about the basis for those decisions?

6        A.    I would say the market research

7    report that we conducted would probably be the

8    primary document.

9        Q.    And when you say the market research

10   report, that is not the DIVA market study; that

11   is something different.

12       A.    Correct.  The one that the PM

13   conducted.

14       Q.    And that's the July 2015 market

15   research report?

16       A.    Yes.

17       Q.    Okay.  And I believe that

18   document --

19            MS. TALLEY:  AG, I believe.

20            MR. FLETCHER:  Right.  Thanks very

21   much.  Tab AG.  That's right.

22            BY MR. FLETCHER:



Protected Information
and/or Legends Redacted

1    are computer aided or computer assisted.  Some

2    are fully automated.  Some are very manual in

3    process.  So yes, that's correct.

4         Q.    So help me understand, if you will,

5    what it is about, say, for example, the weather

6    data.  We talked about that before.

7              But what is it that's special about

8    the weather data that can't be visually

9    represented with the help of commercial

10   software?

11        A.    So the visual representation, it'd

12   probably be a map.  So that piece of it is --

13   there is commercial software for mapping.  We

14   talked about the geospatial.

15             As far as -- but there's the tools

16   that are associated.  I mentioned before that

17   this senior weather -- staff weather officer is

18   responsible for doing the forensics.

19             So they have to -- there's a number

20   of actual applications, if you will, that

21   assist in terms of providing the forensics of

22   the weather and then the prediction of the



A6405
Protected Information
and/or Legends Redacted

Appx16405

1    weather and weather warnings and things like

2    that.

3            So there is a set of requirements

4    and then -- and associated with that, tools or

5    applications that support that function.

6        Q.    And can you tell me what the box

7    that is labeled "Targeting" means?

8        A.    Sure.  That is the -- as I talked

9    before, there is a -- when you have a -- now,

10   "target" can mean several things.  For one, it

11   could be a physical location, you know, a grid

12   coordinate on a map.  It could be a person.

13           So we have something we refer to as

14   XOI, blank -- something of -- sorry.  XOI.

15   I've forgotten the acronym.  But the X can be,

16   you know, a named area of operation or

17   there's -- but "target" can mean different

18   things.

19           So it could -- again, in the case --

20   for a CI units person, it could be a person

21   that they're tracking or focused on.  And then

22   in some cases it's the physical map location or



A6406

Appx16406

Protected Information
and/or Legends Redacted

1   geocoordinate on a map, you know, where you're

2   going to send some ordnance of some type, a

3   rocket and mortar, missile or something like

4   that.

5         So the targeting function is there

6   is, you know, a person or responsibility to

7   send off -- you know, based on information

8   that's collected, that they, you know, alert

9   someone that there is a -- you know,

10  information has been collected that says this

11  is the spot we need to, you know, focus some

12  attention to, whether it is a physical -- you

13  know, sending troops to that spot or some type

14  of ordnance or something like that.  That's

15  what is referred to as targeting.

16        Q.    Okay.  And so, as it's depicted in

17  this box, it's the visual representation to the

18  end user of the system of the intended target

19  based on the data that indicates that that

20  person or thing is a target?

21        A.    So the tools that this individual

22  would use to describe -- now we go back to the



1   visual representation you talked about -- you

2   said earlier about a map.  But that is a -- you

3   know, everyone has a map.  That is not

4   necessarily a unique capability.

5           So -- but yes.  But there are

6   certain specific aspect of the targeting

7   function that would be a unique visualization

8   representation not on a map that, but obviously

9   the target would use a map as well.

10      Q.    Okay.  And what about work flow

11  management; what is represented by that term in

12  that box?

13      A.    So earlier today we went through

14  what I referred to as a thread or a work flow.

15  So when an analyst has a job to do, normally

16  information comes in through higher

17  headquarters or from the commander that says,

18  "Hey, I have a requirement to find out

19  information about something."  That's referred

20  to as a PIR or a priority intelligence request.

21          So when that comes in, then the

22  analyst has to first figure out what tools he



800.211.DEPO (3376)
EsquireSolutions.com

Appx16408

A6408
Protected Information
and/or Legends Redacted

1 needs to, you know, use in order to help answer

2 that question.

3    Work flow manager is actually

4 basically a step-by-step guideline that assists

5 the operator in achieving that end.

6    So it will help them in knowing

7 that, after I complete this step, then I need

8 to go do this and complete this step.  So

9 that's the work flow management tool is.  It's

10 a -- basically step-by-step guide for the

11 operator.

12    So it's really -- and how it's

13 represented, it's in words, but someone has to

14 actually go through and actually create this

15 template, if you will.  And then, because

16 operations are always changing, we have to be

17 able to modify that template and things like

18 that.

19  Q. And those things that you're

20 describing are visually depicted; that's why

21 it's in the visualization framework?

22  A. Right.



800.211.DEPO (3376)
EsquireSolutions.com

A6409
Protected Information
and/or Legends Redacted

1       Q.     And what they're depicting is data

2    that lives somewhere down in the data

3    integration layer.

4       A.     So in the case of the work flow

5    management tool, chances are that that's

6    actually -- resides in the visualization

7    framework area.

8            There is not necessarily data that

9    it's pulling from.  It's actually, again, a

10   template or a collection of steps that the

11   operator would have to follow in order to

12   complete their mission.

13      Q.     Do you know which of these boxes in

14   the visualization framework block need to draw

15   from the data integration layer and which ones

16   don't?

17      A.     So the only one that does not need

18   to necessarily pull from the data in the data

19   access layer would be the work flow management.

20      Q.     What about cyber operations?

21      A.     I think I've described this in terms

22   of the --


Appx16410                                A6410
                                Protected Information
                                and/or Legends Redacted

1    Q.    I was remembering you describing the

2  cylinder cyber rather than the visualization.

3    A.    So cyber operations actually has --

4  there's a couple areas there.  I talked about

5  defensive cyber operations.  That's protecting

6  the equipment and protecting your network in

7  the environment that we have.

8          Then there's the offensive cyber

9  operations, in which case we're looking at what

10  we could do to the bad -- you know, the guy who

11  is, you know, attacking our system from the

12  cyber domain, things like that.

13          So this would be a tool to visualize

14  that environment and as well as, you know,

15  process and analyze the data that's associated

16  with that.

17    Q.    All right.  Sorry, Mr. Morton.  Give

18  me just a second.

19          So would every capability depicted

20  anywhere in this box have to be acquired at the

21  same time?

22    A.    At the same time as the --


A6411
Protected Information
and/or Legends Redacted

Appx16411

1   orders you see there -- this chart actually has

2   been updated.  There's more than two task

3   orders right now in the current version of this

4   particular slide.

5          But regardless of that, the first

6   task order was the task order to develop the

7   data integration layer as well as what we see

8   here as select applications.  In this

9   particular case, the CI and human domain in

10  that task order is specifically called out in

11  Paragraph 2.2.27.

12         And then in Task Order 2, software

13  port, that's the task order where we will be

14  requesting the vendor to incorporate the

15  capabilities that are -- besides the CI and

16  human that are a part of the visualization

17  framework.

18         And then the holistic combination of

19  task order 1, 2 -- and then I mentioned there

20  are other task orders now that are under this

21  particular strategy slide -- will constitute

22  that Release 1, at which point there might be



Protected Information
and/or Legends Redacted

1    would you expect the Palantir software product

2    to do?  What functions would it perform if you

3    were to acquire it?

4        A.    We're back to Chart 16.  I know

5    there's some aspects of the data integration

6    platform.  Some of the data analytics, I know

7    that there's a capability within Palantir to

8    auto extract information from unstructured

9    textual messages.

10            And the, as far as the

11   visualization, in the upper right in the

12   information collection area there, I mentioned

13   that the link analysis capability is a

14   capability that Palantir satisfies.

15            And then there's a mechanism for how

16   they distribute that information, which would

17   be part of the interoperability band on the far

18   right.

19       Q.    And as far as the cost goes, do you

20   recall having looked at Palantir's RFI response

21   related to potential pricing of a COTS

22   solution?



A6416
Protected Information
and/or Legends Redacted

1    study.

2            Is that a regulatory requirement?

3        A.    No.   The DIVA study was conducted at

4    the discretion of the army acquisition

5    executive, not mandated or required as a

6    regulatory requirement.

7        Q.    Was there any mandate for you to

8    follow the DIVA suggestions?

9        A.    No.   And as I, I think, mentioned

10   earlier, that the report itself took a while to

11   actually find its way to the PM shelf.  And Ms.

12   Shyu, as far as I know, never actually signed

13   or blessed the report.

14       Q.    In talking about Slide 16, now, Ms.

15   Willems identified that as sort of a visual aid

16   to help explain this process.

17            Were these slides made to inform the

18   procurement process?

19       A.    Yes.   As going through the -- in

20   order to get the acquisition strategy approved

21   by OSD, Office of Secretary of Defense, this

22   was part of the documentation or artifacts that



A6425

Appx16425                        Protected Information
                                 and/or Legends Redacted

1    regarding the procurement strategy for this

2    requirement?

3         A.    Yes, I did.  I reviewed the

4    acquisition strategy for Increment 2 because I

5    knew -- and having been involved in different

6    procurements associated with not only the DCGS

7    Increment 1 but also in some cases with the

8    Palantir product that we provided through the

9    army research lab to certain COCOMS and war

10   fighter organizations, I knew that there was a

11   potential for some discussion as to what was

12   the appropriate acquisition strategy, whether

13   it would be a government at FAR Part 15

14   acquisition strategy or whether it could

15   possibly be done under FAR Part 12.

16        Q.    The acquisition strategy that you

17   reviewed, did it recommend a Part 12 buy for

18   this?

19        A.    No.  It recommended a FAR Part 15

20   because there were substantial portions of

21   integration and interoperability considerations

22   that were deemed to be a very



A6436
Protected Information
and/or Legends Redacted

1   government-specific requirement for what was

2   going to be a product that was a government

3   intelligence sensor analysis data infusion and

4   reporting -- reporting system.

5        Q.    Okay.  If the acquisition strategy

6   had been to server out things that are

7   available as commercial items, COTS products or

8   products that could be subject to minor

9   modification, how would you have viewed that

10  strategy?

11       A.    I would have viewed that as a risky

12  strategy with respect to performance.  While

13  there are commercially available products in

14  some components of software, the -- what this

15  requirement really is is to integrate all of

16  that together.

17            And if the government were to buy

18  the commercial components and then issue them

19  as government-furnished equipment or

20  information, then the government would be

21  infusing itself into the role of the systems

22  integrator.



A6437
Protected Information
and/or Legends Redacted

1              And that would be a role in which a

2     preponderance of the risk would fall on the

3     government, both for the performance of the

4     subcomponents as well as the interoperability

5     for how they would be fit together and

6     integrated together.

7              And I would have viewed that as

8     being a substantially greater risk and a risk

9     on the part of the government, both from a

10    complexity point of view and from a -- just the

11    performance of the systems and the ability of

12    the system integrator to take all of those

13    different pieces which were issued to it by the

14    government, not by their own analysis and

15    assess.  And it would have been a more

16    difficult strategy to implement.

17        Q.    What experience have you had in your

18    career in commercial item acquisitions say in

19    the software arena?

20        A.    So one of the positions I had prior

21    to being at the mission and installation

22    contracting center was at an organization



Protected Information
and/or Legends Redacted

1    called the information technology -- it was

2    ITEC4.  See if I can remember what the four Cs

3    stood for.  Commercial contracting --

4    commercial computer contracting.

5             But it was, in essence, an

6    organization that bought IT services for the

7    army, for the pentagon, internal to the

8    pentagon, and bought largely commercial IT

9    systems for the program executive officer

10   information -- EIS, enterprise information

11   systems.

12       Q.    Was a commercial item contract used

13   for that?

14       A.    Frequently it was.  Frequently we

15   used FAR Park 12.

16       Q.    And did your experience with that

17   inform your opinion?

18       A.    It did in the sense that we would

19   buy components and procure them for the army

20   and use those at the component level.

21       Q.    What is your understanding of the

22   COTS items that will be used in Increment 2 of



Protected Information
and/or Legends Redacted

1  DCGS-A?

2      A.    So I don't have a detailed

3  understanding of the components that will be

4  worked together for this procurement, in part

5  because the government has issued the

6  solicitation in a way that the prime

7  contractors who respond to it will, in fact,

8  respond with a collection of capabilities, some

9  of it commercial; some of it government; or

10  some of it contractor developed, which will

11  then become government.

12          But I do understand that there

13  certainly will be an underlying capability that

14  is commercially available at the subcontract

15  level.

16          And just as we do oftentimes in the

17  components that we buy, whether they are

18  routers or servers, those are also commercial.

19      Q.    I'd like to go to the second item

20  that Ms. Willems sent out for discussion at

21  this hearing.  I believe you're familiar with

22  that.



800.211.DEPO (3376)
EsquireSolutions.com

A6440
Appx16440
Protected Information
and/or Legends Redacted

1    A.    Yes.

2    Q.    She asked:  "The agency should

3   explain the extent to which it was required to

4   define its requirements in such a way that

5   commercial items could be procured to fulfill

6   the requirements and/or to consider the

7   availability of commercial solutions."

8         So could you do that?  Could you

9   explain the extent to which the army was

10  required to do that?

11   A.    Okay.  So in the initial stage of

12  that assessment, we are asked to look and see

13  if there are -- given our requirement, if there

14  are commercially available systems or solutions

15  that can meet that requirement.  That analysis

16  was done really over a period of months on the

17  part of the program office.

18         They -- Ms. Shu, who was the then

19  army acquisition executive, instituted a study

20  to just -- to look specifically at that and

21  also then to inform what may be the acquisition

22  approach that was taken.  I think that was



A6441
Protected Information
and/or Legends Redacted

Appx16441

1    called the DIVA study.  And I do not know what

2    that stands for.  It's an acronym.

3            Then program office did a series of

4    market researches and also industry engagements

5    with different -- open to all industry that

6    were interested in participating.  And they did

7    about 84 one-on-one sessions with various

8    contractors.

9            So that -- the results of that were

10   that there was no one available system that

11   could meet the needs articulated by the army in

12   -- for all of the requirements.

13           Then the next step would be, okay,

14   what do you do then to take your requirement,

15   and how do you modify it as appropriate or when

16   appropriate or as practical so that there might

17   be a commercial solution that would meet a

18   certain percentage of that.

19           And it's not expressed in the

20   regulations anywhere as a percentage.  It just

21   says do this when appropriate.

22           So the analysis that looked at had



Protected Information
and/or Legends Redacted

1    varying components that might be or were

2    available commercially.  But at the overarching

3    level, the integration piece of this, taking

4    the different parts that would exist in the

5    DCGS Increment 2 or may exist as other new

6    components were developed or became available

7    throughout the lifecycle of the contract, that

8    was pretty much determined to be the capability

9    that we could not modify in order to allow the

10   use of commercial components as a prime

11   contractor.

12          What could have happened would have

13   been a substantial change to the acquisition

14   strategy that would have put the government not

15   as the lead or would have put the government as

16   the lead system integrator.  And that would

17   have been a very substantial change to the

18   acquisition strategy.

19          So the requirement then to modify

20   the FAR dictate -- and it's really under the

21   market research part of the FAR.  It says, once

22   you do this market research, then -- and you



A6443
Protected Information
and/or Legends Redacted

1    determine that there is no commercial available

2    system, can you modify your -- the requirements

3    to do that.

4            It was determined that modifying the

5    requirement would substantially change the

6    acquisition strategy; and therefore, it was not

7    done.

8        Q.    You have been asked in this question

9    from Ms. Willems to identify the sources of the

10   requirements for using commercial items -- or

11   for buying commercial items.

12       A.    Well, there's the FAR requirement.

13   I think is it FAR Park 2 that says here is how

14   to -- here are the things to consider in using

15   the FAR.

16           And then there's also underlying

17   statute, U.S. code, that tells us to do it,

18   tells us to do market research, and tells us

19   preferentially to use commercial acquisition to

20   meet our requirements.

21       Q.    Do you know if this particular

22   program is an information technology system?



A6444
Protected Information
and/or Legends Redacted

Appx16444

1      A.    It is a program that is managed

2   under the DOD 5000 series as a weapons system.

3   So it's not technically a weapons system that

4   fires.   But just like a cargo helicopter is

5   managed under that same program, major

6   communications and sensor systems are managed

7   under that too.

8          It's an ACAT 1D program, which is

9   acquisition category 1, D meaning that it has

10  Department of Defense oversight.

11         So that people who review the

12  acquisition strategy, in addition to myself as

13  the peer review, are the army acquisition

14  executive at the time, Ms. Heidi Shyu, and the

15  defense acquisition executive, Mr. Frank

16  Kendall.

17     Q.    So you said that there's a

18  preference for commercial items that you're

19  required to make.

20         What about for subcontractors?

21     A.    So there is a DFARS clause that --

22  one of the things we're required to do, if we



A6445
Protected Information
and/or Legends Redacted

Appx16445

1   are unable to have the prime contract be a

2   commercial item, there is a DFARS clause that

3   requires us to require prime contractors for

4   any acquisition above the simplified

5   acquisition threshold to first seek and

6   determine if they can use commercial

7   components.

8       Q.    Now, are you familiar at all with

9   this protest?

10      A.    Yes, I am.

11      Q.    The Protestor has indicated that the

12  solicitation showed a preference to exclude or

13  minimize the use of commercial or proprietary

14  software.

15          Are you familiar with that?

16      A.    Yes, I am.

17      Q.    Can you address that with regard to

18  the requirement for the preference of

19  commercial items?

20      A.    Sure.  There are a number of

21  consequences of going with pure commercial

22  product.  Most of those affect the



A6446
Protected Information
and/or Legends Redacted

Appx16446

1    post-production lifecycle support of that piece

2    of equipment.

3            And so the -- I believe it's in the

4    statement of work that those statements exist

5    in a couple of different places.

6            And the primary intent of that is to

7    ensure that the prime contractor puts together

8    a collection of capabilities and then

9    integrates them in a way that is sustainable

10   for the army in the post-production

11   environment.

12           And so, while it says that there is

13   a preference for the prime contractor to not

14   use proprietary information, it also says that

15   it can do so if -- by identifying that to the

16   government and getting government approval to

17   do that.

18       Q.    So from your perspective, is the

19   army seeking to not use commercial items in

20   this procurement?

21       A.    No, I don't think so.  I think, when

22   we look at the communications equipment that we



A6447

Appx16447

Protected Information
and/or Legends Redacted

1   have, first of all at the equipment level, it's

2   also completely based, at the component level,

3   on commercially available power supplies,

4   transistors, circuit cards, that type of thing.

5           What the designer will typically do

6   then, because those are what are available,

7   will design a product that is a military-unique

8   product that does things for the military for a

9   military application, but it's based upon

10  commercial components.

11          The software components or pieces of

12  a lot of our systems are similarly based upon

13  commercial software.  And so what the army is

14  trying to do is to have a level of data that is

15  government-owned data so that, when we

16  eventually end up supporting this piece of

17  equipment in the post-production environment,

18  we've got some ability to maintain currency

19  with that equipment.

20          MS. TALLEY:  I don't have anything

21  more from Mr. Young at this time.

22          HEARING OFFICIAL:  Okay.  It's 10 to



A6448
Protected Information
and/or Legends Redacted

```
 1   2:00.  Why don't we go ahead and let you start.

 2            MR. FLETCHER:  Actually, could we

 3   take a short break just to huddle up before we

 4   start?

 5            HEARING OFFICIAL:  Let's take

 6   another short break.  That's fine.

 7            MR. FLETCHER:  Right.  Short.

 8            HEARING OFFICIAL:  Let's take a

 9   five-minute break.

10            We were going to discuss whether or

11   not we thought we need to continue to tomorrow.

12   I would like to wrap it up today if possible.

13   Then we won't have to worry about getting a new

14   court reporter.

15            Okay.  So it looks like everyone is

16   nodding their head in agreement that we can

17   wrap up today.  That would be our preference.

18            Okay.  Let's go off the record for

19   five minutes.  Thank you very much.

20            (A short recess was taken.)

21            HEARING OFFICIAL:  Let's go back on

22   the record.
```



800.211.DEPO (3376)
EsquireSolutions.com

Appx16449

A6449
Protected Information
and/or Legends Redacted

```
 1           And can I ask you to please state
 2    your full name again.
 3           We are reassuming after a break, and
 4    we have a witness on the stand.
 5           THE WITNESS:  Bryon John Young.
 6           HEARING OFFICIAL:  Thank you.
 7           MR. FLETCHER:  Thanks, Ms. Willems.
 8           I'm actually going to have my
 9    colleague, Ms. Estevez, ask a few questions.
10                   CROSS-EXAMINATION
11           BY MS. ESTEVEZ:
12      Q.   Hi, Mr. Young.  My name is Erin
13    Estevez.  Thank you for being here today.
14           HEARING OFFICIAL:  Let me make sure
15    the microphone is close enough to you, just to
16    be sure for the court reporter.
17           MS. TALLEY:  If I can ask one
18    question.
19           Are you planning to have just one
20    attorney question Mr. Young?
21           MR. FLETCHER:  Yes.
22           MS. TALLEY:  Okay.  That's fine.
```



A6450
Appx16450
Protected Information
and/or Legends Redacted

1          BY MS. ESTEVEZ:

2      Q.    Mr. Young, you described your

3  involvement in this acquisition as having

4  reviewed the acquisition strategy and the

5  details of the solicitation prior to its

6  release; is that accurate?

7      A.    Yes.  That's accurate.

8      Q.    So did you have any involvement in

9  defining the requirements for the solicitation

10 in the first place?

11     A.    No, I did not.

12     Q.    So you briefly described sort of two

13 steps or I guess maybe two portions of meeting

14 the regulatory and statutory requirements that

15 Ms. Talley described to review the availability

16 of commercial items and consider modifying

17 requirements as a result of that; is that

18 correct?

19     A.    Yes, that's correct.

20     Q.    So beginning with the first step,

21 first it was they were asked to see if any --

22 if, given the requirements, there were any



A6451
Protected Information
and/or Legends Redacted

Appx16451

1   commercial items available that could meet

2   those requirements.

3          And you said that that was -- that

4   analysis was done by the program office?

5      A.    Fundamentally, it was.  I mean they

6   incorporated inputs from other sources, but the

7   responsibility for doing the market research

8   that determines whether or not there is a

9   commercially available item that can meet that

10  requirement is a requiring activity

11  responsibility; and therefore, in this case,

12  the program office is responsible.

13     Q.    So did you personally have any

14  involvement in conducting that market research?

15     A.    No, I did not.

16     Q.    And you said that the result of the

17  market research was a conclusion that no one

18  available system could meet the needs for all

19  requirements for the DCGS-A Increment 2; is

20  that correct?

21     A.    Yes, that's correct.

22     Q.    And was that a conclusion that was



A6452
Protected Information
and/or Legends Redacted

Appx16452

1   drawn by the program office?

2       A.    That was a -- that was a conclusion

3   -- I would have to think that through for a

4   second because I believe it's the contracting

5   officer who would make a determination of

6   commerciality if it were determined that it was

7   a commercial item.

8           So the reverse of that doesn't

9   result in a specific determination that it's

10  not commercial, but the analysis is based

11  fundamentally upon the market research.

12      Q.    Okay.  So were you personally

13  involved in making that decision that no one

14  system was available to meet the needs or all

15  requirements?

16      A.    No, I was not.

17      Q.    So the second stage of the analysis

18  was how, if at all, modifications could be made

19  to the requirement such that a commercial

20  solution could be acquired for all or part of

21  the requirements, correct?

22      A.    Yes.  That would be correct.



800.211.DEPO (3376)
EsquireSolutions.com

Appx16453

A6453
Protected Information
and/or Legends Redacted

1    Q.    Okay.   And so, again, you described

2  analysis of the varying components, the

3  availability of commercial items for those

4  components.

5        Were you involved personally in

6  conducting that analysis?

7    A.    No, I was not.

8    Q.    And you said that the ultimate

9  determination was the capability couldn't be

10 modified so as to use a commercial offer, in

11 part because of the significant changes of the

12 strategy that it would require?

13   A.    That would be correct.   In order to

14 change the requirement, it would have been such

15 a substantial change that it would have altered

16 the acquisition strategy, which had the service

17 provider performing the role of the integration

18 of the different elements and responsible for

19 choosing those elements.   And that would have

20 been a very significant change to the strategy.

21        HEARING OFFICIAL:   And I was going

22 to ask could you explain again -- and I know



A6454

Appx16454

Protected Information
and/or Legends Redacted

1  you got into this earlier -- but what would

2  make that so significant.

3          THE WITNESS:  Well, it would start

4  with the -- so let me back up a minute.  So the

5  role of the system integrator would be an

6  entity that was responsible for selecting the

7  components that would be assembled as part of

8  the solution, writing the software that would

9  integrate those pieces so that they were

10 interoperable.

11         And that changes and focuses the

12 risk of that solution onto the entity providing

13 that or the contractor that would provide it

14 versus the government.

15         And what it really enables that

16 entity to do and, in fact, requires them to do

17 is to be responsible for ensuring that all of

18 the components that are selected do, in fact,

19 interoperate and to ensure that the code

20 associated with that was made available to the

21 government, because it would have been

22 developed at the government expense, therefore



Protected Information
and/or Legends Redacted

 1  | ensuring that we had the capability of

 2  | supporting it in the post-production

 3  | environment.

 4  |        So in order to substantially change

 5  | that where the government would buy some of the

 6  | components and then provide them to an

 7  | integration element changes the fundamental

 8  | relationship.  It puts the government in the

 9  | middle of selecting certain components and

10  | certain pieces, thereby implicitly warranting

11  | not only that they will work but they are able

12  | to be integrated by the integrator, who would

13  | be separate and different.

14  |        That's a more complex arrangement,

15  | often entails more risk, and the risk being on

16  | the part of the government.  And it was not the

17  | strategy that had been approved by both Ms.

18  | Shyu and Mr. Kendall.

19  |        BY MS. ESTEVEZ:

20  |    Q.    Mr. Young, you said that the second

21  | stage, determining if the requirement could be

22  | modified such that commercial items could be



A6456
Appx16456
Protected Information
and/or Legends Redacted

1   acquired, were you involved personally in

2   making that determination, whether those

3   modifications could be made?

4       A.    No.

5             MS. ESTEVEZ:  We have no further

6   questions for this witness.

7             HEARING OFFICIAL:  Okay.

8   Ms. Talley, do you have any redirect?

9             MS. TALLEY:  Just one.

10            HEARING OFFICIAL:  Okay.

11                  REDIRECT EXAMINATION

12            BY MS. TALLEY:

13      Q.    So even though you did not design

14  the acquisition strategy, what was your role in

15  it, if any?

16            And if it had been to break out

17  these parts, what would you have done?

18      A.    So in a program that's managed under

19  the 5000 series, the approver of the

20  acquisition strategy is the milestone decision

21  authority.  And there are different milestones

22  in the acquisition process.  That milestone



Protected Information
and/or Legends Redacted

1  decision authority was Mr. Frank Kendall, the

2  defense acquisition executive.

3         So when the program folks and my

4  contracting folks come together and come up

5  with a strategy, they then bring it through me

6  to Ms. Shyu and to Mr. Kendall.

7         So I'm kind of the -- for that type

8  of program, an ACAT 1D program, I'm really the

9  first person as an SES that puts eyes on it and

10  says, "This makes sense.  We're complying both

11  regulatory, and it makes business sense for

12  what we're going to do."

13         So presumptively, if I were to not

14  agree with that strategy, I would remand it

15  back to the requiring activity on the

16  contracting team to come up with an

17  alternative.

18         But I typically wouldn't do that by

19  just saying, "Hey, this is a no-go.  Go back

20  and try it again."  I give them things to

21  consider, you know, different aspects to

22  consider and how they would approach it.



A6458
Appx16458                    Protected Information
                             and/or Legends Redacted

1       And they could come back to me with

2   the same strategy just showing how they had

3   demonstrated an opportunity to address those

4   issues.

5       But in my case, it would have purely

6   been an advisory on this particular acquisition

7   because the approving authority for that

8   acquisition strategy was Mr. Frank Kendall.

9       MS. TALLEY:  That's all I have.

10      HEARING OFFICIAL:  Anything else

11  from Protestor?

12      MS. ESTEVEZ:  Nothing further.

13      HEARING OFFICIAL:  Thank you very

14  much for your testimony.  You may step down.

15      I want to thank everyone for coming

16  today.  It's been very useful for me.  And I

17  think I certainly have a much better

18  understanding certainly of the chart.

19      If anyone has any questions, we can

20  address those now.

21      Post-hearing comments, if we could

22  have those filed on Monday, May 2nd, it would



A6459

Appx16459

Protected Information
and/or Legends Redacted



**G A O**
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

**Comptroller General
of the United States**

**DOCUMENT FOR PUBLIC RELEASE**

The decision issued on the date below was subject to
a GAO Protective Order. This version has been
approved for public release.

# Decision

**Matter of:**   Palantir USG, Inc.

**File:**   B-412746

**Date:**   May 18, 2016

David E. Fletcher, Esq., Christopher J. Kimball, Esq., Erin M. Estevez, Esq., and
Thomas O. Mason, Esq., Cooley LLP, for the protester.
Debra J. Talley, Esq., and David White, Esq., Department of the Army, for the
agency.
K. Nicole Willems, Esq., and Jennifer D. Westfall-McGrail, Esq., Office of the
General Counsel, GAO, participated in the preparation of the decision.

## DIGEST

Protest that agency failed to implement the statutory and regulatory preference for
the acquisition of commercial items, resulting in a solicitation that unduly restricts
competition by offerors of commercial items that could partially meet the
requirements of the solicitation, is denied where the agency conducted adequate
market research into the use of commercial items and had a reasonable basis for its
acquisition approach.

## DECISION

Palantir USG, Inc., located in Palo Alto California, challenges the terms of request
for proposals (RFP) No. W56KGY-16-R-0001, issued by the Department of the
Army, Army Contracting Command, Aberdeen Proving Ground, for engineering,
manufacturing, and development services in support of the Army's Distributed
Common Ground System-Army Increment 2 (DCGS-A2) requirement. Palantir
argues that the agency failed to implement the statutory and regulatory preference
for the acquisition of commercial items, resulting in a solicitation that unduly restricts
competition.

We deny the protest.

BACKGROUND

On December 23, 2015, the agency issued the RFP, in accordance with Federal
Acquisition Regulation (FAR) part 15 procedures. RFP at 1-2. The RFP

**A6560**

Protected Information
and/or Legends Redacted

contemplates the award of a single indefinite-delivery, indefinite-quantity (IDIQ) contract, with the simultaneous issuance of a cost-reimbursement type task order. RFP at 2. The solicitation seeks a single contractor to be the system data architect, developer, and integrator of DCGS-A2, which is the second increment of the DCGS-A. DCGS-A is the Army's primary system for the processing and dissemination of multi-sensor intelligence and weather information to the warfighter.[1] Agency Report (AR), Tab V, Performance Work Statement (PWS), at 10-11.

DCGS-A is intended to combine all intelligence software/hardware capabilities within the Army into one program with the ability to access and be accessed by, not only Army intelligence and command components, but also the other members of the broader distributed common ground/surface system.[2] It is composed of many software products--commercial, government, and open source--as well as software integration that allows all the different products and components to communicate and operate seamlessly. Agency's Post-Hearing Comments at 3.

DCGS-A Increment 1 (DCGS-A1) is currently deployed worldwide in support of intelligence operations in all theaters of operations. AR, Tab V, PWS, at 11. With regard to DCGS-A2, the PWS explains that the successful offeror will be responsible for, among other things, the development of new data architecture; standards based enhanced visualization and analytical tools; cloud computing and big data analytic capabilities; cyber analytics and data integration; visualization capabilities; cyber operations; interoperability counter intelligence/human intelligence; signals intelligence; weather; geospatial intelligence; and sensor

---

[1] According to the PWS, DCGS-A contributes to visualization and situational awareness, which enhances tactical maneuver, maximizes combat power, and enhances the warfighter's ability to operate in an unpredictable and changing environment throughout the operational spectrum. AR, Tab V, PWS at 11. The PWS further explains that DCGS-A facilitates the rapid planning, execution, and synchronization of all war fighting functions, resulting in the current and future force's ability to operate within the enemy's decision cycle. Id.

[2] DCGS-A is part of a larger distributed common ground/surface system, which also includes systems fielded by the Air Force, Navy, Marine Corps, Special Operations Command, the Intelligence Community, and the National Geospatial-Intelligence Agency. AR, Tab CG, DCGS Concept of Operations 2016-2019, at 7. Because the DCGS-A system works in conjunction with these other systems, the PWS requires that the DCGS-A system conform to and leverage the Army common operating environment, DCGS integration backbone, joint information environment, intelligence community information technology enterprise, and defense intelligence information enterprise standards to enhance interoperability of information through the use of common enterprise standards and services. AR, Tab V, PWS, at 12.

A6561

Appx16561

Protected Information
and/or Legends Redacted

management.  Id. at 18.  These efforts include software development, capability enhancements, integration, limited fielding and training support, maintenance, and support for logistics development.  The period of performance is six years from contract award.  Id.

Award is to be made on a best-value basis, considering the following factors: (1) technical; (2) cost/price; (3) past performance; and (4) small business participation plan.  RFP at 129.  The technical factor is divided into the following five subfactors:  (1) data architecture; (2) fusion data analytics; (3) interoperability; (4) visualization framework/usability; and (5) data rights.  Id.  Prior to consideration of the evaluation factors listed above, offerors will be required to provide a software capability demonstration, which will be evaluated on an acceptable/unacceptable basis.  Id.  Offerors who receive an unacceptable rating for their demonstration will not be considered further for award.  Id.  The closing date for the submission of quotations was February 16, and this protest was filed on that date, prior to closing.

DISCUSSION

Palantir argues that the agency failed to conduct market research in accordance with the statutory and regulatory preference for the use of commercial items. According to the protester, this resulted in an unduly restrictive solicitation that prevents offerors of commercial products, such as Palantir, from competing for a prime contract.  While the protester does not argue that it could provide a commercial solution that would meet all of the agency's needs, the protester argues that the agency should have used a phased approach for this procurement, whereby the agency would acquire a commercial data integration, visualization, and analytics platform from an offeror like Palantir, followed by separate procurements for integration and development services needed to obtain, integrate, and/or enhance individual capabilities in the DCGS-A2 system.  Based on our review of the record, as well as information gathered during a hearing convened by our Office on April 26, 2016, we find the protester's argument to be without merit.[3]

The Federal Acquisition Streamlining Act of 1994 established, among other things, a preference and specific requirements for the acquisition of commercial items that are sufficient to meet the needs of an agency.[4]  Federal Acquisition Streamlining

---

[3] The protester also argues that the agency's use of a cost-reimbursement type contract is unjustified, and that the solicitation will result in the award of an unlawful IDIQ contract.  While we do not address these arguments in our decision, focusing instead on the protester's principal arguments, we have considered all the arguments proffered by the protester and find that they do not form a basis for sustaining the protest.

[4] The definition of "commercial item" can be found in section 2.101 of the FAR.

A6562

Appx16562

Protected Information
and/or Legends Redacted

Act of 1994 (FASA), Pub. L. No. 103-355 § 8104, 108 Stat. 3243 (codified, as amended, at 10 U.S.C. § 2377). This section of FASA is implemented in FAR part 12, and allows agencies to use solicitation terms, and other procedures, that more closely resemble the commercial marketplace when procuring commercial items. Section 12.101 of the FAR directs agencies to, among other things, conduct market research to determine whether commercial items or nondevelopmental items are available that could meet the agency's requirements.[5] Section 2377 of Title 10 of the United States Code directs agencies to use the results of market research to determine whether there are commercial items that: (1) meet the agency's requirements; (2) could be modified to meet the agency's requirements; or (3) could meet the agency's requirement if those requirements were modified to a reasonable extent. 10 U.S.C. § 2377(c)(2). Determining whether a product or service is a commercial item is largely within the discretion of the contracting agency, and such a determination will not be disturbed by our Office unless it is shown to be unreasonable. Aalco Forwarding, Inc., et al., B-277241.8, B-277241.9, Oct. 21, 1997, 97-2 CPD ¶ 110 at 11.

Prior to the issuance of the solicitation here, the agency conducted market research to inform its acquisition strategy. The market research included consideration of the availability of commercial items to meet the agency's needs. There were two studies completed that addressed DCSG-A2 requirements in relation to commercially available solutions: (1) the Data Integration, Visualization and Analytics (DIVA) market study; and (2) a trade space analysis (TSA).[6] The DIVA study was intended to provide situational awareness and information about market trends regarding the "state-of-the-practice" within the commercial DIVA software

---

[5] Section 12.101 of the FAR also requires agencies to acquire commercial items or nondevelopmental items when they are available to meet the needs of the agency, and requires prime contractors and subcontractors at all tiers to incorporate, to the maximum extent practicable, commercial items or nondevelopmental items as components of items supplied to the agency.

[6] The TSA identified and evaluated technical functionality, cost, usability, schedule risk, and technical risk trade space for the following technical and operational capabilities that went beyond DCGS-A1: mission command support for the processing, exploitation, and dissemination of intelligence surveillance and reconnaissance; standard sharable geospatial framework-Army geospatial enterprise; data enterprise architecture; and intelligence support. Representative systems were assessed for the following software option alternatives: commercial off the shelf (COTS), government off the shelf (GOTS), and hybrid. AR, Tab AP, TSA, at 3. While both the DIVA study and the TSA addressed various aspects of the DCGS-A2 program, including the possibilities for the use of commercial software, neither of these studies looked at the entire breadth and scope of the DCGS-A2 procurement. Transcript (Tr.) at 42.

A6563

Appx16563

Protected Information and/or Legends Redacted

platform landscape, and possible uses of commercial DIVA software in the DCGS-A2 context. AR, Tab AQ, DIVA Study, at 2. The study described a number of potential approaches involving the use of commercial DIVA software, including the approach favored by the protester, whereby the agency could first acquire the commercial software platform necessary for DCGS-A2 data integration, visualization, and analysis capabilities, and could then acquire, separately, the systems integration and development or enhancement work necessary to provide or supplement other DCGS-A2 requirements. Id., at 30. In addition to the two studies mentioned above, the agency performed market research by reaching out to industry, including Palantir, through requests for information, industry day events, and industry government one-on-one meetings.[7] AR at 9.

While the market research revealed that commercial items were available to meet some of the DCGS-A2 requirements, the agency concluded that there was no commercial solution that could meet all the requirements of DCGS-A2. As the agency explained in its report, the DCGS-A2 contractor will need to do a great deal of development and integration work, which will include importing capabilities from DCGS-A1 and designing mature interfaces for them. AR at 44. Because the agency concluded that significant portions of the anticipated DCSG-A2 scope of work were not available as a commercial product, the agency determined that the DCGS-A2 development effort could not be procured as a commercial product under FAR part 12 procedures.[8] AR, Tab AG, Market Research Report, at 50. The protester has failed to show that the agency's determination in this regard was unreasonable.[9]

---

[7] The results of these efforts are summarized in a market research report that was issued on July 13, 2015. AR, Tab AG, Market Research Report. While Palantir complains that the requests for information did not directly solicit information about commercial solutions, Palantir nonetheless provided the agency with information and recommendations regarding potential solutions that would involve the use of commercial software for data integration, processing, visualization, and analysis. AR, Tab AJ, Palantir's Response to Request for Information Number One, at 5.

[8] Specifically, the agency concluded that data fusion, intelligence support to cyber, and the DCGS integrated backbone upgrade were not available as a commercial product. AR, Tab AG, Market Research Report, at 50.

[9] While this is not a commercial item procurement under FAR part 12, we note that the solicitation anticipates that the contractor will use commercial items. For example, the PWS instructs offerors that in the DCGS-A2 effort, they should maximize the use/reuse of COTS and GOTS products currently being used in DCGS-A1, which reflects the fact that there are approximately one hundred commercial-off-the-shelf products in use in DCGS-A1. AR, Tab V, PWS, at 60; Tr. at 84.

Page 5                                                    B-412746

A6564

Appx16564

Protected Information and/or Legends Redacted

The protester next argues that the agency failed to adequately consider whether a commercial product could meet the agency's requirement if those requirements were modified to a reasonable extent. In this regard, the protester contends that, rather than awarding a single-award IDIQ contract in conjunction with a cost-reimbursement type task order, the agency should have sought to meet the DCGS-A2 requirements using a phased approach that would have allowed offerors of commercial solutions, like Palantir, to compete to provide the commercial software platform necessary for DCGS-A2 data integration, visualization, and analysis capabilities, possibly at a fixed-price. The protester argues that the agency could then acquire, separately, the systems integration and development or enhancement work necessary to provide or supplement other DCGS-A2 requirements.

A contracting agency has the discretion to determine its needs and the best method to accommodate them. General Electrodynamics Corporation, B-298698, B-298698.2, November 27, 2006, 2006 CPD ¶ 180 at 3. In preparing a solicitation, a contracting agency is required to specify its needs in a manner designed to achieve full and open competition, and may include restrictive requirements only to the extent they are necessary to satisfy the agency's legitimate needs. Id. When an agency seeks to procure separate and multiple requirements under a single contract, there is potential for restricting competition by excluding firms that furnish only a portion of the requirement; we therefore review challenges to such solicitations to determine whether the approach is reasonably required to satisfy the agency's needs. See Northrop Grumman Tech. Servs. Inc., B-406523, June 22, 2012, 2012 CPD ¶ 197 at 7. A protester's mere disagreement with the agency's judgment concerning the agency's needs and how to accommodate them does not show that the agency's judgment is unreasonable. General Electrodynamics Corporation, supra.

Here, the record shows that the agency reasonably decided on its approach of having a single contractor, who would be responsible for selecting all the components of DCGS-A2, and who would bear the responsibility for making certain that those components are integrated, in contrast to the phased approach favored by Palantir. In the written justification for the agency's use of a single-award IDIQ contract for this procurement, the Senior Procurement Executive explained that the "data integration layer requires unified systems engineering and agile software development activities by a single contractor. Ad hoc or independently developed software activities cause technical risks, concerns and significant schedule risk and cost uncertainty . . . To separate the systems engineering, software development, and integration activities would only undermine the cohesive development of a new data management and software architecture." AR, Tab AT, Determination and Findings for use of Single Source IDIQ Contract, at 2.

A6565

Protected Information and/or Legends Redacted

At the hearing GAO conducted in connection with this protest, the executive director and principal assistant responsible for contracting (PARC) at Aberdeen Proving Ground provided greater explanation regarding the need to have a single contractor with responsibility for selecting the components that would be assembled to meet the DCGS-A2 requirements, and writing the software that would be needed in order to integrate the different components and make them interoperable. Tr. at 203. According to the PARC, the strategy would require the contractor to "be responsible for ensuring that all of the components that are selected . . . interoperate and to ensure that the code associated with that was made available to the government, because it would have been developed at the government expense, therefore ensuring that we had the capability of supporting it in the post-production environment." Tr. at 203-204. The PARC further explained that, if the government were to buy some of the components and then provide them to a separate system integrator for integration, it would shift risk to the government that the items might not work or might not be able to be integrated. Id. According to the PARC, that approach "puts the government in the middle of selecting certain components and certain pieces, thereby implicitly warranting not only that they will work but they are able to be integrated by the integrator, who would be separate and different." Id. at 204.

Here, the agency's approach is reasonably related to its need for a fully integrated and interoperable system made up of a number of specific capabilities, some of which are commercially available and some of which are not. While the agency considered several potential approaches to this procurement, including the phased approach favored by the protester, the agency ultimately concluded that it would have a greater likelihood of success (in that it could avoid certain technical risks, concerns and significant schedule risk and cost uncertainty) by opting to have a single contractor serve as the system integrator in charge of developing and selecting the components and making sure that they can be successfully integrated. AR, Tab AT, Determination and Findings for Use of Single Source IDIQ Contract, at 2. As such, we have no reason to question the approach chosen by the agency or to conclude that the solicitation is unduly restrictive of competition.

The protest is denied.

Susan A. Poling
General Counsel

A6566

Protected Information
and/or Legends Redacted

## DETERMINATION OF NON-COMMERCIAL ITEM

### FINDINGS

1. This procurement is for the acquisition of services for the development and integration of Distributed Common Ground System-Army (DCGS-A) Increment 2 Engineering, Manufacturing, and Development (EMD). The requirements for Increment 2, EMD include, development of new data architecture, standards based enhanced visualization and analytical tools, cloud computing and "big data" analytic capabilities; cyber analytics and data integration, visualization capabilities, Cyber Operations, Interoperability, Counter Intelligence/Human Intelligence (HUMINT), Signals Intelligence (SIGINT), Weather, Geospatial Intelligence (GEOINT) and Sensor Management. DCGS-A Increment 2 is considered a national security system as defined in the OMB-A130 and not an information technology product or service.

2. Market research was accomplished in accordance with the procedures delineated in Federal Acquisition Regulation (FAR) Part 10, Defense Federal Acquisition Regulation Supplement (DFARS) Part 210, and Army Federal Acquisition Regulation Supplement (AFARS) Part 5110.  PM-DCGS-A released three Federal Business Opportunities (FBO) Request for Information (RFI) announcements.  The RFIs were to canvas the market and determine the availability of commercial/non-developmental items/services available for satisfying the DCGS-A's Increment 2 requirements.  In response, 84 different organizations, including 45 large businesses, 35 small businesses, three (3) non-profit organizations, and one (1) Federally Funded Research and Development Center responded the FBO RFI announcements.

3. Based upon market research conducted by Program Manager (PM) DCGS-A, I find that some commercial software applications exist that could potentially satisfy portions of the DCGS-A Increment 2 requirement.  The market research showed that significant portions of the scope of work, such as, the military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with Signals Intelligence (SIGINT), Human Intelligence (HUMINT), Military Weather, Interoperability, Data Fusion, Intelligence Support to Cyber, and DCGS Integrated Backbone (DIB) upgrade are not available as commercial items.

4. I find, based upon the requirements of this procurement and the market research performed, that this requirement is not appropriate as a commercial item procurement because no single commercial item of a type customarily used by the

A6626

Appx16626

Protected Information
and/or Legends Redacted

general public or one that can meet the Government's requirement through minor modification is available; nor is there a combination of commercial items that can satisfy the DCGS-A Increment 2 requirement. Furthermore, the acquisition of the military-unique capabilities required of DCGS-A Increment 2 does not fit the definition of installation services, maintenance services, repair services, training services, or other services in support of a commercial item, as significant portions of the DCGS-A Increment 2 requirement are not commercial items. Nor are the required services provided to the general public. Furthermore, the developmental services required to integrate the capabilities into the overall DCGS-A Increment 2 requirement are not sold competitively in substantial quantities in the commercial marketplace based on established catalog or market prices.

## DETERMINATION

Upon the basis of the results above, I hereby determine, pursuant to Title 41 U.S.C. 1906, 1907, and 3307 and Title 10 U.S.C. 2375-2377, as implemented by the FAR 10.002(e) and 12.101(a), DFARS 212.101 and AFARS 5112.101, the following:

1. This requirement for DCGS-A Increment 2 will include numerous commercial items as part of the final solution.

2. The full requirement cannot be met by a commercial item or combination of items, and minor modifications to commercially available items will not satisfy this requirement.

3. This procurement is not appropriate for acquisition under FAR Part 12 procedures for the acquisition of commercial items.

SIGNATURE: FISHER.CHRISTOPHER.M.1387943605
Digitally signed by FISHER.CHRISTOPHER.M.1387943605
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=FISHER.CHRISTOPHER.M.1387943605
Date: 2016.07.01 14:37:21 -04'00'

Date: 01 July 2016

Christopher M. Fisher
Procurring Contracting Officer

SIGNATURE: YOUNG.BRYON.JOHN.1040415714
Digitally signed by YOUNG.BRYON.JOHN.1040415714
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=YOUNG.BRYON.JOHN.1040415714
Date: 2016.07.01 14:40:45 -04'00'

Date: 01 July 2016

BRYON J. YOUNG
Principal Assistant Responsible For Contracting

Source Selection Information – See FAR 2.101 and 3.104
For Official Use Only

A6627

Protected Information
and/or Legends Redacted



A6629

Protected Information
and/or Legends Redacted

Hearing Date: Apr 14, 2015
Hearing: Army Modernization
Member: Senator Cotton
Insert: (Page 66, Line 6)
Witness: MG Cheek
File Name: SASCA-02-002-IFR

(The information follows):
As of April 2015, 19 deploying units have submitted 28 requests for commercial, advanced
analytic capabilities, to include Palantir. Requesting units used the Operational Needs Statement
(ONS) process ten times and the Rapid Equipping Force (REF) 10-Liner process on eighteen
occasions. Of the ten ONS requests, seven were endorsed by intermediary Commanders and
passed to the Department of the Army for decision. In those cases, the requirements were
validated and the requests approved. The remaining three ONS are still being reviewed by
subordinate, intermediary headquarters. Of the eighteen requests submitted through the 10-Liner
process, six were approved. Of those approved, REF equipped four units with the Palantir
capability, supported one unit with Field Support Representatives and reachback capability, and
one unit declined the Palantir equipment once it was available for delivery. REF did not support
six 10-Liner requests and redirected four others into the ONS process. The final two 10-Liners
were passed to PM DCGS-A for action.

Protected Information
and/or Legends Redacted



A6633

Protected Information
and/or Legends Redacted



2

A6634

Protected Information
and/or Legends Redacted



Protected Information
and/or Legends Redacted



Protected Information
and/or Legends Redacted



5

A6637

Appx16637

Protected Information
and/or Legends Redacted



A6638

Protected Information
and/or Legends Redacted



Protected Information
and/or Legends Redacted



Protected Information
and/or Legends Redacted



A6642

Protected Information
and/or Legends Redacted



A6643

Protected Information
and/or Legends Redacted



Protected Information
and/or Legends Redacted



**A6645**

Protected Information and/or Legends Redacted



Protected Information
and/or Legends Redacted



Protected Information
and/or Legends Redacted



Protected Information
and/or Legends Redacted



A6650

Protected Information
and/or Legends Redacted



A6651

Protected Information
and/or Legends Redacted



A6652

Protected Information
and/or Legends Redacted



**DEPARTMENT OF THE ARMY**
OFFICE OF BUSINESS TRANSFORMATION
102 ARMY PENTAGON
WASHINGTON, DC 20310-0102

SAUS-OBT                                                                                    17 October 2012

MEMORANDUM FOR LTG WILLIAM J. TROY, DIRECTOR, ARMY STAFF, 201 Army
Pentagon, Washington, DC 20310-0201

SUBJECT: AR 15-6 Report of Findings and Recommendations regarding the Army Test and
Evaluation Command's Forward Operational Assessment of the Palantir System

1. **Purpose.** On 23 July 2012, you directed me to conduct an investigation into the facts and
circumstances surrounding the Army's 2012 conduct of an informal battlefield assessment of
Palantir, a commercial front-end data mining analytic system produced by Palantir Technologies,
Inc. Specifically, you directed me to examine the facts and circumstances surrounding creation
of one or more Forward Operational Assessment (FOA) reports by the Army Test and Evaluation
Command (ATEC) related to the Palantir system, and any alleged efforts by one or more
members of the Army G-2 to disrupt ATEC's objective assessment of Palantir.



Protected Information
and/or Legends Redacted



UNCLASSIFIED//FOUO//LIMDIS
FOR COMMITTEE USE ONLY

A6658

Protected Information
and/or Legends Redacted

SAUS-OBT
SUBJECT: AR 15-6 Report of Findings and Recommendations regarding the Army Test and
Evaluation Command's Forward Operational Assessment of the Palantir System

     (1)  Based on the evidence collected, I find that there was no intent on the part of any
member of the Army G-2 to deceive any Army decision maker regarding the effectiveness of the
Palantir commercial system.

     (2)  After reviewing the facts and circumstances of this event, it is my opinion that the
Army G-2 team is passionate and a little defensive about DCGS-A and its relationship with
Palantir and that this attitude resulted in their desire to ensure that any Army discussion of
Palantir be precise concerning capabilities, training and future acquisitions. At times, some
members of the G-2 staff lost some of their objectivity with respect to how they presented
information on Palantir and DCGS-A to Army senior leaders. However,
it is clear that the Army G-2 team, along with other staff leaders, wanted the Army's senior
leaders to understand the capabilities of each system and ensure that our warfighters received the
best possible product to accomplish their mission.



Protected Information
and/or Legends Redacted




# DCGS-A Inc 2

# The Evolving Environment &
# Transition to Open Competition

Protected Information
and/or Legends Redacted

# DCGS-A 'System of 'Systems'



**DCGS-A Inc 2 Focus**
1 – Integrated data and access layer
2 – Enhance visualization tools/display
3 – Address (Disconnected, Intermittent and Limited) bandwidth environment

**DCGS-A is a robust 'System of Systems'; Inc 2 will focus on <u>data integration</u> and access, while enhancing <u>Visualization</u> tools and fully leveraging existing investments.**



DESIGN • DEVELOP • DELIVER • DOMINATE
*SOLDIERS AS THE DECISIVE EDGE*

A6802 6

Protected Information
and/or Legends Redacted

# DCGS-A Incremental Capabilities




| Increment 1 | Increment 2 |
|---|---|
| • Government integrator<br>• Geospatial, Imagery, FMV ingest<br>• All Source - Multi-INT Fusion<br>• Data Enterprise - 700 data sources **Rel 1 Griffin**<br><br>• NSAnet and JWICS<br>• Some Ease of use enhancements<br>• Domain Upgrades (SIGINT, HUMINT, and GEOINT) **Rel 2 Hunte**<br><br>**Rel 3 Transition to Inc 2**<br>• Tactical Cloud Implementation<br>• Automated System Management<br>• Increase Intelligence Fusion | • Full and open competition w/ Industry<br>• Enhanced visualization & analytical tools<br>• Incorporate "cloud computing" and "big data" analytic capabilities<br>• Less complex architecture (easier to maintain and utilize)<br>• Cyber Analytics & Data Integration<br>• Commercial product based<br>• IC ITE, DI2E , and JIE compliant |

**Focus on usability improvements, <u>visualization</u> tools, <u>analytical</u> tools, and data integration of the system while upgrading the infrastructure with the <u>leading edge data integration</u> technologies.**


DESIGN • DEVELOP • DELIVER • DOMINATE
SOLDIERS AS THE DECISIVE EDGE

A6803 [7]

Protected Information and/or Legends Redacted

The Honorable Heidi Shyu                                        September 25, 2014
Assistant Secretary of the Army
101 Army Pentagon
Washington, D.C. 20310

Assistant Secretary Shyu:

Thank you for your keynote address at Army Intelligence Industry Day earlier this month. I am writing in response to your invitation for vendors to engage in an open and candid dialogue with the Army *before* the initiation of a new program or acquisition. Thank you also for your willingness to continue our dialogue with the Army on the DCGS-A Increment 2 acquisition process. That dialogue has included hosting you at Palantir in January, holding a series of discussions with your staff, and responding to the Increment 2 Request for Information.

At this early stage in the process, I would very much appreciate the opportunity to meet with you on three issues concerning the acquisition of Increment 2. These issues are consistent with your stated desire to increase openness and competition, and they address key goals in all three versions of the Department's Better Buying Power efforts.

First – the Army's acquisition strategy for delivering core capabilities. We are encouraged that the Army's focus for Increment 2 is to reset the Intelligence foundation layer, because we continue to believe that the delivery of a core data integration platform is fundamental to the ultimate success of DCGS-A. And we appreciate your efforts to accelerate the delivery of Increment 2 capabilities. However, we are concerned that the Army intends to conduct a two-year competition, followed by a multi-year development project to deliver foundational capabilities. The Army has acknowledged a data fusion capability gap as part of the DCGS-A Increment 1 baseline; this capability gap has existed for years, and will persist for years in the future unless the Army closes the gap through accelerated procurement of existing solutions.

Because a proven commercial data integration platform is available today for procurement through ESI and GSA, the Army does not need to conduct a two-year competition to reset the Intelligence foundation layer; nor does it need to *build* the core functions of Increment 2. At Industry Day, you stated that the Army seeks to harvest best-of-breed capabilities from industry rather than redeveloping them. However, by holding a two-year competition, the Army is signaling to industry that it is not interested in harvesting current best-of-breed technologies, but rather is intent on re-inventing, from scratch, unproven technologies – which we know is not your intent. Instead, we believe that the Army can deliver the foundation layer on a commercial software platform and add applications in parallel, which would result in significant savings to the taxpayer and enhanced near-term warfighter capabilities. This strategy would be designed to avoid many of the problems that plagued Increment 1.

Second – the alignment of the Army's strategy with Department of Defense acquisition guidance. The Department's guidance includes the Better Buying Power (BBP) series and program competition documents issued by Under Secretary of Defense for Acquisition, Technology, and Logistics (AT&L) Frank Kendall. It is clear that the Army is seeking to align its Increment 2 acquisition strategy with BBP 2.0 and now the draft of BBP 3.0, but we are concerned that the Army is maintaining, not removing, barriers to commercial technology utilization in DCGS-A. Such an approach, if sustained, will fail to take advantage of the significant commercial, not taxpayer, development funds which have benefited so many other government and corporate entities and is in keeping with the goals articulated by Secretary Kendall on September 19th at the Center for Strategic and International Studies.

A6807

By acquiring an existing commercial software platform as the Intelligence foundation layer, the Army can fully align the Increment 2 acquisition with Secretary Kendall's guidance to achieve affordability, control costs throughout the program lifecycle, bring more innovation and commercial technology into government, and eliminate unproductive processes. For example, one of the tenets of Secretary Kendall's BBP 3.0 is incentivizing companies to invest in R&D. However, pursuing a multi-year development cycle incentivizes the opposite; it indicates that the Army is willing to shoulder the costs of innovation. As you are aware, companies like Palantir have invested hundreds of millions of dollars in R&D precisely so that we can be best positioned to deliver mature, proven capabilities to the Department. A multi-year full spectrum development places disincentives on Industry R&D, slows the process of development, and requires taxpayers to pay more for the same (if not inferior) capabilities. Unfortunately, we do not believe Secretary Kendall was ever made aware of the results of the effort he initiated.

Third – the openness and interoperability of the Palantir platform. We appreciate your personal efforts and commitment to get ground truth about Palantir. As you know, Palantir has proven interoperability with Defense Intelligence Information Enterprise (DI2E) standards, and operates today within the Intelligence Community Information Technology Enterprise (IC ITE) framework. In addition, official government assessments have concluded that Palantir is an open architecture system, including a review initiated by Secretary Kendall and conducted by the MITRE Corporation in late 2013.

In spite of these independent assessments, we remain concerned that false and misleading information about Palantir continues to be circulated in the Pentagon, including within a memo prepared for Secretary Kendall himself, which states that Palantir "is a proprietary system – it does not integrate with other deployed systems" and "one of the key areas where Palantir comes up short is interoperability. Sharing of Palantir data is difficult between Army users and with the larger intelligence community."

We are concerned that the erroneous memo, which apparently served as the basis for Congressional testimony by Secretary Kendall, and other inaccurate information undermine the ability of the Army and Mr. Kendall to foster fair and open competition as any attempt to do so is impaired by the continued propagation of unfounded information. We are frustrated, in particular, by the persistent and improper use of the term "proprietary," which some officials apply to Palantir to imply a lack of interoperability. In reality, the term refers to the licensing of source code and Intellectual Property, and it does not relate to its interoperability, functionality, extensibility, ease-of-management, code quality, or cost-of-ownership. As we have shared with you previously, false statements about Palantir hurt our ability to compete in the Army, across the Government, and with foreign customers, despite what most truly independent assessments consider a superior, less-costly, and more dynamic offering.

To conclude, we are confident that on the basis of full and open competition, the Army can deliver the foundation layer on a commercial software platform – and make Increment 2 a powerful example of technology acquisition done right. As you know, many commercial companies as well as a number of major government agencies are adopting Palantir, to include the largest U.S. intelligence agencies, the FBI, DHS, SEC, the Department of Justice, Foreign Mission Partners, and local law enforcement agencies. These agencies have conducted fair and open competitions, and have awarded contracts based on official assessments and comprehensive investigation of the ground truth.

For your information and review, we have enclosed the following documents:
   (1) Alignment of Army Increment 2 Acquisition Strategy and Better Buying Power
   (2) Alignment of Army Increment 2 Acquisition Strategy and AT&L Competition Guidelines
   (3) Summary of a Memo for Secretary Kendall that Contradicts Official Assessments of Palantir

We look forward to engaging with you and your staff in person as you continue the process of delivering Increment 2 and as you align the Army's acquisition strategy with industry best practices and the Department's initiatives.

Thank you once again for your leadership and commitment to ensuring warfighters have the tools they need to accomplish their missions. We look forward to speaking with you again and continuing to support your efforts on behalf of the warfighter and the taxpayer.

Sincerely,

Douglas Philippone
Head of Global Defense
Palantir Technologies, Inc.

# Director, Operational Test and Evaluation

# FY 2015 Annual Report



## January 2016

This report satisfies the provisions of Title 10, United States Code, Section 139. The report summarizes the operational test and evaluation activities (including live fire testing activities) of the Department of Defense during the preceding fiscal year.

J. Michael Gilmore
Director

Protected Information and/or Legends Redacted

- Joint Battle Command – Platform (JBC-P)
- Manpack Radio
- Mark XIIA Mode 5 Identification Friend or Foe (IFF)
- MK 54 Lightweight Torpedo

**No fixes planned, or no fixes planned to be tested in the next two years**
- AN/PRC-117G
- Distributed Common Ground System – Marine Corps (DCGS-MC)
- F-15E Radar Modernization Program (RMP)
- RQ-21A Blackjack (formerly Small Tactical Unmanned Aerial System (STUAS))

In FY14, I also identified 23 systems that had significant issues in early testing that should be corrected before operational testing. The following provides an update on the progress these systems made in implementing fixes to those problems.

**Fixes verified in OT – No other problems observed**
- Distributed Common Ground System – Army (DCGS-A)
- Key Management Infrastructure (KMI)
- Precision Guidance Kit (PGK)

**Fixes verified in OT – New problems discovered**
- AN/SQQ-89A(V)15 Integrated Undersea Warfare (USW) Combat System Suite

**Fixes verified in OT – Known problems re-observed**
- Ballistic Missile Defense System (BMDS)
- Infrared Search and Track (IRST)
- LHA 6 New Amphibious Assault Ship (formerly LHA(R))
- Littoral Combat Ship (LCS)
- Mobile Landing Platform (MLP) Core Capability Set (CCS) (Expeditionary Transfer Dock) and Afloat Forward Staging Base (AFSB) (Expeditionary Mobile Base)

**Fixes tested in OT – Both new problems discovered and known problems re-observed**
- AC-130J Ghostrider
- Air Force Distributed Common Ground System (AF DCGS)
- Defense Enterprise Accounting and Management System (DEAMS)
- Defense Medical Information Exchange (DMIX)
- Warfighter Information Network – Tactical (WIN-T)

**Fixes not planned to be tested in the next two years**
- F-35 Joint Strike Fighter (JSF)

**Fixes currently being tested or planned to be tested in the next two years**
- M829E4 Armor Piercing, Fin Stabilized, Discarding Sabot – Tracer (APFSDS-T)
- Public Key Infrastructure (PKI)
- RQ-4B Global Hawk High-Altitude Long-Endurance Unmanned Aerial System (UAS)
- AGM-88E Advanced Anti-Radiation Guided Missile (AARGM)
- MQ-4C Triton Unmanned Aircraft System
- MQ-9 Reaper Armed Unmanned Aircraft System (UAS)
- Patriot Advanced Capability-3 (PAC-3)
- Remote Minehunting System (RMS)

Protected Information
and/or Legends Redacted

- The U.S. Army Test and Evaluation Command (ATEC) conducted an FOT&E at Fort Bliss, Texas, during the Army's Network Integration Evaluation 15.2 in May 2015.
- ATEC failed to adequately collect, reduce, and analyze FOT&E test data in accordance with the DOT&E-approved test plan.
- The Program Office conducted a laboratory test September 14 – 24, 2015 to provide data for more rigorous evaluation of DCGS-A Release 2 data synchronization.
- DOT&E will issue a report on the DCGS-A Release 2 FOT&E in early FY16.

**Assessment**
- DT2 data were not sufficient for DOT&E to evaluate DCGS-A system performance. The Army's data collection, reduction, and analysis process failed to provide adequate quantitative answers to the key measures of performance.
- During the FOT&E, the test unit successfully employed DCGS-A to locate and take actions on all of the injected terrorist activities. The unit also accurately tracked the enemy troops and equipment movements, but did not always attribute the troops and equipment to the correct enemy unit. The Army injected supporting intelligence data for 10 intelligence vignettes into the test database, which also contained terabytes of other operationally representative intelligence data. During the test, the test unit successfully discovered and exploited the supporting data for all 10 vignettes and drew appropriate conclusions from the data within hours.
- FOT&E data collected by ATEC were not adequate to quantitatively evaluate fusion, targeting, and database synchronization. The program manager conducted a test of data synchronization in an operationally realistic laboratory facility in September 2015 and provided data to supplement the evaluation of data synchronization. Positive results of the vignettes indicate the fusion capability was adequate to support the mission during FOT&E.
- The data from the excursion showed that DCGS-A data synchronization can work effectively if the most efficient method is used. Users can choose from four different ways of synchronizing the data. During the FOT&E, the unit chose to use the ad-hoc Datamover method because they perceived this to be the most flexible method. The lab test showed using this method with a large number of entities (about 900 entities; the number emulates the database used during the FOT&E) could take about 2 hours, whereas moving the same data

with a scheduled Datamover can be completed in less than 20 minutes. The Army plans to modify training to use the scheduled Datamover to synchronize large numbers of entities.
- DCGS-A availability was 0.99, satisfying the requirement of 0.90. Reliability, in terms of Mean Time Between Failure, ranged from 16 to 360 hours depending on the location and functions. Reliability and maintainability were sufficient to conduct the mission, but improvement in reliability would improve DCGS-A suitability.
- The system usability scale indicated system usability to be low-marginal.
- The system was not survivable against cybersecurity threats because of the vulnerabilities in the Army's tactical network.

**Recommendations**
- Status of Previous Recommendations. The Army did not successfully implement the FY14 recommendation to incorporate lessons learned from DT2 to conduct the FOT&E; the FOT&E data collection, reduction, and analysis had significant systematic shortfalls similar to those experienced during DT2.
- FY15 Recommendations. The Army should take the following actions:
  1. Institutionalize the training provided to the FOT&E test unit, so that all DCGS-A equipped units receive intensive, scenario-driven, collective training.
  2. Maintain DCGS-A unit readiness via continuous use of DCGS-A in garrison.
  3. Improve the cybersecurity posture in all Army tactical networks.
  4. ATEC should resolve systematic shortfalls with data collection, reduction, and analysis during testing.
     - Demonstrate the end-to-end process of collecting, reducing, and analyzing the data before an operational test.
     - Conduct a developmental test with operationally representative networks and the operational test instrumentation before an operational test of complex networked systems.
     - Attribute all performance anomalies to system performance, test process, or data collection and reduction before the test ends.
     - Analyze data sufficiently to identify and resolve anomalies and inconsistencies during the test.

Protected Information
and/or Legends Redacted



Army Test and Evaluation Command

**APRIL 2012**

## (U) Forward Operational Assessment

# (U) Palantir

### (U) Operational Assessment Report



Approved: LAURA J. RICHARDSON                    Date: 25 APR 12
Brigadier General, USA
Commander, U.S. Army Operational Test Command

This report is a product of the Army Test and Evaluation Command (ATEC) Forward Operational Assessment Team XVIII and is not to be construed as the ATEC operational test agency evaluation report for this system. The use of trade names in this document does not constitute an official endorsement or approval of the use of such commercial hardware or software. Do not cite this document for the purposes of advertisement.

This document contains information EXEMPT FROM MANDATORY DISCLOSURE under the Freedom of Information Act. Exemption 5 (predecisional materials) applies.

4. (U//FOUO) SAMPLE POPULATION. FOA XVIII surveyed 57 operators and 43 intermediate supervisors, exceeding the ATEC system team-requested sample size of 14 operators and 24 intermediate supervisors, experienced with the use of Palantir. The military respondents were in grades E–2 through E–8, W–1 through W–3, O–1 through O–4, and the 33 civilian respondents were a combination of contractors and Department of Defense civilians.

5. (U//FOUO) FINDINGS. Palantir supported units in Operation Enduring Freedom (OEF) by providing intelligence tools to assist analysts and Warfighters in different missions (e.g., intelligence operations, military police (significant activity studies for patrol routes), engineers (route clearance), and female engagement team (FET) area assessments). Ninety-six of the 100 personnel surveyed agreed that Palantir was effective in supporting their mission. The overall feedback from the operators and intermediate supervisors was that Palantir is a user-friendly and reliable program that enables analysts to save time and provide accurate data to commanders. However, it was noted that the mapping tool has fewer capabilities than other programs such as ArcGIS.[1] One supervisor stated, "Palantir is very effective for my mission; but, right now it does not replace all systems because it still doesn't have all the abilities as ArcGIS. But it is much more user-friendly." When asked if Palantir saves time when performing analysts' tasks, 90 of the 100 personnel surveyed agreed that it did.

   a. (U//FOUO) Strengths. Respondents identified the following key strengths during the Palantir assessment:

      (1) (U//FOUO) The software was easy to learn and was user-friendly. Some respondents had less than 1 hour training; but they were able to perform program functions that allowed them to complete their duties quickly and effectively.

      (2) (U//FOUO) Field-service representatives (FSRs) were effective. The allocation of FSRs made them readily available to all locations that were authorized the Palantir software. The FSRs assisted with one-on-one training of personnel using Palantir and they tailored the training to user needs. One respondent said, "Some FSRs have added mission-specific information/options like FET Engagement and various other options that help keep my Commander informed." Of the 100 operators/intermediate supervisors surveyed, 95 agreed that the FSRs were adequate and responsive in providing the support needed to complete their missions.

      (3) (U//FOUO) Easy search tools within Palantir allow Warfighters to simultaneously search CIDNE, M3, MX (British Human Intelligence (HUMINT) system), BATS, etc. This capability enables analysts to rapidly execute necessary data mining and create products, that are requested by units for operations and missions, more efficiently.

---

[1] (U) ArcGIS is the name of a group of geographic information system software product lines produced by ESRI. At the desktop GIS level, ArcGIS can include: ArcReader, which allows one to view and query maps created with the other Arc products; ArcView, which allows one to view spatial data, create maps, and perform basic spatial analysis; ArcEditor which includes all the functionality of ArcView, includes more advanced tools for manipulation of shapefiles and geodatabases; or ArcInfo the most advanced version of ArcGIS, which includes added capabilities for data manipulation, editing, and analysis.

4

A7708
Protected Information
and/or Legends Redacted

Sir,

As per the attached memorandum, the ATEC Forward Operational Assessment Report (FOAR) for the Palantir System, dated 25 April 2012 is rescinded and replaced by the FOAR dated 25 May 2012. Please ensure that any and all copies of the 25 April report are destroyed and not distributed.

Upon destruction of the previous report, please confirm to me in email that all copies of the original report dated 25 April has been destroyed.

If possible, can you please provide me the names of the individuals that the 25 April report was sent to.

Your immediate assistance in this matter would be greatly appreciated.

V/R

Rachel Phillips
SFC, USA
ATEC FOA 18 Data Collector
DSN: 318-436-8536
SVOIP: 308-449-0398
CENTRIX: 611-260-6132
NIPR: rachel.l.phillips@afghan.swa.army.mil
SIPR: rachel.l.phillips@afghan.swa.army.smil.mil
CENTRIX: rachel.l.phillips@afgn.centcom.isaf.cmil.mil

A7752
Protected Information
and/or Legends Redacted



**May 2012**

*Army Test and Evaluation Command*

### (U) Forward Operational Assessment

# (U) Palantir

### (U) Operational Assessment Report



Approved: LAURA J. RICHARDSON
Brigadier General, USA
Commander, U.S. Army Operational Test Command

Date

This report is a product of the Army Test and Evaluation Command (ATEC) Forward Operational Assessment Team XVIII and is not to be construed as the ATEC operational test agency evaluation report for this system. The use of trade names in this document does not constitute an official endorsement or approval of the use of such commercial hardware or software. Do not cite this document for the purposes of advertisement.

This document contains information EXEMPT FROM MANDATORY DISCLOSURE under the Freedom of Information Act. Exemption 5 (predecisional materials) applies.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**A7754**
Protected Information
and/or Legends Redacted

4. (U//FOUO) SAMPLE POPULATION. FOA XVIII surveyed 57 operators and 43 intermediate supervisors, exceeding the ATEC system team-requested sample size of 14 operators and 24 intermediate supervisors, experienced with the use of Palantir. The military respondents were in grades E–2 through E–8, W–1 through W–3, O–1 through O–4, and the 33 civilian respondents were a combination of contractors (not employed by Palantir Technologies) and Department of Defense civilians. Note in paragraph 1 above, (PURPOSE), the diverse U.S. Army units throughout the CJOA-A that utilize the Palantir system do so to augment their intelligence estimations, but do not necessarily employ Palantir as their primary tool for analysis.

5. (U//FOUO) FINDINGS. Palantir supported units in Operation Enduring Freedom (OEF) by providing intelligence tools to assist analysts and Warfighters in different missions (e.g., intelligence operations, military police (significant activity studies for patrol routes), engineers (route clearance), and female engagement team (FET) area assessments). Ninety-six of the 100 personnel surveyed agreed that Palantir was effective in supporting their mission. The overall feedback from the operators and intermediate supervisors was that Palantir is a user-friendly and reliable program that enables analysts to save time and provide accurate data to commanders. However, it was noted, by multiple respondents that augment the use of Palantir for their intelligence assessments, that the mapping tool has fewer capabilities than other programs, such as a common Commercial Off The Shelf (COTS) product called ArcGIS.[1] One supervisor stated, "Palantir is very effective for my mission; but, right now it does not replace all systems because it still doesn't have all the abilities as ArcGIS. But it is much more user-friendly." When asked from a question within the FOA survey questionnaire if Palantir saves time when performing analysts' tasks, 90 of the 100 personnel surveyed agreed that it did.

    a. (U//FOUO) Strengths. Respondents identified the following key strengths during the Palantir assessment:

       (1) (U//FOUO) The software was easy to learn and was user-friendly. Some respondents had less than 1 hour training; but they were able to perform program functions that allowed them to complete their duties quickly and effectively.

       (2) (U//FOUO) Field-service representatives (FSRs) were effective. The allocation of FSRs made them readily available to all locations that were authorized the Palantir software. The FSRs assisted with one-on-one training of personnel using Palantir and they tailored the training to user needs. One respondent said, "Some FSRs have added mission-specific information/options like FET Engagement and various other options that help keep my Commander informed." Of the 100 operators/intermediate supervisors surveyed, 95 agreed that the FSRs were adequate and responsive in providing the support needed to complete their missions.

---

[1] (U) ArcGIS is the name of a group of geographic information system software product lines produced by ESRI. At the desktop GIS level, ArcGIS can include: ArcReader, which allows one to view and query maps created with the other Arc products; ArcView, which allows one to view spatial data, create maps, and perform basic spatial analysis; ArcEditor which includes all the functionality of ArcView, includes more advanced tools for manipulation of shapefiles and geodatabases; or ArcInfo the most advanced version of ArcGIS, which includes added capabilities for data manipulation, editing, and analysis.

A7761

Protected Information
and/or Legends Redacted

(3) (U//FOUO) Allows plotting of current and historical insurgent activities, which allows analysts to quickly develop assessments based upon identified trends. Eighty-nine of the 100 surveyed personnel agreed that using Palantir allowed them to visualize trends based on time, location, or individuals.

(4) (U//FOUO) As an analysis tool, users of Palantir are able to discover new links and associations that aid analysts in targeting high-value individuals (HVIs) and to build intelligence products, which provide course of action input to commanders when determining how to proceed in capturing or obtaining intel on these individuals. Ninety-three percent (40/43) of the intermediate supervisors surveyed, agreed that Palantir increased their ability to support the intelligence requirement of the maneuver commander.

b. (U//FOUO) Weaknesses and Recommendations. Respondents identified the following key weaknesses during the Palantir assessment:

(1) (U//FOUO) Inability to Import/Export. Palantir lacks the capability to import/export into different file formats, such as ANB, for other programs to use. Some users are required to use different programs for their tasks, but prefer to use Palantir to build certain products. Recommendation: Allow link diagrams to be imported/exported to ANB or map products to be exported to ArcGIS with Shape files.

(2) (U//FOUO) Any User Can Add or Change Data. Any user with publishing rights can add or change data after a product is published, sometimes adding incorrect information. This becomes a problem for the originator of the product who may have to correct wrong information, or who did not want alterations made to their product. One operator stated, "Palantir is a great tool for linking, searching, and visualizing information. One issue is that any user can add or change data, sometimes adding incorrect information." Recommendation: Suggest that the Materiel Developer explore means to restrict the ability to alter products.

(3) (U//FOUO) Limited Plotted Item Options. Plotted item options are limited in the Palantir mapping tool. To resize, shape, or change color of an item, the plotted item has to be altered in the *paint* feature and then uploaded. Labels on imported KMZ or KML files do not show up on the map. Recommendation: Allow users the ability to change size, color, shape, or label options for each item in maps. Also, allow labels on items such as routes to be turned on and off at will. One of the operators/intermediate supervisors suggested, "Palantir is a great, efficient, easy-to-use software; the only addition I would ask [for] is more options on maps. Example: changing icons, size, color, moving the map at a different angle similar to Google Earth."

(4) (U//FOUO) Outdated Maps. The maps on Palantir are outdated. Palantir incorporates BuckEye imagery, but only updates it once a year. In a quickly changing counter-insurgency environment, this can be detrimental to planning missions and operations. One of the operators/intermediate supervisors made this statement about Palantir, "Although the imagery allows us to zoom in at great lengths and gives details, it is no where up to date, and due to the outdated imagery it can only give a general idea of the battlefield." Recommendation: Schedule periodic updates (monthly, quarterly, or by request) from the National Geospatial-Intelligence Agency database. Palantir should replace old imagery of the same area on their servers.

A7762
Protected Information
and/or Legends Redacted

# Palantir Platform Information Brief

**Kevin M. Kelly**

**July 2013**

**MITRE**

**A7805**

Protected Information and/or Legends Redacted

# Palantir Platform
# Bottom Line up Front (BLUF)

1. **Is Palantir an _OPEN_ system?** **YES**
   Palantir is an **open system.** Palantir employs a **blend** of open/DoD-IC/company specified standards accessible via **open** API's.
   Palantir is **NOT** an open source software. They do not distribute the source code.

2. **Is Palantir _ONLY_ a link analysis tool?** **NO**
   Palantir provides a Data Integration & Analytics (DI&A) platform applicable to wide spectrum of domains (e.g. DoD/IC; Finance; HealthCare; and Law Enforcement)

   Palantir's has a **robust DI&A capabilities** applicable to DCGS-A "Data Processing & Storage" capabilities and a **rich suite** of apps applicable to DCGS-A's "User Experience & Interface" capabilities.

3. **How does Palantir support DoD-IC Interoperability?**
   Palantir provides DoD-IC interoperability via DIB Query support. DCGS-A/Palantir CRADA has demonstrated Palantir/DCGS-A Standard Cloud Interop. Participates in IC ITE and DI2E forums for incorporation of emerging IC Community Standards. Military MSG support (no formal Army certification)

4. **What is the Palantir cost-model?**
   Software licensing based per server-core.
   Per GSA schedule, a BDE configuration would be: ~2.7M (Year1)/~800K (Year2-N)
   Enterprise licensing/alternative configurations could lower price point.

© 2012 The MITRE Corporation. All rights reserved.

For internal MITRE use

**MITRE**

A7806

Protected Information
and/or Legends Redacted

# Drill Down #3:
# Palantir → DCGS-A Info Systems CPD (5 of 9)

| Category | Rating | Comments |
|---|---|---|
| Mission Support (9) | 3 | Palantir/Palantir FWD/Palantir Mobile provide a scale-able approach. Palantir FWD could be used in en-route mission planning scenarios. Garrison users could use Palantir Workspace and/or Palantir Web apps to "plug-into" remote training and/or operational nodes. Minimal support with Mission Command systems and Army Training Systems. |
| Security (9) | 4 | Palantir has been deployed on: Unclassified (JTF-N); Secret (Army, USMC, SOF, …); TS: DIA (PL-3); and Coalition (CX-I and BICES). Palantir has NETOPS capability to audit/log potential cyber events and has Cyber Analysis Tools to detect/analyze suspicious Cyber events. Palantir has fine-grained security controls and can leverage Organization/Unit provided authorization & authentication service. Palantir has mechanisms for securely processing and storing classified information. Cross-domain Palantir-Palantir replication has been |

© 2012 The MITRE Corporation. All rights reserved.

For internal MITRE use

**A7851**

Protected Information and/or Legends Redacted

FOR OFFICIAL USE ONLY
United States Government Accountability Office



Report to Congressional Committees

June 2013

# DISTRIBUTED COMMON GROUND SYSTEM

## Better Measures and Plans Needed to Help Achieve Enterprise Intelligence Sharing Goals

FOR OFFICIAL USE ONLY: This Document contains
sensitive information and can be disseminated only to
persons whose official duties require access to the
information.

FOR OFFICIAL USE ONLY

A7863

Appx17863

**(FOUO)**The overall goal, or end-state, for the DCGS Enterprise is to provide an integrated intelligence information sharing system where analysts from across the military can access intelligence data from hundreds of sources, analyze it, and make the resulting intelligence products discoverable and available to other users in real time. The DCGS Enterprise is intended to consist of a network infrastructure—servers, data links, routers, and computer workstations—for storing and maintaining a repository of intelligence data, and software tools and techniques that enable the data to be searched and manipulated to prepare products to aid the warfighter. DOD also anticipates that Enterprise data and products will be accessible to deployed combat units through laptop computers and networking links. Figure 2 depicts an operational overview of DCGS and shows how DCGS is intended to link ISR systems to ground processing systems and to intelligence analysts.

**Figure 2: Distributed Common Ground/Surface System Operational Overview**



Source: GAO analysis of DOD data.

A7874

Appx17874

Figure 3: Schedule for the Completed and Ongoing DCGS Programs in Fiscal Years (F0UO)



| | Completed program |
| | Ongoing program |
| // | Restructure of program acquisition strategy |
| ■ | Full deployment decision |
| ◆ | Full deployment |

Source: GAO analysis of DOD data

FOR OFFICIAL USE ONLY

AF-DCGS

The Air Force has had a fully deployed DCGS system in the field for several years to process and disseminate intelligence data and is currently upgrading the system through four interrelated acquisition programs.

The Air Force operates several national level ISR systems that collect large volumes of GEOINT and SIGINT data and provide support to joint and coalition forces around the world. This mission led to the need for a network of large, fixed AF-DCGS centers to process, analyze, and disseminate intelligence data, mainly in the United States.

(FOUO) AF-DCGS began in the late-1990s as a deployable ISR data processing capability supporting the U2 aircraft. The Air Force expanded DCGS to facilitate the processing and analysis of intelligence data from a number of other ISR systems. The system was declared operational in fiscal year 2009, and has been supported since then through sustainment. In fiscal year 2012, the Air Force decided to upgrade the

A7878

Appx17878

AF-DCGS system to address the following issues: The AF-DCGS data processing centers have different configurations of the system consisting of different hardware, software, and networking infrastructures, which Air Force officials told us are costly to sustain. In addition, many of the ISR systems that were fielded in recent years to support operations in Iraq and Afghanistan are not integrated with AF-DCGS. Further, the system does not meet all current and evolving DCGS Enterprise standards and software architecture.

(FOUO) The Air Force plans to upgrade DCGS by making incremental improvements to the system while it is in sustainment, with minimal impact on current ISR operations. In fiscal year 2012, USD (AT&L) approved an Air Force acquisition strategy to initiate four ACAT III AF-DCGS upgrade programs. According to Air Force officials, upgrading the system through these smaller programs provides greater flexibility to respond to requirements than combining the work into a single, larger program. While the four programs combined would equal an acquisition category one program under the department's cost criteria, USD (AT&L) agreed with the Air Force's strategy. The four programs are intended to provide upgrades to AF-DCGS network communications, data management, GEOINT, and SIGINT capabilities. The Air Force has structured the programs to field capabilities on a 3-year rolling basis. Additional system upgrade projects are expected to be addressed in subsequent years, based on requirements identified by the Air Force and available funding.

DCGS-A

The Army has been developing and fielding components of its DCGS system since fiscal year 2000 to address the multiple intelligence needs of the force. The program has gone through several modifications over time due to changing requirements and is now focused on providing a mobile, integrated ISR ground processing system composed of common components that are interoperable with sensors and other information sources. DCGS-A is intended to support Army commanders at multiple levels of the force structure.

(FOUO) Because the Army force structure is large, widely dispersed, and conducts disconnected operations, DCGS-A capabilities are needed throughout the force structure to support a broad range of military operations around the globe. The Army's fielding strategy for DCGS includes establishing several fixed-site data processing centers where large databases of intelligence information will reside (called fusion brains) as well as different DCGS system configurations, with different equipment and capabilities for deployed forces, from the company level to

Appx17879

A7879

**Figure 4: Development and Procurement Costs for Completed and Ongoing DCGS Programs**

Program of record



Dollars (in base year fiscal year 2013 millions)

- Procurement
- Research & development

Source: GAO analysis of DOD data.

(FOUO) Of the $10.6 billion in total DCGS Enterprise costs, about $6.0 billion was obligated prior to fiscal year 2013. Under their current, approved programs of record, the services plan to obligate about $4.6 billion in fiscal years 2013 and beyond. The costs to develop and field the Army and Navy systems have changed over time as the programs were restructured for various reasons, but Army and Navy officials could not provide us information on how much the costs changed because the programs established new cost baselines when they restructured. The current costs for the programs of record in the above graphic do not reflect future amounts needed for follow-on program increments the services plan to develop, since those costs have not yet been defined.

**Several of the Military Services Have Faced Challenges Integrating Urgent and Emerging Needs and Technologies with DCGS**

Over the past several years, as the military services planned and developed their DCGS systems, they have faced challenges in being adaptive enough to address urgent and emerging user needs for improved intelligence analysis capabilities and to take advantage of the rapid pace in which commercial technology improvements occur.

A7885

Appx17885

| | |
|---|---|
| Services Fielded Military and Commercial Systems to Help Meet Urgent Needs | A key challenge facing the military services is providing users with the capabilities to analyze the huge amount of intelligence data being collected. The number and variety of ISR systems that have been developed and fielded to collect intelligence data, particularly in support of military operations in Iraq and Afghanistan, has grown dramatically. For example, rapid advances in technology have led to the proliferation of unmanned aerial systems, such as the Air Force Predator and Army Hunter aircraft, which can loiter over the battlefield for considerable periods of time and take photographs, provide live video, or collect infrared or other imagery. From 2002 to 2010, the number of unmanned aerial systems in DOD's inventory has increased about forty fold, from about 170 to 7,500 aircraft. Similarly, military capabilities to collect communications and electronic data transmissions have also grown with the development of new technologies and sensors. Many of the ISR systems used to support operations in Iraq and Afghanistan were acquired as quick reaction capabilities in response to urgent operational needs for improved capabilities. In addition, the nature of military operations, with an emphasis on counter-insurgency operations, changed some of the traditional ways intelligence information was used. The need to integrate the large amount of available intelligence data, including the ability to synthesize information from different types of intelligence sources (e.g., HUMINT, SIGINT, GEOINT, and open source), has become increasingly important in addressing, for example, improvised explosive device threats and tracking the activities of certain components of the local population. |

Concurrent with the fielding of these new ISR systems, joint and military service commanders in Afghanistan began submitting urgent need requests to DOD for better tools to enable their analysts to determine the relationships among a wide array of disparate intelligence data and to view the data in different graphical formats. According to the requests, intelligence analysts in Afghanistan had to search many databases individually, and existing tools did not allow for the timely synthesis and analysis of the data. The requests also emphasized the need for user-friendly, intuitive software products and tools so analysts could respond rapidly to operational requests.

(FOUO) A key request, submitted in July 2010 by United States forces in Afghanistan, was a Joint Urgent Operational Needs Statement (JUONS) for improved theater-wide advanced analytic capabilities. The request identified the need for (1) tools to search and link multiple data sources and visually depict data relationships, (2) collaborative capabilities so analysts could share data and products, and (3) the ability to conduct

A7886

Appx17886

intelligence data analysis in areas with limited bandwidth.[9] Other service-level urgent operational requests, from the Army and Marine Corps, as well as requirements from the Special Operations Forces in Afghanistan, highlighted similar needs. Most of these requests identified a specific commercial analytic software system that was being used in selected joint and coalition operations centers in Afghanistan as the preferred solution. The commercial software system had been adapted by some parts of the government, such as the Centers for Disease Control and the Federal Bureau of Investigations, to analyze data. Further, the Joint Improvised Explosive Device Defeat Organization had begun acquiring this system in 2008 for use in counter improvised explosive device detection efforts. The software had gained a reputation for being intuitive and easy to use, while also providing effective tools to link and visualize data.

(FOUO) The Army responded to the 2010 joint urgent needs request by accelerating the development and fielding of certain DCGS capabilities, including improved terrain analysis and methods for analyzing multiple types of intelligence. In addition, the Army accelerated development of a related cloud computing effort that was underway.[10] It deployed two cloud computing nodes to Afghanistan, which provided additional computing power, data storage, and tools to support users, including those in limited bandwidth areas. Army officials also assessed whether to acquire the commercial software analytic system and determined that while the commercial system had some characteristics that were superior to DCGS-A, it did not provide the extent of capabilities that DCGS-A did for processing, analyzing, and disseminating intelligence data. For example, DCGS-A provided a wider range of capabilities—such as more robust tools for conducting GEOINT analysis and access to a greater number of data sources—than the commercial system. In addition, the Army determined that due to proprietary software licensing and technical compatibility issues, the commercial system could not be easily integrated with DCGS-A. Of concern to the Army was the incompatibility of the

---

[9]Limited bandwidth generally occurs during remote operations when forward units may be less connected to central servers and thus may not have access to data held by the central servers or other distributed nodes (a node is a network connection point where data reside).

[10]Cloud computing is a model for delivering computing services through access to a shared pool of configurable computing resources (e.g., networks, servers, storage, applications, and services) that can be rapidly released with minimal management effort or service provider interaction.

A7887

Appx17887

commercial software system's proprietary data format with the data standards used in DCGS-A and other intelligence community systems. Although data and products from the commercial system could be uploaded into DCGS-A, additional manual efforts were needed to fully integrate them. Army officials concluded that actions taken to accelerate and field the additional DCGS-A components and cloud computing capabilities met all the requirements in the joint urgent needs statement, and the Army closed it in 2011.

(FOUO) Nevertheless, in response to continued demand from certain field commanders in Afghanistan the Army and other DOD organizations began purchasing the commercial product on a limited basis for several units, spending approximately $33 million. At the same time, however, Army leaders expressed concern about having multiple systems in the field and the large investment already committed to DCGS-A. In 2012, the Army conducted assessments of intelligence analysts in Afghanistan to gain a better understanding of the strengths and limitations of DCGS-A versus the commercial analytic software product. Users reported that the commercial product was easier to operate and saved them time in conducting intelligence tasks. In addition, the commercial software company had field service representatives in theater who provided tailored training and support which users viewed as a benefit. Although the ease of use issue surfaced in the earlier urgent needs requests, the Army did not fully grasp the significance of the issue until after collecting feedback from users in the field. According to Army requirements officials, the DCGS-A system requires 80 hours of basic training to learn how to use the system and can be difficult to operate because there are multiple components and data screens to manipulate. Users also voiced concerns that the performance of the DCGS-A multi-function workstation, a key component of the system, was unreliable and that the different versions of DCGS-A in use in the field impeded the flow of intelligence information.

(FOUO) As a result of these field assessments, Army requirements and program officials recognized that DCGS-A needed to be a more intuitive, user-friendly system. After conducting a pilot, Army officials told us that user interface improvements will begin to be integrated into DCGS-A this year. The Army is also currently assessing ways to improve DCGS-A training for users and is re-exploring the feasibility of integrating the commercial software analytic product with DCGS-A. The Army entered into a joint research and development agreement with the commercial vendor in May 2012, to assess ways to mature data information sharing between the systems. In October 2012, the two systems demonstrated that collaboration is feasible. A second phase of the agreement assessed

A7888

Appx17888

additional levels of interoperability, including data discovery, sharing documents, and deploying link analysis tools. A third phase of the agreement to explore ways of improving user collaboration between the two systems is in the planning stages and will be conducted by the end of September 2013.

(FOUO) The Marines and SOCOM, which were just getting started on developing DCGS systems, found that the commercial analytic software system met their needs. The Marine Corps, which did not yet have a DCGS system fielded and had limited capabilities for conducting intelligence analysis, initially acquired the commercial system for selected units through DOD's Combating Terrorism Technical Support Office (CTTSO) as a stopgap and proof-of-concept measure.[11] Following its fielding, CTTSO initiated an independent assessment of the commercial system in 2011, surveying Marine Corps, Army, and other users. The assessment concluded that the commercial system was able to meet the critical performance requirements of the 2010 joint urgent need request and that overall user feedback about the system was positive. Demand for the commercial system continued and in 2012, the Marine Corps decided to provide the system to its entire force. However, to meet the operational needs, the Marines determined that acquiring the system through a deliberate, acquisition program of record approach would take too long and rapid acquisition would be better accomplished through the urgent needs process. The Marine Corps estimated it would take 24-36 months to complete the studies, analyses, and documentation necessary to establish formal requirements and support to get a program of record underway. Instead, the Marine Corps approved an urgent need request in 2012, to expand the use of the commercial system. In total, DOD organizations, such as CTTSO, have invested about $35 million to acquire the system as a bridging capability for the Marine Corps until 2014, when it is expected that a longer term solution can be worked out through a program of record approach to provide advanced analytic capabilities. One approach under consideration is to integrate the commercial system into future increments of the DCGS-MC system.

SOCOM also acquired the commercial analytic software system for its forces and is currently working to integrate it into the DCGS-SOF system

---

[11]The CTTSO mission is to provide a forum for discussion of mission requirements and possible solutions for combating terrorism. The agency funds and delivers potential solutions for the warfighter.

A7889

Appx17889

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 46 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 01 | SEP 29, 2015 | 637-0023-15-Z | |

| 6. ISSUED BY | CODE | HHQ402 |
|---|---|---|
| Virginia Contracting Activity ATTN: CFO-HQ Bolling AFB, Bldg. 6000 Washington DC 20340-5100 Todd A. Tapper 202-231-6449 d731850@dodiis.ic.gov | | |

7. ADMINISTERED BY (If other than Item 6) CODE ZD60
Virginia Contracting Activity
ATTN: CFO-HQ
Building 6000
Washington DC 20340-5100

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| PALANTIR USG, INC. 100 HAMILTON AVE SUITE 300 PALO ALTO CA 94301 DUNS: 825284321 Cage Code: 5TW88 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. GS-35F-0086U/HHM402-14-A-0005/0001 |
| CODE 00001261    FACILITY CODE | | 10B. DATED (SEE ITEM 13) SEP 22, 2014 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) | Modification Amount ███ |
|---|---|
| See Schedule | Modification Obligated Amount ███ |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.217-9 Option to Extend the Term of the Contrac |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Page #2

...See Continuation Page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Matt Long, Legal Counsel | Don Camden, Contracting Officer 202-231-2158  donald.camden@dodiis.mil |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(signature)* (Signature of person authorized to sign) | Sep. 28, 2015 | *(signature)* (Signature of Contracting Officer) | 9/28/2015 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

Protected Information and/or Legends Redacted  A8137

//UNCLASSIFIED//

## 4. CONCEPT OF OPERATIONS

This BPA allows ordering agencies to acquire Palantir software and professional services to address the most challenging data problems affecting agencies' ability to prosecute their critical missions.

Task Order 1 is the ODNI sponsored IC ITE Knowledge Management Tool (IC ITE KMT) that services authorized JWICS users. IC ITE KMT enables a new generation of analytic processes that is centered on tying intelligence data directly to intelligence targets. This capability includes both material and services that serve as a bridge between cloud "analytics" and traditional intelligence analysis.

IC ITE KMT enables object-based analysis by interfacing with cloud services to provide high-quality data to intelligence analysts, targeteers; and watch standards that are flexible enough to solve individual mission needs. Object based analysis is a mission-centric concept that allows users to solve a variety of problems by providing consistent data and powerful characterization and processing tools. The organizing principle behind IC ITE KMT is the constantly evolving ontology of existential and thematic metadata. This ontology describes real world objects, events in the life of those objects, relationships between objects, and the data that describes those object, events, and relationships. It then creates the interface to fuse automated processing "analytics" and human judgments by exposing this knowledgebase in a variety of ways and capturing a "story" of intelligence interest as designed by a subject matter expert.

Emerging "big data" technology holds tremendous potential, of which the IC ITE KMT will take full advantage to enable human interpretation, synthesis and judgment of large volumes of disparate data. Object based analysis is a concept of context. The net result of a network of tens of thousands of substantive experts worldwide contributing knowledge across common themes enables the users to embrace a new generation of quantitative and "big data" analysis techniques. It enables users to import complex "raw" data integrate it with more traditional reporting formats by normalizing it against real-world objects and events.

Subsequent task orders will provide material enrichment to IC ITE KMT or deploy additional capabilities to ordering agencies including subject experts equipped to solve some of the most challenging data problems in use cases such as but not limited to Defense and National Intelligence.

## 5. SOFTWARE AGREEMENT PRICING MODEL

The contractor's proposed pricing discounts under Task Order 1 will be binding to the BPA and all subsequent Task Orders as follows: a 36% to GSA Part

2

//UNCLASSIFIED//

Protected Information
and/or Legends Redacted
A8151

Appx18151

SECTION C
DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

Task Order 1

Statement of Work for the IC ITE Knowledge Management Tool
DIA Analytic Enterprise Operations

## 1. Purpose

1.1 The Intelligence Community Information Technology Enterprise Knowledge Management Tool (IC ITE KMT) provides a single technical infrastructure for a unified intelligence community through data integration, analysis, and knowledge management. IC ITE KMT users are able to collaboratively analyze and exploit both structured and unstructured data from multiple repositories into a single operational picture in an integrated fashion. In addition to providing advanced analytic capabilities, IC ITE KMT also offers robust security features to include auditing, access control, and metrics reporting capabilities.

## 2. Background

2.1 Since 2010 the ICITE-KMT program has forged a common workspace where intelligence officers from any organization can collaborate and share knowledge and analysis for a broad swath of missions. Over the last five years the program has organically grown to become a common work space where collectors and analysts from NSA, NGA, DIA, DHS, FBI, DOE, a variety of operational elements, and thirty-six other Government organizations collaborate on their common interests

2.2 IC ITE KMT Consists of four primary functions:
- Workspace: the primary data integration and analytics workspace that contains a suite of investigative tools and provides the architecture for the web-based features
- Reader: a web application for searching document, emails, and cables
- Geospatial: a high-performance web-based map for large-scale geographical applications
- Web: a web-based application for searching and viewing data in the full Palantir IC ITE KMT repository.

4

Protected Information
and/or Legends Redacted

For Official Use Only / Source Selection Sensitive Information, See FAR 2.101, 3.104, and 42.1503

## CONTRACTOR PERFORMANCE ASSESSMENT REPORT (CPAR) SYSTEMS

Name/Address of Contractor:
Company Name: PALANTIR TECHNOLOGIES INCORPORATED
Division Name:
Street Address: 1530 PAGE MILL RD
City, State, Zip Code: PALO ALTO, CA, 94304
Country: US
DUNS Number: 362130952
PSC: 5895 NAICS Code: 811212
Evaluation Type: FINAL
Contract Percent Complete:
Period of Performance Being Assessed: 2012-09-28 - 2013-09-27
Contract Number: GS35F0086UW911QX12F0022
Business Sector & Sub-Sector: SYSTEMS, OTHER SYSTEMS
Contracting Office: W6QK ACC-APG ADELPHI

Location of Work:
Award Date: 2012-09-28
Effective Date: 2012-09-28
Completion Date: 2013-09-27
Actual Completion Date: 2013-09-27
Total Dollar Value: $19,243,057.00 Current Contract Dollar Value: $19,243,057.00
Complexity: MEDIUM Termination Type: NONE
Competition Type: NOT AVAILABLE FOR COMPETITION Contract Type: FIRM FIXED PRICE
Key Subcontractors and Effort Performed:
Project Number:
Project Title: INTEGRATED FUSION AND ANALYSIS PLATFORM (IFAP)
Contract Effort Description: THE CONTRACTOR PROVIDES THE INSTALLATION AND DEMONSTRATION OF AN INTEGRATED FUSION AND ANALYSIS PLATFORM (IFAP) AT MULTIPLE LOCATIONS IN THEATRE. THE WEB-BASED ADVANCED ANALYTICAL PLATFORM INTRODUCES TOOLS THAT ENABLE ANALYSTS TO STORE, ORGANIZE, ACCESS, AND RETRIEVE LARGE AMOUNTS OF INTELLIGENCE FROM DISPARATE DATA SETS. THIS ALLOWS THE RAPID ANALYSIS OF MASSIVE AMOUNTS OF DATA IN ORDER TO PROVIDE THEIR COMMANDERS WITH A COMPREHENSIVE UNDERSTANDING OF THE HIGHLY COMPLEX AND DYNAMIC COUNTERINSURGENCY (COIN) ENVIRONMENT. THE CONTRACTOR PROVIDES THE INITIAL OPERATION OF THE IFAP AS WELL AS A HELPDESK WHICH PROVIDES TECHNICAL SUPPORT.
Small Business Utilization:
Does this contract include a subcontracting plan? NO
Date of last Individual Subcontracting Report (ISR) / Summary Subcontracting Report (SSR): N/A

A common five level assessment rating system is used to evaluate a contractor's performance. Ratings range from Unsatisfactory to Exceptional. Here's a breakdown of each category:

| Rating | Definition |
|---|---|
| Exceptional | Performance meets contractual requirements and exceeds many to the Government's benefit. The element being assessed was accomplished with few minor problems for which corrective actions taken by the contractor were highly effective. |
| Very Good | Performance meets contractual requirements and exceeds some to the Government's benefit. The element being assessed was accomplished with some minor problems for which corrective actions taken by the contractor were effective. |
| Satisfactory | Performance meets contractual requirements. The element being assessed contains some minor problems for which corrective actions taken by the contractor appear or were satisfactory. |

**A8183**

Appx18183

| | |
|---|---|
| Marginal | Performance does not meet some contractual requirements. The element being assessed reflects a serious problem for which the contractor has not yet identified corrective actions. |
| Unsatisfactory | Performance does not meet most contractual requirements and recovery is not likely in a timely manner. The element being assessed contains a serious problem(s) for which the contractor's corrective actions appear or were ineffective. |

**Evaluation Areas:**      **Rating**
Quality      EXCEPTIONAL
Schedule      EXCEPTIONAL
Cost Control      N/A
Management      EXCEPTIONAL
Utilization of Small Business      N/A
Regulatory Compliance      N/A
Other Areas      Rating
(1)
(2)
(3)
Variance      (Contract to Date)
Current Cost Variance (%):      Completion Cost Variance (%):
Current Schedule Variance (%): Completion Schedule Variance (%):
Assessing Official Comments:
QUALITY: This contract is for software licenses and services which will enable the Government to collaborate intelligence information from disparate sources effectively and efficiently. As part of its services, Palantir (Contractor) is required to provide the Government with the installation, demonstration, and initial operations of an IFAP at up to four(4) different sites in theatre. The Contractor has provided software and services that exceed the Government¿s expectations with minimal issues. The software services have enabled Intelligence Analysts to collaborate complex intelligence from multiple sources giving the Government a tactical advantage in a hostile environment. The Contractor has provided an IFAP that enables the analyst to manipulate collaborated data into custom formats. The implementation of the IFAP has reduced analyst man hours by 50%. The Contractor also displayed exceptional quality of service by replacing the Government¿s existing laptops with laptops that were able to meet the software requirement without hesitation in order to meet the service requirements specified in the contract.
SCHEDULE: The Contractor successfully provided the installation, demonstrations, and support of the IFAP at all of the required locations in an effective and timely manner. For example, the installation of the IFAP system was completed ahead of schedule at all of the installation sites. The Contractor fulfilled the deliverables within the allotted time.
COST CONTROL: Fixed Price
MANAGEMENT: The Contractor provided software and services of superb quality. The Contractor provided helpdesk troubleshooting and technical support which resolved any issue within a 72 hour window. Significant issues or disruption of services were not observed due to the quality of installations and demonstrations from Palantir¿s technicians. The ongoing technical support proves to be effective in delivering simple troubleshooting and resolving minor issues. The customers are satisfied with the products and services provided by the Contractor. The Contractor continues to mitigate risk by maintaining a line of communication with the end users.
RECOMMENDATION: Given what I know today about the contractor's ability to perform in accordance with this contract or order's most significant requirements, I WOULD recommend him for similar requirements in the future.
Name and Title of Assessing Official:
Title: ASSOCIATE BRANCH CHIEF
Organization: ARMY RESEARCH LABORATORY

**A8184**

Appx18184

# SOLICITATION, OFFER AND AWARD

| | | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | PAGE 1 | OF | PAGES 65 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| 2. CONTRACT NO. H92222-16-C-0078 | 3. SOLICITATION NO. H92222-16-R-0019 | 4. TYPE OF SOLICITATION<br>[ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) | 5. DATE ISSUED 22 Apr 2016 | 6. REQUISITION/PURCHASE NO. SEE SCHEDULE |
| --- | --- | --- | --- | --- |

| 7. ISSUED BY     CODE  H92222<br>HQ USSOCOM SOF-AT&L-K<br>ATTN: ASHLEY FARRIER<br>7701 TAMPA POINT BLVD<br>TAMPA FL 33625-5323<br>TEL: 813-826-7335<br>FAX: 813-826-7504 | 8. ADDRESS OFFER TO     (If other than Item 7)     CODE<br><br>See Item 7<br><br>TEL:<br>FAX |
| --- | --- |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ____ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ____ until 02:00 PM local time 09 May 2016
                                                                                                          (Hour)            (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL | A. NAME     ASHLEY FARRIER | B. TELEPHONE (Include area code)     (NO COLLECT CALLS)     813-826-7335 | C. E-MAIL ADDRESS     Ashley.farrier@socom.mil |
| --- | --- | --- | --- |

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 40 - 64 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 17 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS/ WORK STATEMENT | 18 - 29 | X | J | LIST OF ATTACHMENTS | 65 |
| | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 30 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 31 - 33 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 34 - 37 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 38 - 39 | | M | EVALUATION FACTORS FOR AWARD | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | Net 30 Days | | |
| --- | --- | --- | --- |

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 470F5     FACILITY<br>PALANTIR TECHNOLOGIES INC.<br>MATT LONG<br>100 HAMILTON AVE STE 300<br>PALO ALTO CA 94301-1651 | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)<br><br>MATT LONG, LEGAL COUNSEL |
| --- | --- | --- |

| 15B. TELEPHONE NO (Include area code)     650-815-0200 | 15C CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE | 17. SIGNATURE     Matt Long | 18. OFFER DATE     May 24, 2016 |
| --- | --- | --- | --- |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT █████ | 21. ACCOUNTING AND APPROPRIATION     See Schedule | |
| --- | --- | --- | --- |

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION<br>[ ] 10 U.S.C 2304(c) ( )   [ ] 41 U.S.C 253(c) ( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
| --- | --- | --- |

| 24. ADMINISTERED BY (If other than Item 7)     CODE<br><br>See Item 7 | 25. PAYMENT WILL BE MADE BY     CODE F87700<br>ACCT G DISB ST NR 387700<br>DFAS DEAMS<br>27 ARKANSAS RD<br>LIMESTONE ME 04751-6216 |
| --- | --- |

| 26. NAME OF CONTRACTING OFFICER (Type or print)<br>Ashley M. Farrier<br>TEL: 813-826-7335   EMAIL: ashley.farrier@socom.mil | 27. UNITED STATES OF AMERICA<br>(Signature of Contracting Officer)     M. Farrier | 28. AWARD DATE     25 May 2016 |
| --- | --- | --- |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Previous Edition is Unusable                    33-134

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA
FAR (48 CFR) 53.214(c)

A8247

Appx18247

Protected Information and/or Legends Redacted



3.1.12.11

3.1.13        Interoperability Capabilities
3.1.13.1

3.1.13.2

3.1.13.3

3.1.13.4

3.1.13.5

3.1.13.6

3.1.13.7

3.1.13.8

3.1.14        Ease of Use Capabilities
3.1.14.1
3.1.14.2
3.1.14.3

3.1.15        Continuous System Monitoring
3.1.15.1

3.1.15.2
3.1.15.3

3.1.16        Forward Laptop Support
3.1.16.1

3.1.16.2

3.1.17        Data/Enterprise Availability
3.1.17.1

A8270
Protected Information
and/or Legends Redacted



3.1.17.2

3.1.18      Data/Enterprise Transition Support

3.1.18.1

3.1.18.2

3.1.18.3

3.2      ENTERPRISE-WIDE LICENSE AGREEMENT

The Contractor shall provide a license agreement supporting an installed base of Palantir software defined in Section 3.4 "Initial Fielding Locations". The Contractor's license agreement is included as Attachment 1 hereto, and provision of all software licenses is subject to USSOCOM's ongoing compliance with this license agreement.

3.3      SOFTWARE ASSURANCE AND ANNUAL LICENSE RENEWAL

In addition to the service levels identified in the Contractor's license agreement included as Attachment 1 hereto, as part of the annual license renewal, the Contractor shall provide the following:

3.3.1   Version Upgrades: The Contractor shall provide ASIF version upgrades as they are released.

3.3.2   Software Assurance (SA): The Contractor shall track, update, and validate a list of bug fixes, confirm version compatibility, perform configuration management, provide Tier 3 help desk support, and provide revision control.

3.3.3   Ad Hoc Integration Support: The Contractor shall provide support as required to integrate ASIF version changes into the SOF Palantir environment.

3.4      INITIAL FIELDING LOCATIONS

3.4.1   The Contractor shall field 3 regionally focused Fixed Sites. Fixed Sites shall be the core capability for the SOF Enterprise architecture. Initial fielding locations of the Fixed Sites shall be:

Protected Information and/or Legends Redacted

| From: | Doug Philipcone |
|---|---|
| To: | Williamson, Michael E LTG USARMY HQDA ASA ALT (US) |
| Subject: | RE: Palantir follow up |
| Date: | Wednesday, October 07, 2015 4:31:20 PM |
| Attachments: | Palantir USG, Inc. Response to DCGS-A PM-DCGS-INC2-TASKORDER0001-DRAFTPW....pdf |

This email was sent from a non-Department of Defense email account, and contained active links. All links are disabled, and require you to copy and paste the address to a Web browser. Please verify the identity of the sender, and confirm authenticity of all links contained within the message.

----

LTG Williamson,

I want to thank you again for the candid discussion at our offices. I had intended to follow up with you sooner, but had been told by your office that you wouldn't be able to meet until sometime in 2016. It sounds like we both want to figure out the "how" of moving forward to mutual benefit, if it's even possible. To that end, I'd like to work with your office to schedule a time to have that conversation before 2016.

It was unfortunate that we got bogged down in a discussion over the history with DCGS-A - although I feel that the presence of the PM made that unavoidable. I have no desire to revisit that discussion in follow on meetings, but we would like the opportunity to show you our technology and talk about the problem sets Palantir is being applied against. Then take that paradigm and offer a few ideas on innovation challenges where there is real competition around existing deliverable technology where a vendor has limited time to show an outcome, weed out pretenders and get real results to the government. Based on that display and discussion, we would love to get your take on what might be done to create a more rational pathway for the Army to get Palantir to those who have a requirement for the outcomes we deliver, even if that's outside of the intelligence problem space. Right now, that process involves a lot of mutual pain, wasted time, and increased costs and I have to believe there's another way. We have our own ideas for what that way looks like, but would appreciate your thoughts.

Separately, to close the door on this issue, I do want to share with you the attached feedback we gave to the Army on the Increment 2 documents that have been released. To be frank, the draft Increment 2 documents released clearly signal that the individuals currently in charge of the program are not serious about doing something different. The way these are written, we can't submit a bid as a prime contractor or most likely even as a sub-contractor due to the burdensome accounting/compliance hurdles we spoke about during your visit. We've tried to work constructively with the Army throughout this process, but our feedback seems to have fallen on deaf ears and the program is determined to follow a developmental path. Given our last conversation, I want to make sure you had a full accounting of what we've told the program to date.

Regardless of what happens with Increment 2, Palantir works right now and soldiers and commanders are asking for it. Those basic facts have prevailed

**A8312**

Protected Information and/or Legends Redacted

| | |
|---|---|
| **From:** | Collins, Robert M COL USARMY PEO IEWS (US) |
| **To:** | Kreider, Stephen Daniel SES USARMY PEO IEWS (US); Williamson, Michael E LTG USARMY HQDA ASA ALT (US) |
| **Cc:** | Hallock, Harry P SES USARMY HQDA ASA ALT (US) |
| **Subject:** | RE: notes from our call (UNCLASSIFIED) |
| **Date:** | Wednesday, November 04, 2015 5:38:15 PM |
| **Attachments:** | DCGS-A, Info Paper - SASC Questions_v5.docx |

LTG Williamson/Mr. Kreider,

Just to augment, I did receive some similar questions on the DCGS-A Inc 2 RFP (i.e., "why FAR Part 15 vs 12", "why EVMS", "why a Certified Accounting System", "why data rights", etc) during a recent SASC engagement with Mr. Kirk McConnell. Indications were that Palantir had visited the SASC Staffers, the week prior to our meeting.

During the SASC engagement, believe we were able to lay out the facts and the Staffers understood our approach.

We developed an information paper (attached) to give some additional context to those questions.

v/r Rob

-----Original Message-----
From: Kreider, Stephen Daniel SES USARMY PEO IEWS (US)
Sent: Wednesday, November 04, 2015 1:12 PM
To: Williamson, Michael E LTG USARMY HQDA ASA ALT (US)
Cc: Collins, Robert M COL USARMY PEO IEWS (US); Hallock, Harry P SES USARMY HQDA ASA ALT (US)
Subject: RE: notes from our call (UNCLASSIFIED)

We usually do n0t respond directly to RFI inputs other than in our updates to RFP - posted L&M s etc so all see them at the same time.

v/r

Stephen Kreider
SES
PEO Intelligence, Electronic Warfare and Sensors
443-861-7881

-----Original Message-----
From: Williamson, Michael E LTG USARMY HQDA ASA ALT (US)
Sent: Wednesday, November 04, 2015 9:20 AM
To: Kreider, Stephen Daniel SES USARMY PEO IEWS (US)
Cc: Hallock, Harry P SES USARMY HQDA ASA ALT (US)
Subject: FW: notes from our call (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Steve,

Spoke with Palantir last week. Based on the document that you provided me I did not hear anything new. Do you have any plans to have someone respond to their concerns/comments? I've copied Harry because there are some assertions regarding contract types that I believe to be incorrect.

Thanks.

W

A8327

Protected Information and/or Legends Redacted

FOR OFFICIAL USE ONLY

INFORMATION PAPER

October 30, 2015

SUBJECT: DCGS-A Request For Proposal (RFP) Feedback Topics

1. The DCGS-A Inc 2 RFP has been iteratively released to Industry for comment. The items below provide additional information on recent industry and congressional feedback.

2. Federal Acquisition Regulations (FAR) Part 12 vs. Part 15. FAR Part 12 supports policies and procedures unique to the acquisition of "existing" commercial items. FAR Part 15 supports policies and procedures governing competitive and negotiated acquisitions. FAR Part 15 is used when negotiated contracts are needed to meet requirements, even if using standard commercial items. The Army has conducted extensive and independent market research and determined that no "single" or "existing" commercial item can meet all existing Joint Requirements Oversight Committee (JROC) approved requirements. Therefore, DCGS-A Increment 2 will involve a FAR Part 15 full and open competitively awarded and negotiated Indefinite Delivery Indefinite Quantity (IDIQ) contract, which will involve the integration of "multiple" commercial off-the-shelf solutions, along with limited vendor development.

3. Fixed Price vs. Cost Plus Incentive Fee. A fixed-price contract is suitable for acquiring commercial items when there are definite specifications and firm prices can be established at the outset. Cost contracts are more appropriate for efforts that are more broad, include integration, and can be negotiated, and when incentives are available to motivate the Contractor. An IDIQ contract vehicle allows flexibility and the opportunity to support both FFP and CPIF. Therefore, DCGS-A will use an IDIQ contract, with the initial Delivery Order #1 for a Data Integration Layer using CPIF, with incentives for cost and software quality. Making Delivery Order #1 a firm fixed-price (FFP) is not practical or prudent as there are too many unknowns for a contractor without significantly overinflating the proposal to cover their risk.

4. Certified Accounting System (CAS). The RFP does not require certified accounting system (CAS), but does require the awardee to have an "adequate" accounting system to ensure a company can properly segregate labor costs, material, overhead, and subcontracts. Having an "adequate" accounting system is not required for an Offeror to submit a proposal, but is required prior to final contract award. The Defense Contract Management Agency (DCMA) is responsible for determining adequacy and the process takes approximately 45 days.

5. Past Performance Factor. Past Performance is one of the Factors for evaluation during source selection. Offerors are "not" limited to Engineering and Manufacturing Development (EMD) past performance. Relevant past performance other than prior EMD or system development experience can be included as past performance.

a. The draft Request for Proposals (RFP) uses the language "and/or" to enable companies to submit past performance that is focused on non-federal work in the areas of cloud computing, data architecture, cyber, etc. The RFP language states.... "and/or integration of some or all of

**A8329**

Protected Information and/or Legends Redacted

FOR OFFICIAL USE ONLY

the following components: data architecture, visualization and analytical tools, cloud computing and big data analytic capabilities, cyber analytics and data integration, visualization capabilities, Cyber Operations, Interoperability, Counter Intelligence (CI), Human Intelligence (HUMINT), Signals Intelligence (SIGINT), Weather, Geospatial Intelligence (GEOINT), and Sensor Management."

b. Since the initial draft was provided to industry, past performance rating has changed to pass/fail. A commercial entity with no past performance would still get a neutral rating and obtain a "passing" rating.

6. <u>Earned Value Management System (EVMS).</u>  EVMS is a Department of Defense tool used to manage contract costs and schedule requirements. The use of EVMS is required for cost type contracts/task orders over $100M and is applicable for DCGS-A Inc 2 contract, which is planned at approximately $206M.

7. <u>Data Rights.</u>  The DCGS-A Inc 2 RFP uses standard Federal Acquisition Regulation (FAR) language to address data rights requirements for Offerors.  The Army will ask Offerors to provide a list of all software in the proposal, whether it is  commercial or non-commercial, whether it is developed or to-be developed, software license costs, and whether the Government will have unlimited rights, limited rights or no rights.

a. In addition to the above, a Data Rights Subfactor has been incorporated that will evaluate the offerors' proposals based on the Government's ability to competitively procure software sustainment and maintenance services from third parties.  The Offeror's proposal will be given a strength for a proposed software rights approach that permits the Government to competitively procure maintenance and sustainment services for DCGS-A Increment 2 software deliverables from third parties.  The Offeror's proposal will be given a weakness for a proposed software rights approach that does NOT permit the Government to competitively procure maintenance and sustainment services for DCGS-A Increment 2 software deliverables from third parties. This strategy highlights the Government's desire to establish a DCGS-A Inc 2 capability with a modular open system architecture (MOSA).

b. Finally, the Government recognizes limits to gaining rights to all commercial technology data and software. In the Data Rights sub-factor, the Government seeks to understand what software is being proposed and what rights will be provided with the proposed DCGS-A Increment 2 capability.

**A8330**

**Appx18330**

Protected Information and/or Legends Redacted

| From: | Dills, Jack E COL USARMY HQDA ASA ALT (US) |
|---|---|
| To: | Williamson, Michael E LTG USARMY HQDA ASA ALT (US) |
| Cc: | Ostrowski, Paul A MG USARMY HQDA ASA ALT (US); Rasch, Robert A Jr COL USARMY HQDA ASA ALT (US); Cervantes, Marcos A MAJ USARMY HQDA ASA ALT (US) |
| Subject: | FW: DRAFT_DCGS-A Brief to AUSAv3.pptx (UNCLASSIFIED) |
| Date: | Friday, November 06, 2015 3:13:34 PM |
| Attachments: | DRAFT_DCGS-A Brief to AUSAv4.pptx |

Sir,

Today, Mr. Camarillo briefed DCGS-A to CSA and AUSA. Apparently LTG Legere had some issues with the brief and afterward expressed her issues to MG Ostrowski. I have attached the brief used for the engagement should LTG Legere try to talk to you. I have scheduled an O/C for MG Ostrowski to come talk with you Monday morning 0800 before O&I.

R/
Jack

COL Jack E. Dills
Executive Officer
Principal Military Deputy to the Assistant Secretary of the Army
(Acquisition, Logistics, and Technology)
(703) 697-0356 (Office)
(703) 679-2071 (BB)
(703) 697-4003 (Fax)
103 Army Pentagon, Room 2E532
Washington, DC 20310


-----Original Message-----
From: Fortier, Gregory S LTC USARMY HQDA ASA ALT (US)
Sent: Friday, November 06, 2015 7:32 AM
To: Rasch, Robert A Jr COL USARMY HQDA ASA ALT (US) <robert.a.rasch2.mil@mail.mil>; Dills, Jack E COL USARMY HQDA ASA ALT (US) <jack.e.dills.mil@mail.mil>; Warnick, David A COL USARMY HQDA ASA ALT (US) <david.a.warnick2.mil@mail.mil>
Subject: DRAFT_DCGS-A Brief to AUSAv3.pptx (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Gentlemen,

Please see the latest version of the DCGS-A briefing for today.

V/R
Greg

LTC(P) Gregory S. Fortier
Executive Officer
Principal Deputy for the Assistant Secretary of the Army (Acquisition,
Logistics & Technology)
103 Army Pentagon, Rm 2E516
Office: 703-614-7395 (DSN: 224)
BB: 571-224-8779
gregory.s.fortier.mil@mail.mil

**A8360**

Protected Information
and/or Legends Redacted



# Distributed Common Ground Systems - Army (DCGS-A)

## November 6, 2015



DESIGN • DEVELOP • DELIVER • DOMINATE
SOLDIERS AS THE DECISIVE EDGE

A8362

Protected Information and/or Legends Redacted

  

# DCGS-A  Program Overview

- DCGS-A is the Army's flagship Intelligence System for analysis and fusion fielded to every Corps, Division, and Brigade deploying and across the globe

- Is a 'System of Systems' that includes hardware (laptops, servers), software (analysis, collaboration) and fixed sites

- Provides approximately 129 all-source analysis tools and access to over 700 data sources, which deliver actionable information to Warfighting Commanders

  - Weather, Terrain, Link Analysis, etc.

  - Access to Army/Joint ISR and sensor data

  - Full Domain support for HUMINT, SIGINT, GEOINT, COMINT, ELINT

  - Supports Full Spectrum Operations (Low and High Intensity)



Robust Multi-INT Tools

- Capabilities are commercial products and solutions (hardware and software)

- Builds to open architecture and compliant with Intelligence and Army standards

 DESIGN • DEVELOP • DELIVER • DOMINATE
SOLDIERS AS THE DECISIVE EDGE                                                        2

Appx18363

Protected Information and/or Legends Redacted

Appx18364

Protected Information
and/or Legends Redacted

 

# DCGS-A Inc 1 ATEC Report Results

- DCGS-A Increment 1 Release 1 completed Initial Operational Test & Evaluation (IOT&E) in early 2012, and was found to be effective with significant limitations, not suitable, and not survivable based on Army Test & Evaluation Command (ATEC) feedback

  - **Effective with significant limitations** – ineffective at sharing intel between classification levels, complicated fusion workflow, toolset limitations, TS/SCI limitations
  - **Not suitable** – Did not demonstrate reliability requirements, poor user interfaces, inadequate training, sluggish performance/poor system stability
  - **Not survivable** – vulnerable to information assurance and cyber attacks

- DCGS-A Increment 1 Release 2 completed Follow on Test and Evaluation (FOT&E) during the Network Integration Exercise (NIE) 15.2, and was found to be effective, suitable and survivable based on ATEC feedback

  - **Effective** – supported the commander's situational awareness and decision making process by providing a set of automated tools across multiple classification levels by delivering timely and accurate information about the operational environment
  - **Suitable** – the system can be sustained in an operational environment but requires support from Field Service Representatives
  - **Survivable** – system provided adequate evidence to prove the ability to survive in the operational environment in which it is intended to be used

- ATEC and DOT&E final reports on Increment 2 expected to be released to Congress within 30 days

 DESIGN • DEVELOP • DELIVER • DOMINATE
SOLDIERS AS THE DECISIVE EDGE                                                                 3

████████████████████

## EXPERT REPORT

**Submitted by Bryant Choung**

Bryant Choung
August 5, 2016



Protected Information
and/or Legends Redacted

███████████████████████

## TABLE OF CONTENTS

EXPERT QUALIFICATIONS.................................................................................................. 2

SUMMARY OF CONCLUSIONS ........................................................................................... 5

ANALYSIS ....................................................................................................................... 7

I.   The Army Has A Requirement For A Data Management Platform That Could Be Met By
     The Palantir Gotham Platform............................................................................... 7

     A.   A Data Management Platform Is A Software Product That Integrates Data
          From Disparate Sources To Facilitate The Management, Storage, Analysis,
          And Visualization Of The Data. ................................................................... 7

     B.   The Army Has Articulated A Need For A Data Management Platform As The
          Central Component Of Increment 2 Of DCGS-A. ......................................... 11

     C.   Palantir Offers A Data Management Platform That Meets The Army's Needs.
          ............................................................................................................. 15

     D.   The Army Could Have Acquired The Data Management Platform It Needs In
          One Procurement And Enhancements To The Data Management Platform
          Through A Separate Procurement. ............................................................. 22

II.  The Army Could Acquire Both The Data Management Platform It Needs And Any
     Enhancements, Modifications, Or Customizations It Requires Through A Single Fixed-
     Price Contract................................................................................................... 23

III. The Army Incorrectly States That Certain Capabilities Are Not Available From The
     Commercial Marketplace..................................................................................... 25

     A.   Intelligence Support to Cyber .................................................................. 26

     B.   Data Fusion ........................................................................................... 29

     C.   DIB Upgrade ........................................................................................... 30

     D.   Interoperability ...................................................................................... 31

     E.   Signals Intelligence................................................................................. 33

     F.   Human Intelligence ................................................................................. 35

     G.   Military Weather...................................................................................... 36

i

Protected Information
and/or Legends Redacted

███████████████████████████

### EXPERT QUALIFICATIONS

I received a B.S./B.A. in computer science and business economics from Brown University in 2004, and I also have a number of industry certifications, including certifications from Microsoft and CompTIA. While at Brown University, I supported a number of efforts in advanced data visualization and information processing research. This included providing research engineering support to a large-scale database technology that was being jointly developed by Brown University and the Massachusetts Institute of Technology (MIT). Through this experience I gained an understanding of databases and information systems and also gained an understanding of how the next generation of information processing systems should be architected to meet the growing number and volume of data sources used in information technology.

From May 2002 to August 2002, I worked as a software engineer at Microsoft Corporation as part of the SQL Server team. SQL Server is one of the leading database solutions for organizations worldwide. At the time Microsoft was building a capability as part of SQL Server that would allow for organizations to automatically alert their customers whenever new information was collected that was flagged as relevant. While at Microsoft, I developed a number of interoperability extensions that allowed for these automatic notifications to be sent to customers using a number of industry standard messaging formats. In my time at Microsoft, I worked as part of an information management system that is commercially developed and in use with thousands of enterprise customers worldwide.

From May 2004 to January 2005, I worked as a Software Developer at Mooring Financial Corporation, where I served as a software architect and engineer in designing software systems that manage all of the information related to the investment portfolios of Mooring Financial. Mooring Financial has several databases that track the performance of all of the investments their portfolio; I built tools for accountants and financial analysts to access, analyze, and generate reporting based upon the data that is stored across the organization.



2

███████████████████████████

A8393

Protected Information
and/or Legends Redacted



3

A8394

Protected Information
and/or Legends Redacted



I also was a regular participant in the solicitation development process for DCGS-Army Increment 2 (DCGS-A2). I helped draft responses to the Army's Requests for Information (RFI), attended Industry Days, and helped produce and share information about the capability of the Palantir Gotham Platform. In written and verbal feedback to the Army throughout the solicitation process, I helped Palantir convey information to the Army relating to many of the topics I cover below, including the overall acquisition structure and enterprise software development principles.

4

Protected Information
and/or Legends Redacted

███████████████████████ ██ ██████████

Beyond my direct support to clients, I have also spoken at industry conferences and authored white papers describing industry best practices and approaches on big data and enterprise information systems. I also hold a Top Secret security clearance.

## SUMMARY OF CONCLUSIONS

In this report, I have been asked to address the following questions:

1.  Based on the Army's description of its requirements for DCGS-A2, does the Army have a requirement that can be met by the acquisition of the Palantir Gotham Platform? In answering this question, I address the following related questions:

    a.  Do the documents that the Army has pointed to as defining its requirements for DCGS-A2 contain a requirement for a Data Management Platform?[1]

    b.  Is the Palantir Gotham Platform a Data Management Platform that meets the Army's need for a Data Management Platform?

    c.  Could the Army have practicably procured a Data Management Platform through a separate contract than its procurement of the other requirements it references in its list of requirements for DCGS-A2?

2.  Does Palantir have the ability to meet all of the Army's requirements for DCGS-A2 (including both the requirement for a Data Management Platform and all other ancillary or additional requirements the Army has identified) through a fixed price commercial contract?

3.  Can Palantir perform the specific capabilities that the Army has asserted Palantir cannot perform?

In answering these questions, I have reviewed a number of materials. In particular, I have reviewed the documents that the Army has pointed to as setting forth its DCGS-A2 requirements, which are: (1) the Capabilities Development Document (CDD), Tab 11; (2) the Requirements Definition Package (RDP), Tab 12; and (3) the Performance-Based Specification (PBS), Tab 23. In addition, I have reviewed the Performance Work Statement (PWS) dated December 18, 2015 and attached to Solicitation No. W56KGY-16-R-0001. I also have reviewed Palantir's submissions to the Army as part of the DCGS-A2 solicitation development process, including Tabs 15, 18, 36, 38, and 40, and I have reviewed the Army's recent "Report to

---

[1] By the term "Data Management Platform," I am referring to a system that integrates data from various disparate sources into one data layer, provides analytic and management capabilities for that data, and presents the data in a user-facing visualization framework.

██████████████████████████████████████

**A8396**

Protected Information and/or Legends Redacted

███████████████████

Congress On The Distributed Common Ground System-Army Increment 2," which is attached as Exhibit A.

My conclusions and expert opinions in response to the questions above are as follows:

1.  The Army's central requirement for DCGS-A2 is the acquisition of a Data Management Platform, and that requirement could be satisfied through the acquisition of the Palantir Gotham Platform (and perhaps through the acquisition of other commercially available Data Management Platforms) as a commercial product on a fixed-price basis.

    a.  The documents the Army has pointed to as setting forth the requirements for DCGS-A2 contain as their central feature a requirement for a Data Management Platform.

    b.  The Palantir Gotham Platform is a Data Management Platform that meets the Army's DCGS-A2 requirement for a Data Management Platform. In fact, the architecture that Palantir told the Army it could provide in its response to the first RFI is functionally identical to the architecture that the Army told Congress would comprise the "primary components of DCGS-A Increment 2."

    c.  The Army could practicably have satisfied its need for a Data Management Platform through a procurement that was separate from the procurement of the other requirements it has included in its listing of DCGS-A2 requirements. The only justification the Army has given for why it did not procure a Data Management Platform through a separate contract is to say that it wanted a single contractor to develop the "Data Integration Layer" of the Data Management Platform. The Data Integration Layer of the Palantir Gotham Platform is already developed, as is the Data Integration Layer of any commercially available Data Management Platform. Since there are Data Management Platforms that are available as commercial items and that already have fully developed Data Integration Layers, it is not necessary—and indeed would be counterproductive and likely to create unnecessary technical problems—for any contractor "to develop" a Data Integration Layer. Thus, the Army has not identified a plausible reason for not procuring a Data Management Platform separately from any additional enhancements, configurations, or modifications it wishes to acquire as part of DCGS-A2, and it is my expert opinion that there is no reason, technological or otherwise, for not doing so.

2.  Palantir has the ability to satisfy all of the Army's DCGS-A2 needs through a fixed-price commercial contract. Palantir often provides customers in both the private and public sectors with both the Palantir Gotham Platform and any necessary enhancements, configurations, or modifications of the type the Army lists in its DCGS-A2 requirements.

████████████████████████████████████

**A8397**

**Appx18397**

Protected Information
and/or Legends Redacted

3.    The Army has asserted that Palantir does not have certain capabilities relating to Intelligence Support to Cyber, Data Fusion, DIB Upgrade, Signals Intelligence (SIGINT), Human Intelligence (HUMINT), Military Weather, and Interoperability. That assertion is incorrect. Palantir can provide each of these capabilities, and it has demonstrated its capabilities in these areas through contracts with military and intelligence agencies.

## ANALYSIS

I.    **The Army Has A Requirement For A Data Management Platform That Could Be Met By The Palantir Gotham Platform.**

   A.    **A Data Management Platform Is A Software Product That Integrates Data From Disparate Sources To Facilitate The Management, Storage, Analysis, And Visualization Of The Data.**

The sheer volume and diversity of information spread across large organizations, especially United States Government agencies, is a significant challenge for analysts and users of information. Indeed, the challenge most organizations face is not that more information is needed or that the required information is not available; rather, the biggest challenge is often allowing users to find insights in the data that already exists. Compared to the proverbial needle in the haystack, the modern user of information needs to find the needle across multiple haystacks distributed across multiple fields.

The challenges of diffuse amounts of data held in various databases apply as well in the military intelligence context, where the purpose of the intelligence mission is to connect dots from every possible source. For example, information gathered by troops in the field might be generated and stored in one location, information gathered from satellites might be generated and stored in a different location, information gathered from cellular towers may be generated and stored in a different location, and so on. The separation of information is a common characteristic within and across large institutions; this general phenomenon is sometimes referred to as intelligence "stove piping."

Without a means to help manage information, an analyst naturally finds it difficult, if not impossible, to ensure they have reviewed all relevant information or to create a single, unified view of a situation. Because an analyst is often forced to search across separate databases, the analytic process is manual, error-prone, laborious, and time-consuming. This stove piping problem is depicted in the following Army graphic, which was included in a slide deck that Lieutenant General Mary Legere brought to her deposition:

7

A8398

Protected Information and/or Legends Redacted

Protected Information to be Disclosed Only in Accordance with
the United States Court of Federal Claims Protective Order

Figure 1: Army Illustration of Stove Pipe Problem



The figure above uses bubbles to represents data—whether SIGINT, GEOINT, HUMINT, or otherwise—that comes from various sensors, but the data but are segregated from each other in "stovepipes."

Significant advances in the sophistication of software engineering technology have allowed companies such as Palantir to create Data Management Platforms to help provide a solution to this problem. The advent of Data Management Platforms has allowed people to delegate progressively more complex processing tasks to machines; that in turn has freed people from clerical tasks and created tremendous potential for organizations to solve even harder and more complex problems—and to do so in the most efficient manner possible.

8

Protected Information
and/or Legends Redacted

████████████████████████████ ██

A Data Management Platform is a software program or collection of software programs that enables the collection, analysis, and visualization of various types of data from various sources in a manner that enables the accomplishment of the user's goals. In the military context, such data might range from human observations recorded in a Microsoft Word, Excel, or Powerpoint file to data from a sensor or satellite image. Such data might be stored on a hard drive and then communicated via infrastructure such as a military network to the server that is hosting the Data Management Platform. While the software can be designed in different ways, the basic software components of a Data Management Platform are a data integration layer, a data analytics layer, and a visualization layer. Other critical features of a Data Management Platform that I discuss below are extensibility, interoperability, and scalability.

The data integration component of the Data Management Platform is responsible for collecting the data and preparing it for searching, analysis and visualization. At the initial phase of data integration, the program copies and stores the file and is indifferent to the type of data or the content of the data. It simply treats the file as a string of digital 1s and 0s, which is what a file is at its core. An analogy would be a library that receives a shipment of books and first simply moves them into the library and stores them as an undifferentiated set of books.

Under the next phase of data integration, the program finds out as much about the file as it can to enable it to be catalogued and searched. This includes both the file's metadata (i.e., data about the file such as when it was introduced to the platform and who introduced it, as well as the creator of the file and when it was produced) as well as the contents of the file. The process for accessing and cataloguing the content depends upon the type of file. For example, a text file in an industry standard format (such as ASCII or Unicode) is searchable using publicly available software algorithms whereas a proprietary file format requires application of programming instructions often provided by the software developer. Where such instructions do not exist, the developer of the Data Management Platform can apply "parsers"—i.e., software programs that translate the file into a text format. There are a number of software programs that provide these functions and where necessary, a custom parser can be created as Palantir did in a case involving data captured from cellular phones. In this case, Palantir had to write a custom parser that allowed users of the Data Management Platform to view data such as call history, contacts, and text messages.

The next relevant component of a Data Management Platform is data analytics and fusion. This refers to the component of the platform that analyzes and processes the data. Data fusion is sometimes referred to separately from data analytics, but refers essentially to the processing of data from multiple sources to extract common entities such as people, places, events, and the relationship between them. An effective Data Management Platform will identify either automatically or through additional configurations the specific or relevant analytics that are appropriate for the type of data that are being ingested and the needs of the user of the Data Management Platform. The level of analytics of which a Data Management Platform is capable will vary based upon the platform and configurations required by the user of the platform, and there are many types of data analytics that are available. Examples include software that

A8400

Appx18400

Protected Information
and/or Legends Redacted

████████████████████████████ [a] ████████████████████

translates words from one language to another, can measure positive or negative sentiment of social media posts, identifies and extracts phone numbers from written documents, or processing images.

Moreover, for a Data Management Platform to be effective, it must be "extensible." In the software sense, extensibility defines the degree to which the software can be modified to suit a new purpose such as the ability to read new file formats or perform new forms of analytics or data fusion. Any Data Management Platform should be built with extensibility in mind by which it can evolve and be configured to meet the needs of the purchaser of the Data Management Platform as well as anew advances in those areas. Some of the hallmarks of an extensible platform include open Application Programming Interfaces (APIs), which allow software written by others to be made compatible with the Data Management Platform and open file formats, meaning there are no restrictions on who can write data for the Data Management Platform or who can read data generated by the platform.

The last step in the process is the visualization component of the software, which enables the data to be depicted in a way that is user friendly and allows the ready manipulation and analysis of the data by the user. A Data Management Platform provides the ability for users to fuse many different types of data from different sources into a single view. As with analytics, there are a wide range of visualization capabilities that are available in the marketplace, including the capability to view documents and images, represent data in charts and graphs, and display information geographically on a map. This can include the ability to map out all known enemy safe houses, known improvised explosive device (IED) creation facilities, known incidents of radio communications, and known incidents of IED activity all on a single map.

Two other concepts that must be applied to the Data Management Platform are interoperability and scalability. Interoperability refers to the ability for two information systems to exchange information. Typically systems interoperate through APIs or file formats. If a system is designed to be interoperable, it will have publicly available and open APIs that allow other computer programs to easily exchange information. Where two computer systems need to communicate using files, an interoperable system will have open file formats that can be easily read and consumed by other systems. An example of interoperability would be the ability for an independently developed map application to be able to display information that has been retrieved from a Data Management Platform.

Scalability, on the other hand, refers to the ability for a system to be flexible enough to meet growth in data and users. If a system isn't built to be scalable will not be able to function or respond to requests if it becomes overloaded with data or if too many users try to use the system at once. Software that has been built to be scalable will be able to expand to run on additional hardware as it is added. Core components of a scalable platform can be "mirrored" or duplicated across additional servers to service growing numbers of users. Core components of a scalable platform can also be "sharded" or distributed across multiple servers as data grows beyond the capacity of a single server. Designing a software platform to be both

10

████████████████████████████████████████████████████████████

A8401

Appx18401

Protected Information
and/or Legends Redacted

mirrored and sharded is complex, and requires that the components were initially designed with scalability in mind.

**B.      The Army Has Articulated A Need For A Data Management Platform As The Central Component Of Increment 2 Of DCGS-A.**

The documents I have reviewed show that a Data Management Platform that integrates data from many different sources and facilitates the analysis and visualization of that data is the foundation of DCGS-A2. For example, the PWS states as follows:

> "The requirements for Increment 2, EMD include, development of new data architecture, standards based enhanced visualization and analytical tools, cloud computing and 'big data' analytic capabilities; cyber analytics and data integration, visualization capabilities, Cyber Operations, Interoperability, Counter Intelligence/Human Intelligence (HUMINT), Signals Intelligence (SIGINT), Weather, Geospatial Intelligence (GEOINT) and Sensor Management."

Tab 22 at A1051. The list before the semi-colon in the passage above—the "development of new data architecture, standards based enhanced visualization and analytical tools, cloud computing and 'big data' analytic capabilities"—defines the need for a Data Management Platform; it explains that the Army is seeking a data management architecture with enhanced analytical and visualization tools to work with "big data," which is precisely what a Data Management Platform does.

The list following the semi-colon—"cyber analytics and data integration, visualization capabilities, Cyber Operations, Interoperability, Counter Intelligence/Human Intelligence (HUMINT), Signals Intelligence (SIGINT), Weather, Geospatial Intelligence (GEOINT) and Sensor Management"—describe various types of data, workflows, and concepts that the Data Management Platform supports. In other words, each of these things is a task or capability that a Data Management Platform provides. For example, an analyst can use a Data Management Platform to perform data analysis relating to cyber operations or to weather. As another example, a Data Management Platform can interoperate with other systems and perform cyber analytics. In fact, there are countless other tasks or capabilities that a Data Management Platform provides that are not listed.

Various other items in the PWS further explain the Army's need for a Data Management Platform. Some examples include the following:

11

A8402

Appx18402

Protected Information and/or Legends Redacted

████████████████████████

- "DCGS-A Increment 2 shall provide the capability to support situation understanding and visualization of the operational environment using all available, relevant information and data sources." Tab 22 at A1070

- "Data Ingestion from disparate sources has a significant role in DCGS-A, and DCGS-A INC 2 must be able to interface with and import data from various systems and applications." Tab 22 at A1094.

- "Design and implement system and software architectures, software components and software functionality needed to support a robust, massively distributed, real-time collaboration system." Tab 22 at A1079.

My conclusion that a Data Management Platform is the foundation of DCGS-A2 is confirmed by the Army's recent Report to Congress, which says, "The primary components of DCGS-A Increment 2 are depicted" in the following illustration:

*Figure 2: Army's Depiction of a Data Management Platform*



Figure 1 - Increment 2 High Level System Architecture

12

Protected Information and/or Legends Redacted

███████████ ▌▌ ██ ██████████

This figure from the Army's recent Report to Congress represents a Data Management Platform. In other words, the Army can obtain what it describes as "the primary components of DCGS-A Increment 2"—i.e., everything in this diagram—by obtaining a Data Management Platform. The Army's conception of DCGS-A2 envisions the basic components of a Data Management Platform discussed in Section IA above, namely, a Data Integration Layer that draws on a variety of sources, forms, and types of data; data search, analysis, and fusion capabilities, which the Army depicts in the Data Analytics Platform; and a Visualization Framework that surfaces the data so analysts can investigate, examine, and work with it.

My conclusion that the Army can satisfy its central DCGS-A needs by acquiring a Data Management Platform is further supported by the following language from the Army's Report to Congress, which describes the illustration above:

> "There are three (3) fundamental components to the architecture: Data Integration Layer (DIL), Data Analytics Platform (DAP), Visualization Framework (VF). The DIL and DAP are collectively referenced as the Data Management Architecture (DMA) and serve as the architectural foundation for the system. The DMA integration and development is therefore the focus of the first task order executed under the DCGS-A Increment 2 Engineering, Manufacturing and Development (EMD) contract scheduled for award in 4QFY16."

Exh. A at 3. This language from the Report to Congress is nearly identical to language from the Contracting Officer's Statement, which describes the Data Management Architecture as "the architecture foundation and the heart with which the rest of the capabilities will depend on to function." Tab 1 at A16. A Data Management Platform consists of the Data Management Architecture (which consists of the DAP and DIL as shown above) and the Visualization Framework, as these terms are described by the Army and depicted in Figure 1. In other words, a Data Management Platform consists of the three components described by the Army above as the central components of the DCGS-A2 procurement.

Therefore, when the Army is acknowledging that the Data Management Architecture is the "architectural foundation," "the focus," or "the heart" of DCGS-A2, the Army is stating that it needs a Data Management Platform.[2]

---

[2] Most of the items in the PWS relate to the Government's need for a Data Management platform. The exception is (i) requirements that relate to the Government's decision to develop a new platform rather than purchase a commercially available one and that would therefore be irrelevant if the Government were required to solicit commercial items to fulfill the requirements and (ii) certain Additional Enhancements that the Government could either have procured as a separate contract or acquired from Palantir on a fixed-price basis.

13

Protected Information and/or Legends Redacted

My conclusion that the Army requires a Data Management Platform is further illustrated by the following image, which comes from a slide that Lieutenant General Mary Legere brought to her recent deposition:

*Figure 3: Army Illustration of Stove Pipe Solution*



Whereas the bubbles representing data in Figure 1 were segregated into different stovepipes, the bubbles representing data in Figure 3 are now integrated into one common data layer. This illustration shows that the Army wants to integrate data from disparate sources into a common data layer to allow users to access and exploit the data with various analytical tools and capabilities in a collaborative environment. That is precisely what a Data Management Platform does.

14

A8405

**Appx18405**

Protected Information and/or Legends Redacted

C.    Palantir Offers A Data Management Platform That Meets The Army's Needs.

In Palantir's response to the Army's first RFI, Palantir provided the following representative illustration of how the Palantir Gotham platform would operate within the Army enterprise. Tab 36 at A1893. This depiction of what Palantir can offer is the functional equivalent of Figure 2 above, which is what the Army later told Congress it was hoping to develop through the DCGS-A2 procurement.

*Figure 4: Depiction of the Palantir Gotham Platform*



Next, I discuss each component in Figure 4, and I explain how it corresponds to the Army's depiction in Figure 2. This exercise shows that Army's needs, as represented to Congress, can be met by the Palantir Gotham Platform.



15

Protected Information and/or Legends Redacted



16

Protected Information
and/or Legends Redacted

██████████████████████████

Generally, there are three types of file types that need to be ingested and integrated: industry standard file formats, (i.e. PDF, DOC, and PPT), variants of text file formats (i.e. txt, csv, xml), and binary formats (these are file formats that are typically unique to a specific program). Palantir has automated capability and tools that are designed to easily and efficiently open and process information from these three file types for storage into the Palantir Data Management Platform.

Palantir has designed the Palantir Gotham Platform to be as flexible as possible with respect to the types and formats of data it can ingest and bring into the Palantir Gotham Platform. As a result, the Palantir Gotham Platform allows a user to integrate, analyze, and visualize HUMINT, SIGINT, GEOINT, MASINT, weather, and any other type of data. The integration or correlation of intelligence from across these multiple intelligence disciplines and domains is sometimes called Multi-INT; the Palantir Gotham Platform is a Multi-INT platform because it is designed to be flexible enough to support integration, management, and exploitation of information from all sources of data with minimal configuration and enhancements.



17

Protected Information and/or Legends Redacted

This is similar to the way an organization may choose to store data in a database or in a network share drive. The primary difference is that a Data Management Platform provides additional infrastructure to ensure that data from a variety of formats and sources can be correctly catalogued and secured according to industry best practices and the rules and policies set forth by the data and information system owners.

For example, since information security is important to all of Palantir's customers, the data that is stored by the Data Management capability is secured so that data is only accessible by users that have the appropriate qualifications to access the data.   In the commercial world the division of access to data might be determined by job function. The data a Nurse, Doctor, or Billing Administrator should have access to in a unified patient care database varies because there is information that is sensitive to the patient, not all parties have a need to know for all of the information, and there are certain patient privacy regulations that health systems need to adhere to.

Once the data has been stored in a central location and secured, it also needs to be accessible. The Data Management capability provides the functionality that allow for users to search, discover, and retrieve the data that is stored.

The Data Management Platform should be flexible enough to support discovery of data through any number of means to support the various workflows that a user may have. This includes the ability to search documents by keywords, the ability to search for entities, like people, by their properties, like name, gender, and social security number.  This also includes the ability to discover data based upon temporal and geospatial criteria as well, like being able to ask the system to return all improvised explosive device (IED) attacks that occurred within a specified map area for the past month.

*Data Analytics and Fusion*



18

Protected Information and/or Legends Redacted

An example of an analytic that can enrich data by using additional contextual information is the capability to geographically identify and locate Internet Protocol (IP) addresses. Often, when computer or network information has been collected in a forensics examination, the report from the subpoena only includes the network address of the computers and networks. This information is represented as an IP address. In order for this data to be more useful to an investigator, an example of an analytic that has been used as part of the Palantir Gotham Platform is to process the IP addresses through analytics that can associate IP addresses with geographic locations and physical addresses. This makes it so that an analyst can tie entities and persona that exist in cyberspace into the real world.

Another example of an analytic that can improve the quality of data through additional processing is the various image enhancement algorithms that Palantir can configure for its Data Management Platform. Aerial imagery of positions on the ground often come in many different formats, resolutions, and orientations. In order for the imagery to be useful and accurate to an analyst, often the imagery needs to be corrected for a number of factors. For example, one analytic might identify and classify images that have cloud cover that obscure the view of the ground. Another analytic may take imagery that is of a lower resolution and enhance and sharpen the imagery with filters that improve the image. Another analytic might process the imagery to display appropriately on the map given the 3D to 2D projection used for the map.

The "Data Fusion" portion of the architecture allows for entity extraction and correlation algorithms to be run against the data. This includes the automatic identification and extraction of names, entities, dates and location from document data. I discuss data fusion capabilities in Section III(B) below.

*Data Visualization*

Next, the Data Management Platform allows for the visualization of data, which facilitates the user's analysis.

19

A8410

Protected Information and/or Legends Redacted

Appx18410

████████████████████████████

"Data Visualization" component allows the analyst to see any type of data that was ingested into the Data Management Platform from "Sensors & Sources" to "Data Integration," and combine those data visually in a wide variety of ways that are useful to the user. Some examples of visualizations available through the Palantir Gotham Platform are provided in Section III below.

**Data Sharing**

████████████████████████████

One mechanism by which information can be shared between information systems is through the use of files and another is through the use of APIs. Files are the primary structure that allows users to store information on a computer. Computer users are typically familiar with the files that are created by consumer applications like their word processing and spreadsheet software███████████████████

Another mechanism by which information systems share information is through the use of APIs. APIs allow computer systems to directly talk to one another through a bi-directional communication channel. This communications channel typically is a network connection or similar connection that is established between two computer programs. In order for the two computer programs to communicate with each other, there needs to be a common protocol and a common contract of services that are available. The common protocol requirement establishes the communication mechanism through which the two computer programs will communicate. This is similar to how web browsers around the world can connect to web servers around the world. Web browsers have agreed upon transmission protocols that they will all communicate through.

Protocols can be something that is specific to a type of computer programming language, like Java or Microsoft .Net, or this could be a more general communications format that is not tied to a specific programming language, like web services that are based on SOAP or REST. In industry, a system is considered to be interoperable if it offers APIs through web services like

A8411

Protected Information
and/or Legends Redacted

Appx18411

SOAP and REST and also through a major programming language like Java. For example, mobile phone application and gaming companies extend the functionality of Android Smart Phones by utilizing the Java APIs that were published by Google. Web application and gaming companies exchange information with Facebook through the use of REST web services that were published by Facebook.

Beyond defining the protocol that an API will use, a company will also need to determine the functions or capability that is exposed through its API. For example on Android, there may be certain API functions that allow the program to get information from the GPS chip to determine location, there may be certain API functions that allow the program to access contact information from the address book, and there may be certain API functions that allow data to be sent and received through text messaging.

For APIs that are owned or developed for a particular program or by a particular organization, the organization has to make the decision as to whether or not the APIs are public or private. Private APIs mean the APIs are meant for internal use only and are not meant to be accessed by external users or programs. If a system only has private APIs, a system is generally considered to be closed and not interoperable. Alternatively, a software developer can choose to make their APIs open and fully documented. This allows other developers to read the documentation on the APIs and utilize the functionality exposed by the APIs. Palantir hosts a robust set of public APIs that allow for comprehensive access to the data and core functionality of the Data Management Platform. There are many external entities, including government and commercial organizations, that have used Palantir's APIs to exchange data and interoperate with the Palantir Gotham Platform.

Beyond APIs that are developed for specific applications or programs, sometimes there are standard APIs that are established by standards bodies for use across a community. Examples of these standard APIs include the World Wide Web Consortium or W3C that standardizes the APIs that are in use to communicate on the internet. This makes it so that web browsers on all computers on all operating systems can communicate with web servers that reside on a variety of server types and operating systems. Similarly, there are standards that exist within the DOD and IC context. Specifically in the DCGS realm, DI2E and DIB are the main standards organizations that exist. For example, the DIB standard for how data is queried and retrieved is adopted as one of the DI2E standards. These DI2E and DIB standards are supposed to ensure that databases and Data Management Platforms across the DCGS community could discover and share information. If data in a system is available via DIB interface, the system is generally considered interoperable with the DCGS community. ███████████ ██████████████████████████████████████████████████████. The result is that all data within the Palantir Gotham Platform is accessible and the overall Data

A8412

Appx18412

Protected Information and/or Legends Redacted

███████████████████████████████

Management Platform is designed to be interoperable with industry and government standards. I discuss interoperability further in Section III(D) below.

*Core Infrastructure*

The Data Management Platform is connected to the "Core Infrastructure" component in Figure 4, which corresponds with the "Operating System/Infrastructure" and "Servers, Network, Storage, etc." components in Figure 2. These components represent the various types of infrastructure that the Palantir Gotham Platform can be deployed upon, including the servers, networks, and power that support the Data Management Platform. The Palantir Gotham Platform is designed to be scalable to a wide variety of infrastructure environments and flexible enough to work with any infrastructure. ███████████████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

> **D.**  **The Army Could Have Acquired The Data Management Platform It Needs In One Procurement And Enhancements To The Data Management Platform Through A Separate Procurement.**

As I discuss in Section II below and in Section I in connection with the concept of extensibility, once an organization procures a Data Management Platform such as Palantir's, it is straightforward to integrate additional enhancements, configurations, or modifications that the organization may require. Thus, because the Palantir Gotham Platform satisfies the Army's need for a Data Management Platform, the Army could have contracted with Palantir (or another commercial provider with similar open and interoperable capabilities) to acquire a Data Management Platform and then entered into a separate contract (or multiple contracts) to acquire any additional enhancements, configurations, or modifications that the Army may have wanted.

It is my understanding that the Army has taken the position that the Army could not feasibly adopt such an acquisition approach because, according to the Army:

> "Development of the data integration layer is pivotal and complicated by multiple interfaces and interoperability requirements with external intelligence systems. This complexity adds to the criticality for a single software developer/integrator to ensure timely workflow completion. The data integration layer requires unified systems engineering and agile software development activities by a single contract. Ad hoc or independently developed software activities cause technical risks,

22

Protected Information and/or Legends Redacted

concerns and significant schedule risk and cost uncertainty given the software release build strategy and plan. As stated the security and quality of the software development and integration requires inherently tight control and stable managed processes. To separate the systems engineering, software development, and integration activities would only undermine the cohesive development of a new data management and software architecture."

Dkt. 19 at 5-6 (citing Tab 46). This discussion does not explain why the Army declined to pursue one contract to purchase the Data Management Platform and a separate contract for any enhancements, configurations, or modifications it wanted. As explained above, the Data Integration Layer is a component of a Data Management Platform. That means that the procurement of a Data Management Platform from one entity (such as Palantir) would also necessarily include the procurement of the Data Integration Layer from one entity. Thus, the Army's stated desire to have a single entity provide the Data Integration Layer does not explain or justify the Army's decision not to acquire the Data Management Platform from a single entity. If anything, the Army's desire to have a single entity provide the Data Integration Layer should have encouraged the Army to procure the entire Data Management Platform from a single entity and avoid a developmental contract that will involve a multitude of different providers.

The Army's statements also conflict with the procurement approach of DCGS-A2 because the PWS calls for the various components to be developed and then glued together. In essence, the Army is rejecting the procurement of an already developed and integrated Data Management Platform in favor of developing and gluing together functional components like a Data Integration Layer, Data Analytics Platform, and Visualization Framework. It is my expert opinion that given the past performance of the DCGS-A system, which also relied on a glue code approach, the Army's overall integration approach will defeat its goal of achieving a seamless user experience.

II.   **The Army Could Acquire Both The Data Management Platform It Needs And Any Enhancements, Modifications, Or Customizations It Requires Through A Single Fixed-Price Contract.**

As I explain above, the Army could have acquired a Data Management Platform to meet the needs that it describes as the "architectural foundation" of DCGS-A2, by acquiring the Palantir Gotham Platform as a commercial item on a fixed-price basis. In addition, the Army could have acquired both the Data Management Platform from the commercial marketplace *and* modifications necessary to fulfill any other requirements by procuring a commercial item on a fixed-price basis. Like most software, the Palantir Gotham Platform is readily extensible and can be configured for the customer environment in which it is operating. These configurations can include integration of particular data sources, additional analytics capabilities, and

23

A8414

Protected Information and/or Legends Redacted

Appx18414

████████████████████████

customized visualizations of data. Overall, Palantir has provided thousands of data integrations, analytics, and visualizations configurations on all relevant security levels from Unclassified to Top Secret through firm fixed price contracts. In each of these cases, a customer purchases the Palantir Gotham Platform and also acquires from Palantir enhancements, configurations, and modifications to meet particular needs.   These include Palantir's fixed-price commercial contracts with the DIA, SOCOM, and the USMC, and they include a recent fixed-price commercial contract with a customer in the IC to provide additional enhancements, configurations, and modifications on a commercial item basis to further extend the Palantir Gotham Platform that was previously sold to that customer.



As already discussed, items in the PWS relate to the Army's core need for a Data Management Platform and could be satisfied by the procurement of Palantir's Data Management Platform without the need for additional enhancements, configurations, and modifications.  Other items relate to the Army's decision to *develop* a Data Management Platform rather than acquire one in the commercial marketplace and thus would be irrelevant if the Army elected instead to procure a Data Management Platform in the commercial marketplace.  As to the remaining items, Palantir could readily configure or enhance its platform to provide those items on a firm fixed-price basis.    The Army specifically labels certain of these items as "Additional Enhancements."  For example, the Army states that it "may" issue a task order asking the DCGS A-2 contractor to: "Design and implement a chat capability within the DCGS-A environment that integrates with chat systems available outside the DCGS-A environment. Some examples are eXtensible Messaging and Presence Protocol (XMPP) and Internet Relay Chat (IRC)."  Tab 22 at

████████████████████████

As another example, the PWS states that a task order may be issued for DCGS A-2 to "Support voice recognition and transcription capabilities." Tab 22 at A1098.  The Palantir Gotham Platform already provides support for voice recognition and transcription capabilities, ████████

24

A8415

Protected Information
and/or Legends Redacted

Other items that could be addressed through enhancements to the Data Management Platform include:

- "Design and implement interfaces with thin-client or Web-based systems or frameworks that have been or may be developed by the Government." Tab 22 at A1077.

- "Design and implement approved improvements to the DCGS-A system interoperability architecture." Tab 22 at A1077.

These requirements specifically contemplate that whatever the Army procures for DCGS A-2 will need to be interoperable with systems that are later developed—meaning it would need to be able to communicate with those systems, manage data from those systems, and provide data to those systems. As discussed in greater detail in Section III(D), Palantir's Data Management Platform is designed to be extensible and interoperable with current and future systems.

Accordingly, the Army could satisfy its DCGS-A2 needs by acquiring a Data Management Platform together with additional enhancements, configurations, or modifications as commercial items on a fixed price basis, or it could acquire the Data Management Platform as a commercial product to satisfy its central needs, as discussed in Section I above, and separately contract for any additional enhancements, modifications, or customization it might require.

III.   **The Army Incorrectly States That Certain Capabilities Are Not Available From The Commercial Marketplace.**

I have reviewed the portion of the Army's Market Research Report that states: "Significant portions of the anticipated Increment 2 scope of work such as Data Fusion, Intelligence Support to Cyber, and DIB upgrade are not available as a commercial product. As such, the DCGS-A Increment 2 effort cannot be procured as a commercial product." Tab 33 at 1840. I also have reviewed the Army's July 1, 2016 "Determination of Non-Commercial Item," which states that "significant portions of the scope of work, such as, the military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with Signals Intelligence (SIGINT), Human Intelligence (HUMINT), Military Weather, Interoperability, Data Fusion, Intelligence Support to Cyber, and DCGS Integrated Backbone (DIB) upgrade are not available as commercial items." Tab 134 at A6626. It is my expert opinion that the conclusions in these documents are wrong; all of these capabilities are available through the commercial marketplace—at a minimum, they are available from Palantir, which is able to provide each of these functions through the Palantir Gotham Platform on a fixed-price commercial item basis.

Protected Information and/or Legends Redacted

## A.    Intelligence Support to Cyber

Palantir can provide Intelligence Support to Cyber, including any "military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with" Intelligence Support to Cyber. The Market Research Report and July 1 Determination do not specify the basis for the Army's conclusion that Intelligence Support to Cyber cannot be provided by commercial items, and there is nothing in the PWS relating to Intelligence Support to Cyber that cannot be provided by commercial items on a fixed-price basis, including by Palantir's commercial items.

Intelligence Support to Cyber generally refers to the ability to support understanding, awareness of, and defense against malicious cyber actors (e.g., hackers) and also includes the ability to provide intelligence support to offensive cyber operations. Thus, the PWS says that "DCGS-A shall support the Army Cyber Command intelligence analysis effort by providing cyber data ingest, management, and access to support the Cyber Electromagnetic (CEM) Cell in both Defensive Cyber Operations (DCO) and Offensive Cyber Operations (OCO)." Tab 22 at A1073. (The "CEM Cell" is the management team that tracks and manages the Army's cyber forces.) As this requirement suggests, and as with other forms of data that must be analyzed to support the Army's missions, Intelligence Support to Cyber starts with cyber-related information being ingested into the Data Management Platform and integrated with all other information in the Data Management Platform. Analysts then use search, analysis, and fusion tools to identify and map information about the cyber actors, threats, and vulnerabilities. This type of information is visualized through various dashboards and similar features.

The Palantir Gotham Platform has the capability to perform Intelligence Support to Cyber as described in the PWS and in fact has a contract with Army Cyber Command under which it serves as the information and analytic platform for Army Cyber Command to research and track cyber threats.[3] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[3] The July 2013 MITRE report similarly recognized that "Palantir has NETOPS capability to audit/log potential cyber events and has Cyber Analysis Tools to detect/analyze suspicious Cyber events." Tab 156 at A7851. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26

Protected Information and/or Legends Redacted



27

A8418

Protected Information
and/or Legends Redacted



It should be noted that it is the very point of a Data Management Platform to enable a user to assimilate and analyze a large amount of disparate types of data to accomplish a mission, regardless of the mission type. In this respect, the data that must be managed and analyzed to prevent cyber-attacks is functionally the same as the satellite, UAV, human, sensor, or other data that is used to plan and prevent physical attacks. As explained in Palantir's comments to the Army on the draft PWS for DCGS-A2, if "the Army acquires a working data platform, they can extend and adapt that platform to accommodate any mission area," which would include Intelligence Support to Cyber.   Tab 15 at A694.   In other words, the Army would acquire Intelligence Support to Cyber capabilities by acquiring a Data Management Platform, which is why a *separate* requirement for cyber intelligence functionality is unnecessary.   Tab 15 at A694.[4]

---

[4] I understand that the Government has taken the position that Palantir's response to the draft PWS suggested that Palantir believed that Intelligence Support to Cyber was unnecessary or that Palantir was not willing or able to provide Intelligence Support to Cyber. That characterization is not correct. As discussed in the text, there is no question that Palantir can provide this capability. The point of the comment in the response to the PWS is that a Data Management Platform such as the Palantir Gotham Platform can readily accommodate all types of data and use that data to support the Army's various missions (including cyber missions); it was therefore unnecessary to have a separate requirement for *developing* a *separate* capability for Intelligence Support to Cyber.

28

A8419

**Appx18419**

Protected Information
and/or Legends Redacted

### B.   Data Fusion

Palantir can provide the required capabilities of Data Fusion, including any "military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with" Data Fusion. The Market Research Report and July 1 Determination do not specify the basis for the Army's conclusion that Data Fusion cannot be provided by commercial items, and there is nothing in the PWS relating to Data Fusion that cannot be provided by commercial items, including by Palantir's commercial items. For example, the PWS says that "DCGS-A shall be capable of performing automated fusion Level 0, 1, and 2 functions," which it defines as "Source Processing," "Entity Refinement," and "Situation Refinement." Tab 22 at A1072-73. Palantir can deliver these capabilities, as they are described in the PWS, as a commercial item on a fixed price basis.

As explained in Sections I(A) and I(C) above, once data has been ingested into the Data Management Platform (through the Data Integration Layer in Figure 2 or the Data Integration component in Figure 4), there are many different ways that a user might wish to analyze the integrated data using automated or semi-automated processing or algorithms. Data Fusion is one of these capabilities. Palantir provides Data Fusion capabilities through the Palantir Gotham Platform, and those capabilities can be readily enhanced, configured, and extended through the use of additional tools. Because the Palantir Gotham Platform was designed to be open and extensible (as discussed above in Section I(C)), its API allows for additional processing and analytic engines and products (including Data Fusion products) to be easily plugged into our platform, so the platform can be easily customized to provide both current and future Data Fusion capabilities. For example, Palantir has integrated the Palantir Gotham Platform with a number of free open source tools as well as commercially available software products to deliver enhanced Data Fusion capabilities. Palantir has provided enhanced data fusion capabilities for customers in the IC, including through its contract with the DIA.

In Palantir's comments on the draft PWS, Palantir conveyed to the Army that Data Fusion was available on the commercial market, "yet the Task Order, as written envisions building this capability from scratch." Tab 15 at A694. Palantir further explained that, instead of having requirements for evaluation or design of Data Fusion capabilities, the Army should require that the Data Management Platform be able to exploit and use various Data Fusion capabilities.[5] Moreover, the diagram that Palantir provided to the Army to illustrate the capabilities available through a Data Management Platform expressly identified Data Fusion as one such capability.

---

[5] I understand that the Government has taken the position that Palantir's response to the draft PWS suggested that Palantir believed that Data Fusion was unnecessary or that Palantir was not willing to provide Data Fusion. That position is not correct, as explained in the text.

A8420

Protected Information
and/or Legends Redacted

### C.   DIB Upgrade

Palantir can provide the required capabilities of DIB Upgrade, including any "military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with" DIB Upgrade. The Market Research Report and July 1 Determination do not specify the basis for the Army's conclusion that DIB Upgrade cannot be provided by commercial items, and there is nothing in the PWS relating to DIB Upgrade that cannot be provided by commercial items, including by Palantir's commercial items.

The DIB is the primary mechanism through which multiple DCGS sites can share information. There are many DCGS databases spread around the world. The Army owns and operates many of these databases, but the other military services, like Navy, Air Force, and SOCOM also operate their own version of DCGS around the world as well. The DIB effectively serves as a federated index or "card catalog" of military intelligence stored in various sites around the world in a heterogeneous mix of databases.

Because the DIB defines a standard by which users can submit search queries and by which search results are returned, an analyst is able to query as many databases as the analyst wishes with a single query instead of having to construct new queries for each individual database.

The MITRE report also recognized that "Palantir provides DoD-IC interoperability via DIB Query support." Tab 156 at A7816.

In its response to the draft PWS, Palantir specifically recommended that the "DIB should be treated as an interoperability standard, not a software platform that should be integrated," Tab 15 at A694, because achieving interoperability with the DIB is the primary and most technologically sound approach to achieving the Army's stated goal. Ultimately, it would be technologically feasible for Palantir to either install the DIB software or to be interoperable with

30

Protected Information
and/or Legends Redacted

[black redaction bar with "31"]

[large black redaction block]

### D.   Interoperability

Palantir can provide the required capabilities relating to interoperability, including any "military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with" interoperability. The Market Research Report and July 1 determination do not specify the basis for the Army's conclusion that commercial items cannot satisfy the Army's interoperability requirements, and there is nothing in the PWS relating to interoperability that cannot be provided by commercial items, including by Palantir's commercial items.

As discussed in Section I(C), interoperability in the context of software and Data Management Platforms defines the ability for independent systems to exchange data and information with each other. To say two systems are interoperable is to say that data and information can be exchanged between them. In order to facilitate and expand interoperability to a broader community, government and industry groups rely on interoperability standards that define how specific types of information that are relevant to the community can be exchanged.

Because Palantir operates in a variety of industries and contexts requiring data exchange with a range of new systems, it has designed its Data Management Platform to be open and readily interoperable with new systems and standards ███████████████████████████████

███████████████████████████████ Palantir also offers a number of endpoints or interfaces to its Data Management Platform known as APIs. APIs allow third party developers and engineers the ability to connect to and interact with a system. An industry standard way to promote interoperability is to both expose APIs and also provide full and open documentation of the APIs. Palantir provides these APIs and the associated documentation to all of its customers, and they are also available via the internet. Palantir's APIs allow for customers and third party developers the ability to extend the

---

[6] I understand that the Government has taken the position that Palantir's response to the draft PWS suggested that Palantir believed that DIB Upgrade was unnecessary or that Palantir was not willing to provide DIB Upgrade. That position is not correct. The comments to the draft PWS, responded to a requirement that the contractor "integrate the DCGS integration Backbone (DIB) Version 4.x (or other versions as directed) into the DCGS-A Increment 2 baselines for interoperability with the Joint DCGS Family of Systems (FoS)." Tab 15 A694, Tab 22 A1075. As explained in the text, Palantir did not say that DIB Upgrade was unnecessary or that Palantir could not provided but rather recommended one approach to achieving it.

31

Protected Information
and/or Legends Redacted

████████████████████████████

functionality of the Palantir Data Management Platform and to import and export data using the API. ███████████████████████████████████████
Palantir to incorporate new interoperability standards into the Palantir Gotham Platform with minimal configuration.[7] As explained in the MITRE report, "Palantir is an open system. Palantir employs a blend of open/DoD-IC/company specified standards accessible via open API's." Tab 156, A7816 (bolded text omitted).

As a result, Palantir has repeatedly demonstrated its interoperability with a variety of systems in the defense context, including interoperability when deployed on Army, joint, and coalition networks. There are no established standards that Palantir has not been able to meet. Palantir also has been a leader in the development of interfaces that implement the standards that the Defense and Intelligence Communities have been working to develop.

For example, as part of the role of the OUSD(I) to oversee all military intelligence, there is an initiative called the Defense Intelligence Information Enterprise (DI2E) that is an effort to standardize intelligence and information collaboration and sharing. As described by then-USD(I), Michael Vickers, DI2E, "is the unifying construct between the Department of Defense, the Intelligence Community (IC), and Coalition intelligence information enterprises." DI2E includes DCGS-A and the DCGS programs of Navy, SOCOM, Air Force, Marine Corps and the IC. DI2E attempts to create this standardization by defining the portfolio of common services and capabilities across the defense intelligence space, defining the individual specifications that describe unique services or capabilities, and developing conformance tests for measuring adherence to the standards.

For the past four years, OUSD(I) has held its annual DI2E conference, called DI2E PlugFest. Palantir has been an active participant of each of these events. These events are the primary means by which vendors and government can qualify for recognition by USD(I) on alignment to the stated goals and objectives of DI2E. Through these events, Palantir has been awarded the most "gold stars" out of all participants and also has been designated as an "early adopter" as recognition of the Palantir Gotham Platform's alignment to the stated goals of interoperability and collaboration set forth by the USD(I).[8] Palantir also is aligned to the stated goals of other

---

[7] There is often a misconception that software built by commercial companies are inherently "closed" or non-interoperable platforms. However, there is no technical reason why a government owned or government developed software platform would be more "open" or interoperable than a commercial platform. Many of the industry standards for interoperability have been developed for use by commercial companies.

[8] Because USD(I) has not developed tests for determining conformance with the various standards, it does not authorize industry to claim overall conformance with DI2E. Palantir, however, has met the requirements of all tests that USD(I) has promulgated, and is authorized to claim alignment with DI2E interoperability requirements.

████████████████████████████

Protected Information and/or Legends Redacted

developing interoperability and standards initiatives across the DoD including JIE, IC ITE, and others.[9]

### E. Signals Intelligence

Palantir can provide the required capabilities relating to SIGINT, including any "military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with" SIGINT. The Market Research Report and July 1 Determination do not specify the basis for the Army's conclusion that SIGINT capabilities cannot be provided by commercial items, and there is nothing in the PWS relating to Signals Intelligence that cannot be provided by commercial items, including by Palantir's commercial items. For example, the PWS says: "DCGS-A Increment 2 shall provide the capabilities to process, exploit, and disseminate SIGINT data, information, and products." Tab 22 at A1070. Palantir can deliver these capabilities, as they are described in the PWS, through the Palantir Gotham Platform on a fixed price basis.

In the DCGS-A2 PWS, the SIGINT requirement is divided into two categories: "1) SIGINT Externals—which provides SIGINT analysis, data management, and data dissemination functionality. 2) COMINT Internals—Composed of sensor data processing elements and audio management to include data exploitation and data management, which exists entirely within the TS/5 Eyes Security Domain." Tab 22 at A1070. Generally, this division reflects two main ways in which SIGINT is collected and exploited: external SIGINT focuses on the nature of the electronic transmission, which might include the frequency on which the message was transmitted or the particular sent and received locations of a transmission; internal COMINT focuses on the nature of the intercepted communication or what the target was saying in the transmission. The Palantir Gotham Platform supports processing, exploitation, and dissemination of both of these types of SIGINT. As explained above in Section I(C), the Palantir Gotham Platform is designed to integrate, analyze, and visualize any type of data, and this includes SIGINT.



---

[9] The Intelligence Community Information Technology Enterprise (IC ITE) is an initiative by the Director of National Intelligence to enhance integration, collaboration and to achieve efficiencies in how the intelligence community operates. Palantir has been awarded the contract to be the IC ITE Knowledge Management Tool. The Joint Information Enterprise is an initiative managed by the Defense Information Systems Agency (DISA) to create a consolidated and consistent Information Technology enterprise for the Department of Defense.

A8424

Protected Information and/or Legends Redacted

34

A8425

Protected Information and/or Legends Redacted



### F. Human Intelligence

Palantir can provide the required capabilities relating to HUMINT, including any "military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with" HUMINT.  The Market Research Report and July 1 Determination do not specify the basis for the Army's conclusion that HUMINT capabilities cannot be provided by commercial items, and there is nothing in the PWS relating to HUMINT that cannot be provided by commercial items, including by Palantir's commercial items.  For example, the PWS states: "DCGS-A Increment 2 shall provide the capabilities to process, exploit, report, manage, and disseminate CI and HUMINT data, information, and products. This shall consist of Consolidating legacy CI and HUMINT data analysis, exploitation, reporting, and dossier management thick and thin client capabilities to a unified software solution compatible with the new Data Architecture."  Tab 22 at A1071.  The Palantir Gotham Platform can provide this capability.

In fact, the Palantir Gotham Platform is routinely used by IC customers to integrate, analyze, and visualize HUMINT.  As explained above, an analyst can use the Data Management Platform to do this for any type of data, including HUMINT data.  Most of the data that supports HUMINT is represented as what is called "message traffic." Message traffic consists of text documents that represent reporting from sources that provide intelligence on people, organizations, and events. There are a variety of types of message formats that are used in military intelligence depending upon the topic of the message, the reporting agency, and how the information was

A8426

Appx18426

Protected Information
and/or Legends Redacted

collected. Over many years, Palantir has ingested millions of HUMINT reports. An unclassified example of how a sample HUMINT report would look in Palantir is represented below:



### G.  Military Weather

Palantir can provide the "military unique capabilities classified up to the Top Secret level needed to meet the requirements associated with" Military Weather. The Market Research Report and July 1 Determination do not specify the basis for the Army's conclusion that Military Weather capabilities cannot be provided by commercial items, and there is nothing in the PWS relating to Military Weather that cannot be provided by commercial items, including by Palantir's commercial items.

For example, the DCGS-A2 PWS states: "DCGS-A Increment 2 shall provide interoperability with the DoD DCGS FoS and all current intelligence, weather, and COE Computing Environment (CE) systems that consume, produce, analyze or display ISR and geospatial data, information, and intelligence at the requisite classification levels/security domains." Tab at A1069. It further states: "DCGS-A Increment 2 shall provide a computer-assisted capability to display (in 2D and 3D globe) relevant geospatial (including Standard and Sharable Geospatial Foundation (SSGF)) data, weather data, and single, multi and all-source fused intelligence and information on the

A8427

Protected Information and/or Legends Redacted



enemy, non-aligned and friendly forces." Tab 22 at 1069. The PWS also states that DCGS-A2 "shall provide the capabilities to use and disseminate weather data and information for mission planning purposes." Tab 22 at A1071. The Palantir Gotham Platform provides these capabilities.

As described previously, Palantir is designed to ingest and display information from a variety of sources and in a variety of formats.

###

37

A8428

**Appx18428**

Protected Information
and/or Legends Redacted

UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

PALANTIR USG, INC.

                    Plaintiffs,

-vs.-

THE UNITED STATES

                    Defendant.

Case No. 16-784C
Judge Marian Blank Horn

**SUPPLEMENTAL DECLARATION OF BRYANT CHOUNG**

**A8441**

Protected Information
and/or Legends Redacted

22.     In his Expert Report, Mr. Cronen also asserts: "Had the Government procured the Data Management Platform as a single item and procured any additional 'enhancements, configurations, or modifications' as separate items, *there is the potential* that these separate items will require changes to the Data Management Platform.  *If* the Government is not able to utilize third parties to perform software sustainment and maintenance due to data rights restrictions on the Data Management Platform, any changes required to this software item may need to be performed by the original provider of the software." Dkt. 58-1 at 22 (emphasis added).  Mr. Cronen acknowledges that this issue would not prevent use of commercial products but asserts that it would need to be "weighed against the merit of the technical solution provided." *Id.*

23.     Mr. Cronen's assertion disregards the technical architecture of Data Management Platforms in general and of the Palantir Gotham Platform in particular.  As I have explained, the



Platform." Dkt. 58-1 at 22.  Nor is there any technical or software engineering reason why the Army could not acquire a Data Management Platform as a commercial item in one procurement

A8450

Protected Information
and/or Legends Redacted



**II.     Mr. Cronen Has Offered No Valid Technical Or Software Engineering Reason Why The Army Cannot Procure The Entirety Of DCGS-A2 By Procuring The Palantir Gotham Platform Plus Additional Enhancements Together As A Commercial Item.**

28.     In my Expert Report, I explained how the Army could acquire both the Data Management Platform *and* any additional configurations, modifications, and enhancements *together* as a commercial item through a single fixed-price contract. *See* Dkt. 44-2 at § II. Mr. Cronen did not conclude otherwise in his Expert Report, stating instead that he had insufficient information to say whether the Palantir Gotham Platform could meet all of the DCGS-A2 requirements with minor modifications. See Dkt. 58-1 at 30.

29.     In his Expert Report, Mr. Cronen relies on Mr. Stock's declaration, in which Mr. Stock referred to 909 Increment 2 requirements from the PBS (i.e., the Performance Based Specification). Dkt. 49-3. Mr. Stock attached to his declaration a chart listing out each of these requirements. Mr. Stock's chart actually contains 909 *rows* in the underlying Excel spreadsheet; once you exclude the rows that do not contain specific PBS requirements, there are actually 898 PBS requirements. The other 11 rows, found at the end of the chart, correspond to high-level "Key Performance Parameters," "Key Systems Attributes" or other entries that Mr. Stock agreed in his deposition were not the PBS requirements. Dkt. 80-1 at 34:18-35:10.

30.     Mr. Stock testified that 681 of the PBS requirements were "the same as" requirements from DCGS Increment 1. Dkt. 80-1 at 53. Mr. Stock also labelled 146 of the PBS

A8452
Protected Information and/or Legends Redacted

requirements in his list as "DMA only." *See* Dkt. 68-1. However, he admitted that his judgments about what constitutes a DMA requirement are "subjective" and involve "gray" areas. Dkt. 80-1 at 81, 59. It is unclear whether Mr. Stock believes other requirements also relate to the DMA (i.e., whether he believes other requirements are for the DMA plus other components and therefore are not "DMA only"). In any event, not every requirement has equal significance, as evident from the fact that the Data Management Architecture is described as the heart and the architectural foundation of DCGS-A2, and the Solicitation says that the Data Management Architecture has as much significance as all of the other technical subfactors *combined*. Thus, even if it were true that only 146 of the PBS requirements in Mr. Stock's list relate to the "DMA only," that would say nothing about the overall significance of those requirements in comparison to the other requirements.

31.    Moreover, Mr. Stock did not address how many of the PBS requirements in his table could be met by the Palantir Gotham Platform or by any other commercially available Data Management Platform. As I explain next, and as is set forth in the Appendix to this Declaration, Palantir can meet all of the PBS requirements listed in Mr. Stock's table on a commercial item, fixed-price basis.[1]

32.    First, without any configuration work at all, the Palantir Gotham Platform is capable of providing the functionalities of a Data Management Platform that I described in my

---

[1] My Appendix is a table consisting of rows for each of the PBS requirements Mr. Stock identified (and the columns from his chart containing the "Trace ID" for each requirement and the description of each requirement). In addition, my Appendix contains three additional columns that I describe in this Declaration.

████████████████████

**A8453**

Protected Information and/or Legends Redacted

Expert Report, ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

22.    Based on this "out-of-the-box" capability, and without any configuration work or enhancements or even minor modifications, the Palantir Gotham Platform could meet 581 of the PBS requirements.  These requirements are noted with an "X" in the "out-of-the-box" column in my Appendix.  These 581 requirements correspond to the baseline Data Management Platform that the Army requires, and that Palantir can meet without doing even the most minor, customary configuration work we regularly do for our customers.

33.    Second, Palantir customarily deploys the Palantir Gotham Platform into a customer's environment by installing and configuring the platform and plugging in existing "helpers."  I explained this during my deposition when I stated: "There is a process by which we plug in our helpers into the environment, and the process by which we take our entire data management platform and plug it into the customer environment.  That's called deployment, installation, configuration."  Dkt. 54-1, Choung Depo. Tr. at 125:20-126:5. ████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

A8454

Protected Information
and/or Legends Redacted

████████████████████████████████████████████████████

Choung Depo. Tr. at 132:3-16. In addition to the 581 PBS requirements in Mr. Stock's list that Palantir could meet with the Palantir Gotham Platform "out-of-the-box," Palantir could meet an additional 242 of the PBS requirements in Mr. Stock's list through customary configurations and installations of existing helpers. These 242 requirements are noted with an "X" in the "existing helpers" column in my Appendix. Thus, through its "out-of-the-box" capabilities and through customary configurations and installations of existing helpers, Palantir would satisfy a total of 823 of the 898 PBS requirements in Mr. Stock's list, leaving only 75 more to be met. As explained in the next paragraph, Palantir could meet these 75 requirements by providing "new helpers" on a commercial item basis.



Palantir could meet the remaining 75 PBS requirements from Mr. Stock's list by providing new helpers on a fixed-price basis as part of a commercial item contract with the Army, as we have done for other customers. *See* Dkt. 44-2 at 24. These requirements are noted with an X in the "new helpers" column of the Appendix. ████████████████████████████████

**A8455**

Protected Information and/or Legends Redacted



35.    Therefore, the Army could have met the entirety of the DCGS-A2 PBS requirements in Mr. Stock's table by entering into one commercial item contract for Palantir to meet all of those requirements: 823 of the requirements would be met with the Palantir Gotham Platform with its "out-of-the-box" capability plus the use of minor configurations and existing helpers, and the remaining 75 would be met through new helpers that are of the same nature and type as those we regularly and customarily provide to new customers on a commercial item, fixed price basis.

A8456

Protected Information
and/or Legends Redacted



38.     These are precisely the type of questions that the Army never asked Palantir or other commercial item providers to answer; it also is precisely the type of dialogue that Palantir invited the Army to have in Palantir's RFI responses.   In particular, the Army never asked Palantir or commercial item providers generally to explain whether the entire procurement could be met on a commercial item, fixed-price basis, and it never asked about the specific factors that Mr. Cronen asserts would be relevant to determining whether any enhancements could be provided on a fixed-price commercial item basis.   Instead, the Army issued RFIs that assumed that DCGS-A2 would need to be a software development project.   Nonetheless, Palantir explained that the Army's DCGS-A needs could be met by commercial items and offered to demonstrate the capabilities of its product, but the Army never accepted that invitation.

39.     Mr. Cronen recognized at his deposition that the Army structured its research to ask only about past development projects without asking commercial item providers how they could meet the Army's new requirements on a commercial item basis. See Dkt. 75-1, Cronen Depo. Tr. at 194:11-14. Mr. Cronen did not explain why this was the case. He referred in his deposition to the "acquisition strategy" of having a "lead system integrator to manage the risk of all of the new development," Dkt. 75-1 at 118, but he never explains why a system integrator

A8457

Protected Information
and/or Legends Redacted

would be needed if a commercial item can meet all the needs; nor does he ever explain why a system integrator could not integrate the Palantir Gotham Platform with any enhancements the Army may require that it does not procure from Palantir. There is no technical reason why the Army could not have done this, nor any other reason of which I am aware. In that regard, I do recall a meeting between Palantir and both Colonel Collins and LTG Williamson on or around August 7, 2015, in which we highlighted our concerns with the Army's developmental approach to the Increment 2 procurement. In a conversation that occurred shortly after the meeting ended, Colonel Collins told me and my colleague ██████ that he believed Palantir should "team up" with another contractor to submit a joint bid. This comment is representative of the opinion where the Army believes that Palantir's commercial item could meet many of the needs of DCGS-A2, yet the Army has decided to structure the acquisition approach for Increment 2 to be impossible for Palantir to participate, without the need for another contractor acting as an intermediary or "teammate."

**III.    Mr. Cronen Says That He Has "Insufficient Information" To Determine Whether The Palantir Gotham Platform Can Provide Particular Capabilities, But There Is Extensive Information Demonstrating These Capabilities.**

40.    The Army's Market Research Report says that Intelligence Support to Cyber, Data Fusion, and DIB upgrade are not available from commercial products. *See* Tab 33 at A1840. The Army's July 1 "Determination of Non-Commercial Items" says that Signals Intelligence, Human Intelligence, Military Weather, and Interoperability also are not available from commercial products. *See* Tab 134 at A6626. In my Expert Report, I explained why these conclusions were incorrect. *See* Dkt. 44-2 at 25-36.

41.    None of the documents or testimony provided by the Army since I submitted my Expert Report undermines my conclusion. Mr. Cronen does not conclude that Palantir *cannot*

Protected Information and/or Legends Redacted

provide all of the listed capabilities. *See* Dkt., 75-1 Cronen Depo. Tr. at 386:2-6. Instead, he asserts only that he has "insufficient information" to determine whether Palantir *can* provide the capabilities. *See* Dkt. 58-1 at 25, 26, 27, 28, 29. He therefore does not dispute my conclusion that Palantir can provide all of the listed capabilities, and he does not attempt to defend the Army's conclusion that there were no commercial products that were available to provide these capabilities. Mr. Cronen also is incorrect that there is insufficient information in my Expert Report to support the conclusion that Palantir can meet the requirements in these areas. I have stated that Palantir can meet these requirements based on my expertise with the Palantir Gotham Platform and based upon its demonstrated capabilities in each of these areas. Mr. Cronen offers no basis for calling into question my conclusions. I address Mr. Cronen's specific comments with respect to each requirement below.

### A.   Intelligence Support to Cyber

42.   In my Expert Report, I explained that Palantir could satisfy the requirements of Intelligence Support to Cyber as set forth in the Performance Work Statement. Dkt. 44-2 at 26-



43.   Mr. Cronen's discussion of Intelligence Support to Cyber simply asserts that "there is insufficient information that demonstrates that Palantir fully meets the Intelligence Support Cyber Operations Requirements as laid out within the Solicitation." Dkt. 58-1 at 26. He

Protected Information
and/or Legends Redacted

offers no explanation of why he reached that conclusion, and he does not identify which requirements he is unsure whether Palantir can satisfy.

44.    From a technical standpoint, Mr. Cronen acknowledged during his deposition that the Palantir Gotham "probably could" provide Intelligence Support to Cyber.  He was asked whether he thought there was anything "unique about cyber-related data that would support a conclusion that Palantir is unable to integrate, visualize, and facilitate analysis of that data." Dkt. 75-1, Cronen Depo. Tr. at 353:18-21.  Mr. Cronen responded that cyber-data is not "special in any way" and that he believes "with some level of configuration that the Palantir Gotham Platform probably could incorporate that, as well as visualize it." *Id.* at 354:4-16.  Mr. Cronen thus appears to agree with my technical analysis that intelligence support to cyber is available from a commercial Data Management Platform.



Army Cyber Command.  Dkt. 75-1, Cronen Depo. Tr. at 109:8-10; 353:12-17.  Mr. Cronen has thus asserted there is insufficient information about Palantir's Intelligence Support to Cyber

A8460
Protected Information
and/or Legends Redacted

capabilities without examining how Palantir provides intelligence support to cyber for Army Cyber Command.

**B.      DIB Upgrade**

46.      In my Expert Report, I explained that Palantir can meet all of the DCGS-A2 requirements relating to the DCGS Integrated Backbone, or DIB.  *See* Dkt. 44-2 at 30-31.  Mr. Cronen does not dispute my conclusion, stating only that "there is insufficient information that demonstrates that Palantir meets the DIB Upgrade Requirements as laid out within the Solicitation." Dkt. 58-1 at 26.  Mr. Cronen offers just two explanations for this conclusion.

47.      First, Mr. Cronen states that he reviewed Patricia Lee's declaration, *see id.* 58-1, which in turn states that Palantir was deemed "minimally conformant" to the DIB Management Office (DMO) specifications, *see* Dkt. 49-1 at ¶ 5.  However, the reason Palantir was deemed "minimally conformant" and not "fully conformant" is because Palantir did not take all of DMO's tests, as would be required to obtain a score of "fully conformant."  Palantir took only a subset of the tests—those involving query—because those are the only tests that SOCOM asked Palantir to take (and Palantir was taking the test at SOCOM's request in furtherance of a contract with SOCOM).  As the DMO Conformance Test Report attached to Ms. Lee's declaration shows, Palantir passed all of the tests it took, and as I testified during my deposition, Palantir could support all of the DIB capabilities today.  Dkt. 54-1, Choung Depo. Tr. at 271:12-10.  Ms. Lee acknowledged during her deposition that "minimally conformant" was the highest score Palantir could have achieved on the May 2012 conformance test, given the scope of the tests Palantir took at the time.  Ex. 76-1, Lee Depo. Tr. at 44:18-21.

**A8461**

Protected Information and/or Legends Redacted



### C. Data Fusion

49.    I explained in my Expert Report that Palantir can provide the required DCGS-A2 capabilities for Data Fusion as a commercial item on a fixed-price basis. *See id.* at 29. Mr. Cronen does not dispute this, and he thus offers no defense of the Army's assertion that the Data Fusion requirements cannot be fully satisfied by commercial items. Instead, Mr. Cronen asserts only that "there is insufficient information that demonstrates that the Palantir Gotham Platform fully meets the Data Fusion Requirements as laid out within the solicitation." Dkt. 58-1 at 25.



**A8462**

Protected Information and/or Legends Redacted



52.     If anything, Mr. Cronen's Expert Report provides additional support for my conclusion that Palantir can satisfy the DCGS-A2 Data Fusion requirements.  In particular, Mr. Cronen's report provides a lengthy illustration of the type of analysis that he claims is required by the Data Fusion requirements of the PBS.  *See* Dkt. 58-1 at 8-14.



A8463

Protected Information
and/or Legends Redacted

54.     At his deposition under questioning from the Government's counsel, Mr. Cronen added allegations that were not in his report that he "did not see any information that demonstrated Palantir's ability to currently meet the requirements for data fusion" specifically



A8464

Protected Information
and/or Legends Redacted



**D.      Interoperability**

56.      In my Expert Report, I explained that the Palantir Gotham Platform was designed to be interoperable and has achieved alignment with the DI2E interoperability standards.  Dkt. 44-2 at 10, 16-17, 31-33.  I also provided my expert opinion that Palantir can meet all of the interoperability requirements for DCGS-A2.  *See id.* at 31-33.  Mr. Cronen does not dispute that Palantir can meet these requirements and thus offers no support for the Army's assertion that there are no commercial products that are capable of meeting the DCGS-A2 interoperability requirements.

57.      Mr. Cronen also expressly acknowledges that "the Palantir Gotham Platform has 'repeatedly demonstrated its interoperability with a variety of systems'" and recognizes "the

- "There are no established standards that Palantir has been unable to meet," and Palantir has met all tests that USD(I) has promulgated, Dkt. 44-2 at 31-32;

**A8465**

Protected Information and/or Legends Redacted

- ████████████████████████████████████████
  ████████████████████████████████████████
  ███████████████

- ████████████████████████████████████████
  ██████████████████████████

- Palantir has been awarded the most "Gold Stars" out of all participants in the DI2E Plugfest and also has been designated an early adopter in recognition of Palantir Gotham's alignment to USD(I)'s stated interoperability goals, *id.*; and

- ████████████████████████████████████████
  ███████████████████████

58.     Mr. Cronen fails to explain why in light of the foregoing there would be any reasonable doubt about Palantir's ability to meet the DCGS-A2 interoperability requirements. He notes only DI2E's web-site disclaimer that "Gold Star Recognition" is an informal process and that Gold Stars are not the same as certification or endorsement of a product.  This may be true, but Mr. Cronen fails to acknowledge this informal process exists only because DI2E has not yet developed formal tests for all of its requirements.  He does not dispute that getting the most "Gold Stars" of any participants and being designated an "early adopter" are both strong indicators of Palantir's interoperability, which was the entire point.  As stated previously without dispute from Mr. Cronen, DI2E Plugfest events "are the primary means by which vendors and government can qualify for recognition by USD(I) on alignment to the stated goals and objectives of DI2E."  Dkt. 44-2 at 32.  DI2E Plugfest also was just one of various data points I provided to support my opinion that Palantir can meet the Army's interoperability requirements.

████████████████████████████████████████████████████

**A8466**

Protected Information
and/or Legends Redacted

59.   Mr. Cronen asserts without additional explanation that "there is insufficient information provided to determine [sic] scope of the changes required to conform to the hundreds of required information exchanges as documented within the Systems View–6 (SV-6)."



61.   What is absent from Mr. Cronen's report is any explanation of why the interoperability requirements of DCGS-A2 would present a special problem that would call into question Palantir's ability to meet the DCGS-A2 interoperability standards given the data points I have identified, the design of the Palantir system, its repeated success in interoperating with new systems, my knowledge of those standards, and my unequivocal statements that it can meet

A8467

Protected Information
and/or Legends Redacted

these requirements. Those statements are based upon my expertise with Palantir, software development and engineering, and my experience at Booz Allen supporting the DCGS Enterprise Focus Team, which is in charge of defining and managing the portfolio of interoperability standards for all of the DCGS programs across the DOD and IC, as I explained in my Expert Report. Dkt. 44-2 at 3. By contrast, Mr. Cronen admitted at his deposition that he was unaware even of Palantir's basic Kea software offering ■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■ and he said that he is not an expert on the "detailed specifics of interoperability." Dkt. 75-1, Cronen Depo. Tr. at 44:3-6, 363:8-364:8.

### E.   Signals Intelligence

62.     In my Expert Report, I explained that Palantir can provide the required capabilities related to Signals Intelligence, and I provided various examples of Palantir's capabilities with respect to Signals Intelligence, including its prior work with the Army and SOCOM. *See* Dkt. 44-2 at 33-34. Mr. Cronen does not dispute that Palantir can provide these capabilities, provides no basis for doubting my conclusion, and provides no support for the Army's assertion that there are certain Signals Intelligence requirements that are unavailable from commercial products. Further, Mr. Cronen admitted at his deposition that he could not identify any Signals Intelligence data source from which Palantir could not ingest and integrate data, Dkt. 75-1, Cronen Depo. Tr. at 361:12-18, and he acknowledged that he does not have expertise on signals intelligence, *see id.* at 43:14-17.

A8468

Protected Information and/or Legends Redacted



65.     Mr. Cronen otherwise refers to eight Performance Based Specifications "on the ability to task and manage the Army's SIGINT collection systems." Dkt. 58-1 at 28.  Again, he does not dispute that Palantir could meet those requirements but instead states only that "there is insufficient information that demonstrates that Palantir fully meets the SIGINT Requirements as laid out within the Solicitation." Dkt. 58-1 at 28.  As with the other requirements in the PBS, Palantir could readily meet these requirements.  As I discussed in my Expert Report, the Palantir

Protected Information
and/or Legends Redacted

Gotham Platform is designed to integrate, visualize, and facilitate analysis of any type of data, and signals intelligence data is no different. *See* Dtk. 44-2 at 15-18.



Protected Information
and/or Legends Redacted

**F.      Human Intelligence**

68.      In my Expert Report, I explained that Palantir could meet the DCGS-A2 requirements relating to Human Intelligence, and I further explained that Palantir "is routinely used by IC customers to integrate, analyze, and visualize HUMINT." Dkt 44-2 at 35-36.  Mr. Cronen does not dispute that Palantir can provide these capabilities, provides no basis for doubting my conclusion, and provides no support for the Army's assertion that commercial products cannot provide Human Intelligence capabilities.  Further, Mr. Cronen admitted at his deposition that he could not identify any human intelligence data source from which the Palantir Gotham Platform could not ingest and integrate data, *see* Dkt. 75-1, Cronen Dep. at 361:19-362:18, and he stated that he is not an expert on human intelligence, *see id.* at 43:14-17.

69.      Rather than dispute any of my conclusions, Mr. Cronen states that there "are many additional requirements beyond supporting the integration, analysis and visualization of HUMINT data," but each of the requirements he cites represents a standard data management issue that the Palantir Gotham Platform could address.  *See* Dkt. 58-1 at 28.  For example, inasmuch as the Army seeks to manage data relating to source operations, assets, personnel, vehicles, and equipment, those data are no different in type from a technical standpoint than any other type of data the Data Management Platform would be needed to address.

**G.      Military Weather**

70.      In my Expert Report, I explained that Palantir could meet the DCGS-A2 requirements relating to Military Weather, and I further explained that the Palantir Gotham Platform "is designed to ingest and display information from a variety of sources and a variety of formats," and this "includes weather data." Dkt. 44-2 at 37.  I also stated that Palantir "has

Protected Information and/or Legends Redacted

that Palantir can provide these capabilities, provides no basis for doubting my conclusion, and provides no support for the Army's assertion that commercial products cannot provide Military Weather capabilities.   Further, Mr. Cronen has not identified any weather data source from which the Palantir Gotham Platform could not ingest and integrate data, and he stated that he is not an expert on weather data, *see id*. at 43:14-17.

A8472

Protected Information and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims
Protective Order

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | | |
|---|---|---|
| PALANTIR TECHNOLOGIES, INC., and PALANTIR USG, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 16-784 (Judge Marian Blank Horn) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## EXPERT REPORT OF SHAUN M. CRONEN

1

A8619
Protected Information
and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims Protective Order

Gotham Platform, and information provided on Palantir's other contracts (TAB 158-167), there is insufficient information that demonstrates that the Palantir Gotham Platform fully meets the DCGS-A Increment 2 Requirements as laid out within the five subfactors for technical evaluation within the DCGS-A Increment 2 Solicitation (i.e. Data Architecture, Fusion Data Analytics, Interoperability, Visualization Framework and Usability, and Data Rights) (TAB 28 A1607), nor is there information that demonstrates that the Palantir Gotham Platform is compliant with all the requirements within the Performance Based Specification (PBS) (TAB 23) and can be successfully tested as per the Formal Qualification Test (FQT) task within the Base Performance Work Statement (PWS) (TAB 22 A1124).

**Subfactor 1: Data Architecture**

The DCGS-A Increment 2 Data Architecture is described in the Solicitation (TAB 28) in terms of:

- **Data Ingress** – Getting Data into the System
- **Data Persistence** – Writing Down the Data and Indexing it for Retrieval
- **Data Egress & Visualization** – Getting Data out of the System and Displaying it to the User
- **Data Analytics** – Analyzing the Data to Understand what is happening
- **Data Integrity** – Understanding how reliable the Data is
- **Data and User Authorization Services** – Only allowing Users to access the Data they are allowed to access
- **Counter Intelligence & Human Intelligence (CI&HUMINT) single Software (SW) baseline** – The first user Application of DCGS-A Increment 2 which provides the ability to perform CI & HUMINT reporting and analysis.

In addition, the CI&HUMINT single SW baseline defines several military-unique requirements within the Task Order 0001 Performance Work Statement (PWS) (TAB 24). For Example:

- o Development of the Single CI & HUMINT Software Solution shall be in accordance with (IAW) the DCGS-A unified data model
- o Provide doctrinally correct collection, reporting, mission support, Source Operations, investigations, and force protection functions
- o Develop an integrated workflow capability, for seamless Automation, standardization, and management of CI and HUMINT operational information, in accordance with DIA and Army policies and regulation
- o Develop a bidirectional interface with external National Enterprise CI and HUMINT systems, (i.e. HUMINT On-line Tasking and Reporting (HOT-R), CI HUMINT Requirements and Operations Management Module (CHROME), Cross-Domain Interface Repository (CDIR), Source Operations Management Module (SOMM), and Army Counterintelligence Operations Portal (ACOP))

A8623
Protected Information and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims
Protective Order

There is insufficient information in Mr. Choung's Expert Report or Deposition to determine if the "enhancements, configurations, or modifications" required to the data management platform to fully meet the Increment 2 Requirements within the Solicitation (TAB 28), Performance Base Specification (TAB 23), Base Performance Work Statement (TAB 22), or Task Order 0001 Performance Work Statement (TAB 24) would be considered "minor modification" of a "commercial item" under the FAR.

Furthermore, by procuring any "enhancements, configurations, or modifications" required to fully meet the requirements on a commercial item basis, the Government is limited in its ability to utilize Software Developmental Metrics as laid out within the Solicitation and Performance Work Statement to monitor and track the development to ensure the success of the program, to include System Engineering Technical Reviews (SETR) as well as System Functional Review, Preliminary Design Review, and the Critical Design Review. (TAB 28 A1609) In addition, the PWS section 3.3 defines all the Software development requirements for contractor-developed components within the DCGS-A Increment 2 Solicitation:

"The contractor must plan and schedule software activities based upon realistic assessments of technical challenges and risks. The contractor must plan, schedule and manage appropriate work activities to accomplish the work, including the activities necessary for the identification and resolution of uncertainty. In performing the effort, the contractor should ensure that the technical and operational requirements are complete and traceable in the software design; and demonstrable during the software development and implementation." (TAB 24 A1343)

The PWS goes on to require (but not limited to):

- **Development and Maintenance of a "Product Roadmap"** – This defines the capabilities planned for each release
- **Maximum re-use of GOTS/COTS Products** – This ensures reutilization of Government and Commercial components that fulfil requirements are used to avoid unnecessary new development
- **Iterative Incremental Builds** – Each release will build upon the capabilities of the previous
- **Management of Release requirements with the Users and Program Office** – This keeps the user and the Program Office informed and involved in the selection of requirements included in each release
- **Human Factors Engineering, Heuristics, and Usability Studies** - This ensures that Human Factors and "Ease of Use" is consistent throughout the development of the System
- **Contractor Performed Unit and Integration Testing** – The Contractor shall demonstrate the requirements for each build are met at the end of the development cycle.
- **Contractor Internal Issue Management** – The Contractor shall manage any issues and address resolution

A8638
Protected Information
and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims
Protective Order

currently meets the fusion requirements within the Performance Based Specification (PBS)
(TAB 23).

Therefore there is insufficient information that demonstrates that the Palantir Gotham Platform
fully meets the Data Fusion Requirements as laid out within the Solicitation.

**Intelligence Support to Cyber**

Intelligence Support to Cyber is a Key System Attribute (KSA) as defined within the Information
Systems Capability Definition Document (IS CDD) for DCGS-A (TAB 11 A279), the DCGS-A
Increment 2 Requirements Definition Package (RDP) as:

> **8. (U//FOUO) KSA 4. Intelligence Support to Cyber Operations.**
> DCGS-A shall support the Army Cyber Command intelligence analysis effort by
> providing cyber data ingest, management, and access to support the Cyber
> Electromagnetic (CEM) Cell in both Defensive Cyber Operations (DCO) and
> Offensive Cyber Operations (OCO). The data shall be filterable and selectable to
> support geographical metadata and built upon an ontology supporting the
> cyberspace domain. DCGS-A shall integrate cyber intelligence data, allow
> designated workflows and processes, and provide users the ability (capability) to
> enrich data/knowledge within a central repository for storing or referencing
> knowledge. Globally distributed analysts will update information within the
> database and those updates will be tagged to provide data history over time
> (Initial Minimum). [KSA 4]
> **Rationale**: Cyber intelligence analysis is multifaceted and relies on close
> collaboration between all areas of cyberspace operations (CO). From network
> maintenance and defense of the network to threat monitoring and providing
> predictive analysis to determine threat future actions, DCGS-A needs to provide
> globally accessible, collaborative cyber-space data that incorporates a multitude
> of cyber related information sources into a dedicated cyber ontology within single
> topic-centered database.

(TAB 11 A279) (TAB 82 A3423)

Mr. Choung's Expert Report in Section III.A states that there is nothing in the PWS relating to
Intelligence Support to Cyber that cannot be provided by commercial items on a fixed-price
basis, including by Palantir's commercial items and references their contract with ▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and an unnamed major financial institution. Mr Choung's Expert Report
then goes on to provide two screenshots (Figure 6A and 6B) that portray how Intelligence
Support to Cyber "might" be visualized through the Palantir Gotham Platform. (Choung Expert
Report, Sec III.A, pg. 26-28)

After reviewing the referenced statement within MITRE Report (TAB 156 A7851) as well as the
▆▆▆▆▆▆▆▆▆▆▆▆▆▆ contract Statement of Requirements (ENCLOSURE A) and reviewing
the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Contracts (TAB 162-163)

A8643

Protected Information
and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims
Protective Order

which reference support to ████████████ as well as the screenshots within the Expert
Report, there is insufficient information that demonstrates that Palantir fully meets the
Intelligence Support Cyber Operations Requirements as laid out within the Solicitation.

## DIB Upgrade

Mr. Choung's Expert Report in Section III.C states that there is nothing in the PWS relating to
DIB Upgrade that cannot be provided by commercial items on a fixed-price basis, including by
Palantir's commercial items. Mr. Choung goes on to state that "Palantir's DIB interface is
compatible with all current versions of the DIB (2.x, 3.x, and 4.x). (Version 4.x is what the Army
refers to as the "DIB upgrade.") The implementation of this interface to the DIB standard was
certified by the DIB Management Office (DMO) to be conformant," and that they have delivered
their DIB interface to DOD customers including the ████ and ████ as part of its
commercial solution and that Palantir has been part of the DIB federation since 2012. (Choung
Expert Report, Sec. III.C, Pg. 30)

However, I have examined a Declaration provided by Ms. Patricia Lee from the DCGS
Multiservice Execution Team Office (DMO) (Lee Declaration, pg. 2), and it is stated that
Palantir's DIB interface was tested against DIB 2.0 and was found to be "minimally
conformant". The Report also noted that Ingest, event, and event subscription services were not
provided by Palantir for conformance testing, which are required for "full" conformance. In
addition, case sensitive queries were not tested. Finally, Ms. Lee stated that the May 2012 test
was the last time the DMO tested Palantir's DIB adapter software. (Lee Declaration, pg. 4)

During Mr. Choung's deposition on 11 AUG 2016, he acknowledged that Ingest, Event, and
Event Subscriptions are required for "Full Conformance" with the DIB 2.0. (Choung Dep. 224:6-
15) and that while Mr. Choung states that the Palantir Gotham Platform performs these
capabilities (Choung Dep. 260:11-20), he acknowledges that the DMO has not tested the Palantir
Gotham Platform for DIB Compliance since 2012. (Choung Dep. 264:3-8)

After reviewing the ████ Contract (TAB 158-159) there is no mention of providing an interface
to the DIB.

After reviewing the ████ Contract (TAB 167), Palantir had Statement of Work (SOW)
requirements for:
- 3.1.13.2 - Software shall enable all customer data in the system to be discoverable
  through DoD standard query interfaces (DIB and CDR).
- 3.1.18.2 - Data structure shall support evolving DIB standards and upgrade to new DIB
  versions within 1 year of adoption by the DMO.
      (TAB 167 A8270-A8271)

However, there is no information as to whether or not these requirements from the ████
Contract were met and/or were certified in any way.

Therefore there is insufficient information that demonstrates that Palantir meets the DIB Upgrade
Requirements as laid out within the Solicitation.

26

A8644

Protected Information
and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims Protective Order

**Interoperability**

Mr. Choung's Expert Report in Section III.D states that there is nothing in the PWS relating to interoperability that cannot be provided by commercial items on a fixed-price basis, including by Palantir's commercial items and references Palantir's usage of eXtensible Markup Language (XML) and Application Programming Interfaces (APIs) to allow the incorporation of new interoperability standards into the Palantir Gotham Platform with minimal configuration.

Mr Choung also discusses their participation within the Defense Intelligence Information Enterprise (DI2E) "Plugfest" for the past four years and that "Palantir has been awarded the most "gold stars" out of all participants and also has been designated as an "early adopter" as recognition of the Palantir Gotham Platform's alignment to the stated goals of interoperability and collaboration set forth by the USD(I)." (Choung Expert Report, Sec III.D, pg. 31-32)

It is important to note that the DI2E defines on their website (www.di2eplugfest.org) "Gold Stars" as follows:

> Gold Star Recognition is an informal process and as such does not indicate or imply in any way certification or compliance with the DI2E standards or specifications, nor does it imply endorsement of your product(s) by the DI2E EFT, DI2E Framework team, OUSD(I), or the Defense Department.

(Available at: http://di2eplugfest.org/home/about-2/vendor-gold-stars/, on 10 AUG 16)

In addition, given the ability to extend the Palantir Gotham Platform via XML and APIs to incorporate new interoperability standards, there is insufficient information provided to determine scope of the changes required to conform to the hundreds of required information exchanges as documented within the Systems View – 6 (SV-6) (TAB 58).

So while it is understood that the Palantir Gotham Platform has "repeatedly demonstrated its interoperability with a variety of systems" (Choung Expert Report, Sec. III.D, Pg. 32), there is insufficient information provided to determine whether or not the Palantir Gotham Platform meets the Interoperability Requirements as laid out within the DCGS-A Increment 2 Solicitation.

**Signals Intelligence (SIGINT)**

Mr. Choung's Expert Report in Section III.E states that there is nothing in the PWS relating to Signals Intelligence that cannot be provided by commercial items, including by Palantir's commercial items. The Expert Report then provides information about how the Palantir Gotham Platform can support the two SIGINT requirements listed within the Base PWS (TAB 22 A1070), and discusses their work with the ███████████ on how they can provide SIGINT Integration, analysis, and visualization. Mr Choung's Expert Report then provides two screenshots (Figure 7A and 7B) that depict unclassified examples of how radio communications captured as SIGINT are analyzed in the Palantir Gotham Platform. (Choung Expert Report, Sec. III.E, pg. 33-35)

Protected Information and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims Protective Order

After reviewing the ███████ Contract (TAB 158-159) there is no mention of providing SIGINT Capabilities.

After reviewing the ███████ Contract (TAB 167), Palantir had a Statement of Work (SOW) requirement for:

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

However, there is no information as to what this capability actually provided at a detailed requirements level or whether or not this requirement was met.

In addition, there are a number of additional requirements within the Performance Based Specification (PBS) (TAB 23) that go into further detail of the SIGINT requirements for Increment 2. For example, 8 PBS statements on the ability to task and manage the Army's SIGINT collection systems (PBS 880-887) (TAB 23 1226). Given the above, there is insufficient information that demonstrates that Palantir fully meets the SIGINT Requirements as laid out within the Solicitation.

**Human Intelligence (HUMINT)**

Mr. Choung's Expert Report in Section III.F states that there is nothing in the PWS relating to HUMINT that cannot be provided by commercial items, including by Palantir's commercial items. The Expert Report then provides information about how the Palantir Gotham Platform can provide the capability described within the HUMINT Requirement in the Base PWS (TAB 22 A1071) and discusses that the Palantir Gotham Platform is routinely used by unnamed Intelligence Community (IC) customers to integrate, analyze, and visualize HUMINT. Mr. Choung also states that "Most of the data that supports HUMINT is represented as what is called "message traffic." Message traffic consists of text documents that represent reporting from sources that provide intelligence on people, organizations, and events," and provides a screenshot (Figure 8) that depicts an unclassified example of how a sample HUMINT report would look in Palantir. (Choung Expert Report, Sec III.F, Pg. 35-36).

As detailed above in section 1, Counter Intelligence and Human Intelligence (CI & HUMINT) has many additional requirements beyond supporting the integration, analysis and visualization of HUMINT data. The CI & HUMINT Task Order 0001 PWS requirements are laid out in section 3.2.27 (TAB 24 A1343-A1343) and furthermore, there are even more detailed requirements within the Performance Based Specification (PBS) (TAB 23) For example, in addition to the PWS statements referenced above in Section 1, the system must provide an interrogation operations capability for HUMINT Managers and Collectors (PBS 705-706) (TAB 23 A1224), must provide a capability to manage Source Operations by CI and HUMINT Managers (PBS 992) (TAB 23 A1228) and HUMINT Managers must be able to track qualifications and status of personnel, vehicles, and equipment (PBS 993) (TAB 23 A1228).

Protected Information and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims
Protective Order

Given the above, there is insufficient information that demonstrates that the Palantir Gotham
Platform fully meets the HUMINT Requirements as laid out within the Solicitation.

**Military Weather**

Mr. Choung's Expert Report in Section III.G states that there is nothing in the PWS relating to
Military Weather that cannot be provided by commercial items, including by Palantir's
commercial items. The Expert Report then provides information about how the Palantir Gotham
Platform can support three Military Weather Requirements from within the Base PWS (TAB 22
A1069, A1071) and then discusses how Palantir has integrated weather data for ▬▬▬ Mr
Choung's Expert Report then provides a screenshot (Figure 9) that depicts weather data "fused"
with SIGINT data along with a view of enemy and friendly forces. (Choung Expert Report, Sec.
III.G, Pg. 36-37). After reviewing the ▬▬▬ Contract (TAB 167) there is no mention of
providing Military Weather Capabilities. In regards to the DCGS-A Increment 2 requirements,
there are a number of additional requirements within the Performance Based Specification (PBS)
(TAB 23) that provide further detail of the Military Weather requirements for Increment 2. For
example, determining weather impacts on operations, units, and personnel (PBS 229-234) (TAB
23 A1219), determining weather effects on information collection (PBS 694) (TAB 23 1224),
and determining weather operational impacts on the mission (PBS 241) (TAB 23 A1219).

Given the above, there is insufficient information that demonstrates that Palantir fully meets the
Military Weather Requirements as laid out within the Solicitation.

4. **Technical Comparison of Palantir's Contractual Agreements Against DCGS-A
   Increment 2 Requirements**

The following table includes the Palantir Contractual documents that have been submitted as part
of the record.

| Agency | Title | Award Date | Functional Requirements | TAB |
|---|---|---|---|---|
| | Integrated Fusion and Analysis Platform (IFAP) | 21-Dec-10 | Yes | 158 159 165 |
| | NSG Expeditionary Architecture (NEA) Integrated Program Office (IPO) Integration | 20-Sep-12 | Yes | 160 161 |
| | Services & Supplies | 28-Sep-14 | No | 162 163 |
| | ICITE Knowledge Management Tool (KMT) | 22-Sep-14 | Yes | 164 |
| | DCIPHER | 4-Mar-16 | Yes | 166 |
| | All Source Information Fusion (ASIF) | 25-May-16 | Yes | 167 |

A8647

Protected Information
and/or Legends Redacted

Protected Information to Be Disclosed Only in Accordance With the United States Court of Federal Claims Protective Order

After reviewing the six contractual documents (TAB 158-167), only five of them had functional software requirements stated within them. After reviewing the functional requirements within all five documents, it is my opinion that while there is partial overlap with some of the DCGS-A Increment 2 Requirements, none of these contracts, individually or together, fully meet the DCGS-A increment 2 Requirements as laid out within the Solicitation.

In addition, the functional requirements within these contractual documents also do not fully meet the requirements identified as "new" in Increment 2 in Mr. Stock's Declaration.

Note: This analysis was done by comparing the requirements within the aforementioned contractual documents. There is no information provided that articulate any success or failure of Palantir in meeting these requirements.

## Summary

In my Expert Opinion, it is clear that:

A) The Palantir Gotham Platform does not fully meet the requirements as laid out within the DCGS-A Increment 2 Solicitation.
B) Mr. Choung recognizes that the Palantir Gotham Platform would require some amount of enhancements, configurations, and modifications to fully meet the requirements as laid out within the DCGS-A Increment 2 Solicitation, however there is insufficient information provided in Mr. Choung's Report or Deposition to determine whether or not any changes to the Palantir Gotham Platform would maintain the definition of a "commercial item" after necessary enhancements, configurations, and/or modifications were made by Palantir.
C) After comparing the Requirements within the submitted Contracts, none of these contracts fully cover the requirements as laid out within the DCGS-A Increment 2 Solicitation.

Signed: CRONEN.SHAUN.M.12 *digitally signed information*
41942011

Shaun M Cronen

Date: ___18 AUG 2016_____

30

A8648
Protected Information
and/or Legends Redacted



UNCLASSIFIED//FOR OFFICIAL USE ONLY

A8650

Protected Information
and/or Legends Redacted



UNCLASSIFIED//FOR OFFICIAL USE ONLY

A8651

Protected Information
and/or Legends Redacted



UNCLASSIFIED//FOR OFFICIAL USE ONLY

A8652
Protected Information
and/or Legends Redacted

UNCLASSIFIED//FOR OFFICIAL USE ONLY

A8653

Protected Information
and/or Legends Redacted



UNCLASSIFIED//FOR OFFICIAL USE ONLY

A8654

Protected Information
and/or Legends Redacted

Page 1

UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

```
-------------------------------:
PALANTIR TECHNOLOGIES, INC. and :
PALANTIR USG, INC.             :
                               :
             Plaintiffs,       :
        vs.                    :Case No. 16-784C
                               :
THE UNITED STATES,             :Judge Marian Blank Horn
                               :
             Defendant.        :
-------------------------------:
```

Washington, D.C.

Thursday, August 11, 2016

Videotaped Deposition of:

BRYANT CHOUNG,

called for oral examination by counsel for

Defendant, pursuant to notice, at the office of

Boies, Schiller & Flexner, LLP, 5301 Wisconsin

Avenue, N.W., Washington, D.C. before SUSAN L.

CIMINELLI, CRR, RPR, a Notary Public in and for the

District of Columbia, beginning at 9:53 a.m., when

were present on behalf of the respective parties:



A8867

Protected Information
and/or Legends Redacted

Page 26

| | | |
|---|---|---|
| 0:15:46 | 1 | start analyzing the data |
| 0:15:47 | 2 | They do this by discovering the data |
| 0:15:49 | 3 | that's in the platform   They do this by |
| 0:15:51 | 4 | collaborating with other people through the |
| 0:15:53 | 5 | platform   And then lastly, after they have come up |
| 0:15:55 | 6 | with analysis that they would like to share, then |
| 0:15:59 | 7 | they share information that they have either |
| 0:16:00 | 8 | generated in the platform or other information that |
| 0:16:04 | 9 | they think is relevant in the platform with other |
| 0:16:07 | 10 | users or their customers |
| 0:16:09 | 11 | Q   Do you have an understanding of DCGS-A |
| 0:16:19 | 12 | Increment 1? |
| 0:16:20 | 13 | MR RILEY:  Object to form   You can |
| 0:16:22 | 14 | answer |
| 0:16:22 | 15 | THE WITNESS:  I do have familiarity with |
| 0:16:28 | 16 | DCGS-A or DCGS-A Increment 1 |
| 0:05:46 | 17 | BY MS KIRCHNER: |
| 0:16:31 | 18 | Q   And what's your understanding of that |
| 0:16:33 | 19 | system? |
| 0:16:33 | 20 | A   Yeah, my understanding is overall the |
| 0:16:38 | 21 | DCGS enterprise, or the family of systems that |
| 0:16:41 | 22 | comprise all the DCGS programs across the DOD, |

Page 27

| | | |
|---|---|---|
| 10:16:43 | 1 | whether or not it's Army's versions of DCGS or |
| 10:16:49 | 2 | Navy's version of DCGS, the primary goal was to try |
| 10:16:51 | 3 | and consolidate this information, as I just |
| 10:16:53 | 4 | described that was either collected or stored in a |
| 10:16:56 | 5 | variety of sources or from a variety of sensors |
| 10:17:00 | 6 | So in the case of the military or in the |
| 10:17:03 | 7 | Army specifically, there are a number of initiatives |
| 10:17:07 | 8 | before to do data collection and also do data |
| 10:17:10 | 9 | processing   I believe one of the predecessors to |
| 10:17:13 | 10 | DCGS-A was the ASAS program   And really the |
| 10:17:16 | 11 | initiative of the DCGS programs was to facilitate |
| 10:17:20 | 12 | better discovery of information that is held within |
| 10:17:24 | 13 | an enterprise like the Army, where they have a |
| 10:17:26 | 14 | number of sources within the Army |
| 10:17:27 | 15 | But beyond that, also how do you better |
| 10:17:29 | 16 | enable sharing of data across all the military |
| 10:17:33 | 17 | services as well   So how does Army share data with |
| 10:17:36 | 18 | Navy   How does Navy share data with Army, et |
| 10:17:40 | 19 | cetera   So the DCGS or the DCGS, Distributed Common |
| 10:17:46 | 20 | Ground Systems, were a series of initiatives by the |
| 10:17:49 | 21 | DOD to enable that very purpose |
| 10:17:51 | 22 | Q   Do you have an understanding of what a |

Page 28

| | | |
|---|---|---|
| 10:17:55 | 1 | link analysis tool is? |
| 10:17:57 | 2 | MR RILEY:  Objection to form   You can |
| 10:17:58 | 3 | answer |
| 10:17:58 | 4 | THE WITNESS:  I am familiar with link |
| 10:18:00 | 5 | analysis |
| 10:18:01 | 6 | BY MS KIRCHNER: |
| 10:18:01 | 7 | Q   Could you give me your understanding of a |
| 10:18:03 | 8 | link analysis tool? |
| 10:18:04 | 9 | A   Yes   A link analysis tool is really just |
| 10:18:07 | 10 | a way to visualize -- a single way to visualize |
| 10:18:13 | 11 | data   So inasmuch as you are tracking, let's say |
| 10:18:16 | 12 | for example, a person and the activities and the |
| 10:18:20 | 13 | relationships of that person, you might want to |
| 10:18:23 | 14 | visually depict as part of your investigation that |
| 10:18:27 | 15 | this person is linked to this activity, and then |
| 10:18:33 | 16 | linked to this other person |
| 10:18:33 | 17 | And you would draw lines between them |
| 10:18:36 | 18 | So this is similar to, if you think of the movies |
| 10:18:39 | 19 | back in the day where they would have the board, the |
| 10:18:42 | 20 | bulletin board with the push pins, where you take a |
| 10:18:45 | 21 | picture, you have a string of yarn and you tie it to |
| 10:18:47 | 22 | a report, another string of yarn and you put it to |

Page 29

| | | |
|---|---|---|
| 10:18:50 | 1 | another picture of another person   It's really a |
| 10:18:52 | 2 | visual way to represent a drawing or logical drawing |
| 10:18:56 | 3 | of how things are related to each other |
| 10:18:58 | 4 | Q   And what's your understanding of what a |
| 10:19:02 | 5 | solicitation is, what a government solicitation is? |
| 10:19:05 | 6 | MR RILEY:  Objection to form   You can |
| 10:19:07 | 7 | answer |
| 10:19:07 | 8 | THE WITNESS:  My understanding, and I'm |
| 10:19:08 | 9 | not a solicitation or acquisition expert, but my |
| 10:19:12 | 10 | understanding is that this is how the government |
| 10:19:16 | 11 | says that they have a need for a capability or a |
| 10:19:20 | 12 | service, and they are soliciting responses either |
| 10:19:25 | 13 | for information or for proposals from industry as to |
| 10:19:30 | 14 | how they would best fulfill the identified need |
| 10:19:34 | 15 | BY MS KIRCHNER: |
| 10:19:35 | 16 | Q   And what's your understanding of what a |
| 10:19:36 | 17 | proposal is in the world of government contracting? |
| 10:19:39 | 18 | MR RILEY:  Objection to form   You can |
| 10:19:41 | 19 | answer |
| 10:19:41 | 20 | THE WITNESS:  In the world of government |
| 10:19:44 | 21 | contracting, typically a proposal is how the vendor |
| 10:19:51 | 22 | responds to the technical requirements that were |



A8874
Appx18874
Protected Information
and/or Legends Redacted

Page 30

| | | |
|---|---|---|
| 0:19:54 | 1 | presented in the request for proposal and submits to |
| 0:20:00 | 2 | the government how they plan on complying or |
| 0:20:04 | 3 | providing a solution, rather, to the requirements |
| 0:20:07 | 4 | that were set forth in the request for proposal |
| 0:20:11 | 5 | BY MS. KIRCHNER: |
| 0:20:11 | 6 | Q   Do you have an understanding of what a |
| 0:20:13 | 7 | commercial item is in the world -- in the world of |
| 0:20:15 | 8 | government contracting? |
| 0:20:16 | 9 | A   My understanding -- again, it's not an |
| 0:20:20 | 10 | expert opinion, but just through how I've -- in my |
| 0:20:24 | 11 | job duties, the understanding that I have learned is |
| 0:20:28 | 12 | that a commercial item is a capability and service |
| 0:20:35 | 13 | that is available and provided in the commercial |
| 0:20:39 | 14 | marketplace, and is available to the government in |
| 0:20:42 | 15 | similar configuration of capability |
| 0:20:47 | 16 | MR. RILEY:  And counsel, I'm just going |
| 0:20:48 | 17 | to object to this line of questioning insofar as |
| 0:20:52 | 18 | you're asking questions that would seek legal |
| 0:20:54 | 19 | confusions |
| 0:20:57 | 20 | MS. KIRCHNER:  I'm asking his |
| 0:20:58 | 21 | understanding  I think the witness understands |
| 0:21:00 | 22 | that |

Page 31

| | | |
|---|---|---|
| 10:21:00 | 1 | BY MS. KIRCHNER: |
| 10:21:00 | 2 | Q   Going back to DCGS-A Increment 1, what's |
| 10:21:05 | 3 | your understanding of the capabilities that |
| 10:21:07 | 4 | Increment 1 provided to the Army in the time frame |
| 10:21:16 | 5 | December of 2015? |
| 10:21:19 | 6 | MR. RILEY:  Objection to form  You can |
| 10:21:20 | 7 | answer |
| 10:21:20 | 8 | THE WITNESS:  Could you please repeat the |
| 10:21:22 | 9 | question?  So specifically you're looking for DCGS-A |
| 10:21:27 | 10 | Increment 1 capability as it exists in 2015? |
| 10:21:31 | 11 | BY MS. KIRCHNER: |
| 10:21:32 | 12 | Q   Yes |
| 10:21:33 | 13 | A   Okay  So DCGS-A Increment 1 is a |
| 10:21:37 | 14 | capability that's existed for many years and has |
| 10:21:39 | 15 | gone through many iterations from the government |
| 10:21:42 | 16 | So there are many versions that have been released |
| 10:21:45 | 17 | over the years, and sometimes it's a little bit |
| 10:21:48 | 18 | difficult to keep track of all the different |
| 10:21:50 | 19 | attempts that the government has done at DCGS-A |
| 10:21:53 | 20 | Increment 1 |
| 10:21:54 | 21 | So specifically, I think in 2015, there |
| 10:21:57 | 22 | were versions that were both in development, |

Page 32

| | | |
|---|---|---|
| 10:22:00 | 1 | versions that were being tested, and versions that |
| 10:22:01 | 2 | were also potentially fielded as well, too  So |
| 10:22:05 | 3 | there is a wide variety of -- in the types of |
| 10:22:09 | 4 | capabilities, both in maturity and also in function, |
| 10:22:12 | 5 | that in 2015 Increment 1 was either capable of |
| 10:22:17 | 6 | providing or was providing to users |
| 10:22:20 | 7 | But specifically here, DCGS-A Increment |
| 10:22:26 | 8 | 1, the overall top line capability that all the kind |
| 10:22:30 | 9 | of different versions were providing was how do you |
| 10:22:32 | 10 | gather information from a variety of sources, |
| 10:22:35 | 11 | whether it's sensors or other military or |
| 10:22:38 | 12 | non-military sources, bring them into the DCGS-A |
| 10:22:43 | 13 | system, provide that data in a number of tools that |
| 10:22:47 | 14 | were glued together  Whether or not they are |
| 10:22:50 | 15 | presented as widgets or whether or not they are |
| 10:22:52 | 16 | presented as other capabilities in the MFWS or the |
| 10:22:55 | 17 | multifunction work station, or through other |
| 10:22:57 | 18 | applications that just happen to be part of the |
| 10:23:00 | 19 | DCGS-A family or system of systems |
| 10:23:04 | 20 | And then, yeah, basically -- yeah, if |
| 10:23:08 | 21 | it's useful, we could go through some of the -- I |
| 10:23:11 | 22 | think there is over a hundred, maybe even 200 |

Page 33

| | | |
|---|---|---|
| 10:23:13 | 1 | different software packages that were glued together |
| 10:23:17 | 2 | as part of Increment 1, and we could go through |
| 10:23:20 | 3 | those capabilities if it's useful |
| 10:23:22 | 4 | Q   In 2015, had you seen DCGS-A Increment 1 |
| 10:23:36 | 5 | being operated on, for example, a laptop |
| 10:23:40 | 6 | A   Specifically in 2015, I personally had |
| 10:23:50 | 7 | not seen DCGS-A in 2015 on a laptop |
| 10:23:56 | 8 | Q   I assume it operates on a computers, too? |
| 10:24:01 | 9 | A   Actually, I take that back |
| 10:24:02 | 10 | MR. RILEY:  Objection  Objection to |
| 10:24:04 | 11 | form |
| 10:24:04 | 12 | THE WITNESS:  In 2015, I did see the |
| 10:24:06 | 13 | DCGS-A program  So yeah, there are portions of the |
| 10:24:10 | 14 | DCGS-A program that do run on a laptop  But DCGS-A |
| 10:24:16 | 15 | also doesn't operate a number of capability that |
| 10:24:19 | 16 | exists on essentially the networks, the secret level |
| 10:24:24 | 17 | networks that the government runs as well, too  So |
| 10:24:30 | 18 | one example is the Ozone widget framework  This is |
| 10:24:35 | 19 | a series of web tools that DCGS-A does provide and |
| 10:24:40 | 20 | provides on the SIPRNet, which is a Secret military |
| 10:24:44 | 21 | network  And so I had used and seen those tools |
| 10:25:00 | 22 | Actually, there is more  As I'm |



9 (Pages 30 to 33)

Protected Information
and/or Legends Redacted

Page 46

| | | |
|---|---|---|
| 10:38:16 | 1 | BY MS KIRCHNER: |
| 10:38:16 | 2 | Q    Is there a specific part, for example, |
| 10:38:18 | 3 | that you were responsible for  For example, I'll |
| 10:38:20 | 4 | point you to starting on page A1887, going over to |
| 10:38:30 | 5 | page A1888, you see certain contracts are |
| 10:38:35 | 6 | identified  Do you see that? |
| 10:38:35 | 7 | A    I do see that |
| 10:38:36 | 8 | Q    And were you responsible for identifying |
| 10:38:39 | 9 | the contracts that would be inserted here? |
| 10:38:41 | 10 | MR RILEY: Objection to form |
| 10:38:42 | 11 | THE WITNESS: I really wouldn't say that |
| 10:38:45 | 12 | there was any single person responsible  Really |
| 10:38:47 | 13 | like we were -- we were developing this as a team |
| 10:38:50 | 14 | So there weren't -- if you're asking if there were |
| 10:38:54 | 15 | certain sections that were authored by a single |
| 10:38:57 | 16 | individual and if we divided the work up by specific |
| 10:39:00 | 17 | section to that degree, that definitely wasn't the |
| 10:39:03 | 18 | case  This document was short enough where we had |
| 10:39:05 | 19 | involved -- everybody had involvement for all the |
| 10:39:09 | 20 | portions |
| 10:39:10 | 21 | BY MS KIRCHNER: |
| 10:39:10 | 22 | Q    And before it was submitted to the |

Page 47

| | | |
|---|---|---|
| 10:39:12 | 1 | government, did you review it, the complete |
| 10:39:14 | 2 | document? |
| 10:39:14 | 3 | A.   I did review the complete document. |
| 10:39:16 | 4 | Q.   And were you satisfied with the document |
| 10:39:19 | 5 | before it was submitted to the government? |
| 10:39:22 | 6 | MR. RILEY: Objection to form. |
| 10:39:23 | 7 | THE WITNESS: Yeah, I thought the |
| 10:39:25 | 8 | document was -- was good. |
| 10:39:27 | 9 | BY MS. KIRCHNER: |
| 10:39:28 | 10 | Q.   Okay.  Now, are you familiar with the |
| 10:39:31 | 11 | contracts that are identified on pages A1887 to |
| 10:39:40 | 12 | A1888? |
| 10:39:41 | 13 | A.   Yes.  I have a familiarity with these |
| 10:39:46 | 14 | contracts. |
| 10:39:46 | 15 | Q.   All of them? |
| 10:39:48 | 16 | A.   I have a familiarity with all of them. |
| 10:39:55 | 17 | Q.   Okay.  Let's take the -- I'm on page |
| 10:40:02 | 18 | A1887.  Do you see there are -- there is a contract |
| 10:40:06 | 19 | there Defense Intelligence Agency.  It states prime |
| 10:40:11 | 20 | contractor, and it gives a time period from July |
| 10:40:15 | 21 | 2014 to July 2019.  Do you see that item? |
| 10:40:19 | 22 | A.   I do see that item. |

Page 48

| | | |
|---|---|---|
| 10:40:20 | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 10:41:00 | 12 | BY MS KIRCHNER: |
| 10:41:00 | 13 | Q    And this would be for what period of |
| 10:41:03 | 14 | time? |
| 10:41:04 | 15 | MR RILEY: Objection to form  You can |
| 10:41:06 | 16 | answer |
| 10:41:06 | 17 | BY MS KIRCHNER: |
| 10:41:07 | 18 | Q    Your involvement |
| 10:41:07 | 19 | A    My involvement?  It would be hard to |
| 10:41:09 | 20 | definitively define, but I was working with the team |
| 10:41:17 | 21 | probably here and there probably from the start, |
| 10:41:22 | 22 | 2014 to current date |

Page 49

| | | |
|---|---|---|
| 10:41:24 | 1 | |
| 10:41:34 | 2 | |



13 (Pages 46 to 49)

A8879

Protected Information
and/or Legends Redacted

Page 50

| | | |
|---|---|---|
| 10:42:34 | 1 | specifically some of the initiatives, inasmuch as |
| 10:42:38 | 2 | that they are supporting IC ITE through the KMT |
| 10:42:43 | 3 | platform, how that work was being performed |
| 10:05:46 | 4 | BY MS KIRCHNER: |
| 10:42:45 | 5 | Q   Okay   Were you a member of the DIA team? |
| 10:42:47 | 6 | MR RILEY: Objection to form |
| 10:42:49 | 7 | THE WITNESS: What do you mean member of |
| 10:42:51 | 8 | the DIA team? |
| 10:42:51 | 9 | BY MS KIRCHNER: |
| 10:42:52 | 10 | Q   Okay   I'm referring to the contract, the |
| 10:42:54 | 11 | Defense Intelligence Agency contract and I believe |
| 10:42:58 | 12 | you used the term that there was a DIA team   Were |
| 10:43:01 | 13 | you a member of that DIA team? |
| 10:43:04 | 14 | A   Again, our job functions are a little bit |
| 10:43:07 | 15 | nebulous, but I do believe specifically I was |
| 10:43:10 | 16 | probably put on the name of a contract at DIA   I'm |
| 10:43:15 | 17 | not sure specifically if it was this contract or the |
| 10:43:18 | 18 | contract previous to it, but I believe I was -- |
| 10:43:22 | 19 | actually, I think I've been part of the team in both |
| 10:43:26 | 20 | instances, actually |
| 10:43:27 | 21 | Q   Now, you said that this team, the DIA |
| 10:43:30 | 22 | team, was working to develop solutions, I believe |

Page 51

| | | |
|---|---|---|
| 10:43:34 | 1 | you used the word   Can you -- as you used the word |
| 10:43:37 | 2 | solution, can you tell us what that is? |
| 10:43:39 | 3 | A   Yes   Absolutely   So again, as I had |
| 10:43:42 | 4 | mentioned before, there is an initiative by the |
| 10:43:45 | 5 | Director of National Intelligence, DNI, James |
| 10:43:48 | 6 | Clapper, to establish IC ITE or the intelligence |
| 10:43:53 | 7 | community information technologies enterprise   So |
| 10:43:55 | 8 | specifically here on the challenges, again, we have |
| 10:43:57 | 9 | all these data sources across the IC, how do we |
| 10:44:00 | 10 | bring them into a knowledge management tool or a KMT |
| 10:44:04 | 11 | as the IC designates it, or as we would describe it |
| 10:44:08 | 12 | here, a data management platform   How do you bring |
| 10:44:11 | 13 | all that data in and how do you make all that data |
| 10:44:12 | 14 | available for analysis and discovery and |
| 10:44:14 | 15 | collaboration with the broader intelligence |
| 10:44:16 | 16 | community which sometimes includes the United States |
| 10:44:18 | 17 | Army |
| 10:44:19 | 18 | So specifically here, this IC ITE KMT |
| 10:44:31 | 19 | tool was providing an all source -- or all source |
| 10:44:33 | 20 | multi-INT capability to over ██ analysts in the |
| 10:44:34 | 21 | intelligence community   What I mean by all source |
| 10:44:35 | 22 | is that this looks at all types of data that the |

Page 52

| | | |
|---|---|---|
| 10:44:38 | 1 | intelligence community deals with   So this might be |
| 10:44:40 | 2 | data that is being collected by the DOD down range |
| 10:44:43 | 3 | It might be data that's being collected from |
| 10:44:45 | 4 | intelligence sources around the world   It also |
| 10:44:48 | 5 | might be open source data, so data that's being |
| 10:44:51 | 6 | published in a newspaper   Data that's being |
| 10:44:53 | 7 | published to social media, et cetera |
| 10:44:56 | 8 | What I mean by multi-INT, it means that |
| 10:45:02 | 9 | there are multiple intelligence disciplines that |
| 10:45:05 | 10 | exist out there, so whether or not it is GEOINT, |
| 10:45:08 | 11 | whether or not it's MASINT, whether or no it's |
| 10:45:09 | 12 | SIGINT, all these different intelligence disciplines |
| 10:45:11 | 13 | are also supported by the IC ITE KMT tool, so we |
| 10:45:16 | 14 | provided a number of solutions to provide this data |
| 10:45:20 | 15 | management platform that supports the all source |
| 10:45:21 | 16 | information analysis to support the multi-INT |
| 10:45:25 | 17 | intelligence work flows present at DIA and to the |
| 10:45:27 | 18 | broader IC |
| 10:45:28 | 19 | Q   So in doing this work, did Palantir write |
| 10:45:38 | 20 | or create software code for the DIA? |
| 10:45:42 | 21 | A   So as part of this tool, as part of this |
| 10:45:42 | 22 | contract, there are a number of capabilities that we |

Page 53

| | | |
|---|---|---|
| 10:45:45 | 1 | identified that would be useful for the Defense |
| 10:45:50 | 2 | Intelligence Agency, and to the people that are |
| 10:45:52 | 3 | being covered under this data management platform, |
| 10:45:55 | 4 | so there are a number of examples of capabilities |
| 10:45:58 | 5 | that we deployed, that we developed and deployed in |
| 10:46:02 | 6 | support of this contract |
| 10:46:05 | 7 | Q   So are these new tools developed during |
| 10:46:08 | 8 | the course of the contract? |
| 10:46:09 | 9 | A   These were capability that were developed |
| 10:46:14 | 10 | as part of the Palantir Gotham platform that were |
| 10:46:18 | 11 | deployed essentially as enhancements or additional |
| 10:46:21 | 12 | capability that extended the functionality of the |
| 10:46:24 | 13 | data management platform as a configuration into the |
| 10:46:29 | 14 | DIA'S IC ITE KMT |
| 10:46:34 | 15 | MR RILEY: Counsel, we've been going for |
| 10:46:36 | 16 | about an hour   Would now be a good time? |
| 10:46:39 | 17 | MS KIRCHNER: If the witness would like |
| 10:46:40 | 18 | to take a break, I'll take a break   If he wants to |
| 10:46:42 | 19 | go on -- |
| 10:46:45 | 20 | THE WITNESS: Sure   We can take a break |
| 10:46:47 | 21 | MS KIRCHNER: Okay, sure |
| 10:46:47 | 22 | THE VIDEOGRAPHER: The time is 10:47 a m |



14 (Pages 50 to 53)

A8880

Protected Information
and/or Legends Redacted

Page 54

| 10:46:50 | 1 | We are going off the record |
| 10:46:51 | 2 | (Recess) |
| 10:55:37 | 3 | THE VIDEOGRAPHER: The time is 10:56 |
| 10:55:44 | 4 | a m, and we are back on the record |
| 10:55:46 | 5 | BY MS KIRCHNER: |
| 10:55:47 | 6 | Q   Mr Choung, you used the term |
| 10:55:50 | 7 | enhancements and you also use that term in your |
| 10:55:53 | 8 | report  Could you give me your definition of |
| 10:55:55 | 9 | enhancements? |
| 10:55:56 | 10 | A   Sure  So in any piece of software, like |
| 10:56:00 | 11 | in our data management platform, the Palantir Gotham |
| 10:56:03 | 12 | Platform, there is base functionality that is |
| 10:56:06 | 13 | included as part of the data management platform |
| 10:56:10 | 14 | And then we offer a number of accessibility points |
| 10:56:13 | 15 | to our platform  And so these extend the |
| 10:56:16 | 16 | functionality of our tool in specific ways that |
| 10:56:18 | 17 | might be useful to our customers |
| 10:56:21 | 18 | So Palantir offers an entire library or a |
| 10:56:23 | 19 | suite of tools and enhancements that plug in and |
| 10:56:26 | 20 | support the data management, the core Palantir |
| 10:56:30 | 21 | Gotham data management platform, so that we can |
| 10:56:33 | 22 | appropriately configure whether or not we are |

Page 55

| 10:56:35 | 1 | operating in a bank for financial regulation or |
| 10:56:39 | 2 | looking at mortgages or looking at a fraud, the same |
| 10:56:43 | 3 | way we can configure the platform form the Defense |
| 10:56:47 | 4 | Intelligence Agency in support of their missions or |
| 10:56:48 | 5 | the same way that we can configure our platform with |
| 10:56:52 | 6 | additional enhancements for a health care company, |
| 10:56:57 | 7 | for example  These additional enhancements allow us |
| 10:57:01 | 8 | to tailor and configure our platform for the |
| 10:57:03 | 9 | specific uses of our customers |
| 10:57:05 | 10 | Q   Is enhancement a technical term in the |
| 10:57:10 | 11 | world of software engineering? |
| 10:57:12 | 12 | A   I think if you asked any technical person |
| 10:57:17 | 13 | about enhancements, they would have a general |
| 10:57:19 | 14 | understanding of what that means |
| 10:57:23 | 15 | Q   Okay  Now, in your report, you also used |
| 10:57:26 | 16 | another term  You used configurations  Can you |
| 10:57:29 | 17 | tell me what your understanding is of a |
| 10:57:32 | 18 | configuration? |
| 10:57:33 | 19 | A   Yeah  So in terms of configuration, any |
| 10:57:37 | 20 | software that is written needs to be appropriately |
| 10:57:41 | 21 | configured when it's installed into an environment |
| 10:57:46 | 22 | So for example, if you're on your home computer, and |

Page 56

| 10:57:49 | 1 | you want to install Microsoft Word you're going to |
| 10:57:53 | 2 | have to tell and configure Microsoft Word where to |
| 10:57:56 | 3 | be installed, how you want it to be set up, et |
| 10:57:56 | 4 | cetera |
| 10:57:59 | 5 | At the enterprise level, if you're |
| 10:58:01 | 6 | installing something like an exchange or an email |
| 10:58:04 | 7 | server, again, you're going to have to configure |
| 10:58:07 | 8 | different things, like what types of security |
| 10:58:09 | 9 | policies you have, the number of users that you |
| 10:58:13 | 10 | have, input the actual users that you have into |
| 10:58:17 | 11 | there  So configuration basically means taking |
| 10:58:20 | 12 | software and then making it useful or appropriate or |
| 10:58:23 | 13 | properly configured, for lack of a better term, for |
| 10:58:27 | 14 | the function that it's supposed to provide |
| 10:58:30 | 15 | Q   And does configuration involve creating |
| 10:58:36 | 16 | software code? |
| 10:58:37 | 17 | A   How would you define software code? |
| 10:58:45 | 18 | Q   Well, I'm not quite sure -- I don't think |
| 10:58:47 | 19 | I could do that |
| 10:58:48 | 20 | A   I mean, so -- |
| 10:58:49 | 21 | MR RILEY: There is no question |
| 10:58:52 | 22 | BY MS KIRCHNER: |

Page 57

| 10:58:52 | 1 | Q   Do you have a definition of software |
| 10:58:54 | 2 | code? |
| 10:58:54 | 3 | A   I think software code -- so there is -- |
| 10:58:59 | 4 | software code essentially tells the computer |
| 10:59:03 | 5 | instructions on how to operate  In some cases, |
| 10:59:07 | 6 | computer code might be in the form of a |
| 10:59:11 | 7 | configuration file and sometimes it might be in the |
| 10:59:15 | 8 | form of a -- what we call a script  So essentially, |
| 10:59:20 | 9 | a simple set of instructions for the computer  And |
| 10:59:25 | 10 | other times, it might be in the form of a |
| 10:59:28 | 11 | programming language where we are defining more |
| 10:59:33 | 12 | complex functions |
| 10:59:34 | 13 | So in terms of computer code, I think |
| 10:59:37 | 14 | there is multiple levels, so I was just trying to |
| 10:59:39 | 15 | set the appropriate context whether or not we are |
| 10:59:40 | 16 | talking about the configuration code that is |
| 10:59:43 | 17 | necessary in some circumstances or if we are talking |
| 10:59:46 | 18 | about -- or in other cases, the development of |
| 10:59:48 | 19 | actual software code from like a software language, |
| 10:59:52 | 20 | programming language, enterprise software |
| 10:59:55 | 21 | development type perspective |
| 10:59:56 | 22 | Q   Well, if we could just stick with |



Page 78

11:25:03

Page 80

Page 79

11:24:10    2        MR. RILEY:  And counsel, just to be
11:24:11    3    clear, you're free to ask him about the contracts,
11:24:13    4    but we've established that he is not here as a
11:24:15    5    procurement expert

Page 81



A8887

Protected Information
and/or Legends Redacted

Page 130

| | |
|---|---|
| 13:24:17 | 1 |
| 13:24:21 | 2 |
| 13:24:22 | 3 |
| 13:24:24 | 4 |
| 13:24:24 | 5 |
| 13:24:26 | 6 |
| 13:24:29 | 7 |
| 13:24:31 | 8 |
| 13:24:34 | 9 |
| 13:24:36 | 10 |
| 13:24:40 | 11 |
| 13:24:43 | 12 |
| 13:24:46 | 13 |
| 13:24:47 | 14 |
| 13:24:49 | 15 |
| 13:24:51 | 16 |
| 13:24:53 | 17 |
| 13:24:56 | 18 |
| 13:24:58 | 19 |
| 13:25:02 | 20 |
| 13:25:07 | 21 |
| 13:25:09 | 22 |

| | |
|---|---|
| 13:25:14 | 1 |
| 13:25:17 | 2 |
| 13:25:20 | 3 |
| 13:25:23 | 4 |
| 13:25:27 | 5 |
| 13:25:30 | 6 |
| 13:25:32 | 7 |
| 13:25:34 | 8 |
| 13:25:42 | 9 |
| 13:25:46 | 10 |
| 13:25:50 | 11 |
| 13:25:56 | 12 |
| 13:25:59 | 13 |
| 13:26:05 | 14 |
| 13:26:10 | 15 |
| 13:26:16 | 16 |
| 13:26:17 | 17 |
| 13:26:20 | 18 |
| 13:26:23 | 19 |
| 13:26:27 | 20 |
| 13:26:31 | 21 |
| 13:26:34 | 22 |

Page 132

| | | |
|---|---|---|
| 13:26:37 | 1 | customer's needs |
| 13:26:38 | 2 | BY MS KIRCHNER: |
| 13:26:39 | 3 | |
| 13:26:40 | 4 | |
| 13:26:43 | 5 | |
| 13:26:43 | 6 | |
| 13:26:45 | 7 | |
| 13:26:49 | 8 | |
| 13:26:53 | 9 | |
| 13:26:54 | 10 | |
| 13:26:55 | 11 | |
| 13:26:59 | 12 | |
| 13:27:00 | 13 | |
| 13:27:06 | 14 | |
| 13:27:09 | 15 | |
| 13:27:12 | 16 | |
| 13:27:16 | 17 | BY MS. KIRCHNER: |
| 13:27:17 | 18 | Q    Could you turn to page 8 of your report |
| 13:27:29 | 19 | You have an image here of -- as I understand it, |
| 13:27:36 | 20 | this image comes from a slide deck that Lieutenant |
| 13:27:42 | 21 | General Mary Legere brought to her deposition, is |
| 13:27:44 | 22 | that correct? |

Page 133

| | | |
|---|---|---|
| 13:27:44 | 1 | A    Yes, that is |
| 13:27:46 | 2 | Q    Okay  Now, in this Army illustration of |
| 13:27:51 | 3 | the stove pipe problem, if you had to put Palantir |
| 13:27:56 | 4 | on this image, where would you put it? |
| 13:27:58 | 5 | MR RILEY:  Objection to form |
| 13:28:00 | 6 | THE WITNESS:  So this is a logical |
| 13:28:03 | 7 | representation of the problem that I described |
| 13:28:08 | 8 | before that Army is facing and many organizations |
| 13:28:11 | 9 | face  So at the top of this diagram, we have |
| 13:28:14 | 10 | external agencies  For example, I see the logos |
| 13:28:18 | 11 | here for the CIA, for the NSA, the DIA, NRO and NGA |
| 13:28:22 | 12 | listed above  So these are clearly outside of the |
| 13:28:27 | 13 | boundaries of both Army, of what they provide |
| 13:28:29 | 14 | That being said, we are bringing |
| 13:28:31 | 15 | information in from all these external sources into |
| 13:28:34 | 16 | the Army in this diagram  And as this diagram |
| 13:28:38 | 17 | depicts, it lists stove pipes that exist within this |
| 13:28:42 | 18 | system  Specifically, those stove pipes exist all |
| 13:28:46 | 19 | the way down to the bottom of here where it goes to |
| 13:28:49 | 20 | exploitation and analysis tools, where it shows |
| 13:28:52 | 21 | individual users on different types of work stations |
| 13:28:55 | 22 | performing processing or analysis based on this |



34 (Pages 130 to 133)

███████ **OPINION**

# In the United States Court of Federal Claims

## No. 16-784C
### Filed: November 3, 2016

```
* * * * * * * * * * * * *
PALANTIR USG, INC.,            *
                               *      Pre-Award Bid Protest; Cross-
            Protestor,         *      Motions for Judgment on the
                               *      Administrative Record;
     v.                        *      Commercial Availability; 10 U.S.C.
                               *      § 2377; Bad Faith; Supplementation
UNITED STATES,                 *      to the Administrative Record;
                               *      Permanent Injunction.
            Defendant.         *
                               *
* * * * * * * * * * * * *
```

**Hamish Hume**, Boies, Schiller & Flexner LLP, Washington, D.C., for protestor. With him were **Stacey K. Grigsby**, and **Jon R. Knight**, Boies, Schiller & Flexner LLP, Washington, D.C.

**Domenique G. Kirchner**, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, D.C., for defendant. With her were **Scott A. MacGriff**, Trial Attorney, Commercial Litigation Branch, **Douglas K. Mickle**, Assistant Director, Commercial Litigation Branch, **Robert E. Kirschman, Jr.**, Director, Commercial Litigation Branch, and **Benjamin C. Mizer**, Principal Deputy Assistant Attorney General, Civil Division, Department of Justice. Of counsel were **Scott N. Flesch**, **Major Lawrence P. Gilbert**, **Evan C. Williams**, and **Frank A. March**, United States Army Legal Services Agency, and **Debra J. Talley** and **Daniel J. Beuke**, United States Army Materiel Command.

## O P I N I O N

**HORN, J.**

Palantir USG, Inc.[1] (Palantir) and Palantir Technologies Inc.[2] filed a pre-award bid protest in this court on June 30, 2016, challenging the United States Department of the Army, Army Contracting Command, Aberdeen Proving Group's (the agency) Request for Proposals No. W56KGY-16-R-0001 (the solicitation). Protestor Palantir USG, Inc. "is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in Palo Alto, California." Palantir USG, Inc. and Palantir Technologies

---

[1] Palantir Technologies Inc. "owns one hundred percent of the stock" of Palantir USG, Inc.

[2] As discussed below, on August 22, 2016, the court granted defendant's motion to dismiss Palantir Technologies Inc. from the above captioned protest.

Protected Information and/or Legends Redacted

Inc. filed suit in the United States Court of Federal Claims after the United States Government Accountability Office (GAO) denied Palantir USG, Inc.'s GAO protest. See generally Palantir USG, Inc., B-412746, 2016 WL 3035029 (Comp. Gen. May 18, 2016).[3]

As indicated at the GAO, "[t]he solicitation seeks a single contractor to be the system data architect, developer, and integrator of DCGS–A2 [Army's Distributed Common Ground System-Army Increment 2], which is the second increment of the DCGS–A. DCGS–A is the Army's primary system for the processing and dissemination of multi-sensor intelligence and weather information to the warfighter." Id. at *1.

Palantir asserts that the Army acted arbitrarily and capriciously when it issued the DCGS-A Increment 2 solicitation for a developmental contract, because Palantir claims it had identified to the Army a commercially available technology that Palantir believes can satisfy the Army's requirements. According to Palantir, "Palantir has developed a technology that solves the needs of DCGS." Palantir claims that the data management platform that Palantir has to offer, also called the Palantir Gotham Platform, was "initially developed between 2004 and 2009 with the help of an investment from, and a partnership with, the venture capital arm of the Central Intelligence Agency." According to Palantir, since "2010, Palantir has successfully provided the Palantir Gotham Platform to numerous customers, including federal and local law enforcement agencies, the United States Marine Corps, the United States Special Operations Command ('SOCOM'), the Defense Intelligence Agency, and numerous other government agencies (as well as numerous private sector companies)." The parties have stipulated that "[t]he Palantir Gotham Platform is a Data Management Platform that is licensed to customers on a commercial item basis," and that "[g]overnment agencies have procured the Palantir Gotham Platform and related services on a commercial item basis." Palantir argues that, as written, "[t]he Solicitation for DCGS-A2 makes it impossible for Palantir to offer its Data Management Platform as a commercial or nondevelopmental item to satisfy the Army's requirements" (capitalization and emphasis removed) because the solicitation only requested proposals for the development of the required technology.

FINDINGS OF FACT

In explaining the origin and development of the DCGS-A, the contracting officer's statement during the GAO protest indicated:

> Combat operations in Kuwait and Iraq in the early 1990's demonstrated the military potential of information dominance, and sparked a transformation in the use of information technology in intelligence operations. Subsequently, the Department of Defense instituted an initiative to unify Intelligence,

---

[3] Although the undersigned has high regard for GAO decisions, this court is not bound by decisions of the GAO. See CBY Design Builders v. United States, 105 Fed. Cl. 303, 341 (2012) (citing Centech Grp., Inc. v. United States, 554 F.3d 1029, 1038 n.4 (Fed. Cir. 2009) (GAO decisions are "not binding" authority, but may be "instructive in the area of bid protests.")).

Protected Information
and/or Legends Redacted

Surveillance and Reconnaissance architectures, and enhance the acquisition of manned and unmanned airborne sensors and associated ground processing systems. This initiative resulted in a requirement for a Distributed Common Ground/Surface Systems (DCGS), made up of Army, Air Force, Navy and Marine Corps ground processing systems that can share information across the Joint Force. The Army component of DCGS is the Distributed Common Ground System – Army (DCGS-A). Today, DCGS-A has become the Army's primary system for processing and dissemination of multi-sensor intelligence and weather information. It is deployed worldwide in support of intelligence operations including all Theaters of Operation.

The background section of the Performance Work Statement for the solicitation at issue explained:

The DCGS-A program was created in response to the Department of Defense (DoD) Distributed Common Ground/Surface System (DCG/SS) Mission Area Initial Capabilities Document (MA ICD), which captured the overarching requirements for an Intelligence, Surveillance, and Reconnaissance (ISR) Family of Systems that will contribute to Joint and combined Warfighter needs. The MA ICD has since been updated to an Enterprise ICD. DCGS-A facilitates "Seeing and Knowing" on the battlefield—the fundamental precursor to the understanding that underpins the Army's Mission Command concept. DCGS-A contributes to visualization and situational awareness (SA), thereby enhancing tactical maneuver, maximizing combat power and enhancing the ability to operate in an unpredictable and changing environment throughout the operational spectrum. It facilitates the rapid planning, execution, and synchronization of all war fighting functions resulting in the Current and Future Force's ability to operate within the enemy's decision cycle.

DCGS-A is the Army's primary system for processing and dissemination of multi-sensor intelligence and weather information to the Warfighter. It is deployed worldwide in support of intelligence operations, including all Theaters of Operation.  DCGS-A must remain interoperable and compatible with the Joint Command System infrastructure and mission applications.

DCGS-A Increment 1 is the ISR component of the modular and future force Mission Command System (MCS) and the Army's primary system for ISR tasking of sensors, processing and exploitation of data, and dissemination of intelligence (TPED) information about the threat, weather, and terrain at all echelons. A high percentage of Increment 2 functionality has already been developed under the DCGS-A Increment 1 efforts. DCGS-A Increment 2 will leverage the DCGS-A hardware components fielded across the Army under DCGS-A Increment 1.

3

Protected Information and/or Legends Redacted

According to the defendant, DCGS-A Increment 2, the subject of the solicitation at issue, "will introduce a new and modernized data management architecture (DMA) using a modular system approach to perform Army intelligence analysis capabilities." As reflected in the Army's post-hearing comments submitted to the GAO, and quoted in the GAO decision:

> DCGS-A is intended to combine all intelligence software/hardware capabilities within the Army into one program with the ability to access and be accessed by, not only Army intelligence and command components, but also the other members of the broader distributed common ground/surface system. It is composed of many software products-commercial, government, and open source-as well as software integration that allows all the different products and components to communicate and operate seamlessly.

Palantir USG, Inc., B-412746, 2016 WL 3035029, at *2.

The Performance Work Statement for the solicitation at issue stated that the requirements of DCGS-A Increment 2 included the "development of new data architecture, standards based enhanced visualization and analytical tools, cloud computing and 'big data' analytic capabilities; cyber analytics and data integration, visualization capabilities, Cyber Operations, Interoperability, Counter Intelligence/HUMINT, Weather, GEOINT, Geospatial Engineering and Sensor Management," and that "[t]hese efforts include Software Development, Capability Enhancements, Integration, Limited Fielding and Training support, Maintenance, and Support for logistics development, for a period of performance of six years from contract award." The draft version of the Performance Work Statement for the solicitation at issue stated that "[t]he DCGS-A Increment approach utilizes spiral deliveries to maintain interoperability with Army and Joint ISR [Intelligence, Surveillance and Reconnaissance] architectures and to address capability insertion and enhancements. This system must remain interoperable and compatible with the Joint command system infrastructure and mission applications." As indicated by the contracting officer who issued the solicitation, "[t]he DMA [i.e., Data Management Architecture] will serve as the architecture foundation and the heart with which the rest of the capabilities will depend on to function. The DMA development is therefore the focus of the first task order executed under the DCGS-A Increment 2 contract."

The parties have stipulated that "[t]he Palantir Gotham Platform is a Data Management Platform that is licensed to customers on a commercial item basis," and that other "[g]overnment agencies have procured the Palantir Gotham Platform and related services on a commercial item basis." As further detailed below, in responses to the government's Requests for Information, Palantir explained that "[i]n cooperation with the government, Palantir fields and manages 25 Palantir deployments at every major Marine Corps command, representing over 15,000 accounts at peak usage across the Marine Intelligence community." Palantir also claims that "Palantir is currently in use by tens of thousands of users across the DOD [Department of Defense] and IC [intelligence

4

Protected Information and/or Legends Redacted

community].” The Administrative Record filed in the above captioned protest includes a February 9, 2015 “Operational Needs Statement for Palantir Platform” from Special Forces Group (Airborne), ▮▮▮▮▮▮▮, requesting the Palantir Gotham Platform. The Statement indicated: “The Palantir Command platform is a proven capability that is currently in use to provide COP, data integration, and staff integration capabilities across multiple commercial and government organizations,” and concluded that “Palantir Technologies, Inc. offers a solution that meets all of our requirements and has fielded the same platform across multiple units ▮▮▮▮▮▮▮▮▮▮ as well as various U.S. Government agencies. ▮▮▮▮▮▮▮▮▮

▮▮▮▮

Pre-Solicitation Activity

The parties have stipulated that in July 2014, prior to the issuance of the DCGS-A Increment 2 solicitation, the Army Acquisition Executive, Heidi Shyu,[4] chartered a Data Integration, Visualization and Analytics (DIVA) Independent Market Study which was completed by the MITRE Corporation, a not-for-profit research and development organization. The joint stipulations of fact indicate:

The purpose of the DIVA study was to “provide situational awareness and market trends to the Army leadership of the ‘state-of-the-practice’ within the commercial DIVA software platform landscape.” As stated in the DIVA study, the DIVA study was intended to: (1) provide a high-level overview of the ASA(ALT) Data Integration, Visualization and Analytics (DIVA) Independent Market Study; and (2) provide recommendations for the DCGS-A Increment 2 Acquisition effort and describe the top- level risks and mitigation strategies associated with adopting recommendations. The DIVA study assessed the following acquisition approaches:

a. Cloud Infrastructure Platform Provider: Provide highly-scalable and reliable computing infrastructure services (e.g., data bases; analytic engines; computing and storage; identity management);

b. Turn-Key: Procure a commercial product as basis of DCGS-A Increment 2 infrastructure. Integrate additional applications onto this infrastructure,

---

[4] Ms. Shyu is referred to by several different titles throughout the Administrative Record and filings with the court. The joint stipulations of fact indicate that when Ms. Shyu chartered the DIVA Market Study in July 2014 and when she signed the October 21, 2015 Determination & Finding, her title was the Army Acquisition Executive. On October 20, 2014, when Ms. Shyu issued a “Recommendation for a Change to the Distributed Common Ground System-Army (DCGS-A) Increment 1 Acquisition Strategy,” her title was “Assistant Secretary of the Army (Acquisition, Logistics and Technology).” The joint stipulations of fact also indicate when she issued the December 16, 2015 recommendation for issuance of the solicitation, her title was listed as Assistant Secretary of Defense (Acquisition).

5

**Appx20005**

Protected Information and/or Legends Redacted

> c. Hybrid approach: both an Enterprise Cloud Platform and a Turn-Key Platform, including integration of additional applications. . . .

(all internal citations omitted). The DIVA Market Study included a "Potential Strategy: Phased Acquisition and Integration Approach," which recommended that the DCGS-A Increment 2 approach

> could be structured in a phased manner. Initially, the two foundation components (e.g., COTS[5] cloud infrastructure services and COTS DIVA "Turn Key" Platform) could be procured. Establish an integration effort to: integrate the COTS DIVA "Turn Key" platform with the COTS cloud infrastructure services; and integrate the DCGS-A Enterprise data management architecture. This would establish a baseline DCGS-A Increment #2 baseline – a core suite of applications and analytics functions; a new Data Management Architecture.

(emphasis removed). The DIVA Market Study explained that "[a] key advantage of leveraging COTS cloud infrastructure services and a COTS DIVA platform is that doing so provides a significant amount of technical infrastructure *and* end-user capabilities." (emphasis in original).

On January 7, 2015, also before the solicitation was issued, the Army generated an Information Paper, which identified key objectives and approaches to DCGS-A Increment 2. The "Increment 2 Key Objectives" listed were: "1. Modernize the Data Enterprise to a Data Integration Platform[,] 2. Easier to use visualization framework[,] 3. Best Leverage industry to deliver these capabilities with a commercially supported infrastructure[,] 4. Execute in a funding constrained environment." The Information Paper envisioned a "Three-Phase Approach (DIVA Competition, Domain-specific Capabilities Updates, Integration Environment)." For the first phase, the DIVA Competition, the Information Paper stated:

> Industry to deliver the infrastructure for document / entity information to ingest, process, and organize all of the textual data available to DCGS-A to displace the Entity (TED) and Document (MSG) - infrastructure that interoperates with the Geospatial and other Intelligence data-specific data sources using standards such as Open Geospatial Consortium (OGC), Motion Imagery Standards Profile (MISP), etc. This infrastructure could be a commercial stand-alone solution (Palantir, IBM) or it could be a collection of capabilities (RDMS + Hadoop +...) as long as the infrastructure has the

---

[5] COTS, although not defined in the DIVA Market Study, appears to be an abbreviation for "commercial off the shelf." Palantir refers to "COTS" in the DIVA Market Study as commercial off the shelf, without objection from defendant. Furthermore, the Trade Space Analysis, discussed below, includes a list of acronyms and defines COTS as "Commercial off the shelf."

Protected Information and/or Legends Redacted

'ilities', an open architecture, and the ability to organize the data and mature touch-points to the data.

(emphasis added).

Although conducted later in time, in July 2015, after the Army issued all three of the Requests for Information, described below, and around the time the Army issued the Market Research Report, the Army Materiel Systems Analysis Activity produced a Trade Space Analysis, which evaluated capabilities that could be leveraged for the DCGS-A Increment 2 procurement. Defendant explained that: "The TSA [Trade Space Analysis], dated July 2015, identified and evaluated technical functionality, cost, ease of use/usability, schedule risk, technical risk, and trade space for specific DCGS-A technical and operational capabilities that are beyond DCGS-A Increment 1." The Army Materiel Systems Analysis Activity explained:

> The U.S. Army Materiel Systems Analysis Activity (AMSAA) was directed by Headquarters, Department of the Army Deputy Chief of Staff (HQDA DCS) G-3/5/7 to conduct a Trade Space Analysis (TSA) of the DCGS-A Information System Capability Development Document (IS CDD) to support future requirements decisions. The TSA identified and evaluated technical functionality, cost, ease of use/usability, schedule risk, technical risk, and trade space for specific DCGS-A technical and operational capabilities that are beyond DCGS-A Increment 1. The TSA results will inform the economic analysis and Request for Proposal (RFP), supporting a potential Milestone B acquisition decision for DCGS-A Increment 2. DCGS-A Increment 2 will provide additional capabilities to enhance the Intelligence processing and Fusion capabilities across intelligence domains to assist the operational commander's access to information, task organic sensors, and synchronize non-organic sensor assets with their organic assets. The TSA focused on targeted DCGS-A IS CDD capabilities that are beyond those provided by DCGS-A Increment 1 for: Mission Command Support for the Processing, Exploitation, and Dissemination (PED) of Intelligence, Surveillance, and Reconnaissance (ISR); Standard Sharable Geospatial Framework (SSGF)-Army Geospatial Enterprise (AGE); Data Enterprise Architecture (DEA); and Intelligence Support to Cyber Operations (CO).

The Trade Space Analysis further explained:

> Representative systems were assessed to reflect capabilities that are readily available for the following software option alternatives: Commercial off the shelf (COTS), Government off the shelf (GOTS), and Hybrid and are defined as follows:
>
> • COTS - a singular software solution or compilation of commercially available software packages that provide an integrated solution, whereby the vendor owns the rights to the baseline software code.

7

Appx20007

Protected Information and/or Legends Redacted

• GOTS - a singular or compilation of software solutions, whereby the baseline software code was developed by and owned by the Government.

• Hybrid - a compilation of commercially available software packages augmented with integrated tools/widgets written by a third-party using requirements/specifications generated by the Government (i.e., combination of COTS and GOTS).

The Trade Space Analysis determined that: "Overall, the Hybrid alternative was rated Green and scored the highest of the three alternatives. Hybrid software option alternatives are currently functioning in the DoD IC and will only require minor development to fill capability gaps. Upper bound COTS software solutions provide similar 'turn-key' technical functionality as Hybrid software solutions."[6] Specifically, regarding the Data Enterprise Architecture results, the Trade Space Analysis stated: "The COTS and Hybrid alternatives satisfy most of the technical functionality metrics, however, the Hybrid software solutions are currently functional in the DoD IC and provide the best 'turn-key' functionality. Upper bound COTS solutions provide a turn-key technical functionality similar to that of the Hybrid solutions." For another capability, the Standard Sharable Geospatial Framework (SSGF)-Army Geospatial Enterprise compatibility, the Trade Space Analysis determined:

> Although there are some GOTS solutions that can address a few targeted technical functionality metrics, there are no viable comprehensive GOTS solutions that were identified by the Army/DOD geospatial community. The COTS alternative was assessed to have greater usability, lower cost, and lower schedule risk as compared to the Hybrid alternative. The COTS options won't address all Army Geospatial requirements with software "out of the box". However, these capability gaps are anticipated to be closed with ongoing commercial upgrades and widgets that can be developed in the COTS Baseline software. There were several risk driver [sic] for both the COTS and Hybrid alternatives that were assessed to be of moderate to high risk.

On August 13, 2014, the Army issued the first Request for Information, which was "conducted to assess the level of relevant competition and capabilities in the market place

---

[6] The "Technical Risk Categorical Rating Criteria" in the Trade Space Analysis was:

-    Green: "Low Risk of alternative experiencing significant negative impacts to program cost, schedule, or performance"

-    Yellow: "Moderate Risk of alternative experiencing significant negative impacts to program cost, schedule, or performance"

-    Red: "High Risk of alternative experiencing significant negative impacts to program cost, schedule, or performance"

Appx20008

Protected Information and/or Legends Redacted

and elicit industry feedback to assist the Program Office in developing the Acquisition Plan," for the potential DCGS-A Increment 2 procurement and "request[ed] respondents' corporate overview information and basic qualifications in managing software development projects that are similar in scope and process to the DCGS-A program."[7] (emphasis added). The August 13, 2014 Request for Information indicated that the "[p]roposed contract types under consideration for this effort are cost-plus-incentive-fee (CPIF) or cost-plus-fixed-fee (CPFF), with an estimated value of $80-$100M for development efforts over three to four years."[8] (emphasis added). Palantir responded to the August 13, 2014 Request for Information and stated:

> The acquisition cycle should fully leverage existing commercial solutions. Prioritizing the rapid procurement of commercial capabilities minimizes the anticipated scope of development needed to deliver Increment 2 capabilities. Narrowing the development scope requires expanding the use of commercially available COTS capabilities—it does not require narrowing the overall scope of the DCGS-A program. The Government does not need to *build* Increment 2 functionality; the Government can buy the core functionality from the commercial market and integrate any number of additional applications.

(emphasis in original; footnote omitted). Palantir explained "we recommend the Government pursue a different acquisition strategy than the strategy behind the Increment 1 challenges." In its response to the August 13, 2014 Request for Information, Palantir argued that:

> The most cost-effective and lowest-risk procurement approach is the acquisition of an open architecture data fusion platform through open competition for an existing software solution at a Firm-Fixed Price (FFP). FFP vehicles shift performance risk to the contractor, reduce the risk of cost overruns to the Government, and shorten delivery schedules.

The parties have stipulated that "Palantir USG recommended among other things a Firm-Fixed Price (FFP) model in conjunction with 'an outcomes-based Performance Work Statement based on a proven product and incorporating support services,'" and, further, "Palantir USG stated that 'the FFP model can be used in conjunction with a Cost-Plus model for optional system enhancements. CPIF and CPFF contracts should total less than 20 percent of the total contract value.'" Palantir indicated:

---

[7] Palantir states that the August 13, 2014 Request for Information "failed to inquire about the availability of commercial or nondevelopmental items that could meet the requirements of DCGS-A2."

[8] Palantir believes this statement demonstrates that "[t]he Army conceded in the first RFI [the August 13, 2014 Request for Information] that it was not even contemplating the possibility of a fixed-price contract for the procurement of commercial items."

9

Protected Information and/or Legends Redacted

Examples of successful FFP contracts include our work at the U.S. Marines Corps, where enhancements are included as part of our regular software releases and small businesses fulfill highly custom development requests by building the top of the foundation layer. Likewise, U.S. Immigration and Customs Enforcement continues to expand Palantir capabilities through a FFP contract that includes regular software updates and custom enhancements requiring less than a set number of development hours. More recently, following open competition, we were awarded a BPA for the IC ITE expansion at DIA [Defense Intelligence Agency] available to all IC agencies and affording a COTS solution at a FFP.

After receiving the responses to the first Request for Information, the Army produced a December 2014 RFI Response Analysis which indicated that the "[v]ast majority of respondents support hiring a contractor as the LSI [Lead Systems Integrator] due to efficiencies in industry decision making and resource-marshaling processes." The 2014 RFI Response Analysis summarized Palantir's submission by noting that:

> The Palantir response listed several contracts they have been awarded, but did not include scope or description of work. However, Palantir has developed an intelligence fusion system that has been used by various entities within the Department of Defense. Palantir was found capable to provide Data management and Workflow Management upgrades, and partially capable of providing Data Fusion and Cyber capabilities to Increment 2.

The conclusion of the 2014 RFI Response Analysis stated: "Based on the responses to the first RFI, and analysis of the resulting information conducted by the DCGS-A Increment 2 Contract IPT [Solicitation Integrated Product Team], the overall conclusion of this Market Research Report is that a more capability focused RFI needs to be issued to industry."

Prior to the issuance of the 2014 RFI Response Analysis, on October 20, 2014, Ms. Shyu, Assistant Secretary of the Army (Acquisition, Logistics and Technology), issued a memorandum to the Under Secretary of Defense (Acquisition, Logistics and Technology) regarding a "Recommendation for a Change to the Distributed Common Ground System-Army (DCGS-A) Increment 1 Acquisition Strategy." In the memorandum she requested approval to "[e]nd the Increment 1 program at Release 2, remove Release 3 from the program plan, and allocate the remaining Research, Development, Test and Evaluation (RDT&E) funds to . . . Initiate Increment 2 preparatory activities." Ms. Shyu explained that:

> I believe allocating the remaining Increment 1 RDT&E funding to support potential required fixes from the Increment 1 Release 2 Limited User Test results and moving forward with Increment 2 efforts as soon as possible will provide a higher return on investment on the limited RDT&E funds currently

Protected Information
and/or Legends Redacted

available.  In addition, Increment 1 Release 2 will deliver approximately 90 percent of the planned Increment 1 capability.

On December 5, 2014, the Army issued a second Request for Information, which "[w]as issued to determine ability of individual companies to act as the prime contractor for the DCGS-A development effort." As in the August 13, 2014 Request for Information, "this RFI requests respondents' specific answers regarding the basic qualifications in managing software <u>development</u> projects that are similar in scope and process to the DCGS-A program." (emphasis added). For the December 5, 2014 Request for Information, the Army sought "information regarding your corporate capabilities and experience related to the delivery of capabilities." Question 3.0(d) of the December 5, 2014 Request for Information asked: "Within the last three (3) years, from the table below, please indicate which domains that your company has experience <u>developing</u> and integrating with these types of software applications/capabilities." (emphasis added). A copy of the table referenced in Question 3.0(d) is included below:

| Software Solutions or Services Delivered: | Government POC for this work (email/ phone No.) | Agency or Gov't Customer | % of Work Performed | Period of Performance | Prime or Sub | Contract Number / Value | If you have no experience have you partnered with anyone with experience (Company |
|---|---|---|---|---|---|---|---|
| Cloud Computing | | | | | | | |
| Big Data Analytics | | | | | | | |
| Data Architecture & Management | | | | | | | |
| Data Fusion & Pattern Analysis | | | | | | | |
| Applications for IC ITE Joint Storefront | | | | | | | |
| Targeting | | | | | | | |
| Signals Intelligence/NS A-Net Operations | | | | | | | |
| Defensive Cyber Operations | | | | | | | |
| Offensive Cyber Operations | | | | | | | |
| Counter Intelligence & Human Intelligence | | | | | | | |

Appx20011

Protected Information and/or Legends Redacted

| DCGS Integration | | | | | | |
|---|---|---|---|---|---|---|
| Backbone (DIB) implementation | | | | | | |
| Weather Effects/Analysis | | | | | | |
| GEOINT (Full Motion Video/Static Imagery Intelligence) | | | | | | |
| Geospatial Intelligence (Terrain & Mapping) | | | | | | |
| Collection Management (Sensor Management) | | | | | | |
| On-the-Move Operations | | | | | | |
| Workflow Management | | | | | | |
| Role/Attribute Base Access Control | | | | | | |
| Protection level 3 (PL 3) security hardening | | | | | | |
| Ease of Use Initiatives | | | | | | |
| High/Ultra Reliability Program | | | | | | |
| Army Interoperability Certification | | | | | | |
| Joint Interoperability Certification | | | | | | |

Question 3.0(f) asked: "Does your company have an adequate DCAA accounting system? If not, can your company obtain an adequate DCAA accounting system prior to proposal submission?" Question 3.0(h) asked, "[w]hat is your company's current rate of personnel retention over the last five (5) years?"

12

Appx20012

Protected Information and/or Legends Redacted

Palantir again responded[9] to try to explain the value of a commercial, not a developmental, approach:

> We continue to believe that the success of Increment 2 requires a proven commercial solution to ensure the delivery of a working capability on time and within budget. We are concerned that the present RFI, DCGS-A_INC2_RFI2, is focused on collecting information on each respondent's capability to conduct a services-based, large-scale, and custom software engineering effort. Several questions are designed to assess vendor experience with major software development projects, rather than to assess existing software capabilities applicable to Increment 1 capability gaps.

Palantir recommended "that the Government pursue a different acquisition strategy than the long-term development used in Increment 1. We believe the acquisition of an open architecture, COTS-based platform at a Firm-Fixed Price (FFP) offers the most cost-effective and lowest-risk procurement approach for Increment 2 capabilities." Palantir emphasized:

> Our commercially developed data integration and analytic platform is designed for use in a variety of use cases and domains across our commercial and government clients. We have provided our solution in support of many of the domains listed under "Software Solutions or Services Delivered" for our deployments with Army, DoD and the IC. However, the request for information on software series contracts performed across USG is not relevant to an acquisition strategy targeting a COTS-based solution. If the Government has questions on how our platform functionally fulfills the specific domains, we would be happy to provide demonstrations or arrange a discussion.

After the responses to the second Request for Information were received, on January 20, 2015, the Army held an "Industry Day," characterized by the Army as a "forum to share emerging requirements with Industry," which "helped to ensure the Government's requirements are defined adequately to promote high quality proposals and adequate

---

[9] As discussed below, defendant argues that, although "Palantir USG responded to RFI No.2," Palantir did not "complete the Army's chart and identify its specific capabilities across the various DCGS-A." Defendant states that Palantir "declined to answer question 3.0(d) in RFI No.2," and "question 3.0(f) in RFI No.2," and "question 3.0(h) in Request for Information No.2." Palantir responds that the Army did not in fact request that bidders "complete the Army's chart and identify its specific capabilities across the various DCGS-A," "[r]ather, it asked prospective bidders for which 'Agency or Gov't Customer'—including procurement 'contract number'—they had certain experience within 'the last three (3) years.' Palantir had *already provided* the Army with information about its prior Government contracts. There was no reason to do so again." (emphasis in original; internal citations omitted).

Protected Information
and/or Legends Redacted

competition." Between January 20, 2015 and May 12, 2015, the "Government conducted a one on one engagements [sic] with 78 different organizations,"[10] which the Army stated was an opportunity to "[p]rovide a forum to answer Industry's questions and elicit their feedback regarding to [sic] the elements of the Increment 2 Acquisition Strategy and Acquisition Plan such as small business involvement and Data Management considerations."

On May 6, 2015, the Army issued a third Request for Information, which "[w]as released to determine if [the] rule of two exists, as defined in FAR [Federal Acquisition Register] 19.502, and if a small business set-aside is appropriate for Increment 2 development." Palantir indicated that it was not a small business and, as with the previous Requests for Information, responded:

> The initial decision to embark on a significant software development effort, rather than acquiring a COTS solution, resulted in many of the DCGS-A Increment 1 challenges. We are concerned that several of the RFI questions indicate that the Government is considering contract terms and vehicles that would perpetuate risky long-term, services-based contracts that focus on large software development activities.

Palantir also indicated in its response:[11]

> Data integration requirements are not unique to the Army. The Army can acquire an enterprise-wide data platform now, without development risk or cost, and focus custom development efforts on unique needs across the Force. The successful delivery of Increment 2 depends on the answer to a

---

[10] The joint stipulations of fact reflect that the Army conducted "[o]ver 80 one-on-one sessions with the Program Manager and industry." Neither the joint stipulations of fact nor any document in the Administrative Record establish whether or not any of the more than 80 meetings included Palantir.

[11] In responding to the question in the May 6, 2015 Request for Information, "[e]xplain how your company would be able to operate without payment for up to 90 days if awarded a Prime Contract for Increment Two Development," Palantir indicated:

> As a privately owned company, Palantir Technologies, the parent company of Palantir USG, Inc., does not typically release financial information. We will provide audited statements as reasonably necessary for the purposes of determining our ability to perform our obligations under the agreement subject to the appropriate confidentiality provisions being put in place.

14

Protected Information and/or Legends Redacted

central question: will the Army acquire a data platform from the commercial market or will it attempt to build one itself?[12]

As noted above, Palantir explained that "[i]n cooperation with the government, Palantir fields and manages 25 Palantir deployments at every major Marine Corps command, representing over 15,000 accounts at peak usage across the Marine Intelligence community."

After a second Industry Day, held on June 25, 2015, which the Army characterized as "an opportunity to discuss the draft Increment 2 requirements with industry," in July 2015, the Army issued a Market Research Report, which determined that "the DCGS-A Increment 2 development effort cannot be procured as a commercial product."[13] The Market Research Report stated that "[s]ignificant portions of the anticipated Increment 2 scope of work such as Data Fusion, Intelligence Support to Cyber, and DIB [Integrated Backbone] upgrade are not available as a commercial product. As such, the DCGS-A Increment 2 development effort cannot be procured as a commercial product."[14] Addressing Palantir specifically, the Market Research Report[15] stated in the "RFI Respondent Capability Assessment" that "[t]he Palantir response did not provide any examples of past experience relevant to the development of Increment 2, and was therefore found non-responsive." (emphasis removed). The parties have stipulated that:

A November 6, 2015 paper to the Chief of Staff of the Army stated that "Extensive market research efforts were conducted to ensure requirements were achievable" and then listed "4-month independent DIVA study lead [sic] by MITRE, SEI, DNI, and DAU," "3 Requests for Information," "2 industry days with over 500 attendees and 224 companies," and "Over 80 one-on-one sessions with the Program Manager and industry."

---

[12] In the complaint, protestors allege that "[f]or over 15 years, the Army has spent approximately $6 billion trying to develop its own software solutions for DCGS through developmental service contracts with myriad defense contractors."

[13] A chart included in the Market Research Report briefly summarized the role of each of the Requests for Information. The Market Research Report indicated: "**RFI 1** To determine level of competition and industry feedback of Acquisition Strategy[,] **RFI 2** To determine capability of individual businesses to perform as prime contractor[,] **RFI 3** Inform Increment 2 on the role of small business[.]" (emphasis in original).

[14] The Market Research Report also indicated that in September 2015, the Army would have an "Industry Engagement," which would be to "serve as a venue to discuss the Draft Increment 2 Request for Proposal (RFP) with industry following its release."

[15] Of the 43 respondents to the December 5, 2014 Request for Information, the only responder to the December 5, 2014 Request for Information the Market Research Report labeled as "non-responsive" was Palantir.

Appx20015

Protected Information and/or Legends Redacted